UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

MAYA DETIEGE                                CIVIL ACTION NO. 3:23-cv-175

VERSUS

KATRINA JACKSON, in her official          JUDGE DONALD E. WALTER
and individual capacities

                                                         MAGISTRATE JUDGE KAYLA D. MCCLUSKEY

## ANSWER TO COMPLAINT

NOW comes defendant, Katrina Jackson, Louisiana State Senator, District 34, in her official and individual capacities, by and through undersigned counsel, and in Answer to the above-styled action, responds as follows:

## AFFIRMATIVE DEFENSES

A. The Court lacks jurisdiction over the subject matter of this action under Rule 12(b)(1).

B. Plaintiff has failed to state a claim upon which relief can be granted.

C. Defendant asserts that Plaintiff lacks standing to bring this action.

D. Defendant asserts the defense of qualified immunity.

E. Defendant asserts the defense of sovereign immunity.

AND NOW, FURTHER RESPONDING to plaintiff's Petition paragraph by paragraph, Defendant responds as follows:

1.

Defendant acknowledges that Katrina Jackson is a Louisiana State Senator. All other allegations of Paragraph 1 are denied.

2.

Defendant denies that any of her actions violated plaintiff's First Amendment rights.

3.

Defendant denies that Court has jurisdiction over the subject matter of this litigation.

4.

Defendant admits that venue is proper in the Western District of Louisiana.

5.

Defendant denies Paragraph 5 for lack of sufficient information to justify a belief as to the truth therein.

6.

Defendant denies Paragraph 6 for lack of sufficient information to justify a belief as to the truth therein.

7.

Defendant denies Paragraph 7 for lack of sufficient information to justify a belief as to the truth therein.

8.

Defendant denies Paragraph 8 as written.

9.

Defendant denies Paragraph 9 for lack of sufficient information to justify a belief as to the truth therein.

10.

Defendant denies Paragraph 10 as written.

11.

Defendant denies Paragraph 11 for lack of sufficient information to justify a belief as to the truth therein.

12.

Defendant denies Paragraph 12 for lack of sufficient information to justify a belief as to the truth therein.

13.

Defendant admits Paragraph 13.

14.

Defendant admits Paragraph 14.

15.

Defendant admits Paragraph 15.

16.

Defendant admits Paragraph 16.

17.

Defendant denies Paragraph 17 as written.

18.

Defendant denies Paragraph 18 as written.

19.

Defendant denies Paragraph 19 as written.

20.

Defendant admits that her Twitter "Profile" is set to "public." All other allegations of Paragraph 20 are denied as written.

21.

Defendant denies Paragraph 21 as written.

22.

Defendant denies Paragraph 22 as written.

23.

Defendant denies Paragraph 23 as written.

24.

Defendant denies Paragraph 24 as written.

25.

Defendant admits Paragraph 25.

26.

Defendant admits Paragraph 26.

27.

Defendant denies Paragraph 27 as written.

28.

Defendant denies Paragraph 28 as written.

29.

Defendant denies Paragraph 29 as written.

30.

Defendant denies Paragraph 30 as written.

31.

Defendant denies Paragraph 31 as written.

32.

Defendant denies Paragraph 32 as written.

33.

Defendant admits the allegations of paragraph 33.

34.

Defendant denies the allegations of paragraph 34 as written.

35.

Defendant denies the allegations of paragraph 35 as written.

36.

Defendant denies the allegations of paragraph 36 for lack of sufficient information to justify a belief as to the truth therein.

37.

Defendant denies the allegations of paragraph 37 for lack of sufficient information to justify a belief as to the truth therein.

38.

Defendant denies the allegations of paragraph 38 for lack of sufficient information to justify a belief as to the truth therein.

39.

Defendant denies the allegations of paragraph 39 for lack of sufficient information to justify a belief as to the truth therein.

40.

Defendant admits the allegations of paragraph 40.

41.

Defendant admits the allegations of paragraph 41.

42.

Defendant admits the allegations of paragraph 42.

43.

