**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| MAYA DETIEGE | CIVIL ACTION NO. 23-175 |
| VERSUS | JUDGE DONALD E. WALTER |
| KATRINA R JACKSON | MAG. JUDGE KAYLA D. MCCLUSKY |

## MEMORANDUM ORDER

All requirements of Federal Rules of Civil Procedure 26(f) are hereby waived in this case, including the conference of the parties and the report to the Court. The parties are directed to serve their initial disclosures within 30 days and promptly begin any necessary discovery and motion practice. A scheduling order will be issued by the Court setting the matter for trial in due course.

The parties are reminded that, to facilitate the use of exhibits at trial, each exhibit used during discovery must have its own unique exhibit number, which shall be used throughout the proceeding, including depositions and at trial. The numbers need not be sequential, they must simply be unique and consistent as to each exhibit. No other exhibit may be given that same number. There are many ways to accomplish this. For example, counsel may decide that plaintiff will reserve numbers 1-99, the first defendant shall reserve numbers 100-199, and the second defendant numbers 200-299, and so on.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this 12th day of April, 2023.

_____
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE