**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **MAYA DETIEGE** | **CASE NO.   3:23-CV-00175** |
| **VERSUS** | **JUDGE ELIZABETH E. FOOTE** |
| **KATRINA R JACKSON** | **MAGISTRATE JUDGE KAYLA D. MCCLUSKY** |

**NOTICE OF DEFICIENT DOCUMENT**

**NOTICE TO FILER:**

The Amended Complaint filed on August 21, 2023, by Maya Detiege was DEFICIENT for the following reason(s):

- ✓ This party is already represented by other counsel. Please refer to provisions under LR83.2.12 regarding appearance of other counsel to ensure compliance with this rule. A motion to enroll as co-counsel or to substitute counsel (signed by the current counsel of record) is required to remedy this situation. Please also refer to LR5.7.08 regarding electronic filing of documents requiring signatures of more than one party.

- ✓ Leave of court is required for the filing of this amended pleading. If this filing is one to which a responsive pleading is required, leave of court is required to file 21 days after service of the response or a motion under Rule 12(b)(e)(3) or (f). Other amendments require consent or leave of court. Please refer to Fed.R.Civ.P. 15(a) for further information regarding requirements for amendment of pleadings.

**Please electronically submit a "Corrective Document" <u>within 10 days</u> from the date of this notice or the document may be stricken by the court.   <u>PLEASE ENTITLE THE SUBMISSION, "CORRECTIVE DOCUMENT."</u>**   All filing deadlines previously set remain in effect.   Issuance of this deficiency does not amount to an extension of any deadline.

For questions regarding this document or transmission, please call our CM/ECF help desk at 1-866-323-1101.