UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MAYA DETIEGE and DAYNE SHERMAN, | CIVIL ACTION NO.: 3:23-cv-175 |
| *Plaintiffs* | |
| v. | |
| KATRINA JACKSON, in her official and individual capacities | JUDGE: DONALD E. WALTER |
| *Defendant* | MAGISTRATE JUDGE: KAYLA D. MCCLUSKY |

**MOTION TO SUBSTITUTE AND ENROLL STUDENT ATTORNEYS**

NOW COME Plaintiffs Maya Detiege and Dayne Sherman through undersigned counsel who, pursuant to Local Rule 83.2.13, ask this Court to withdraw Bailey Casteel and Gabriela Chilingarova and allow the enrollment of Tulane University Law School student attorneys, Richard Crow and Landon Pettigrew.   The student attorneys will practice under the supervision of attorney Katie Schwartzmann, Clinical Professor of Law and Director of Tulane Law School's First Amendment Law Clinic.   As required by Local Rule, consent of counsel's clients has been filed into the record at R. Docs. 20-2 and 20-3.   Plaintiffs also attach a certificate from the Dean of Tulane Law School certifying these students are in good standing and eligible to practice pursuant to L.R. 83.2.13.   Attachment 1.   The two students comply with all requirements of the Local Rule, as they:

1.  Are enrolled in a law school in Louisiana that has been approved by the
    American Bar Association, Tulane University School of Law;

2.  Have completed four (4) full-time semesters of legal studies;

1

3.  Have been certified by the Dean of Tulane Law School that they are of good moral character, competent legal ability, and adequately trained to perform as a legal intern (a copy of which is attached hereto);

4.  Are being introduced to this court by an attorney admitted to practice in this Court, Katie Schwartzmann;

5.  Will not ask for or receive remuneration of any kind for their services from this client;

6.  Take the following oath: that they do solemnly swear that they will support the Constitution of the United States and of the State of Louisiana and have read and are familiar with the Code of Professional Responsibility of the Louisiana State Bar Association, and understand that they are bound by the precepts therein contained as fully as if they were admitted to the practice of law in Louisiana; and that they further accept the privileges granted to them as well as the responsibilities which will devolve upon them, so that they may be more useful through their clinical education in the service of justice.

Respectfully submitted,

/s/ *Katie Schwartzmann*
 Katie M. Schwartzmann, La Bar No. 30295
 Virginia Hamrick, La Bar No. 40392
 Tulane Law School
 First Amendment Clinic
 6329 Freret Street, Suite 130
 New Orleans, La 70118
 o: (504) 862-8561
 kschwartzmann@tulane.edu
 vhamrick@tulane.edu

2

and

Richard Crow
Landon Pettigrew
Student Attorneys
Tulane Law School
First Amendment Clinic
6329 Freret Street, Suite 130
New Orleans, La 70118
rcrow@tulane.edu
lpettigrew@tulane.edu

4