UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| MAYA DETIEGE, DAYNE SHERMAN<br><br>*Plaintiffs*<br><br>v.<br><br>KATRINA JACKSON, in her official and individual capacities,<br><br>*Defendant* | CIVIL ACTION NO.: 3:23-cv-175<br><br>JUDGE WALTER<br><br>MAGISTRATE JUDGE MCCLUSKY |

### PLAINTIFFS' MOTION TO COMPEL RESPONSES TO PLAINTIFFS' SECOND AND THIRD SETS OF REQUESTS FOR ADMISSION, SECOND SET OF INTERROGATORIES, AND THIRD SET OF REQUESTS FOR PRODUCTION TO DEFENDANT KATRINA JACKSON

NOW INTO COURT, through undersigned counsel, come Plaintiffs Maya Detiege and Dayne Sherman, who respectfully request, pursuant to Federal Rule of Civil Procedure 37, that this honorable Court compel Defendant Katrina Jackson to respond to Plaintiffs' Second and Third Sets of Requests for Admission, Second Set of Interrogatories, and Third Set of Requests for Production of Documents. Plaintiffs also respectfully request that this Court compel Defendant to pay Plaintiffs' reasonable expenses, including attorneys' fees, pursuant to Fed. R. Civ. P. 37(a)(5)(A). Additionally, for the reasons set forth in the accompanying memorandum, Plaintiffs request expedited review of this motion.

On September 25, 2024, Plaintiffs propounded Plaintiffs' Second Set of Requests for Admission, Second Set of Interrogatories, and Third Set of Requests for Production upon

1

Defendant Jackson. Exhibits 1, 2, 3, 4. Defendant had previously agreed to expediate responses to allow Plaintiffs opportunity to propound further discovery or depose newly identified witnesses. Exhibit 5. On October 4, Plaintiffs propounded a Third Set of Requests for Admission. Exhibits 6, 7. Plaintiffs requested that Defendant respond to the Third Set of Requests for Admission within 15 days. Exhibit 6.

Defendant has produced no responses to any of the discovery requests. Plaintiffs have followed up with Defendant multiple times, to no avail. Exhibit 8. On an October 18 phone call, Defendant informed Plaintiffs that the responses were not available and could not provide Plaintiffs with an anticipated response date. On October 21, Plaintiffs sent Defendant a formal deficiency letter, notifying Defendant of their intent to file a motion to compel with this Court if no responses were produced. Exhibit 9.

Plaintiffs request that this Court order Defendant Jackson respond to Plaintiffs' Second and Third Set of Requests for Admission, Second Set of Interrogatories, and Third Set of Requests for Production. Plaintiffs also request this Court order Defendant Jackson to pay Plaintiffs' reasonable expenses incurred in making the motion, including attorneys' fees, pursuant to Fed. R. Civ. P. 37(a)(5)(A). This is the second motion to compel in this proceeding. R. Doc. 32.

In support of this Motion, Plaintiffs urge the reasons set forth in the accompanying memorandum.

WHEREFORE, Plaintiffs request that this honorable Court:

A. Order Senator Jackson to respond to Plaintiffs' outstanding discovery requests;

B. Award Plaintiffs reasonable expenses, including attorneys' fees, pursuant to Fed. R. Civ. Proc. 37(a)(5)(A); and

C. Award all other relief this Court follows appropriate.

Respectfully submitted:

/s/ *Virginia Hamrick*
Katie M. Schwartzmann, La Bar No. 30295
Virginia Hamrick, La Bar No. 40392
Alex Crow, Student Attorney
Landon Pettigrew, Student Attorney
Tulane First Amendment Law Clinic
6329 Freret Street, Suite 130
New Orleans, La 70118
kschwartzmann@tulane.edu
vhamrick@tulane.edu
o: (504) 862-8561