**From:** Pettigrew, Landon C lpettigrew@tulane.edu
**Subject:** Re: Detiege v. Jackson Civ. Action No. 3:23-00175
**Date:** September 25, 2024 at 3:05 PM
**To:** Thomas Hayes, IV thayes4@hamsil.com, rcotton@hamsil.com
**Cc:** Schwartzmann, Katie kschwartzmann@tulane.edu, Crow, Alex A rcrow@tulane.edu, Cleveland, Annie K acleveland@tulane.edu, Hamrick, Virginia M vhamrick@tulane.edu

Good afternoon Mr. Hayes,

I'm reaching out to provide some additional written discovery requests to Senator Jackson in the wake of our deposition last week. Attached to this email should be additional interrogatories, requests for production, and requests for admission. Here is a Box link to all the exhibits mentioned in these documents: https://tulane.box.com/s/morb6hkilv2vaj00u49d6bl6c5zcxypf

Because the discovery deadline is rapidly approaching, we ask that you return these documents to us by October 9th, if possible. My colleague Virginia Hamrick will reach out to you shortly regarding the RFAs. We would like to get a sense of what the Senator may stipulate to before our expert report deadline on Monday.

Thanks!

**Landon Pettigrew**
Student Attorney
First Amendment Clinic
lpettigrew@tulane.edu
985-500-5801

<u>Statement of Confidentiality</u>
*The contents of this e-mail message and any attachments are confidential and are intended solely for the addressee. The information may also be legally privileged. This transmission is sent in trust, for the sole purpose of delivery to the intended recipient. If you have received this transmission in error, any use, reproduction, or dissemination of this transmission is strictly prohibited. If you are not the intended recipient, please immediately notify the sender by reply e-mail or phone, and delete this message and its attachments, if any.*

**From:** Thomas Hayes, IV <thayes4@hamsil.com>
**Sent:** Thursday, September 5, 2024 11:32 AM
**To:** Pettigrew, Landon C <lpettigrew@tulane.edu>
**Cc:** Schwartzmann, Katie <kschwartzmann@tulane.edu>; Crow, Alex A <rcrow@tulane.edu>; Cleveland, Annie K <acleveland@tulane.edu>; Hamrick, Virginia M <vhamrick@tulane.edu>
**Subject:** RE: Detiege v. Jackson Civ. Action No. 3:23-00175

> External Sender. Be aware of links, attachments and requests.

Landon:

I am still trying to get authority to mediate. The problem is that in order to receive authority, I am required to submit a Request for Settlement Authority to ORM, which then

must be reviewed by multiple individuals. Unfortunately this means that we will not be able to mediate during the upcoming trip to Monroe, but I promise I am trying to get the ball rolling.

As for the documents produced by Twitter, there was no cover letter or any explanation. I forwarded everything that came to us from Twitter.

Thanks,
Tommy

Thomas M. Hayes IV
thayes4@hamsil.com
Hammonds, Sills, Adkins, Guice, Noah, & Perkins L.L.P.
1500 N. 19th St
Suite 301
Monroe, LA 71201
318.324.0101 voice
318.322.5375 fax
www.hamsil.com

**From:** Pettigrew, Landon C <lpettigrew@tulane.edu>
**Sent:** Thursday, September 5, 2024 8:20 AM
**To:** Thomas Hayes, IV <thayes4@hamsil.com>
**Cc:** Schwartzmann, Katie <kschwartzmann@tulane.edu>; Crow, Alex A <rcrow@tulane.edu>; Cleveland, Annie K <acleveland@tulane.edu>; Hamrick, Virginia M <vhamrick@tulane.edu>
**Subject:** Re: Detiege v. Jackson Civ. Action No. 3:23-00175

Dear Mr. Hayes,

I'm writing to follow up on this email regarding deposing our clients in New Orleans and mediating this case while we are in Monroe for Senator Jackson's deposition. Please let us know by the end of this week, if possible, so we can make arrangements for both of these items.

Also, please let us know if Senator Jackson received any cover letter or email with the data that she received from Twitter, so we can better understand what we received from her.

Thank you!

**Landon Pettigrew**

Student Attorney
First Amendment Clinic
lpettigrew@tulane.edu
985-500-5801

### Statement of Confidentiality
*The contents of this e-mail message and any attachments are confidential and are intended solely for the addressee. The information may also be legally privileged. This transmission is sent in trust, for the sole purpose of delivery to the intended recipient. If you have received this transmission in error, any use, reproduction, or dissemination of this transmission is strictly prohibited. If you are not the intended recipient, please immediately notify the sender by reply e-mail or phone, and delete this message and its attachments, if any.*

**From:** Pettigrew, Landon C <lpettigrew@tulane.edu>
**Sent:** Thursday, August 29, 2024 3:05 PM
**To:** thayes4@hamsil.com <thayes4@hamsil.com>
**Cc:** Schwartzmann, Katie <kschwartzmann@tulane.edu>; Crow, Alex A <rcrow@tulane.edu>; Cleveland, Annie K <acleveland@tulane.edu>; Hamrick, Virginia M <vhamrick@tulane.edu>
**Subject:** Detiege v. Jackson Civ. Action No. 3:23-00175

Dear Mr. Hayes,

I am reaching out to first introduce myself and Alex Crow. Alex and I are the new student attorneys assigned to Ms. Detiege's case, and we'll be working with you on this case throughout the next year. We're excited to pursue a resolution with you throughout the next few months.

Second, we are currently in the process of getting up to speed on the file for this case, but we have questions regarding the Twitter data that our clinic received on August 26. Specifically, we are trying to determine what this data is and what it is in response to. Did the Senator receive an email or cover letter with this data that might assist us in navigating this data? If so, can you send us that cover letter or email?

Third, we want to discuss our client's deposition and the logistics of that deposition. Can you come to New Orleans to depose our client? If so, we can provide you with available dates for that.

Further, would you be open to mediation when we come to Monroe for Senator Jackson's deposition on September 18? If so, we can also discuss the logistics of that mediation. We would like to mediate this case in either Monroe or Alexandria the day after Senator Jackson's deposition in hopes of an amenable solution for both of our clients. We have not checked on whether any court is available to mediate that date—we are starting with you.

Finally, please see attached to this email the notice of deposition of Senator Jackson on September 18 originally sent by Virginia Hamrick on July 17.

Best,

**Landon Pettigrew**
Student Attorney
First Amendment Clinic
lpettigrew@tulane.edu
985-500-5801

### Statement of Confidentiality
*The contents of this e-mail message and any attachments are confidential and are intended solely for the addressee. The information may also be legally privileged. This transmission is sent in trust, for the sole purpose of delivery to the intended recipient. If you have received this transmission in error, any use, reproduction, or*

*dissemination of this transmission is strictly prohibited. If you are not the intended recipient, please immediately notify the sender by reply e-mail or phone, and delete this message and its attachments, if any.*

**2024.09.25 Plaintiffs Third set of RFPs.pdf**
92 KB

**2024.09.25 Plaintiffs Second Set of ROGS.pdf**
96 KB

**2024.09.25 Plaintiffs Second Set of RFAs.pdf**
121 KB