UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

MAYA DETIEGE, DAYNE SHERMAN

*Plaintiffs*

v.

KATRINA JACKSON, in her official and individual capacities,

*Defendant*

CIVIL ACTION NO.: 3:23-cv-175

JUDGE WALTER

MAGISTRATE JUDGE MCCLUSKY

## PLAINTIFFS' SECOND REQUESTS FOR ADMISSIONS

Pursuant to Rule 36 of the Federal Rules of Civil Procedure, Plaintiffs Maya Detiege and Dayne Sherman request that Defendant Katrina Jackson respond to the following requests for admission. Please personally sign the answers and return them to counsel for Plaintiffs at 6329 Freret Street, Suite 130, New Orleans, LA 70118 and electronically within 30 days.

## INSTRUCTIONS AND DEFINITIONS

1. PLAINTIFF DETIEGE refers to Maya Detiege.

2. PLAINTIFF SHERMAN refers to Dayne Sherman.

3. PLAINTIFFS refers to Maya Detiege and Dayne Sherman.

4. DEFENDANT refers to KATRINA JACKSON, in your individual capacity and in your official capacity as State Senator for Louisiana's 34th District.

5. TWITTER refers to the social media platform now known as X Corp, accessible on the Twitter/X application on a phone and/or computer or on a web browser at twitter.com.

6. TWEET or TWEETED refers to posting or sharing on Twitter.

1

7. SOCIAL MEDIA refers to any website or application that enables a user to communicate with other users or to share content and other information, such as but not limited to Twitter, Facebook, Instagram, or TikTok.

8. SOCIAL MEDIA ACCOUNT means an account created for use on social media platforms.

9. BLOCK, or BLOCKING shall mean stopping another Twitter user from seeing your posts, and from following or interacting with your account. Blocking means neither party can see the other's posts.

10. MUTE, or MUTING shall mean removing an account's posts from your timeline without unfollowing or blocking that account. MUTE or MUTING shall also mean removing posts that contain particular words, phrases, usernames, emojis, or hashtags from your timeline and all other posts visible to you.

11. LIKE or LIKING refers to the use of the like or heart button on a social media platform to express support for or enjoyment of certain content.

12. RESPOND or REPLY refers to responding to another user's post on a social media platform.

13. TWITTER ACCOUNT refers to the Twitter account with the username or screen name @KatrinaRJackson owned and used by Senator Jackson. This account previously had the username or screenname @RepKJackson, @SenatorKRJ, and @KatrinaJack_Sen.

14. PERSON or PERSONS refers to any and all natural persons, individuals, agents, whether living or deceased and all juridical persons, business entities, associations, public agencies, non-profit organizations, and political associations.

**REQUEST FOR ADMISSION NO. 26:**

Please admit that you requested your Twitter account data from Twitter.

**REQUEST FOR ADMISSION NO. 27:**

Please admit that you received your account data from Twitter in August 2024.

**REQUEST FOR ADMISSION NO. 28:**

Please admit that the data produced to you by Twitter is authentic, genuine, and admissible.

**REQUEST FOR ADMISSION NO. 29:**

Please admit that the data produced from Twitter in August 2024 was produced by you to Plaintiffs on August 26, 2024.

**REQUEST FOR ADMISSION NO. 30:**

Please admit that the document produced to you by Twitter entitled 519638278-tweets.txt lists your tweets, including the time and text of your tweets, from March 9, 2012, to August 1, 2024.

**REQUEST FOR ADMISSION NO. 31:**

Please admit that Exhibit 1 is a fair and accurate representation of your tweet on March 9, 2012.

**REQUEST FOR ADMISSION NO. 32:**

Please admit that Exhibit 1 was your first tweet from your Twitter account.

**REQUEST FOR ADMISSION NO. 33:**

Please admit that you tweeted Exhibit 1.

**REQUEST FOR ADMISSION NO. 34:**

Please admit that Exhibit 1 is admissible at trial in this matter.

**REQUEST FOR ADMISSION NO. 35:**

Please admit that Exhibit 2 is a fair and accurate representation of your tweet on March 20, 2021.

**REQUEST FOR ADMISSION NO. 36:**

Please admit that you tweeted Exhibit 2.

**REQUEST FOR ADMISSION NO. 37:**

Please admit that Exhibit 2 is admissible at trial in this matter.

