Saturday, October 19, 2024 at 12:22:21 Central Daylight Time

| | |
|---|---|
| **Subject:** | RE: Detiege v. Jackson, follow up |
| **Date:** | Friday, September 20, 2024 at 12:41:07 PM Central Daylight Time |
| **From:** | Thomas Hayes, IV |
| **To:** | Schwartzmann, Katie |
| **CC:** | Cleveland, Annie K, Hamrick, Virginia M, Pettigrew, Landon C, Crow, Alex A, Ricky Cotton |
| **Attachments:** | Int and RFP from Jackson to Plaintiffs.pdf, Int and RFP from Jackson to Plaintiffs.docx |

> External Sender. Be aware of links, attachments and requests.

Katie:

This acknowledges receipt of the below message. I will be looking for the additional discovery, and the dates for the depositions of your clients.

I have attached discovery requests propunded by the defense to each of your clients. I have provided them in PDF as well as Microsoft Word, in order to make drafting of responses more convenient.

Sincerely,
Tommy Hayes

Thomas M. Hayes IV
thayes4@hamsil.com
Hammonds, Sills, Adkins, Guice, Noah, & Perkins L.L.P.
1500 N. 19th St
Suite 301
Monroe, LA 71201
318.324.0101 voice
318.322.5375 fax
www.hamsil.com

**From:** Schwartzmann, Katie <kschwartzmann@tulane.edu>
**Sent:** Thursday, September 19, 2024 3:20 PM
**To:** Thomas Hayes, IV <thayes4@hamsil.com>
**Cc:** Cleveland, Annie K <acleveland@tulane.edu>; Hamrick, Virginia M <vhamrick@tulane.edu>; Pettigrew, Landon C <lpettigrew@tulane.edu>; Crow, Alex A <rcrow@tulane.edu>
**Subject:** Detiege v. Jackson, follow up

Mr. Hayes,

I write to follow up on the deposition of Senator Jackson yesterday. We are moving forward with next steps, and I want to flag a few issues for you.

Because Senator Jackson could not authenticate any of the tweets we attempted to show

her, we will be forced to authenticate them at trial. Her recall was so poor that we stopped showing dozens of exhibits we planned to cover with her. Her refusal to authenticate the documents will exponentially increase the costs at trial and of this case, which we have repeatedly offered to settle. We will be forced to call an expert witness to testify that about the authenticity of every tweet. This will require a several days of trial.

The Senator also could not remember even one person that she had blocked on Twitter, including our client. She has blocked dozens. Neither would she stipulate to the authenticity of the exhibits that clearly documented her blocking people. This will require us to again call an expert witness, to issue further subpoenas to Twitter, and to exponentially grow our witness list. We will have to call as a witness every individual we can locate that she blocked on Twitter. We are working on an updated witness list, which we will have to you as soon as it is completed. We are prepared to call these individuals at trial.

We will be sending you requests for admission to give the Senator another opportunity to stipulate to the above. We also will be sending you a third set of discovery to follow up to the Senator's deposition. As we discussed in June, because the Senator was unavailable for deposition prior to September, we now have an extremely compressed time in which to complete discovery and litigate any motions to compel. Because the delay was necessitated by the Senator's unavailability, you assured us that you will cooperate in expedited discovery. We will have that discovery to you by mid-next week, and would appreciate receiving your reply to the discovery by October 15, as we anticipate having to litigate the motion to compel by the end of October pursuant to the Court's scheduling order.

Litigating this case just got significantly more complicated and more expensive. It is going to cost the taxpayers a significant amount of money and time. We have hundreds upon hundreds of attorney hours in this case, and thousands in costs. We would like to avoid incurring more. We remain amenable to settlement.

We will be in touch in the next couple of days about our client deposition dates in New Orleans, and get you those discovery requests in coming days as well.

Thanks,

Katie



**Katie Schwartzmann | Clinical Professor of Law | Director**
Tulane University School of Law - First Amendment Clinic
Weinmann Hall, 6329 Freret Street, New Orleans, LA 70118
Office: (504) 862.8813

kschwartzmann@tulane.edu | Website

To schedule a meeting with me: https://calendly.com/katie_schwartzmann

Please note that this email may contain confidential and privileged information. If you are not the intended recipient please delete the message and notify me immediately. Thank you!