**From:** Virginia Hamrick vhamrick@tulane.edu
**Subject:** Detiege v. Jackson - third set of requests for admission
**Date:** October 4, 2024 at 4:46 PM
**To:** Thomas Hayes thayes4@hamsil.com, Ricky Cotton rcotton@hamsil.com
**Cc:** Schwartzmann, Katie kschwartzmann@tulane.edu, Cleveland, Annie K acleveland@tulane.edu, Crow, Alex A rcrow@tulane.edu, Pettigrew, Landon C lpettigrew@tulane.edu

Hi Tommy,

Please find attached Plaintiffs' third set of requests for admission. I have separately shared a Box folder with the exhibits. You can also access the folder here.

Due to the imminent close of discovery in this matter, we ask that you please produce responses in 15 days.

Hope you have a great weekend!

Best,

Virginia Hamrick
Stanton Legal Fellow | First Amendment Law Clinic
Tulane University School of Law
6329 Freret Street, Suite 130
New Orleans, LA 70118
(504) 862-8561

Please note that this email may contain confidential and privileged information. If you are not the intended recipient please delete the message and notify me immediately. Thank you!

**2024.10.04 Third Set of RFA Final.pdf**
162 KB