Wednesday, October 23, 2024 at 14:06:13 Central Daylight Time

**Subject:** Re: Discovery Request Follow-Up
**Date:** Friday, October 18, 2024 at 4:17:53 PM Central Daylight Time
**From:** Schwartzmann, Katie
**To:** Crow, Alex A, Thomas Hayes, IV
**CC:** Cleveland, Annie K, Hamrick, Virginia M, Pettigrew, Landon C

Hi Tommy,

Following up on these emails. We need to have responses to our supplemental discovery by Monday, at latest. As you know, motions to compel must be filed by 10/28. We need to review your discovery production to evaluate deficiencies in advance of that deadline. We will start drafting the motion to compel on Tuesday if we have not received your responses. We may the motion to compel as soon as Wednesday if we don't hear from you.

Thanks,

Katie



**Katie Schwartzmann | Clinical Professor of Law | Director**
Tulane University School of Law - First Amendment Clinic
Weinmann Hall, 6329 Freret Street, New Orleans, LA 70118
Office: (504) 862.8813
kschwartzmann@tulane.edu | Website

To schedule a meeting with me: https://calendly.com/katie_schwartzmann

Please note that this email may contain confidential and privileged information. If you are not the intended recipient please delete the message and notify me immediately. Thank you!

**From:** Crow, Alex A <rcrow@tulane.edu>
**Sent:** Wednesday, October 16, 2024 8:25 PM
**To:** Thomas Hayes, IV <thayes4@hamsil.com>
**Cc:** Schwartzmann, Katie <kschwartzmann@tulane.edu>; Cleveland, Annie K <acleveland@tulane.edu>; Hamrick, Virginia M <vhamrick@tulane.edu>; Pettigrew, Landon C <lpettigrew@tulane.edu>
**Subject:** Re: Discovery Request Follow-Up

Mr. Hayes,

I am circling back on my previous email to you from earlier this week. When can we expect a response to these requests? We would like them as soon as possible, given the rapidly approaching close of discovery.

Best,

Alex Crow
Tulane University Law School
Rule XX Student Attorney
First Amendment Clinic
rcrow@tulane.edu
(254) 239-6166

*Statement of Confidentiality*
*The contents of this e-mail message and any attachments are confidential and are intended solely for the addressee. The information may also be legally privileged. This transmission is sent in trust, for the sole purpose of delivery to the intended recipient. If you have received this transmission in error, any use, reproduction, or dissemination of this transmission is strictly prohibited. If you are not the intended recipient, please immediately notify the sender by reply e-mail or phone, and delete this message and its attachments, if any.*

---

**From:** Crow, Alex A <rcrow@tulane.edu>
**Sent:** Monday, October 14, 2024 11:06 AM
**To:** Thomas Hayes, IV <thayes4@hamsil.com>
**Cc:** Schwartzmann, Katie <kschwartzmann@tulane.edu>; Cleveland, Annie K <acleveland@tulane.edu>; Hamrick, Virginia M <vhamrick@tulane.edu>; Pettigrew, Landon C <lpettigrew@tulane.edu>
**Subject:** Discovery Request Follow-Up

Good morning Mr. Hayes,

I am reaching out to check on the status of the additional discovery that was requested of Senator Jackson on September 25. This would be the Plaintiffs' Second RFA, Third RFP, and Second Set of Interrogatories. We had requested these materials by October 9, and would ask that you send them to us as soon as possible, as the deadline for the close of discovery is fast approaching.

Best,

Richard (Alex) Crow
J.D. Candidate 2025 | Tulane University Law School
Rule XX Student Attorney | First Amendment Clinic
Vice President | Federalist Society
Secretary | Christian Legal Society
rcrow@tulane.edu
(254) 239-6166

*Statement of Confidentiality*
*The contents of this e-mail message and any attachments are confidential and are intended solely for the addressee. The information may also be legally privileged. This*

*transmission is sent in trust, for the sole purpose of delivery to the intended recipient. If you have received this transmission in error, any use, reproduction, or dissemination of this transmission is strictly prohibited. If you are not the intended recipient, please immediately notify the sender by reply e-mail or phone, and delete this message and its attachments, if any.*