

**FIRST AMENDMENT LAW CLINIC**

October 21, 2024

Mr. Thomas M. Hayes IV
Hammonds, Sills, Adkins, Guice, Noah, & Perkins L.L.P.
1500 N. 19th St
Suite 301
Monroe, LA 71201

Re:   Detiege et al v. Jackson, 3:23-cv-175
Via:  thayes4@hamsil.com

Dear Counsel:

On September 18, 2024, we deposed Senator Jackson. At the deposition, we informed you that we would be propounding new discovery upon Senator Jackson based on new facts disclosed during the deposition. We explained that we would be seeking expedited responses to these requests because (1) the requests would be limited and (2) the impending deadline to close discovery. You verbally agreed to an expedited response deadline.

On September 19, we emailed you memorializing this agreement. In this email, we notified you that we would be propounding further discovery the following week and asked you to respond to the discovery by October 15. On September 20, you acknowledged this email.

On September 25 we propounded upon Senator Jackson new interrogatories, requests for production, and requests for admission. In propounding these requests, we asked that your client respond by October 9. We followed up by email on October 14 and 16. You did not respond. On October 18, on a phone call, you informed us that you were still not prepared to produce the responses.

It is now October 21, and your client has still not produced a single response. **Please respond to our requests by end of day, Tuesday October 22.**

As we expressed in our phone call on October 18, it is our intention to settle this discovery matter without judicial intervention. However, because of the impending close of discovery, if we do not receive responses by end of day, October 21, we will have to file a motion to compel.

This letter is our formal attempt to meet and confer to resolve this matter. We look forward to resolving this matter amicably at your earliest convenience.

Respectfully,

/s/ *Virginia Hamrick*
Katie M. Schwartzmann, La Bar No. 30295
Virginia Hamrick, La Bar No. 40392
Alex Crow, Student Attorney
Landon Pettigrew, Student Attorney
Tulane First Amendment Law Clinic
6329 Freret Street, Suite 130
New Orleans, La 70118
kschwartzmann@tulane.edu
vhamrick@tulane.edu
o: (504) 862-8561