**Subject:** RE: Detiege v. Jackson Civ. Action No. 3:23-00175
**Date:** Monday, July 15, 2024 at 5:57:48 PM Central Daylight Time
**From:** Thomas Hayes, IV
**To:** Hamrick, Virginia M, Schwartzmann, Katie
**CC:** Ricky Cotton

> External Sender. Be aware of links, attachments and requests.

Thanks Virginia, and again I agree to extensions if needed. Please notice the deposition for my office.

I will also need to depose your clients – can they be available up here the same day? If not, please provide available dates and time for their depositions

Thomas M. Hayes IV
thayes4@hamsil.com
Hammonds, Sills, Adkins, Guice, Noah, & Perkins L.L.P.
1500 N. 19th St
Suite 301
Monroe, LA 71201
318.324.0101 voice
318.322.5375 fax
www.hamsil.com

**From:** Hamrick, Virginia M <vhamrick@tulane.edu>
**Sent:** Monday, July 15, 2024 2:27 PM
**To:** Thomas Hayes, IV <thayes4@hamsil.com>; Schwartzmann, Katie <kschwartzmann@tulane.edu>
**Cc:** Ricky Cotton <rcotton@hamsil.com>
**Subject:** Re: Detiege v. Jackson Civ. Action No. 3:23-00175

Hi Tommy,

Of the dates you proposed, we can do September 18. We will notice the deposition for that date at the Senator's office.

As evidenced below, we delayed Sen. Jackson's deposition to accommodate her commitments to the legislative session, and we granted extensions to deadlines for discovery responses because of session. We are surprised that, after close of session, the Senator was unavailable during the entire month of July and the first three weeks of August--for eight weeks.

Because of this extremely truncated availability we may need to extend discovery and/or jointly seek an extension of the deadline for dispositive motions. We accept your word below that you will not object to these potential modifications. Thank you for your professionalism.

Best,

Virginia Hamrick
Stanton Legal Fellow | First Amendment Law Clinic
Tulane University School of Law
6329 Freret Street, Suite 130
New Orleans, LA 70118
(504) 862-8561

Please note that this email may contain confidential and privileged information. If you are not the intended recipient please delete the message and notify me immediately. Thank you!

---

**From:** "Thomas Hayes, IV" <thayes4@hamsil.com>
**Date:** Friday, June 28, 2024 at 4:10 PM
**To:** "Hamrick, Virginia M" <vhamrick@tulane.edu>, "Schwartzmann, Katie" <kschwartzmann@tulane.edu>
**Cc:** Ricky Cotton <rcotton@hamsil.com>
**Subject:** RE: Detiege v. Jackson Civ. Action No. 3:23-00175

> External Sender. Be aware of links, attachments and requests.

Virginia:

I will inquire again about dates other than the ones we have provided, but I expect the response will be the same. I understand that discovery closes October 28 but I am happy to work with you if an extension is needed. I ask you to please consider using one of the August dates already provided so that we can get a fixed, agreed upon date on the calendar towards which we can work.

After today I will be out of the office on vacation until July 10, but I will be checking email. If we need to discuss, please call before end of business today.

Thanks,
Tommy

Thomas M. Hayes IV
thayes4@hamsil.com
Hammonds, Sills, Adkins, Guice, Noah, & Perkins L.L.P.
1500 N. 19th St
Suite 301
Monroe, LA 71201
318.324.0101 voice
318.322.5375 fax
www.hamsil.com

**From:** Hamrick, Virginia M <vhamrick@tulane.edu>
**Sent:** Friday, June 28, 2024 3:29 PM
**To:** Thomas Hayes, IV <thayes4@hamsil.com>; Schwartzmann, Katie <kschwartzmann@tulane.edu>
**Cc:** Ricky Cotton <rcotton@hamsil.com>
**Subject:** Re: Detiege v. Jackson Civ. Action No. 3:23-00175

Hi Tommy,

We have delayed this deposition to accommodate Sen. Jackson's legislative calendar. We have been trying to get a date since the conclusion of the legislative session on June 3.

