# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | |
|---|---|
| **MAYA DETIEGE, et al.** | **CIVIL ACTION NO. 3:23-0175** |
| **VERSUS** | **JUDGE DONALD WALTER** |
| **KATRINA R. JACKSON** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## MOTION TO APPEAR AS ADDITIONAL COUNSEL OF RECORD

Caitlin Huettemann, an attorney admitted to practice before this Court and in good standing, respectfully moves to appear as additional counsel in this matter for Defendant, Katrina R. Jackson.

Respectfully submitted,

HAMMONDS, SILLS ADKINS, GUICE,
NOAH & PERKINS, L.L.P.
1500 N. 19th Street, Suite 301
Monroe, Louisiana 71201
Telephone: (318) 324-0101
Facsimile: (318) 322-5375
Email: thayes4@hamsil.com

BY: */s/ Thomas M. Hayes, IV*
    Thomas M. Hayes, IV, No. 28600

*Attorney for Defendant, Katrina R. Jackson, in her official and individual capacities*

## CERTIFICATE OF SERVICE

On January 2, 2025, I caused this document to be served electronically on counsel of record for Plaintiffs by filing the document using the CM/ECF system.

_/s/ Thomas M. Hayes, IV_
THOMS M. HAYES, IV
