UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MAYA DETIEGE and DAYNE SHERMAN | CIVIL ACTION NO. 3:23-cv-175 |
| VERSUS | |
| KATRINA JACKSON, in her official and individual capacities | JUDGE WALTER |
| | MAGISTRATE JUDGE KAYLA D. MCCLUSKEY |

### DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

NOW COMES Defendant Katrina Jackson, in both her official and individual capacities, who moves pursuant to Federal Rule of Civil Procedure 56, and for the reasons detailed in the accompanying memorandum in support, for dismissal of all claims filed by Plaintiffs Maya Detiege and Dayne Sherman because there is no genuine issue of material fact and Senator Jackson is entitled to judgment as a matter of law.

Dated: January 6, 2025

Respectfully submitted,

  /s/ *Caitlin Huettemann*
CAITLIN HUETTEMANN (La #40402)
 *Assistant Solicitor General*
OFFICE OF THE LOUISIANA ATTORNEY GENERAL
1885 North Third Street
Baton Rouge, LA 70804
Telephone: (225) 326-6766
Facsimile:  (225) 326-6795
huettemannc@ag.louisiana.gov

BY: */s/ Thomas M. Hayes, IV*
Thomas M. Hayes, IV (La # 28600)
HAMMONDS, SILLS ADKINS, GUICE,
NOAH & PERKINS, L.L.P.
1500 N. 19th Street, Suite 301
Monroe, Louisiana 71201
Telephone: (318) 324-0101
Facsimile: (318) 322-5375
Email: thayes4@hamsil.com

*Counsel for Defendant Katrina Jackson*

## CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2025, pursuant to Federal Rule of Civil Procedure 5(b)(2)(C), a true and correct copy of the foregoing Motion, and all attachments thereto, was served by CM/ECF.

Respectfully submitted,

 /s/ *Caitlin Huettemann*
CAITLIN HUETTEMANN (La #40402)
 *Assistant Solicitor General*
OFFICE OF THE LOUISIANA ATTORNEY GENERAL
1885 North Third Street
Baton Rouge, LA 70804
Telephone: (225) 326-6766
Facsimile:   (225) 326-6795
huettemannc@ag.louisiana.gov

*Counsel for Defendant Katrina Jackson*
