# EXHIBIT A-2



 **Katrina Jackson** @KatrinaRJackson · Jun 24, 2022
Let's Stand Together and Support Women and Children!!!

### ROE is Overturned

**Our advocacy must demand support for Women and children from the Womb to the Tomb**

**We Must**

- Make Sure Women make fair wages to care for our children
- We must stand with Louisiana while we fund anti-trafficking programs
- We must create real resources for families
- We must be about what we talk about; Support Women and Children from the Womb to Tomb

*Senator Katrina R. Jackson*

 23    32    188