# EXHIBIT A-3



**Katrina Jackson** @KatrinaRJackson · Jun 26, 2022

SB 342 becomes effective on August 1, and amends the current trigger law that is in effect today

> **Louisiana has a current 2006 trigger law that states as Roe v Wade was overturned abortion was illegal in Louisiana, with the exception of the life of the mother. Today, this is the current law that is in effect.**
>
> **SB 342, that I authored, goes into effect on August 1, and adds the medical futility exception and defines the morning after pill as a contraceptive so that it will not be banned. It also ensures that women who seeks an illegal abortion are not criminalized. It does not contain a rape and incest exception, the majority of the legislature was not in favor of the exception. However, it does add an exception and ensures legality of the morning after pill.**
>
> THANK YOU, SEN. JACKSON & GOV. EDWARDS, FOR AUTHORING AND SIGNING SB 324 TO IMPROVE THE '06 "TRIGGER LAW" & PROTECT WOMEN!
> THE LAW IN LOUISIANA NOW EXPLICITLY ALLOWS:
> * ALL FORMS OF CONTRACEPTION (INCLUDING EMERGENCY CONTRACEPTION)
> * TREATMENT FOR ECTOPIC

💬 13    🔁 6    ♡ 18    📊    

**EXHIBIT 41**