# EXHIBIT A-4





**Mung** @Engelsmung · Jun 24, 2022
Maybe you should have set that up before Roe was overturned? Too late now.

💬 1      🔁      ♥ 2



**Katrina Jackson** @KatrinaRJackson · Jun 24, 2022
I did but the no one states that fact the budget this year has $1.3 M to fight child sex trafficking and $3 M to support pregnancy centers - so much other funding but those who spew falsehood will not talk about that - oh and I have file equal pay bills

💬 7      🔁 2      ♥ 6

**Mung** @Engelsmung · Jun 25, 2022
What about paid sick leave, paid maternity leave, affordable child care and a living wage?

💬 2      🔁      ♥ 4



**Katrina Jackson** @KatrinaRJackson · Jun 27, 2022
So let me understand this better you are angered by my bill which expanded the exceptions, ensured women were not criminalized and ensured that the morning after pill would not be banned so I guess you are saying you would have rather the current 2005 law that does not do this?

💬      🔁      ♥ 1



EXHIBIT 2


