# EXHIBIT B-3

