# EXHIBIT B-4

