# EXHIBIT B-5

