# EXHIBIT B-6

