# EXHIBIT B-7

