# EXHIBIT B-9

Case 3:23-cv-00175-DEW-KDM Document 50-15 Filed 01/06/25 Page 1 of 2 PageID #: 705

