# EXHIBIT B-10

