# EXHIBIT B-11

