# EXHIBIT B-12

