# EXHIBIT B-13

