# EXHIBIT B-14

