# EXHIBIT B-15

