# EXHIBIT B-16

