# EXHIBIT B-17

