# EXHIBIT B-18



Katrina Jackson @KatrinaRJackson · Dec 13, 2021

There are more good law enforcement officers than there are bad ones

There are many who take their Oath to Protect and Serve and mean it

They are often not recognized because of the few bad officers

Sergent Paxton today you stood tall as one of the good ones
@GregHilburn1