# EXHIBIT B-19

