# EXHIBIT B-20

