# EXHIBIT C

# In the Matter of:

*Maya Detiege, Dayne Sherman*

*vs.*

*Katrina Jackson, in her official and individual capacities*

───────────────────────────────────────────

## **Dayne Sherman**

October 1, 2024

───────────────────────────────────────────

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA


MAYA DETIEGE, DAYNE SHERMAN      CIVIL ACTION

VERSUS                          NO. 3:23-cv-175

KATRINA JACKSON, in her          JUDGE: FOOTE
official and individual
capacities                   MAG. JUDGE MCCLUSKY



*********************************************


    Deposition of DAYNE SHERMAN, taken in the
above-entitled cause, before Lisa LaNasa
Hibbs, a Certified Court Reporter, pursuant to
the following stipulation, taken in the
Lavin-Bernick Center, Tulane University, 29
McAlister Drive, New Orleans, Louisiana, on
the 1st day of October, 2024, commencing at
10:58 a.m. and ending at 11:21 a.m..

Dayne Sherman
October 1, 2024

Page 2

```
 1                  A P P E A R A N C E S

 2

 3                  FOR THE PLAINTIFFS:

 4                  TULANE LAW SCHOOL
                    FIRST AMENDMENT CLINIC
 5                  BY:  KATIE SCHWARTZMANN, ESQ.
                         ANNA CLEVELAND, ESQ.
 6                       LANDON PETTIGREW, ESQ.
                         RICHARD CROW, ESQ.
 7                       VIRGINIA HAMRICK, ESQ.
                    6329 Freret Street
 8                  New Orleans, Louisiana  70118
                    kschwartzmann@tulane.edu
 9

10
                    FOR THE DEFENDANT:
11
                    HAMMOND, SILLS, ADKINS, GUICE,
12                  NOAH & PERKINS
                    Attorneys at Law
13                  BY: THOMAS M. HAYES, IV, ESQ.
                    1500 North 19th Street, Suite 301
14                  Monroe, Louisiana  71201
                    thayes4@hamsil.com
15

16   ALSO PRESENT:

17   MAYA DETIEGE

18

19   REPORTED BY:

20   LISA LANASA HIBBS, CCR
     Certified Court Reporter
21

22

23

24

25
```

Case 3:23-cv-00175-DEW-KDM    Document 50-27    Filed 01/06/25    Page 5 of 32 PageID #: 733
**Dayne Sherman**
**October 1, 2024**

Page 3

```
 1                      I N D E X

 2

 3   EXAMINATION BY:                    PAGE

 4          MR. HAYES                     5

 5          MR. PETTIGREW                20

 6

 7

 8             E X H I B I T   I N D E X

 9

10             (No exhibits attached.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

**Dayne Sherman**
**October 1, 2024**

```
 1              S T I P U L A T I O N

 2

 3         It is stipulated and agreed to by and

 4    between counsel that the deposition of DAYNE

 5    SHERMAN is hereby being taken pursuant to

 6    notice under the Federal Code of Civil

 7    Procedure for all purposes permitted under

 8    law.

 9         The formalities, including those of

10    sealing, certification, and filing, are

11    waived.  The formalities of reading and

12    signing the deposition are not waived.

13         All objections, except those as to

14    the form of the question and/or the

15    responsiveness of the answer, are reserved

16    until the time of the trial of this case.  All

17    objections are to be considered under C.C.P.

18    Article 1443, Paragraph D.

19

20

21              * * * * *

22

23         LISA LANASA HIBBS, CCR, State of

24    Louisiana, officiated in administering the

25    oath to the herein witness.
```

**Dayne Sherman**
**October 1, 2024**

```
 1              DAYNE SHERMAN, 402 Silverstone Circle,
 2    Ponchatoula, Louisiana, 70454, who, after
 3    having been first duly sworn to tell the
 4    truth, the whole truth, and nothing but the
 5    truth, was examined and testified as follows:
 6    BY MR. HAYES:
 7         Q.   Good morning, Mr. Sherman.  I'm
 8    Tommy Hayes.  We met earlier this morning --
 9         A.   Yes.
10         Q.   -- prior to Ms. Detiege's
11    deposition.  First of all, could you, please,
12    state your full name for the record?
13         A.   Dayne, D-A-Y-N-E, Allan, A-L-L-A-N,
14    Sherman, S-H-E-R-M-A-N.
15         Q.   Mr. Sherman, what is your -- well,
16    give me your full address for the record,
17    please?
18         A.   402 Silverstone Circle, Ponchatoula,
19    Louisiana, 70454.
20         Q.   You were present for Ms. Detiege's
21    testimony earlier, so you understand how this
22    works, but just to make sure you understand,
23    we're here for your deposition today.  Have
24    you ever given a deposition before?
25         A.   No.
```

Dayne Sherman
October 1, 2024

```
 1         Q.   So you saw how the process works?
 2    It's a question and answer session.  It's
 3    important to give verbal answers as opposed to
 4    nods or shakes of the head or shaking uh-huh
 5    or huh-huh, because those don't translate very
 6    well to the typed English language.  If you
 7    need a break at any point, let me know and we
 8    can take a break.  And if you don't understand
 9    my question, let me know and I'll try to do a
10    better job asking you.  All that understood?
11         A.   Yes.
12         Q.   Very good.  How long have you lived
13    at the address on Silverstone Circle that you
14    gave me a minute ago?
15         A.   Twenty and a half years.
16         Q.   What is your date of birth?
17         A.   1-7-70.
18         Q.   Tell me about your educational
19    background?
20         A.   I have a Bachelor's degree and two
21    Master's degrees.
22         Q.   What's your Bachelor's degree in?
23         A.   Communication.
24         Q.   Is that a BA or a BS?
25         A.   BA.  BA.  Communication.
```

Dayne Sherman
October 1, 2024