Defendant denies the allegations of paragraph 43 for lack of sufficient information to justify a belief as to the truth therein.

44.

Defendant denies the allegations of paragraph 44 as written.

45.

Defendant denies the allegations of paragraph 45 for lack of sufficient information to justify a belief as to the truth therein.

46.

Defendant denies the allegations of paragraph 46 as written.

47.

Defendant denies the allegations of paragraph 47 as written.

48.

Defendant denies the allegations of paragraph 48 for lack of sufficient information to justify a belief as to the truth therein.

49.

Defendant denies the allegations of paragraph 49 for lack of sufficient information to justify a belief as to the truth therein.

50.

Defendant denies the allegations of paragraph 50 for lack of sufficient information to justify a belief as to the truth therein.

51.

Defendant denies the allegations of paragraph 51 for lack of sufficient information to justify a belief as to the truth therein.

52.

Defendant denies the allegations of paragraph 52 for lack of sufficient information to justify a belief as to the truth therein.

53.

Defendant denies the allegations of paragraph 53 for lack of sufficient information to justify a belief as to the truth therein.

54.

Defendant denies the allegations of paragraph 54 for lack of sufficient information to justify a belief as to the truth therein.

55.

Defendant denies the allegations of paragraph 55 for lack of sufficient information to justify a belief as to the truth therein.

56.

Defendant denies the allegations of paragraph 56 for lack of sufficient information to justify a belief as to the truth therein.

57.

Defendant denies the allegations of paragraph 57 for lack of sufficient information to justify a belief as to the truth therein.

58.

Defendant denies the allegations of paragraph 58 as written.

59.

Defendant denies the allegations of paragraph 59 for lack of sufficient information to justify a belief as to the truth therein.

60.

Defendant denies the allegations of paragraph 60 for lack of sufficient information to justify a belief as to the truth therein.

61.

Defendant denies the allegations of paragraph 61

62.

The allegations of paragraph 62 do no call for an answer from Defendant, but to the extent a response is required, Defendant denies the allegations of paragraph 62 as written.

63.

Defendant denies the allegations of paragraph 63.

64.

Defendant denies the allegations of paragraph 64 for lack of sufficient information to justify a belief as to the truth therein.

65.

Defendant denies the allegations of paragraph 65.

66.

Defendant denies the allegations of paragraph 66.

67.

Defendant denies the allegations of paragraph 67 as written.

68.

Defendant denies the allegations of paragraph 68.

69.

Defendant denies the allegations of paragraph 69.

70.

Defendant denies the allegations of paragraph 70.

71.

Defendant denies the allegations of paragraph 71 as written.

WHEREFORE, THE PREMISES CONSIDERED, DEFENDANT, KATRINA JACKSON, in both her official and individual capacities, prays that this, her response to plaintiff's Complaint, be deemed good and sufficient and after all due proceedings, that there be judgment herein, rejecting and dismissing plaintiff's claims and demands with prejudice and at plaintiff's cost.

        HAMMONDS, SILLS ADKINS, GUICE, NOAH
        & PERKINS, L.L.P.
        1881 Hudson Circle
        Monroe, Louisiana 712011
        Telephone: (318) 324-0101
        Facsimile: (318) 322-537
        Email: thayes4@hamsil.com


        BY:  /s/ *Thomas M. Hayes, IV*
           Thomas M. Hayes, IV, No. 28600
        ATTORNEY FOR DEFENDANT, KATRINA
        JACKSON, in her official and individual capacities

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 28, 2023, a copy of the foregoing Answer to Plaintiffs' Complaint was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

      HAMMONDS, SILLS ADKINS, GUICE, NOAH
      & PERKINS, L.L.P.
      1881 Hudson Circle
      Monroe, Louisiana 712011
      Telephone: (318) 324-0101
      Facsimile: (318) 322-5375
      Email: thayes4@hamsil.com

      BY:   /s/ *Thomas M. Hayes, IV*
            Thomas M. Hayes, IV, No. 28600
      ATTORNEY FOR DEFENDANT, KATRINA
      JACKSON, in her official and individual capacities