**REQUEST FOR ADMISSION NO. 38:**

Please admit that Exhibit 3 is a fair and accurate representation of your tweet on April 22, 2012.

**REQUEST FOR ADMISSION NO. 39:**

Please admit that you tweeted Exhibit 3.

**REQUEST FOR ADMISSION NO. 40:**

Please admit that Exhibit 3 is admissible at trial in this matter.

**REQUEST FOR ADMISSION NO. 41:**

Please admit that Exhibit 4 is a fair and accurate representation of your tweet on May 29, 2012.

**REQUEST FOR ADMISSION NO. 42:**

Please admit that you tweeted Exhibit 4.

**REQUEST FOR ADMISSION NO. 43:**

Please admit that Exhibit 4 is admissible at trial in this matter.

**REQUEST FOR ADMISSION NO. 44:**

Please admit that Exhibit 5 is a fair and accurate representation of your tweet on September 14, 2012.

**REQUEST FOR ADMISSION NO. 45:**

Please admit that you tweeted Exhibit 5.

**REQUEST FOR ADMISSION NO. 46:**

Please admit that Exhibit 5 is admissible at trial in this matter.

**REQUEST FOR ADMISSION NO. 47:**

Please admit that Plaintiff Sherman, @tweetthesouth, replied to your tweet in Exhibit 5.

**REQUEST FOR ADMISSION NO. 48:**

Please admit that Exhibit 6 is a fair and accurate representation of your tweet on May 28, 2013.

**REQUEST FOR ADMISSION NO. 49:**

Please admit that you tweeted Exhibit 6.

**REQUEST FOR ADMISSION NO. 50:**

Please admit that Exhibit 6 is admissible at trial in this matter.

**REQUEST FOR ADMISSION NO. 51:**

Please admit that Exhibit 7 is a fair and accurate representation of your tweet on April 17, 2019.

**REQUEST FOR ADMISSION NO. 52:**

Please admit that you tweeted Exhibit 7.

**REQUEST FOR ADMISSION NO. 53:**

Please admit that Exhibit 7 is admissible at trial in this matter.

**REQUEST FOR ADMISSION NO. 54:**

Please admit that Exhibit 8 is a fair and accurate representation of your tweet on June 3, 2020.

**REQUEST FOR ADMISSION NO. 55:**

Please admit that you tweeted Exhibit 8.

**REQUEST FOR ADMISSION NO. 56:**

Please admit that Exhibit 8 is admissible at trial in this matter.

**REQUEST FOR ADMISSION NO. 57:**

Please admit that Exhibit 9 is a fair and accurate representation of your tweet on April 21, 2021.

**REQUEST FOR ADMISSION NO. 58:**

Please admit that you tweeted Exhibit 9.

**REQUEST FOR ADMISSION NO. 59:**

Please admit that Exhibit 9 is admissible at trial in this matter.

**REQUEST FOR ADMISSION NO. 60:**

Please admit that Exhibit 10 is a fair and accurate representation of your tweet on June 25, 2020.

**REQUEST FOR ADMISSION NO. 61:**

Please admit that you tweeted Exhibit 10.

**REQUEST FOR ADMISSION NO. 62:**

Please admit that Exhibit 10 is admissible at trial in this matter.

**REQUEST FOR ADMISSION NO. 63:**

Please admit that Exhibit 11 is a fair and accurate representation of your tweet on April 27, 2021.

**REQUEST FOR ADMISSION NO. 64:**

Please admit that you tweeted Exhibit 11.

**REQUEST FOR ADMISSION NO. 65:**

Please admit that Exhibit 11 is admissible at trial in this matter.

**REQUEST FOR ADMISSION NO. 66:**

Please admit that Exhibit 12 is a fair and accurate representation of your tweet on October 28, 2021.

**REQUEST FOR ADMISSION NO. 67:**

Please admit that you tweeted Exhibit 12.

**REQUEST FOR ADMISSION NO. 68:**

Please admit that Exhibit 12 is admissible at trial in this matter.

**REQUEST FOR ADMISSION NO. 69:**

Please admit that Exhibit 13 is a fair and accurate representation of your tweet on December 10, 2021.

**REQUEST FOR ADMISSION NO. 70:**

Please admit that you tweeted Exhibit 13.

**REQUEST FOR ADMISSION NO. 71:**

Please admit that Exhibit 13 is admissible at trial in this matter.