We need to depose Sen. Jackson in July or early August because discovery closes on Oct. 28, and we have had such little written discovery produced from her. We are noticing her deposition for Tuesday, July 23.

If any other dates work for Sen. Jackson, we will reschedule. We are also available:

**July 16, 17, 18, 19**
**August 6, 7, 8, 9, 12, 13, 14, 15**

Best,

Virginia Hamrick
Stanton Legal Fellow | First Amendment Law Clinic
Tulane University School of Law
6329 Freret Street, Suite 130
New Orleans, LA 70118
(504) 862-8561

Please note that this email may contain confidential and privileged information. If you are not the intended recipient please delete the message and notify me immediately. Thank you!

---

**From:** "Thomas Hayes, IV" <thayes4@hamsil.com>
**Date:** Wednesday, June 26, 2024 at 3:44 PM
**To:** "Schwartzmann, Katie" <kschwartzmann@tulane.edu>, "Hamrick, Virginia M" <vhamrick@tulane.edu>
**Cc:** Ricky Cotton <rcotton@hamsil.com>
**Subject:** RE: Detiege v. Jackson Civ. Action No. 3:23-00175

External Sender. Be aware of links, attachments and requests.

Those are what I am told are her only available dates between now and those dates

Thomas M. Hayes IV
thayes4@hamsil.com
Hammonds, Sills, Adkins, Guice, Noah, & Perkins L.L.P.
1500 N. 19th St
Suite 301

Monroe, LA 71201
318.324.0101 voice
318.322.5375 fax
www.hamsil.com

**From:** Schwartzmann, Katie <kschwartzmann@tulane.edu>
**Sent:** Wednesday, June 26, 2024 3:43 PM
**To:** Thomas Hayes, IV <thayes4@hamsil.com>; Hamrick, Virginia M <vhamrick@tulane.edu>
**Cc:** Ricky Cotton <rcotton@hamsil.com>
**Subject:** Re: Detiege v. Jackson Civ. Action No. 3:23-00175

Tommy,

This litigation is backed up because we have been accommodating the Senator's schedule. Those dates are too late for us, given that we have a discovery close date in October.

She is unavailable for a month and a half?

Thanks,

Katie Schwartzmann
Professor of the Practice and Director
First Amendment Law Clinic
Tulane University School of Law
6329 Freret Street, Suite 130 C
New Orleans, La 70118

https://calendly.com/katie_schwartzmann

(504) 862-8813 (direct)
(504) 865-5153 (clinic main)


Please note that this email may contain confidential and privileged information. If you are not the intended recipient please delete the message and notify me immediately. Thank you!

---

**From:** Thomas Hayes, IV <thayes4@hamsil.com>
**Sent:** Wednesday, June 26, 2024 3:40 PM
**To:** Schwartzmann, Katie <kschwartzmann@tulane.edu>; Hamrick, Virginia M <vhamrick@tulane.edu>
**Cc:** Ricky Cotton <rcotton@hamsil.com>
**Subject:** RE: Detiege v. Jackson Civ. Action No. 3:23-00175

> External Sender. Be aware of links, attachments and requests.

She is still not available in July. The problem is that her calendar is very backed up due to the marathon legislative session this year. She has provided the following dates, which I have cleared on my calendar.

August 22, 23, 30
September 5, 6, 16, 17, 18, 19

Let me know if any of these work for you.