```
 1          Q.    What about your Master's?
 2          A.    Master of Library and Information
 3    Science.
 4          Q.    And your second Master's?
 5          A.    MA English.
 6          Q.    Were you born here in Louisiana?
 7          A.    Hammond.
 8          Q.    Lived in Louisiana your whole life?
 9          A.    Yes.
10          Q.    Did you go away at any point?
11          A.    Couple of short trips for jobs,
12    mostly.
13          Q.    Are you currently employed?
14          A.    Yes.
15          Q.    Where do you work?
16          A.    I work at Southeastern Louisiana
17    University in Hammond.
18          Q.    What is your job there?
19          A.    Head of Reference in the Library.
20    Full Professor of Library Science.
21          Q.    How long have you held that
22    position?
23          A.    I've worked in the library
24    continuously, 21 and a half years.  I've been
25    Head of Reference, four and a half years.
```

**Dayne Sherman**
**October 1, 2024**

1    I've been a full Professor, five years, I

2    think.

3        Q.   Okay.  You ever been involved in any

4    other lawsuits?

5        A.   I've only joined one other lawsuit

6    related to the Office of Group Benefits,

7    Louisiana Office of Group Benefits.  I joined

8    that lawsuit related to funds diminishing.

9        Q.   You were one of a class of

10   plaintiffs?

11       A.   A class.  I think that would be

12   appropriate to call it that.  That's the only

13   lawsuit I've ever been a part of.

14       Q.   Is that suit ongoing?

15       A.   I think it is.  I have not heard in

16   a long time.  That suit is 10-years old.

17       Q.   The nature of the beast with class

18   action, sometimes.  You've not been called

19   upon to give any testimony in connection about

20   that?

21       A.   Not at this time.

22       Q.   Have you had to answer discovery

23   requests, anything like that?

24       A.   No.  None.

25       Q.   Okay.  Are you married?

**Dayne Sherman**
**October 1, 2024**

```
 1        A.    Yes.

 2        Q.    Spouse's name?

 3        A.    Kristy, K-R-I-S-T-Y, Sherman.

 4        Q.    How long have you and Kristy been

 5   married?

 6        A.    21 and a half years.

 7        Q.    Any children?

 8        A.    One.

 9        Q.    How old?

10        A.    Nineteen.

11        Q.    All right.  We're here to talk about

12   a case that arises from social media usage.

13   So I know that you have a Twitter page that

14   has been identified in connection with this

15   lawsuit.  Tell me about --

16        A.    Yes.

17        Q.    Tell me about other social media

18   that you use.

19        A.    I use Facebook.

20        Q.    What's your handle there?

21        A.    My name.  In addition to that, I

22   have several "business" pages that are all

23   identified -- I'm a writer, so I have Accendo

24   Books.

25        Q.    Is that --
```

**Dayne Sherman**
**October 1, 2024**

```
 1         A.    A-C-C-E-N-D-O, Books.  It's public.
 2   I have, maybe, Dayne Sherman Author.  Talk
 3   About The South.  Those are -- that's
 4   political in nature.  So that's really --
 5   those are business oriented.  And then I have
 6   Dayne Sherman identified as Facebook.  I have
 7   an Instagram.  And --
 8         Q.    Okay.  And what's your handle there?
 9         A.    It's Show The South, @showthesouth.
10         Q.    Okay.
11         A.    And I have one Twitter account,
12   @talkaboutthesouth, and my name is prominent,
13   has always prominently been on it.  And if you
14   call it social media, I do have a professional
15   Linkedin page with, obviously, my name.
16         Q.    Very good.  So only one Twitter page
17   that you use and it's @talkaboutthesouth as
18   referenced in the lawsuit, correct?
19         A.    Yes, sir.
20         Q.    Did you review the lawsuit at the
21   time that the amended petition was put
22   together?
23         A.    I can't recall what I read, but I
24   can't say definitively I've read it.  I know
25   I've read something, but whether it was
```

Dayne Sherman
October 1, 2024

1    amended, I don't remember.

2        Q.    And I say amended.  You weren't

3    originally a party to the suit, so I'm

4    referring to what's called the First Amended

5    Petition, which made some changes, the primary

6    of which was to add your claims and the

7    specifics behind those claims of the suit.  So

8    did you have an opportunity to review that

9    before it was filed?

10       A.    I can't remember.

11       Q.    Fair enough.  As I read the

12   allegations of that petition, the interaction

13   that ultimately led to Ms. Jackson blocking

14   you occurred in 2013; is that correct?

15       A.    Yes.

16       Q.    And it was some back and forth

17   concerning some bills regarding education and

18   the reciting of The Lord's Prayer in school?

19       A.    Yes.

20       Q.    And some back and forth over the

21   course of a couple of days, which culminated

22   with you being blocked, apparently, on April

23   8th, 2013; is that right?

24       A.    That sounds accurate.

25       Q.    That's what it says in your --

**Dayne Sherman**
**October 1, 2024**

```
 1        A.   Yes.

 2        Q.   That's what it says in your lawsuit

 3   so you think --

 4        A.   Yes.  Yes.  Yes.

 5        Q.   As you sit here today, do you know

 6   whether you're still blocked from Senator

 7   Jackson's --

 8        A.   I was unblocked about a year ago.

 9        Q.   Okay.  Do you know if at the time

10   you filed or the amended petition was filed --

11   and that filing occurred on August 21st, 2023.

12   Do you know if --

13        A.   I think I was unblocked at that

14   point.