**REQUEST FOR ADMISSION NO. 72:**

Please admit that Exhibit 14 is a fair and accurate representation of your tweet on March 11, 2022.

**REQUEST FOR ADMISSION NO. 73:**

Please admit that you tweeted Exhibit 14.

**REQUEST FOR ADMISSION NO. 74:**

Please admit that Exhibit 14 is admissible at trial in this matter.

**REQUEST FOR ADMISSION NO. 75:**

Please admit that Exhibit 15 is a fair and accurate representation of your tweet on March 11, 2022.

**REQUEST FOR ADMISSION NO. 76:**

Please admit that you tweeted Exhibit 15.

**REQUEST FOR ADMISSION NO. 77:**

Please admit that Exhibit 15 is admissible at trial in this matter.

**REQUEST FOR ADMISSION NO. 78:**

Please admit that Exhibit 16 is a fair and accurate representation of your tweet on March 14, 2022.

**REQUEST FOR ADMISSION NO. 79:**

Please admit that you tweeted Exhibit 16.

**REQUEST FOR ADMISSION NO. 80:**

Please admit that Exhibit 16 is admissible at trial in this matter.

**REQUEST FOR ADMISSION NO. 81:**

Please admit that Exhibit 17 is a fair and accurate representation of your tweet on May 18, 2023.

**REQUEST FOR ADMISSION NO. 82:**

Please admit that you tweeted Exhibit 17.

**REQUEST FOR ADMISSION NO. 83:**

Please admit that Exhibit 17 is admissible at trial in this matter.

**REQUEST FOR ADMISSION NO. 84:**

Please admit that Exhibit 18 is a fair and accurate representation of your tweet on April 17, 2012.

**REQUEST FOR ADMISSION NO. 85:**

Please admit that you tweeted Exhibit 18.

**REQUEST FOR ADMISSION NO. 86:**

Please admit that Exhibit 18 is admissible at trial in this matter.

**REQUEST FOR ADMISSION NO. 87:**

Please admit that Exhibit 19 is a fair and accurate representation of your tweet on May 9, 2012.

**REQUEST FOR ADMISSION NO. 88:**

Please admit that you tweeted Exhibit 19.

**REQUEST FOR ADMISSION NO. 89:**

Please admit that Exhibit 19 is admissible at trial in this matter.

**REQUEST FOR ADMISSION NO. 90:**

Please admit that Exhibit 20 is a fair and accurate representation of your tweet on February 25, 2018.

**REQUEST FOR ADMISSION NO. 91:**

Please admit that you tweeted Exhibit 20.

**REQUEST FOR ADMISSION NO. 92:**

Please admit that Exhibit 20 is admissible at trial in this matter.

**REQUEST FOR ADMISSION NO. 93:**

Please admit that you responded to Twitter users in Exhibit 20.

**REQUEST FOR ADMISSION NO. 94:**

Please admit that Exhibit 21 is a fair and accurate representation of your Twitter reply on May 31, 2018.

**REQUEST FOR ADMISSION NO. 95:**

Please admit that you tweeted Exhibit 21.

**REQUEST FOR ADMISSION NO. 96:**

Please admit that Exhibit 21 is admissible at trial in this matter.

**REQUEST FOR ADMISSION NO. 97:**

Please admit that Exhibit 22 is a fair and accurate representation of your Twitter reply on May 30, 2019.

**REQUEST FOR ADMISSION NO. 98:**

Please admit that you tweeted a reply in Exhibit 22.

**REQUEST FOR ADMISSION NO. 99:**

Please admit that Exhibit 22 is admissible at trial in this matter.

**REQUEST FOR ADMISSION NO. 100:**

Please admit that Exhibit 23 is a fair and accurate representation of your Tweet and reply on July 3-5, 2020.

**REQUEST FOR ADMISSION NO. 101:**

Please admit that you tweeted Exhibit 23 and a reply in Exhibit 23.

**REQUEST FOR ADMISSION NO. 102:**

Please admit that Exhibit 23 is admissible at trial in this matter.

**REQUEST FOR ADMISSION NO. 103:**

Please admit that Exhibit 24 is a fair and accurate representation of your Tweet and reply on April 12, 2021.

**REQUEST FOR ADMISSION NO. 104:**

Please admit that you tweeted Exhibit 24 and a reply in Exhibit 24.