Thanks,
Tommy

Thomas M. Hayes IV
thayes4@hamsil.com
Hammonds, Sills, Adkins, Guice, Noah, & Perkins L.L.P.
1500 N. 19th St
Suite 301
Monroe, LA 71201
318.324.0101 voice
318.322.5375 fax
www.hamsil.com

**From:** Schwartzmann, Katie <kschwartzmann@tulane.edu>
**Sent:** Wednesday, June 26, 2024 3:13 PM
**To:** Hamrick, Virginia M <vhamrick@tulane.edu>; Thomas Hayes, IV <thayes4@hamsil.com>
**Cc:** Ricky Cotton <rcotton@hamsil.com>
**Subject:** Re: Detiege v. Jackson Civ. Action No. 3:23-00175

Tommy,

We are about to notice Jackson's deposition for July 25, since we cannot agree on a date.

Thanks,

Katie Schwartzmann
Professor of the Practice and Director
First Amendment Law Clinic
Tulane University School of Law
6329 Freret Street, Suite 130 C
New Orleans, La 70118

https://calendly.com/katie_schwartzmann

(504) 862-8813 (direct)
(504) 865-5153 (clinic main)

Please note that this email may contain confidential and privileged information. If you are not the intended recipient please delete the message and notify me immediately. Thank you!

**From:** Hamrick, Virginia M <vhamrick@tulane.edu>
**Sent:** Thursday, June 20, 2024 1:55 PM

**To:** Thomas Hayes, IV <thayes4@hamsil.com>
**Cc:** Ricky Cotton <rcotton@hamsil.com>; Schwartzmann, Katie <kschwartzmann@tulane.edu>
**Subject:** Re: Detiege v. Jackson Civ. Action No. 3:23-00175

Hi Tommy,

Is Sen. Jackson available for a deposition on July 18 or 19? Alternatively, would sometime the week of August 5 or August 12 work? If we do not hear back and get dates in the middle of July or early August, we will notice the deposition with a time and date.

Thanks,

Virginia Hamrick
Stanton Legal Fellow | First Amendment Law Clinic
Tulane University School of Law
6329 Freret Street, Suite 130
New Orleans, LA 70118
(504) 862-8561

Please note that this email may contain confidential and privileged information. If you are not the intended recipient please delete the message and notify me immediately. Thank you!

---

**From:** "Schwartzmann, Katie" <kschwartzmann@tulane.edu>
**Date:** Monday, June 3, 2024 at 6:09 PM
**To:** "Thomas Hayes, IV" <thayes4@hamsil.com>, "Hamrick, Virginia M" <vhamrick@tulane.edu>
**Cc:** Ricky Cotton <rcotton@hamsil.com>
**Subject:** Re: Detiege v. Jackson Civ. Action No. 3:23-00175

Hi Tommy,

Can you ask about July 18 or 19? We are worried about waiting until August given that discovery closes in October, and any enforcement motions need to be filed in September.

Thanks,

Katie Schwartzmann
Tulane Law School
Professor of the Practice and Director
First Amendment Law Clinic
6329 Freret Street
New Orleans, La 70118

---

**From:** Thomas Hayes, IV <thayes4@hamsil.com>
**Sent:** Monday, June 3, 2024 4:59:31 PM
**To:** Hamrick, Virginia M <vhamrick@tulane.edu>
**Cc:** Schwartzmann, Katie <kschwartzmann@tulane.edu>; Ricky Cotton <rcotton@hamsil.com>

**Subject:** RE: Detiege v. Jackson Civ. Action No. 3:23-00175

> External Sender. Be aware of links, attachments and requests.

Unfortunately she is not – I have asked for August dates again, as well as availability for mediation

Thomas M. Hayes IV
thayes4@hamsil.com
Hammonds, Sills, Adkins, Guice, Noah, & Perkins L.L.P.
1500 N. 19th St
Suite 301
Monroe, LA 71201
318.324.0101 voice
318.322.5375 fax
www.hamsil.com

**From:** Hamrick, Virginia M <vhamrick@tulane.edu>
**Sent:** Monday, June 3, 2024 1:54 PM
**To:** Thomas Hayes, IV <thayes4@hamsil.com>
**Cc:** Schwartzmann, Katie <kschwartzmann@tulane.edu>
**Subject:** Re: Detiege v. Jackson Civ. Action No. 3:23-00175

Hi Tommy,

Would either July 24th or 25th work for a deposition of Sen. Jackson?