15        Q.   Okay.  At the time that the --

16        A.   Yes.

17        Q.   Let me finish the question to make

18   sure the record is clear.

19        A.   I'm sorry.

20        Q.   That's okay.  It happens.  So is

21   your testimony, to the best of your knowledge,

22   at the time the First Amended Petition was

23   filed on August 21st, 2023, that you had

24   actually been unblocked from Katrina Jackson's

25   Twitter page?
```

**Dayne Sherman**
**October 1, 2024**

1    A.    That is my memory.

2    Q.    Okay.  Do you know whether you

3  remain unblocked as we sit here today?

4    A.    I haven't checked recently, but the

5  last I checked, yes.  I was unblocked.

6    Q.    Do you have your phone with you?

7    A.    It's down there.  I could --

8    Q.    Would you mind grabbing your phone

9  and seeing whether you can confirm whether or

10  not you are currently blocked on Senator

11  Katrina Jackson's Twitter page?

12    A.    I am unblocked.

13    Q.    Okay.  Do you have any evidence to

14  suggest that between the time that the amended

15  petition was filed and the time of today, that

16  you have been reblocked from her Twitter page?

17    A.    Not that I'm aware of.

18    Q.    Tell me why you decided to file suit

19  against Senator Jackson?

20    A.    I saw the suit in the newspaper, or

21  some news.  I saw it and I said hey, I'm

22  blocked.  I've been blocked for like ten

23  years.  And I sought out to join this suit

24  because I'm very interested in the First

25  Amendment and the precedent of any public

**Dayne Sherman**
**October 1, 2024**

1  official blocking any citizen.  So I looked at

2  it as this might be a way to solve that First

3  Amendment problem.  And that's the only reason

4  I joined this suit was because I thought it

5  would -- it may help set a precedent where

6  public officials couldn't block any citizens,

7  any public official, not just Senator Jackson.

8      Q.   At the time you heard about the

9  suit, did you confirm whether or not you

10 remained blocked on --

11     A.   At that time --

12     Q.   Let me finish the question.

13     A.   I'm sorry.

14     Q.   -- remained blocked on Senator

15 Jackson's Twitter page?

16     A.   At the time I sought it out -- not

17 the amended.  Not by the time it got to a

18 lawsuit.  I was blocked.  When I saw the

19 article, I was blocked.

20     Q.   Do you remember when you saw the

21 article?

22     A.   Early -- either very early 2023 or

23 late -- wait.  Either late, late 2022 or early

24 2023.  I don't remember the exact date.

25     Q.   Okay.  Was it -- whatever the source

Dayne Sherman
October 1, 2024

```
 1    was, an article of some kind, did it reference

 2    a suit having been filed against Katrina

 3    Jackson?

 4        A.   I don't know if it had been filed or

 5    if it was just being discussed at that point.

 6    I don't -- I don't remember.

 7        Q.   But at that point in time, that

 8    reminded you oh, I'm blocked from Katrina

 9    Jackson's Twitter page and I'm interested in

10    pursuing this relief, as well?

11        A.   Yes.

12        Q.   Did you -- and at that point, you

13    took action to join the lawsuit?

14        A.   Yes.

15        Q.   After that day when you learned

16    about the existence of the suit and confirmed

17    that you were still blocked, had you looked

18    back to determine your status of access to

19    Katrina Jackson's Twitter page since that

20    time?

21             MR. PETTIGREW:

22                 Objection to form.

23             THE WITNESS:

24                 Can you repeat the question?

25    //
```

**Dayne Sherman**
**October 1, 2024**

1    BY MR. HAYES:

2        Q.   Let me ask that in a better way.

3    You told me that after learning about the

4    lawsuit, you confirmed that you were still

5    blocked from Katrina Jackson's Twitter page,

6    correct?

7        A.   That's my memory.

8        Q.   Between that time and today, did you

9    ever again check to see if you had --

10       A.   To see --

11       Q.   Let me finish.

12       A.   I'm sorry.

13       Q.   If your access had been restored to

14   Senator Jackson's page?

15       A.   Yes.  I have seen that I've been

16   unblocked.

17       Q.   When did you first learn that you

18   were unblocked?

19       A.   In my memory, it was maybe Spring

20   2023, somewhere in there.

21       Q.   Did you -- after seeing that you

22   were unblocked, did you at some point see that

23   you had been reblocked on her Twitter page?

24       A.   I don't recollect ever being

25   reblocked.

**Dayne Sherman**
**October 1, 2024**

```
 1        Q.   Okay.  So at the time you learned of
 2   the existence of the suit, you confirmed that
 3   you were blocked?
 4        A.   Yes.
 5        Q.   And you sought to join the suit at
 6   some point after that, correct?
 7        A.   Yes.
 8        Q.   And then, later in the Spring of
 9   2023, you confirmed that you had been
10   unblocked at that time?
11        A.   That's my memory.  Yes.
12        Q.   And the petition that brought you
13   into the suit, that brought your claims in,
14   was not filed until August of '23, midsummer
15   of that year, correct?
16        A.   That sounds accurate.
17        Q.   Okay.  So do you have anything --
18   any evidence at all to show that at the time
19   that the amended petition was filed, that you
20   were blocked from accessing Senator Jackson's
21   Twitter page?
22        A.   No.
23        Q.   What do you hope to accomplish with
24   your lawsuit?
25        A.   What I would really like to
```

**Dayne Sherman**
**October 1, 2024**

```
 1   accomplish is to have it settle law that
 2   elected officials and government agencies
 3   can't block American citizens on social media.
 4        Q.   So your goal is for there to be
 5   legal precedent established to that effect?
 6        A.   That is my goal.
 7        Q.   Are you looking to recover anything
 8   else?
 9        A.   No.
10        Q.   No?  You're not seeking any monetary
11   compensation?
12        A.   I am not seeking monetary
13   compensation.
14        Q.   I'm very tempted to go down the road
15   of a philosophical discussion with you on
16   this.  I don't know if this is the right forum
17   for it, but I do want to ask you with respect
18   to a public official, do you recognize that
19   they, as individuals, regardless of their
20   elected status, would also have First
21   Amendment rights to their own beliefs?
22        A.   Yes.
23             MR. PETTIGREW:
24                  I'm going to object to the
25        previous question.  I didn't have time
```

**Dayne Sherman**
**October 1, 2024**

```
 1         to object before, but it calls for a

 2         legal conclusion.