**REQUEST FOR ADMISSION NO. 105:**

Please admit that Exhibit 24 is admissible at trial in this matter.

**REQUEST FOR ADMISSION NO. 106:**

Please admit that Exhibit 25 is a fair and accurate representation of your Tweet and reply on April 21, 2021.

**REQUEST FOR ADMISSION NO. 107:**

Please admit that you tweeted Exhibit 25 and a reply in Exhibit 25.

**REQUEST FOR ADMISSION NO. 108:**

Please admit that Exhibit 25 is admissible at trial in this matter.

**REQUEST FOR ADMISSION NO. 109:**

Please admit that Exhibit 26 is a fair and accurate representation of your Tweet and reply on February 23, 2022.

**REQUEST FOR ADMISSION NO. 110:**

Please admit that you tweeted Exhibit 26.

**REQUEST FOR ADMISSION NO. 111:**

Please admit that Exhibit 26 is admissible at trial in this matter.

**REQUEST FOR ADMISSION NO. 112:**

Please admit that other Twitter users responded to your Tweet in Exhibit 26.

**REQUEST FOR ADMISSION NO. 113:**

Please admit that Exhibit 27 is a fair and accurate representation of your Tweet on March 20, 2024.

**REQUEST FOR ADMISSION NO. 114:**

Please admit that you tweeted Exhibit 27.

**REQUEST FOR ADMISSION NO. 115:**

Please admit that Exhibit 27 is admissible at trial in this matter.

**REQUEST FOR ADMISSION NO. 116:**

Please admit that Exhibit 28 is a fair and accurate representation of replies to a Tweet on and/or around April 2, 2024.

**REQUEST FOR ADMISSION NO. 117:**

Please admit that you replied in Exhibit 28.

**REQUEST FOR ADMISSION NO. 118:**

Please admit that Exhibit 28 is admissible at trial in this matter.

**REQUEST FOR ADMISSION NO. 119:**

Please admit that Exhibit 29 is a fair and accurate representation of your Tweet on July 6, 2019.

**REQUEST FOR ADMISSION NO. 120:**

Please admit that you tweeted Exhibit 29.

**REQUEST FOR ADMISSION NO. 121:**

Please admit that Exhibit 29 is admissible at trial in this matter.

**REQUEST FOR ADMISSION NO. 122:**

Please admit that Exhibit 30 is a fair and accurate representation of your tweet on September 5, 2019.

**REQUEST FOR ADMISSION NO. 123:**

Please admit that you tweeted Exhibit 30.

**REQUEST FOR ADMISSION NO. 124:**

Please admit that Exhibit 30 is admissible at trial in this matter.

**REQUEST FOR ADMISSION NO. 125:**

Please admit that Exhibit 31 is a fair and accurate representation of your tweet on May 12, 2024.

**REQUEST FOR ADMISSION NO. 126:**

Please admit that you tweeted Exhibit 31.

**REQUEST FOR ADMISSION NO. 127:**

Please admit that Exhibit 31 is admissible at trial in this matter.

**REQUEST FOR ADMISSION NO. 128:**

Please admit that Exhibit 32 is a fair and accurate representation of your replies on November 18, 2014.

**REQUEST FOR ADMISSION NO. 129:**

Please admit that you replied in Exhibit 32.

**REQUEST FOR ADMISSION NO. 130:**

Please admit that Exhibit 32 is admissible at trial in this matter.

**REQUEST FOR ADMISSION NO. 131:**

Please admit that Exhibit 33 is a fair and accurate representation of your twitter replies to Lamar White, Jr. starting on March 10, 2014.

**REQUEST FOR ADMISSION NO. 132:**

Please admit that you replied to Twitter user Lamar White, Jr. in Exhibit 33.

**REQUEST FOR ADMISSION NO. 133:**

Please admit that Exhibit 33 is admissible at trial in this matter.

**REQUEST FOR ADMISSION NO. 134:**

Please admit that Exhibit 34 is genuine and authentic.

**REQUEST FOR ADMISSION NO. 135:**

Please admit that Exhibit 34 includes a screenshot that says "@KatrinaRJackson blocked you."

**REQUEST FOR ADMISSION NO. 136:**

Please admit that Exhibit 34 is admissible at trial in this matter.

**REQUEST FOR ADMISSION NO. 137:**

Please admit that Exhibit 35 is a fair and accurate representation of your Twitter reply on July 5, 2022.