Thanks,

Virginia Hamrick
Stanton Legal Fellow | First Amendment Law Clinic
Tulane University School of Law
6329 Freret Street, Suite 130
New Orleans, LA 70118
(504) 862-8561

Please note that this email may contain confidential and privileged information. If you are not the intended recipient please delete the message and notify me immediately. Thank you!

---

**From:** "Thomas Hayes, IV" <thayes4@hamsil.com>
**Date:** Friday, May 24, 2024 at 7:08 AM
**To:** "Schwartzmann, Katie" <kschwartzmann@tulane.edu>
**Cc:** "Hamrick, Virginia M" <vhamrick@tulane.edu>, Ricky Cotton <rcotton@hamsil.com>
**Subject:** Re: Detiege v. Jackson Civ. Action No. 3:23-00175

> External Sender. Be aware of links, attachments and requests.

Yeah, it is not ideal. Send me dates for deposition so I can start pushing that issue.

Thanks,
Tommy
Sent from my iPhone

> On May 24, 2024, at 6:17 AM, Schwartzmann, Katie <kschwartzmann@tulane.edu> wrote:
>
> Thank. Go ahead and run through senator first. I can't do the ones toward the end of the month (27 & 29). Maybe give us a few she can do and we can take it to our clients.
>
> Because these are so far out we will have to proceed with her deposition anyway, I guess.
>
> Katie Schwartzmann
> Tulane Law School
> Professor of the Practice and Director
> First Amendment Law Clinic
> 6329 Freret Street
> New Orleans, La 70118

---

**From:** Thomas Hayes, IV <thayes4@hamsil.com>
**Sent:** Thursday, May 23, 2024 4:32:33 PM
**To:** Schwartzmann, Katie <kschwartzmann@tulane.edu>; Hamrick, Virginia M <vhamrick@tulane.edu>
**Cc:** Ricky Cotton <rcotton@hamsil.com>
**Subject:** FW: Detiege v. Jackson Civ. Action No. 3:23-00175

External Sender. Be aware of links, attachments and requests.

Katie:

Right now, any of these dates work for me. I wanted to run them past you before I checked with my client. Let me know.

Thanks,
Tommy

Thomas M. Hayes IV
thayes4@hamsil.com
Hammonds, Sills, Adkins, Guice, Noah, & Perkins L.L.P.
1500 N. 19th St
Suite 301
Monroe, LA 71201
318.324.0101 voice
318.322.5375 fax
www.hamsil.com

**From:** Yvonna Tice <Yvonna_Tice@lawd.uscourts.gov>
**Sent:** Thursday, May 23, 2024 4:14 PM
**To:** Thomas Hayes, IV <thayes4@hamsil.com>; Schwartzmann, Katie <kschwartzmann@tulane.edu>
**Cc:** Hamrick, Virginia M <vhamrick@tulane.edu>; Ricky Cotton <rcotton@hamsil.com>
**Subject:** RE: Detiege v. Jackson Civ. Action No. 3:23-00175

Happy to do so:

August:
6
7
8
14
20
22
27
28


**From:** Thomas Hayes, IV <thayes4@hamsil.com>
**Sent:** Thursday, May 23, 2024 3:08 PM
**To:** Yvonna Tice <Yvonna_Tice@lawd.uscourts.gov>; Schwartzmann, Katie <kschwartzmann@tulane.edu>
**Cc:** Hamrick, Virginia M <vhamrick@tulane.edu>; Ricky Cotton <rcotton@hamsil.com>
**Subject:** RE: Detiege v. Jackson Civ. Action No. 3:23-00175

**CAUTION - EXTERNAL:**

Ms. Tice:

Unfortunately between me and my client we cannot make any of the proposed dates work. Would you be so kind as to give us some dates in August?