 3   BY MR. HAYES:

 4       Q.   In what context would you expect to

 5   see that?

 6             MR. PETTIGREW:

 7                 Objection to form.

 8             THE WITNESS:

 9                 Could you repeat the question?

10   BY MR. HAYES:

11       Q.   What context would you expect the

12   rights of the public officials -- their First

13   Amendment rights to be acknowledged compared

14   to the rights or the precedent you're seeking

15   where a public official cannot block a citizen

16   from accessing social media?

17             MR. PETTIGREW:

18                 Okay.  I'm going to object to

19         form and the fact that it calls for a

20         legal conclusion.

21             MR. HAYES:

22                 You can answer, if you can.

23             THE WITNESS:

24                 I think they have a right to

25         speak out.  I think they have a right to
```

Dayne Sherman
October 1, 2024

1        write.  I think they have a right to

2        print.  I think they have those basic

3        enumerated First Amendment rights, just

4        in general.

5             MR. HAYES:

6                  Mr. Sherman, I think that's all

7        the questions I have for you.

8             THE WITNESS:

9                  Okay.

10            MR. PETTIGREW:

11                 We do have some redirect.  I

12       think we might need a five-minute break

13       before we do that.

14            MR. HAYES:

15                 Sure.

16       (A short break was taken at this time.)

17  BY MR. PETTIGREW:

18       Q.   First, I just want to clarify one

19  thing.  You mentioned -- you testified earlier

20  today that your Twitter user name was Talk

21  About The South?

22       A.   Yes.

23       Q.   Are you sure that's your correct

24  user name?

25       A.   Yes.

**Dayne Sherman**
**October 1, 2024**

```
 1        Q.   Is it not Tweet The South?
 2        A.   No.  I'm so sorry.  I made a
 3   mistake.  If I said that, I meant to say Tweet
 4   The South.  My -- I think my Facebook is Talk
 5   About The South.  My Instagram is Show The
 6   South.  I'm so sorry.  I made an honest
 7   mistake on that.
 8        Q.   No worries.  Just wanted to clarify.
 9        A.   It's @tweetthesouth.  Yes.
10        Q.   Perfect.  Okay.  And Mr. Sherman, do
11   you use Twitter for political activity?
12        A.   Yes.  Very much.
13        Q.   About how much of your political
14   activity would you say you do on Twitter?
15        A.   75 percent of it.
16        Q.   And why do you do 75 percent of your
17   political activity on Twitter?
18        A.   Because I find that I get a
19   better -- I actually get -- reach the person,
20   the elected official, in most cases.  And
21   also, I get better response.  They seem to
22   respond, read it and actually respond to it a
23   little better than I have through calling
24   their office or emailing their office or
25   anything like that.
```

**Dayne Sherman**
**October 1, 2024**

```
 1        Q.   Thank you.  Mr. Sherman, you
 2   testified earlier today that you did not have
 3   a copy of the complaint with you, correct?
 4        A.   I don't have a copy of the complaint
 5   with me.
 6        Q.   Okay.  So you don't have the prayer
 7   for relief in this case on hand?
 8        A.   Not to my knowledge.
 9        Q.   Okay.  And the lawyers in this case,
10   not you, drafted the prayer for what is -- for
11   what this lawsuit is seeking?
12        A.   Most lawsuits would have that, I
13   think.  I don't recall.  I could have read it,
14   but I don't remember.
15        Q.   Okay.  But the lawyers in this case
16   did draft a complaint and the prayer for
17   relief, correct?
18        A.   Yes.
19        Q.   Okay.  Just one last thing, real
20   quick.  Is it correct that you were blocked on
21   Twitter by Senator Jackson for, approximately,
22   nine years?
23        A.   Nine or ten.
24        Q.   And during that time, could you
25   comment or like or respond to any of her
```

**Dayne Sherman**
**October 1, 2024**

```
 1   posts?
 2       A.   I couldn't see it.
 3       Q.   And is it true that you could be
 4   reblocked at any time?
 5       A.   Yes.
 6       Q.   Okay.
 7            MR. PETTIGREW:
 8                That's all of our questions.
 9            THE WITNESS:
10                Okay.
11            MR. HAYES:
12                Read and sign?  I don't know if
13        you heard the discussion that I had
14        earlier with Ms. Detiege, but now that
15        your testimony is concluded, it will be
16        typed into a booklet form and you'll
17        have an opportunity to review that if
18        you'd like to read and sign it.
19            THE WITNESS:
20                I would like to read and sign
21        it.
22            MR. HAYES:
23                Okay.  Very good.  Could you
24        tell the court reporter, once we go off
25        the record, where you want that sent so
```

**Dayne Sherman**
**October 1, 2024**

Page 24

```
 1        you can review it?  Other than that, we

 2        can conclude today.  Thank you.

 3             MS. SCHWARTZMANN:

 4                  You can send it to me, as well.

 5             THE WITNESS:

 6                  Yeah. Send it to Katie and I'll

 7        get a copy.