**REQUEST FOR ADMISSION NO. 141:**

Please admit that Exhibit 35 includes your reply.

**REQUEST FOR ADMISSION NO. 142:**

Please admit that Exhibit 35 is admissible at trial in this matter.

**REQUEST FOR ADMISSION NO. 143:**

Please admit that Exhibit 36 is a screenshot of search results for @KatrinaRJackson and @houchin_andrew.

**REQUEST FOR ADMISSION NO. 144:**

Please admit that Exhibit 36 is genuine and authentic.

**REQUEST FOR ADMISSION NO. 145:**

Please admit that Exhibit 36 is admissible at trial in this matter.

**REQUEST FOR ADMISSION NO. 146:**

Please admit that Exhibit 37 is a fair and accurate representation of your Twitter replies on October 23, 2012 and October 24, 2012.

**REQUEST FOR ADMISSION NO. 147:**

Please admit that Exhibit 37 includes your replies to LouisianaFedTeachers, @LaFedTeachers, and Plaintiff Sherman.

**REQUEST FOR ADMISSION NO. 148:**

Please admit that Exhibit 37 is admissible at trial in this matter.

**REQUEST FOR ADMISSION NO. 149:**

Please admit that Exhibit 38 is a fair and accurate representation of your Twitter replies to Plaintiff Sherman on April 5, 2013.

**REQUEST FOR ADMISSION NO. 150:**

Please admit that Exhibit 38 includes your replies to Plaintiff Sherman.

**REQUEST FOR ADMISSION NO. 151:**

Please admit that Exhibit 38 is admissible at trial in this matter.

**REQUEST FOR ADMISSION NO. 152:**

Please admit that Exhibit 39 is a fair and accurate representation of your Twitter replies on and/or around April 4, 2013 and April 8, 2013.

**REQUEST FOR ADMISSION NO. 153:**

Please admit that Exhibit 39 includes your replies to Plaintiff Sherman and Lamar White, Jr.

**REQUEST FOR ADMISSION NO. 154:**

Please admit that Exhibit 39 is admissible at trial in this matter.

**REQUEST FOR ADMISSION NO. 155:**

Please admit that Exhibit 40 is a fair and accurate representation of your tweet on June 24, 2022.

**REQUEST FOR ADMISSION NO. 156:**

Please admit that you tweeted Exhibit 40.

**REQUEST FOR ADMISSION NO. 157:**

Please admit that Exhibit 40 is admissible at trial in this matter.

**REQUEST FOR ADMISSION NO. 158:**

Please admit that Exhibit 41 is a fair and accurate representation of your tweet on June 26, 2022.

**REQUEST FOR ADMISSION NO. 159:**

Please admit that you tweeted Exhibit 41.

**REQUEST FOR ADMISSION NO. 160:**

Please admit that Exhibit 41 is admissible at trial in this matter.

**REQUEST FOR ADMISSION NO. 161:**

Please admit that Exhibit 42 is a fair and accurate representation of your reply on June 24, 2022.

**REQUEST FOR ADMISSION NO. 162:**

Please admit that you tweeted the replies in Exhibit 42.

**REQUEST FOR ADMISSION NO. 163:**

Please admit that Exhibit 42 is admissible at trial in this matter.

**REQUEST FOR ADMISSION NO. 164:**

Please admit that Exhibit 43 is a fair and accurate representation of your reply on June 24, 2022.

**REQUEST FOR ADMISSION NO. 165:**

Please admit that you replied to Maya Deitege, @midaeros, in Exhibit 43.

**REQUEST FOR ADMISSION NO. 166:**

Please admit that Exhibit 43 is admissible at trial in this matter.

I swear or affirm that the foregoing answers are provided under penalty of perjury.

Dated:

                                                         Katrina Jackson

Please send responses to:

                                                         /s/ *Virginia Hamrick*
Katie M. Schwartzmann, La Bar No. 30295
Virginia Hamrick, La Bar No. 40392
Alex Crow, Student Attorney
Landon Pettigrew, Student Attorney
Tulane First Amendment Law Clinic
6329 Freret Street, Suite 130
New Orleans, La 70118
kschwartzmann@tulane.edu
vhamrick@tulane.edu
o: (504) 862-8561

16

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been served on counsel for the Defendants via electronic mail on September 25, 2024.

/s/ *Virginia Hamrick*