Thank you,
Tommy Hayes

Thomas M. Hayes IV
thayes4@hamsil.com
Hammonds, Sills, Adkins, Guice, Noah, & Perkins L.L.P.
1500 N. 19th St
Suite 301

Monroe, LA 71201
318.324.0101 voice
318.322.5375 fax
www.hamsil.com

**From:** Yvonna Tice <Yvonna_Tice@lawd.uscourts.gov>
**Sent:** Friday, May 17, 2024 11:45 AM
**To:** Schwartzmann, Katie <kschwartzmann@tulane.edu>; Thomas Hayes, IV <thayes4@hamsil.com>
**Cc:** Hamrick, Virginia M <vhamrick@tulane.edu>; Ricky Cotton <rcotton@hamsil.com>
**Subject:** RE: Detiege v. Jackson Civ. Action No. 3:23-00175

Very welcome and happy to help!

**From:** Schwartzmann, Katie <kschwartzmann@tulane.edu>
**Sent:** Friday, May 17, 2024 11:43 AM
**To:** Yvonna Tice <Yvonna_Tice@lawd.uscourts.gov>; Thomas Hayes, IV <thayes4@hamsil.com>
**Cc:** Hamrick, Virginia M <vhamrick@tulane.edu>; Ricky Cotton <rcotton@hamsil.com>
**Subject:** Re: Detiege v. Jackson Civ. Action No. 3:23-00175

**CAUTION - EXTERNAL:**

Thank you so much, Ms. Tice! We will check these dates with our clients and circle back with you.

Katie Schwartzmann
Professor of the Practice and Director
First Amendment Law Clinic
Tulane University School of Law
6329 Freret Street, Suite 130 C
New Orleans, La 70118

https://calendly.com/katie_schwartzmann

(504) 862-8813 (direct)
(504) 865-5153 (clinic main)

Please note that this email may contain confidential and privileged information. If you are not the intended recipient please delete the message and notify me immediately. Thank you!

**From:** Yvonna Tice <Yvonna_Tice@lawd.uscourts.gov>
**Sent:** Friday, May 17, 2024 11:19 AM
**To:** Thomas Hayes, IV <thayes4@hamsil.com>
**Cc:** Schwartzmann, Katie <kschwartzmann@tulane.edu>; Hamrick, Virginia M

<vhamrick@tulane.edu>; Ricky Cotton <rcotton@hamsil.com>
**Subject:** RE: Detiege v. Jackson Civ. Action No. 3:23-00175

Good Morning to you!

He has June 18th and July 25, 30 and 31st available.

**From:** Thomas Hayes, IV <thayes4@hamsil.com>
**Sent:** Friday, May 17, 2024 11:00 AM
**To:** Yvonna Tice <Yvonna_Tice@lawd.uscourts.gov>
**Cc:** Schwartzmann, Katie <kschwartzmann@tulane.edu>; Hamrick, Virginia M <vhamrick@tulane.edu>; Ricky Cotton <rcotton@hamsil.com>
**Subject:** Detiege v. Jackson Civ. Action No. 3:23-00175

**CAUTION - EXTERNAL:**

Ms. Tice:

The above refenced matter is pending before Judge Walter and Magistrate McClusky in the Monroe Division. My opposing counsel (copied here) and I are interested in scheduling a magistrate assisted mediation with Judge Perez-Montes. Does Judge Perez-Montes have availability to mediate for us in Alexandria between the dates of June 17-29 and July 15-31? We look forward to hearing from you.

Sincerely,
Tommy Hayes

Thomas M. Hayes IV
thayes4@hamsil.com
Hammonds, Sills, Adkins, Guice, Noah, & Perkins L.L.P.
1500 N. 19th St
Suite 301
Monroe, LA 71201
318.324.0101 voice
318.322.5375 fax
www.hamsil.com

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.