 8             COURT REPORTER:

 9                  Did you want a copy of the

10        deposition?

11             MS. SCHWARTZMANN:

12                  Yes, please.

13        (Whereupon, the deposition was concluded.)

14

15

16

17

18

19

20

21

22

23

24

25
```

Dayne Sherman
October 1, 2024

Page 25

1

2      W I T N E S S   C E R T I F I C A T E

3

4      I, DAYNE SHERMAN, have read or have had

5  read to me the foregoing testimony, and I

6  certify that this deposition is true and

7  correct, inclusive of any corrections and/or

8  changes to the best of my ability and

9  understanding.

10

11

12

13          SIGNATURE:_____

14

15            DATE:_____

16

17

18    _____SIGNED WITH CORRECTIONS AS NOTED.

19

20    _____SIGNED WITHOUT CORRECTIONS AS

21  NOTED.

22

23

24

25

Dayne Sherman
October 1, 2024

```
 1              C E R T I F I C A T E
 2        This certification is valid only for a
    transcript accompanied by my original
 3  signature and original required seal on this
    page.
 4        I, LISA LANASA HIBBS, CCR, in and for
    the State of Louisiana, as the officer before
 5  whom this testimony was taken do hereby
    certify that to foregoing witness to whom oath
 6  was administered, after having been duly sworn
    by me upon authority of R. S. 37:2554, did
 7  testify as herein before set forth in the
    foregoing pages; that the testimony was
 8  reported by me in the stenotype reporting
    method, was prepared and transcribed by me or
 9  under my personal direction and supervision,
    and is a true and correct transcript to the
10  best of my ability and understanding;
          That the transcript has been prepared
11  in compliance with transcript format
    guidelines required or by statute or by rules of
12  the board, that I am informed about the
    complete arrangement, financial or otherwise
13  with the person or entity making arrangements
    for deposition services; that I have acted in
14  compliance of the prohibition on contractual
    relationships, as defined by Louisiana Code of
15  Civil Procedure, Article 1434 and in rules and
    advisory opinions of the board.
16        That I have no actual knowledge of any
    prohibited employment or contractual
17  relationship, direct or indirect, between a
    court reporting firm and any party litigant in
18  this matter, nor is there any such
    relationship between myself and a party
19  litigant in this matter.
          I am not related to counsel or to the
20  parties herein, nor am I otherwise interested
    in the outcome of this case.
21
22  _____
23  Lisa LaNasa Hibbs, CCR
    Certified Court Reporter
24  State of Louisiana
    10-14-24
25
```

**Dayne Sherman**
**October 1, 2024**

**A**

A-C-C-E-N-D-O 10:1
A-L-L-A-N 5:13
a.m 1:19,19
ability 25:8 26:10
above-entitled 1:13
Accendo 9:23
access 15:18 16:13
accessing 17:20 19:16
accompanied 26:2
accomplish 17:23 18:1
account 10:11
accurate 11:24 17:16
acknowledged 19:13
acted 26:13
action 1:4 8:18 15:13
activity 21:11,14,17
actual 26:16
add 11:6
addition 9:21
address 5:16 6:13
ADKINS 2:11
administered 26:6
administering 4:24
advisory 26:15
agencies 18:2
ago 6:14 12:8
agreed 4:3
Allan 5:13
allegations 11:12
amended 10:21 11:1,2,4 12:10,22 13:14 14:17 17:19
Amendment 2:4 13:25 14:3 18:21 19:13 20:3
American 18:3
and/or 4:14 25:7
ANNA 2:5
answer 4:15 6:2 8:22 19:22
answers 6:3
apparently 11:22
appropriate 8:12
approximately 22:21
April 11:22
arises 9:12
arrangement 26:12
arrangements 26:13

**B**

B 3:8
BA 6:24,25,25
Bachelor's 6:20,22
back 11:16,20 15:18
background 6:19
basic 20:2
beast 8:17
beliefs 18:21
Benefits 8:6,7
best 12:21 25:8 26:10
better 6:10 16:2 21:19,21,23
bills 11:17
birth 6:16
block 14:6 18:3 19:15
blocked 11:22 12:6 13:10,22,22 14:10 14:14,18,19 15:8 15:17 16:5 17:3 17:20 22:20
blocking 11:13 14:1
board 26:12,15
booklet 23:16
Books 9:24 10:1
born 7:6
break 6:7,8 20:12 20:16
brought 17:12,13
BS 6:24
business 9:22 10:5

**C**

C 2:1 25:2,2 26:1,1
C.C.P 4:17
call 8:12 10:14
called 8:18 11:4
calling 21:23
calls 19:1,19
capacities 1:7
case 4:16 9:12 22:7 22:9,15 26:20
cases 21:20
cause 1:13

**CCR** 2:20 4:23 26:4 26:23
Center 1:16
certification 4:10 26:2
Certified 1:14 2:20 26:23
certify 25:6 26:5
changes 11:5 25:8
check 16:9
checked 13:4,5
children 9:7
Circle 5:1,18 6:13
citizen 14:1 19:15
citizens 14:6 18:3
Civil 1:4 4:6 26:15
claims 11:6,7 17:13
clarify 20:18 21:8
class 8:9,11,17
clear 12:18
CLEVELAND 2:5
CLINIC 2:4
Code 4:6 26:14
commencing 1:18
comment 22:25
Communication 6:23,25
compared 19:13
compensation 18:11,13
complaint 22:3,4,16
complete 26:12
compliance 26:11 26:14
concerning 11:17
conclude 24:2
concluded 23:15 24:13
conclusion 19:2,20
confirm 13:9 14:9
confirmed 15:16 16:4 17:2,9
connection 8:19 9:14
considered 4:17
context 19:4,11
continuously 7:24
contractual 26:14 26:16
copy 22:3,4 24:7,9
correct 10:18 11:14 16:6 17:6,15 20:23 22:3,17,20 25:7 26:9
corrections 25:7,18 25:20
counsel 4:4 26:19

couple 7:11 11:21
course 11:21
court 1:1,14 2:20 23:24 24:8 26:17 26:23
CROW 2:6
culminated 11:21
currently 7:13 13:10

**D**

D 3:1,8 4:18
D-A-Y-N-E 5:13
date 6:16 14:24 25:15
day 1:18 15:15
Dayne 1:4,12 4:4 5:1,13 10:2,6 25:4
days 11:21
decided 13:18
DEFENDANT 2:10
defined 26:14
definitively 10:24
degree 6:20,22
degrees 6:21
deposition 1:12 4:4 4:12 5:11,23,24 24:10,13 25:6 26:13
determine 15:18
Detiege 1:4 2:17 23:14
Detiege's 5:10,20
diminishing 8:8
direct 26:17
direction 26:9
discovery 8:22
discussed 15:5
discussion 18:15 23:13
DISTRICT 1:1,2
draft 22:16
drafted 22:10
Drive 1:17
duly 5:3 26:6

**E**

E 2:1,1 3:1,8,8 25:2 25:2,2 26:1,1
earlier 5:8,21 20:19 22:2 23:14
early 14:22,22,23
education 11:17
educational 6:18
effect 18:5
either 14:22,23
elected 18:2,20

21:20
emailing 21:24
employed 7:13
employment 26:16
English 6:7:5
entity 26:13
enumerated 20:3
ESQ 2:5,5,6,6,7,13
established 18:5
evidence 13:13 17:18
exact 14:24
EXAMINATION 3:3
examined 5:5
exhibits 3:10
existence 15:16 17:2
expect 19:4,11

**F**

F 25:2 26:1
Facebook 9:19 10:6 21:4
fact 19:19
Fair 11:11
Federal 4:6
file 13:18
filed 11:9 12:10,10 12:23 13:15 15:2 15:4 17:14,19
filing 4:10 12:11
financial 26:12
find 21:18
finish 12:17 14:12 16:11
firm 26:17
first 2:4 5:3,11 11:4 12:22 13:24 14:2 16:17 18:20 19:12 20:3,18
five 8:1
five-minute 20:12
following 1:15
follows 5:5
FOOTE 1:6
foregoing 25:5 26:5 26:7
form 4:14 15:22 19:7,19 23:16
formalities 4:9,11
format 26:11
forth 11:16,20 26:7
forum 18:16
four 7:25
Freret 2:7
full 5:12,16 7:20 8:1
funds 8:8

**G**
general 20:4
give 5:16 6:3 8:19
given 5:24
go 7:10 18:14 23:24
goal 18:4,6
going 18:24 19:18
good 5:7 6:12 10:16 23:23
government 18:2
grabbing 13:8
Group 8:6,7
GUICE 2:11
guidelines 26:11

**H**
H 3:8
half 6:15 7:24,25 9:6
Hammond 2:11 7:7 7:17
HAMRICK 2:7
hand 22:7
handle 9:20 10:8
happens 12:20
Hayes 2:13 3:4 5:6 5:8 16:1 19:3,10 19:21 20:5,14 23:11,22
head 6:4 7:19,25
heard 8:15 14:8 23:13
held 7:21
help 14:5
hey 13:21
Hibbs 1:14 2:20 4:23 26:4,23
honest 21:6
hope 17:23
huh-huh 6:5

**I**
identified 9:14,23 10:6
important 6:3
including 4:9
inclusive 25:7
indirect 26:17
individual 1:6
individuals 18:19
Information 7:2
informed 26:12
Instagram 10:7 21:5
interaction 11:12
interested 13:24 15:9 26:20

involved 8:3
IV 2:13

**J**
Jackson 1:6 11:13 13:19 14:7 15:3 22:21
Jackson's 12:7,24 13:11 14:15 15:9 15:19 16:5,14 17:20
job 6:10 7:18
jobs 7:11
join 13:23 15:13 17:5
joined 8:5,7 14:4
JUDGE 1:6,7

**K**
K-R-I-S-T-Y 9:3
Katie 2:5 24:6
Katrina 1:6 12:24 13:11 15:2,8,19 16:5
kind 15:1
know 6:7,9 9:13 10:24 12:5,9,12 13:2 15:4 18:16 23:12
knowledge 12:21 22:8 26:16
Kristy 9:3,4
kschwartzmann... 2:8

**L**
L 4:1
LaNasa 1:13 2:20 4:23 26:4,23
LANDON 2:6
language 6:6
late 14:23,23,23
Lavin-Bernick 1:16
law 2:4,12 4:8 18:1
lawsuit 8:5,8,13 9:15 10:18,20 12:2 14:18 15:13 16:4 17:24 22:11
lawsuits 8:4 22:12
lawyers 22:9,15
learn 16:17
learned 15:15 17:1
learning 16:3
led 11:13
legal 18:5 19:2,20
library 7:2,19,20,23
life 7:8

Linkedin 10:15
Lisa 1:13 2:20 4:23 26:4,23
litigant 26:17,19
little 21:23
lived 6:12 7:8
long 6:12 7:21 8:16 9:4
looked 14:1 15:17
looking 18:7
Lord's 11:18
Louisiana 1:2,17 2:8,14 4:24 5:2,19 7:6,8,16 8:7 26:4 26:14,24

**M**
M 2:13
MA 7:5
MAG 1:7
making 26:13
married 8:25 9:5
Master 7:2
Master's 6:21 7:1,4
matter 26:18,19
MAYA 1:4 2:17
McAlister 1:17
MCCLUSKY 1:7
meant 21:3
media 9:12,17 10:14 18:3 19:16
memory 13:1 16:7 16:19 17:11
mentioned 20:19
met 5:8
method 26:8
midsummer 17:14
mind 13:8
minute 6:14
mistake 21:3,7
monetary 18:10,12
Monroe 2:14
morning 5:7,8

**N**
N 2:1 3:1,8 4:1 25:2
name 5:12 9:2,21 10:12,15 20:20,24
nature 8:17 10:4
need 6:7 20:12
New 1:17 2:8
news 13:21
newspaper 13:20
nine 22:22,23
Nineteen 9:10
NOAH 2:12
nods 6:4

North 2:13
NOTED 25:18,21
notice 4:6

**O**
O 4:1
oath 4:25 26:5
object 18:24 19:1 19:18
Objection 15:22 19:7
objections 4:13,17
obviously 10:15
occurred 11:14 12:11
October 1:18
office 8:6,7 21:24,24
officer 26:4
official 1:6 14:1,7 18:18 19:15 21:20
officials 14:6 18:2 19:12
officiated 4:24
oh 15:8
okay 8:3,25 10:8,10 12:9,15,20 13:2 13:13 14:25 17:1 17:17 19:18 20:9 21:10 22:6,9,15 22:19 23:6,10,23
old 8:16 9:9
once 23:24
ongoing 8:14
opinions 26:15
opportunity 11:8 23:17
opposed 6:3
oriented 10:5
original 26:2,3
originally 11:3
Orleans 1:17 2:8
outcome 26:20

**P**
P 2:1,1 4:1
page 3:3 9:13 10:15 10:16 12:25 13:11 13:16 14:15 15:9 15:19 16:5,14,23 17:21 26:3
pages 9:22 26:7
Paragraph 4:18
part 8:13
parties 26:20
party 11:3 26:17,18
percent 21:15,16
Perfect 21:10

PERKINS 2:12
permitted 4:7
person 21:19 26:13
personal 26:9
petition 10:21 11:5 11:12 12:10,22 13:15 17:12,19
PETTIGREW 2:6 3:5 15:21 18:23 19:6,17 20:10,17 23:7
philosophical 18:15
phone 13:6,8
plaintiffs 2:3 8:10
please 5:11,17 24:12
point 6:7 7:10 12:14 15:5,7,12 16:22 17:6
political 10:4 21:11 21:13,17
Ponchatoula 5:2,18
position 7:22
posts 23:1
prayer 11:18 22:6 22:10,16
precedent 13:25 14:5 18:5 19:14
prepared 26:8,10
present 2:16 5:20
previous 18:25
primary 11:5
print 20:2
prior 5:10
problem 14:3
Procedure 4:7 26:15
process 6:1
professional 10:14
Professor 7:20 8:1
prohibited 26:16
prohibition 26:14
prominent 10:12
prominently 10:13
public 10:1 13:25 14:6,7 18:18 19:12,15
purposes 4:7
pursuant 1:14 4:5
pursuing 15:10
put 10:21

**Q**
question 4:14 6:2,9 12:17 14:12 15:24 18:25 19:9
questions 20:7 23:8

Dayne Sherman
October 1, 2024

**quick** 22:20

**R**

**R** 2:1 25:2 26:1,6
**reach** 21:19
**read** 10:23,24,25
  11:11 21:22 22:13
  23:12,18,20 25:4
  25:5
**reading** 4:11
**real** 22:19
**really** 10:4 17:25
**reason** 14:3
**reblocked** 13:16
  16:23,25 23:4
**recall** 10:23 22:13
**reciting** 11:18
**recognize** 18:18
**recollect** 16:24
**record** 5:12,16
  12:18 23:25
**recover** 18:7
**redirect** 20:11
**reference** 7:19,25
  15:1
**referenced** 10:18
**referring** 11:4
**regarding** 11:17
**regardless** 18:19
**related** 8:6,8 26:19
**relationship** 26:17
  26:18
**relationships** 26:14
**relief** 15:10 22:7,17
**remain** 13:3
**remained** 14:10,14
**remember** 11:1,10
  14:20,24 15:6
  22:14
**reminded** 15:8
**repeat** 15:24 19:9
**reported** 2:19 26:8
**reporter** 1:14 2:20
  23:24 24:8 26:23
**reporting** 26:8,17
**requests** 8:23
**required** 26:3,11
**reserved** 4:15
**respect** 18:17
**respond** 21:22,22
  22:25
**response** 21:21
**responsiveness** 4:15
**restored** 16:13
**review** 10:20 11:8
  23:17 24:1
**RICHARD** 2:6

**right** 9:11 11:23
  18:16 19:24,25
  20:1
**rights** 18:21 19:12
  19:13,14 20:3
**road** 18:14
**rules** 26:11,15

**S**

**S** 2:1 4:1 25:2,2
  26:6
**S-H-E-R-M-A-N**
  5:14
**saw** 6:1 13:20,21
  14:18,20
**says** 11:25 12:2
**school** 2:4 11:18
**SCHWARTZMA...**
  2:5 24:3,11
**Science** 7:3,20
**seal** 26:3
**sealing** 4:10
**second** 7:4
**see** 16:9,10,22 19:5
  23:2
**seeing** 13:9 16:21
**seeking** 18:10,12
  19:14 22:11
**seen** 16:15
**Senator** 12:6 13:10
  13:19 14:7,14
  16:14 17:20 22:21
**send** 24:4,6
**sent** 23:25
**services** 26:13
**session** 6:2
**set** 14:5 26:7
**settle** 18:1
**shakes** 6:4
**shaking** 6:4
**Sherman** 1:4,12 4:5
  5:1,7,14,15 9:3
  10:2,6 20:6 21:10
  22:1 25:4
**short** 7:11 20:16
**show** 10:9 17:18
  21:5
**showthesouth** 10:9
**sign** 23:12,18,20
**signature** 25:13
  26:3
**SIGNED** 25:18,20
**signing** 4:12
**SILLS** 2:11
**Silverstone** 5:1,18
  6:13
**sir** 10:19

**sit** 12:5 13:3
**social** 9:12,17 10:14
  18:3 19:16
**solve** 14:2
**sorry** 12:19 14:13
  16:12 21:2,6
**sought** 13:23 14:16
  17:5
**sounds** 11:24 17:16
**source** 14:25
**South** 10:3,9 20:21
  21:1,4,5,6
**Southeastern** 7:16
**speak** 19:25
**specifics** 11:7
**Spouse's** 9:2
**Spring** 16:19 17:8
**state** 4:23 5:12 26:4
  26:24
**STATES** 1:1
**status** 15:18 18:20
**statute** 26:11
**stenotype** 26:8
**stipulated** 4:3
**stipulation** 1:15
**Street** 2:7,13
**suggest** 13:14
**suit** 8:14,16 11:3,7
  13:18,20,23 14:4
  14:9 15:2,16 17:2
  17:5,13
**Suite** 2:13
**supervision** 26:9
**sure** 5:22 12:18
  20:15,23
**sworn** 5:3 26:6

**T**

**T** 3:8 4:1,1 25:2,2,2
  26:1,1
**take** 6:8
**taken** 1:12,15 4:5
  20:16 26:5
**talk** 9:11 10:2 20:20
  21:4
**talkaboutthesouth**
  10:12,17
**tell** 5:3 6:18 9:15,17
  13:18 23:24
**tempted** 18:14
**ten** 13:22 22:23
**testified** 5:5 20:19
  22:2
**testify** 26:7
**testimony** 5:21 8:19
  12:21 23:15 25:5
  26:5,7

**Thank** 22:1 24:2
**thayes4@hamsil....**
  2:14
**thing** 20:19 22:19
**think** 8:2,11,15 12:3
  12:13 19:24,25
  20:1,2,6,12 21:4
  22:13
**THOMAS** 2:13
**thought** 14:4
**time** 4:16 8:16,21
  10:21 12:9,15,22
  13:14,15 14:8,11
  14:16,17 15:7,20
  16:8 17:1,10,18
  18:25 20:16 22:24
  23:4
**today** 5:23 12:5
  13:3,15 16:8
  20:20 22:2 24:2
**told** 16:3
**Tommy** 5:8
**transcribed** 26:8
**transcript** 26:2,9,10
  26:11
**translate** 6:5
**trial** 4:16
**trips** 7:11
**true** 23:3 25:6 26:9
**truth** 5:4,4,5
**try** 6:9
**Tulane** 1:16 2:4
**Tweet** 21:1,3
**tweetthesouth** 21:9
**Twenty** 6:15
**Twitter** 9:13 10:11
  10:16 12:25 13:11
  13:16 14:15 15:9
  15:19 16:5,23
  17:21 20:20 21:11
  21:14,17 22:21
**two** 6:20
**typed** 6:6 23:16

**U**

**U** 4:1
**uh-huh** 6:4
**ultimately** 11:13
**unblocked** 12:8,13
  12:24 13:3,5,12
  16:16,18,22 17:10
**understand** 5:21,22
  6:8
**understanding** 25:9
  26:10
**understood** 6:10
**UNITED** 1:1

**University** 1:16
  7:17
**usage** 9:12
**use** 9:18,19 10:17
  21:11
**user** 20:20,24

**V**

**valid** 26:2
**verbal** 6:3
**VERSUS** 1:5
**VIRGINIA** 2:7

**W**

**W** 25:2
**wait** 14:23
**waived** 4:11,12
**want** 18:17 20:18
  23:25 24:9
**wanted** 21:8
**way** 14:2 16:2
**we're** 5:23 9:11
**weren't** 11:2
**WESTERN** 1:2
**witness** 4:25 15:23
  19:8,23 20:8 23:9
  23:19 24:5 26:5
**work** 7:15,16
**worked** 7:23
**works** 5:22 6:1
**worries** 21:8
**write** 20:1
**writer** 9:23

**X**

**X** 3:1,8,8

**Y**

**Yeah** 24:6
**year** 12:8 17:15
**years** 6:15 7:24,25
  8:1 9:6 13:23
  22:22

**Z**

**0**

**1**

**1-7-70** 6:17
**10-14-24** 26:24
**10-years** 8:16
**10:58** 1:19
**11:21** 1:19
**1434** 26:15
**1443** 4:18
**1500** 2:13

Dayne Sherman
October 1, 2024

**19th** 2:13
**1st** 1:18

---

**2**

**20** 3:5
**2013** 11:14,23
**2022** 14:23
**2023** 12:11,23 14:22
  14:24 16:20 17:9
**2024** 1:18
**21** 7:24 9:6
**21st** 12:11,23
**23** 17:14
**29** 1:16

---

**3**

**3:23-cv-175** 1:5
**301** 2:13
**37:2554** 26:6

---

**4**

**402** 5:1,18

---

**5**

**5** 3:4

---

**6**

**6329** 2:7

---

**7**

**70118** 2:8
**70454** 5:2,19
**71201** 2:14
**75** 21:15,16

---

**8**

**8th** 11:23