# EXHIBIT D

In the Matter of:

*Maya Detiege, Dayne Sherman*

*vs.*

*Katrina Jackson, in her official and individual capacities*

_____

## Maya Detiege

October 1, 2024

_____

**Maya Detiege**
**October 1, 2024**

1 (Pages 1 to 4)

---

**Page 1**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

MAYA DETIEGE, DAYNE SHERMAN   CIVIL ACTION
VERSUS                NO. 3:23-cv-175
KATRINA JACKSON, in her      JUDGE: FOOTE
official and individual
capacities        MAG. JUDGE MCCLUSKY


*********************************************

      Deposition of MAYA DETIEGE, taken in the
above-entitled cause, before Lisa LaNasa
Hibbs, a Certified Court Reporter, pursuant to
the following stipulation, taken in the
Lavin-Bernick Center, Tulane University, 29
McAlister Drive, New Orleans, Louisiana, on
the 1st day of October, 2024, commencing at
9:05 a.m. and ending at 10:45 a.m..

---

**Page 2**

```
 1        A P P E A R A N C E S
 2
 3    FOR THE PLAINTIFFS:
 4    TULANE LAW SCHOOL
      FIRST AMENDMENT CLINIC
 5    BY: KATIE SCHWARTZMANN, ESQ.
         ANNA CLEVELAND, ESQ.
 6       LANDON PETTIGREW, ESQ.
         RICHARD CROW, ESQ.
 7       VIRGINIA HAMRICK, ESQ.
      6329 Freret Street
 8    New Orleans, Louisiana  70118
      kschwartzmann@tulane.edu
 9
10
11    FOR THE DEFENDANT:
      HAMMOND, SILLS, ADKINS, GUICE,
12    NOAH & PERKINS
      Attorneys at Law
13    BY: THOMAS M. HAYES, IV, ESQ.
      1500 North 19th Street, Suite 301
14    Monroe, Louisiana  71201
      thayes4@hamsil.com
15
16    ALSO PRESENT:
17
      DAYNE SHERMAN
18    SENATOR KATRINA JACKSON (Via telephone)
19
20    REPORTED BY:
21    LISA LANASA HIBBS, CCR
      Certified Court Reporter
22
23
24
25
```

---

**Page 3**

```
 1              I N D E X
 2
 3    EXAMINATION BY:            PAGE
 4       MR. HAYES          6
 5       MR. PETTIGREW         52
 6
 7
 8       E X H I B I T  I N D E X
 9
10    Exhibit 1           52
11    Exhibit 2           57
12    Exhibit 3           58
13
14
15
16
17
18
19
20
21
22
23
24
25
```

---

**Page 4**

```
 1        S T I P U L A T I O N
 2
 3       It is stipulated and agreed to by and
 4    between counsel that the deposition of MAYA
 5    DETIEGE is hereby being taken pursuant to
 6    notice under the Federal Code of Civil
 7    Procedure for all purposes permitted under
 8    law.
 9       The formalities, including those of
10    sealing, certification, and filing, are
11    waived.  The formalities of reading and
12    signing the deposition are not waived.
13       All objections, except those as to
14    the form of the question and/or the
15    responsiveness of the answer, are reserved
16    until the time of the trial of this case.  All
17    objections are to be considered under C.C.P.
18    Article 1443, Paragraph D.
19
20
21          * * * * *
22
23       LISA LANASA HIBBS, CCR, State of
24    Louisiana, officiated in administering the
25    oath to the herein witness.
```

**Maya Detiege**
**October 1, 2024**

---

**Page 5**

1  MAYA DETIEGE, 5711 Paris Avenue, New
2  Orleans, Louisiana, 70122, who, after having
3  been first duly sworn to tell the truth, the
4  whole truth, and nothing but the truth, was
5  examined and testified as follows:
6  MR. HAYES: Good morning.
7  MR. PETTIGREW:
8  Before we begin, normally, we
9  would object to somebody participating
10  over the phone, but we're willing to
11  make an exception for Senator Jackson.
12  We just need her to agree that she's not
13  recording this and that she's in a
14  secure location and that, you know,
15  she's not going to record this or put
16  this anywhere else.
17  MR. HAYES:
18  Senator Jackson, you agree;
19  you're not recording and you're in a
20  secure location?
21  SENATOR JACKSON:
22  Yes. I'm at my law office.
23  MR. HAYES:
24  Very good. And did you want to
25  address stipulations?

**Page 6**

1  MR. PETTIGREW:
2  Yeah. Waiving all objections
3  except as to form.
4  MR. HAYES:
5  Very good.
6  BY MR. HAYES:
7  Q. All right. Good morning, Ms.
8  Detiege.
9  A. Hi. Good morning.
10  Q. I'm Tommy Hayes. I met you earlier
11  this morning for the first time. We're going
12  to take your deposition today. Have you ever
13  given a deposition before?
14  A. No.
15  Q. And I'm sure your attorney has
16  spoken with you about what this involves, but
17  this is a question and answer session. I'm
18  here to ask questions about the claim that you
19  brought and some of the history behind it and
20  some background details of you. And I'm not
21  here to try to trick you. I'm not here to try
22  to get you to say something that is not true
23  as you perceive it. I'm here to get
24  information because you brought the claim and
25  you're in the best position to tell me about

**Page 7**

1  it. We have a court reporter here, as you
2  see, to your left, and she's working with her
3  stenographer machine, which means she's taking
4  down every word that's being said and then
5  once the deposition is over, it will be typed
6  into a transcript. So in order to have a
7  clear and coherent transcript, there's a
8  couple of rules we need to follow. First of
9  all, you need to answer verbally. If it's a
10  yes or no, please say yes or no, as opposed to
11  uh-huh or huh-huh, because they are spelled
12  the same. Likewise, avoiding nodding or
13  shaking of the head, because that does not
14  translate into words. You may, as we get into
15  a comfortable rhythm, anticipate where I'm
16  going with a question. Please, resist the
17  urge to start answering the question before I
18  finish asking it, because that makes a jumbled
19  transcript. If you need a break at any time,
20  please, let me know. And if you don't
21  understand a question that I ask, please, tell
22  me and I'll do a better job asking it. I'll
23  rephrase it. All right? But by the same
24  token, if you answer my question, I'll presume
25  that you understood what I was asking. Fair

**Page 8**

1  enough?
2  A. Understood.
3  Q. Very good. Could you, please, state
4  your full name for the record?
5  A. Maya Detiege.
6  Q. No middle name?
7  A. Clark Detiege.
8  Q. What is your address?
9  A. 5711 Paris Avenue, New Orleans,
10  Louisiana, 70122.
11  Q. How long have you lived at that
12  address?
13  A. A little over four years.
14  Q. Where were you before that?
15  A. Do you want the actual address or --
16  Q. Yes. Just for the -- what was the
17  address before that?
18  A. 5700 St. Anthony Avenue, New
19  Orleans, Louisiana, 70122. I believe I was in
20  Apartment 120.
21  Q. Okay. How long were you there?
22  A. About two years.
23  Q. Are you a native Louisianian?
24  A. No.
25  Q. Where are you from, originally?

Maya Detiege
October 1, 2024

Page 9

1      A.  I'm a military kid, but I spent most
2  of my life in Washington, near Seattle.
3      Q.  Is that where you were born, in
4  Seattle?
5      A.  No.  I was born in San Diego.
6      Q.  Okay.  Military, I understand the
7  kids go wherever the enlisted parent goes or
8  is assigned, but you spent the majority of
9  your childhood before coming to New Orleans --
10  is that a fair statement -- in the Seattle
11  area?
12      A.  Yes.
13      Q.  Okay.  What year did you move to
14  Louisiana?
15      A.  2012.
16      Q.  For what reason?
17      A.  To go to college.
18      Q.  Where did you go to college?
19      A.  Xavier University of Louisiana.
20      Q.  You started in 2012?
21      A.  Yes.
22      Q.  Did you graduate?
23      A.  Yes.
24      Q.  What year did you graduate?
25      A.  2015.

Page 10

1      Q.  What degree did you receive?
2      A.  I was an English major with a minor
3  in creative writing.
4      Q.  Any schooling beyond that?
5      A.  No.
6      Q.  After graduating in 2015, what did
7  you do?  Did you find a job?
8      A.  Yes.
9      Q.  Where did you work first after
10  college?
11      A.  My first job after college was two
12  years as an AmeriCorps member with an
13  organization called City Year.
14      Q.  City --
15      A.  Year.
16      Q.  City Year.  Okay.  Tell me about
17  that.  I'm not familiar.
18      A.  So it's an organization that works
19  in urban education.  So I did small groups
20  with students for two years.
21      Q.  So it was a City Two Years for you?
22      A.  Yes.  My second year, I was the team
23  leader.
24      Q.  Okay.  What about after that?  Where
25  did you work?

Page 11

1      A.  I went to work at a high school in
2  New Orleans East for about a year and a half.
3      Q.  As a teacher?
4      A.  I was an administrative -- I was an
5  executive assistant and a talent person.
6  Mostly, executive assistant.
7      Q.  What school was that?
8      A.  That was Abramson Sci Academy.
9      Q.  S-A-I?
10      A.  S-C-I.
11      Q.  S-C-I.  Okay.  What about after
12  that?
13      A.  After that, I went to work for
14  Firstline Schools.  I started as an
15  administrative assistant and then I moved into
16  human resources.
17      Q.  How long were you there?
18      A.  A little over five years.
19      Q.  So that brings us up to, roughly,
20  2022?
21      A.  No.  I started there in 2018.
22      Q.  Okay.
23      A.  And then I left this past May.
24      Q.  Okay.  Until May of 2024?
25      A.  Correct.

Page 12

1      Q.  Okay.  Where are you currently
2  employed?  Or are you currently employed?
3      A.  I am currently employed.  I work for
4  LSU Health in human resources.
5      Q.  What is your job title?
6      A.  HR systems specialist.
7      Q.  What does that mean?  What does that
8  job entail?
9      A.  What that looks like is, we help to
10  be kind of the liaisons between IT and the HR
11  team with like the HRIS system, which stands
12  for Human Resources Integration System, so --
13  where people do their pay and put in leave and
14  all that.
15      Q.  Sure.  All their benefits and
16  everything else?
17      A.  Uh-huh.
18      Q.  And you've been there since,
19  roughly, May of this year, 2024?
20      A.  I started in August.
21      Q.  Started in August.  So it's recent.
22  You've been there a little over a month then?
23      A.  Coming up on two months.
24      Q.  Coming up on two months.  Very good.
25  Are you married?

**Maya Detiege**
**October 1, 2024**

4 (Pages 13 to 16)

---

Page 13

1    A.  Yes.
2    Q.  What is your husband's name?  Or
3  that's a -- I'm sorry.  What is your spouse's
4  name?  Let's say it that way.
5    A.  It's my husband.  His name is
6  Emmanuel James Detiege.
7    Q.  When were you and Emmanuel married?
8    A.  You want the exact date?
9    Q.  Sure.
10    A.  February 29, 2020.
11    Q.  All right.  On Leap Day.  Any
12  children?
13    A.  Yes.  One.
14    Q.  How old is your child?
15    A.  He just made nine months.
16    Q.  Forgive this question.  I have to
17  ask everybody.  Have you ever been convicted
18  of a crime?
19    A.  No.
20    Q.  Have you ever declared bankruptcy?
21    A.  No.
22    Q.  Have you ever been involved in
23  another lawsuit of any kind, whether as the
24  plaintiff, as you are in this one, or as a
25  defendant, where somebody filed suit against

---

Page 14

1  you?
2    A.  No.
3    Q.  I'm going to jump now to your social
4  media presence.  I know that you're an avid
5  user of Twitter or X, as it's called now.
6  Other than that, what social media accounts do
7  you have with what platforms?
8    A.  I have Facebook, Instagram, Tumblr,
9  Reddit.
10    Q.  What is your Facebook handle?
11    A.  It is my name, Maya Clark Detiege.
12    Q.  How long have you been a Facebook
13  user?
14    A.  Since 2008 or 2009.
15    Q.  What about your Instagram account?
16  What is your handle there?
17    A.  My handle there is Midaeros,
18  M-I-D-A-E-R-O-S.  And then, I also have an
19  account where, I believe, the handle is What
20  Did We Just Read.
21    Q.  How long have you had the Midaeros
22  handle on Instagram?
23    A.  I believe I've had that account
24  since maybe 2014.
25    Q.  And your other one, What Did We Just

---

Page 15

1  Read, how long have you had that?
2    A.  I believe that one started in 2021.
3    Q.  Tumblr, what is your handle there?
4    A.  My handle is Midaeros.
5    Q.  How long have you had your Tumblr
6  account?
7    A.  I'm not sure how long I've had that
8  account.
9    Q.  Okay.  And Reddit, what's your
10  handle there?
11    A.  Teach Me How To SCHWA.
12    Q.  Teach Me How To SCHWA?
13    A.  Yes.
14    Q.  Is this an English major joke?
15    A.  Yes.
16    Q.  Okay.  How long have you had that
17  account?
18    A.  About seven years.
19    Q.  Now, of your -- and we'll get to
20  your Twitter or X account in a second, but of
21  your -- the social media platforms that you
22  use, which are you most engaged with?  Which
23  do you use most frequently?
24    A.  Twitter.
25    Q.  Far away?

---

Page 16

1    A.  Yes.
2    Q.  Can you tell me why that is?
3    A.  I communicate with a lot of friends
4  on Twitter, and it's kind of a short form
5  social media site and so I can, you know, kind
6  of quickly send and react to things.
7    Q.  And what is your date of birth?
8    A.  October 25th, 1994.
9    Q.  We share a birthday.
10    A.  Oh.
11    Q.  19 --
12    A.  1994.
13    Q.  1994.  Separated by a couple of
14  years.  All right.  Now, as -- I'm going to
15  call it Twitter, because I find calling it X
16  to be awkward.  Is that okay with you?
17    A.  I would prefer that.  Yes.
18    Q.  Very good.  So as for your Twitter
19  account, when did you first obtain a Twitter
20  account, to the best of your recollection?
21    A.  I'm not sure when I first obtained
22  my Twitter account off of the top of my head.
23  I believe it was probably 2017.
24    Q.  And do you have just the one Twitter
25  account?

Maya Detiege
October 1, 2024

5 (Pages 17 to 20)

## Page 17

1  A. No. I have four Twitter accounts.
2  Q. All right. I'm aware of one that
3  was mentioned in connection with this lawsuit,
4  Midaeros. You referenced that handle as being
5  used on a couple of other platforms, as well.
6  Can you tell me what that handle means?
7  A. It's based off of a nickname that I
8  had online in high school that I shortened.
9  Q. What was the full nickname?
10 A. Mimi Dae, D-A-E, Roscoe.
11 Q. All right. So you've had that
12 account or that handle in use on Twitter
13 since, roughly, 2017?
14 A. I'm not sure if that was my handle
15 the entire time, but, at least, for the last
16 few years.
17 Q. Okay. What are the other handles
18 which you use on Twitter?
19 A. I have an account that is Midaeros
20 Priv, but all of the vowels in Midaeros are
21 underscores and Priv is P-R-I-V.
22 Q. The vowels are replaced by
23 underscores?
24 A. Yes. So it would be M_D__R_S
25 P-R-I-V.

## Page 18

1  Q. P_V? No?
2  A. No.
3  Q. P-R-I-V?
4  A. P-R-I-V.
5  Q. Got it. How long have you operated
6  that account?
7  A. I think for about two or three
8  years.
9  Q. And I'm assuming the P-R-I-V is for
10 private?
11 A. Correct.
12 Q. Does that mean that only people that
13 you invite to have access to that site can see
14 what you post there?
15 A. Correct.
16 Q. How long have you had that one; two
17 or three years, you said?
18 A. Correct.
19 Q. What other handles do you use on
20 Twitter?
21 A. I have a handle that is Marley Dean
22 Books.
23 Q. Spell Marley for me?
24 A. M-A-R-L-E-Y.
25 Q. Dean is D-E-A-N?

## Page 19

1  A. Correct.
2  Q. Is that a public account?
3  A. Yes.
4  Q. How long have you operated that
5  handle?
6  A. I believe for two or three years.
7  Q. And you mentioned a fourth one?
8  A. That handle is What Did We Read.
9  Q. Same as what you have on -- well,
10 close to what you have on Instagram?
11 A. Yes. Twitter has slightly shorter
12 allowances for handles.
13 Q. When did you start that account?
14 A. In 2021.
15 Q. Is that also a public account?
16 A. Yes.
17 Q. Of the four accounts you just
18 mentioned, which one do you use the most?
19 A. Midaeros.
20 Q. Does anyone other than you have
21 access to your Midaeros account?
22 A. No.
23 Q. What do you use to access the
24 account? Is it something that you use your
25 phone, laptop, desktop, all of the above?

## Page 20

1  A. Primarily, my phone. Occasionally,
2  I will use a laptop.
3  Q. Are you the only one that has access
4  to that account?
5  A. Yes.
6  Q. Has anyone other than you ever
7  posted anything on that account under that
8  handle?
9  A. Yes. Sometimes, if I leave my phone
10 unattended, my husband will send tweets.
11 Q. How, in that situation, can you or
12 can a user distinguish between you being the
13 one posting a tweet versus something that
14 comes from the person who actually operates
15 the handle?
16 A. If you did not know me, no. But my
17 friends can typically tell that, you know, my
18 husband will be saying something nice about
19 himself or something joking that I would not
20 say.
21 Q. To generalize the focus of that, the
22 tweets or the interactions through Twitter
23 that are the subject of this lawsuit, were all
24 of those tweets posted by you, Maya Detiege?
25 A. Yes.

## Page 21

1      Q.  Anyone other than your husband ever
2  access or use your Midaeros Twitter account?
3      A.  No.
4      Q.  Do you have an estimate of how many
5  times that that has occurred?
6      A.  Five.
7      Q.  Okay.  So an infrequent occurrence
8  where he would take your phone and have access
9  to your Twitter account?
10      A.  Correct.
11      Q.  Do you have your driver's license
12  with you?
13      A.  Yes.
14      Q.  May I take a picture of that?
15      A.  Uh-huh.
16      MR. HAYES:
17          Any objection?
18      MS. SCHWARTZMANN:
19          Do you have any private
20      information on there?
21      THE WITNESS:
22          Nothing that would not be --
23  BY MR. HAYES:
24      Q.  Nothing beyond your address and --
25  your Social Security number is not included on

## Page 22

1  your driver's license; is that correct?  Look
2  to make sure.
3      A.  No.
4      Q.  Okay.  I don't think that that's
5  included on the driver's license anymore.
6  Thank you, ma'am.
7          Now, when we open your -- if we go
8  to your Midaeros Twitter page and we open it,
9  currently, it identifies -- primarily, the
10  first thing that I saw when I opened it has to
11  do with being the fan of the German Gentleman
12  Number One Fan, and that's a reference to the
13  Seattle Kraken hockey goalie.  And I now
14  understand, from what you told me about your
15  history, that you grew up and spent a large
16  part of your time growing up in the Seattle
17  area, and I'm assuming that's how you
18  developed a support for Seattle-based sports
19  teams?
20      A.  Yes.
21      Q.  Okay.  But you hesitated a little
22  bit.  Tell me why?  Or is there something
23  particular about the Seattle Kraken?  Because
24  I haven't done a survey, but I would bet the
25  number of Seattle Kraken hardcore fans that

## Page 23

1  are residents of New Orleans, Louisiana or
2  Louisiana as a whole, is a pretty small group.
3      MR. PETTIGREW:
4          I'll object to the form of the
5      question.
6      THE WITNESS:
7          Yes.  That is a small
8      contingent in the city.
9  BY MR. HAYES:
10      Q.  What brought you to or caused you to
11  be a fan of the Seattle Kraken?
12      A.  I had kind of heard a little bit
13  about hockey and Seattle was getting a team at
14  a time when I was feeling a little bit
15  homesick for Seattle and so I said hey, let's
16  see if I enjoy hockey and now, it is a large
17  part of what I talk about online.
18      Q.  When did Seattle get their team?
19      A.  In 2021 is when they had their first
20  season.
21      Q.  That was my recollection.  It was
22  pretty recent.  Okay.  But you already had
23  your page for your Twitter, Midaeros Twitter
24  handle in use for a few years before that came
25  into being, correct?

## Page 24

1      A.  I was already using Midaeros by the
2  time the Seattle Kraken started.
3      Q.  At what point did the Seattle Kraken
4  focus on that Twitter page come into being?
5  Did it coincide with the inception of the
6  Seattle Kraken professional hockey team?
7      A.  Yes.
8      Q.  And since -- so roughly, 2021?
9      A.  Yes.
10      Q.  Since that time, has that been the
11  primary focus of your -- of the topics
12  addressed or posted about on your Midaeros
13  Twitter page?
14      A.  Yes.  Hockey is most of what I talk
15  about.
16      Q.  What other identifying information
17  would we see if we opened up your Twitter page
18  today?
19      MR. PETTIGREW:
20          Object to form.
21      THE WITNESS:
22          In what regard?
23  BY MR. HAYES:
24      Q.  Well, are there any photos
25  identifying you?  Is there anything

**Maya Detiege**
**October 1, 2024**

---

**Page 25**

1 identifying your state of residence or city of
2 residence?
3         MR. PETTIGREW:
4             I'll object to form to that, as
5     well.
6         THE WITNESS:
7             My profile picture is of me.
8     I'm not facing the camera, but it is of
9     me. And then, my pinned tweet is a
10     picture of me and my bio also indicates
11     that I am from New Orleans.
12 BY MR. HAYES:
13     Q.  And that's as we sit here today?
14     A.  Yes.
15     Q.  The profile pic that you referenced,
16 you're not facing the camera?
17     A.  Correct.
18     Q.  How long has that been the profile
19 pic?
20     A.  That has been my profile picture
21 since February of 2022.
22     Q.  Do you recall what your profile pic
23 was before that?
24     A.  No.
25     Q.  But since February of 2022, that

---

**Page 26**

1 consistently has been your profile pic?
2     A.  There was a one-month period from
3 April 29th of 2022 until the end of May of
4 2022 where my profile picture was the picture
5 that is my pinned tweet on Twitter.
6     Q.  And the pinned tweet you're
7 referring to is a picture of you at what looks
8 to be a Seattle Kraken hockey game, holding a
9 puck?
10     A.  Yes.
11     Q.  Or standing next to somebody holding
12 a puck and I believe you're holding a sign,
13 cheering the Seattle Kraken goalie; is that
14 correct?
15     A.  I am holding the puck and the sign.
16     Q.  The puck and the sign. I don't want
17 to diminish the pose there. When was that
18 picture taken?
19     A.  That picture was taken April 29th of
20 2022.
21     Q.  And you said the bio section, the
22 biographical section that you referenced on
23 your Twitter page, is there a tab that you
24 click to see that or is that apparent from the
25 very top of your page?

---

**Page 27**

1         MR. PETTIGREW:
2             I'll object to the form of that
3     question, as well.
4         THE WITNESS:
5             My bio is the first thing you
6     see when you open my profile.
7 BY MR. HAYES:
8     Q.  And what does that consist of, to
9 your recollection?
10     A.  To my recollection, it has my name.
11 It has, I believe, reference to the German
12 Gentleman nickname in a couple of spots. It
13 has -- I believe it has reference to my
14 interests on Twitter. My age. And then, I
15 have the location turned on to say New
16 Orleans.
17     Q.  And has the locations showing New
18 Orleans, as you -- has the location been
19 turned on to say New Orleans since you began
20 operating that Twitter handle?
21         MR. PETTIGREW:
22             I'll object to form. Or
23     objection to form.
24         THE WITNESS:
25             I believe it has said New

---

**Page 28**

1     Orleans since I started to become
2     interested in hockey.
3 BY MR. HAYES:
4     Q.  Okay. So roughly, 2021 -- is that
5 correct -- that you begin referencing New
6 Orleans as your location?
7     A.  Yes.
8     Q.  To your recollection, is there any
9 other identifying information concerning you
10 personally in that biographical section?
11     A.  Not to my recollection.
12     Q.  With regard to your other Twitter
13 handles that you use, is there ever any
14 cross-posting of -- is there a post that you
15 would create and then post across all the
16 handles that you use or are they each kept in
17 their own separate lane, so to speak?
18     A.  There might be some cross-posting.
19 So with the What Did We Just Read account, if
20 we had posted something from that account, I
21 might repost it to get more traction to that
22 account. And occasionally, when I post to my
23 Midaeros account, I might expound on that on
24 my private account, if there's information
25 that I would not want to be made public.

**Maya Detiege**
**October 1, 2024**

Page 29

1    Q.  Turning now, specifically, to the
2  events giving rise to this lawsuit.  In
3  looking at your petition, they seem to arise
4  primarily from a series of tweets that
5  occurred around June 24th through the 26th,
6  2022.  Is that an accurate statement, to the
7  best of your recollection?
8    A.  Yes.
9    Q.  Okay.  Tell me, to the best of your
10  recollection, what first got your attention
11  with regard to Senator Jackson's Twitter page?
12  Do you remember when you first became aware of
13  her having a Twitter page?
14    MR. PETTIGREW:
15      Objection to form.
16    THE WITNESS:
17      I believe I might have seen a
18    tweet that referenced her.
19  BY MR. HAYES:
20    Q.  Do you recall when that was?
21    A.  No.
22    Q.  Was it close in time to the June
23  24th through 26th time period I mentioned
24  earlier?
25    A.  I believe so.

Page 30

1    Q.  Do you recall the subject matter
2  that you saw at that time that caused you to
3  notice Senator Jackson's Twitter page?
4    A.  No.
5    Q.  Turning specifically to June 24th
6  through the 26th, 2022, do you recall the
7  issue that was being discussed via Twitter
8  during that time period that gave rise to your
9  posting on Senator Jackson's comment section?
10    A.  This would have been related to the
11  Trigger bill that went into effect after Roe
12  v. Wade was repealed.
13    Q.  And I take it you disfavor the
14  pro-life bills?  You're a pro-choice advocate;
15  is that a fair statement?
16    A.  That is a fair statement.
17    Q.  Do you recall when you first --
18  specifically, what the first tweet on Senator
19  Jackson's page that you responded to?
20    A.  I don't know what the exact tweet
21  said.
22    Q.  Okay.  Do you recall what your tweet
23  or your comment said?
24    A.  I have an idea about what it said.
25    Q.  And I believe it's referenced in

Page 31

1  your lawsuit.  And I'm looking at the first
2  amended petition, Paragraph 47.  If you look
3  at that -- and this is what -- 47.  I'm sorry.
4  I'll give you a moment to read that.  And this
5  is the -- this is from the amended complaint
6  that your attorneys filed on your behalf,
7  correct?
8    A.  Correct.
9    Q.  Did you have a chance to review this
10  before it was filed?
11    A.  Yes.
12    Q.  And so you, at that time, confirmed
13  that this was an accurate reflection of the
14  tweets that you made on June 24th, 2022?
15    A.  Yes.
16    Q.  And the -- I tell you what.  I'm
17  going to let you read it, so you --
18    A.  You want me to read all of 47?
19    Q.  No, ma'am.  Just the part that's in
20  quotes, where your tweet is.
21    A.  "I say this with all disrespect:
22  Burn in hell.  You don't care about women.
23  You don't care about pregnant people.  You
24  don't care about children.  You don't care
25  about education.  I do not support all black

Page 32

1  women.  Some of you bitches are very dumb."
2    Q.  And that was said in response to the
3  Trigger bill that passed where Louisiana was
4  following the precedent set by the US Supreme
5  Court which overturned Roe v. Wade?
6    MR. PETTIGREW:
7      Objection to form.
8    THE WITNESS:
9      Yes.  That was in response to
10    that.
11  BY MR. HAYES:
12    Q.  And there was some more back and
13  forth.  And then, there was a response by a
14  user named Mung, referenced here in Paragraph
15  49 of the first amended petition, responding
16  to Jackson, Senator Jackson's tweets.  "Maybe
17  you should have set that up before Roe was
18  overturned?  Too late now."  Do you have any
19  idea who Mung is?
20    A.  No.
21    Q.  Okay.  That's not somebody that you
22  know in real life?  That's just a name on
23  Twitter?
24    A.  Correct.
25    Q.  And ultimately, after some back and

**Maya Detiege**
**October 1, 2024**

---

**Page 33**

1  forth with Senator Jackson, what happened?
2      A.  I was blocked on Twitter.
3      Q.  At any -- blocked from Twitter
4  entirely or from a specific area of Twitter?
5          MR. PETTIGREW:
6              Objection to form.
7          THE WITNESS:
8              I was blocked from being able
9      to see Senator Jackson's tweets.
10  BY MR. HAYES:
11      Q.  Blocked from accessing her Twitter
12  page?
13      A.  Correct.
14      Q.  At any point in your exchange with
15  Senator Jackson, did you identify yourself as
16  a New Orleans, Louisiana resident?
17      A.  No.
18      Q.  Did you identify yourself as a woman
19  who was living in Louisiana in any way?
20      A.  Not directly.
21      Q.  Did you provide any identifying
22  information about yourself?
23      A.  Not via the tweets.  No.
24      Q.  Have you ever voted in -- had the
25  opportunity to vote in an election where

---

**Page 34**

1  Senator Jackson was listed as a candidate on
2  your voting form?
3      A.  Not that I recall.
4      Q.  Best of your recollection, you've
5  never been a constituent that had the
6  opportunity to vote for her into any public
7  office that she was running for, correct?
8      A.  No.
9      Q.  Your whole time that you've lived in
10  the State of Louisiana, you've lived in the
11  New Orleans area; is that correct?
12      A.  Correct.
13      Q.  Now, you were blocked on June 26th,
14  2022; is that correct, to the best of your
15  recollection?
16      A.  I believe so.
17      Q.  And this lawsuit, the original
18  petition -- one second.  The original petition
19  was filed on February 9th, 2023, so roughly,
20  eight months later; is that correct, to the
21  best of your collection?
22          MR. PETTIGREW:
23              Objection to form.
24          THE WITNESS:
25              Yes.

---

**Page 35**

1  BY MR. HAYES:
2      Q.  How did you come to secure counsel
3  and to decide to proceed with filing a suit?
4  And I'm not asking about conversations that
5  you had with your attorney.  I don't want
6  anything that would be protected -- I don't
7  want to hear anything that your attorneys told
8  you or advice they gave you.  I'm asking about
9  the process that you went through in deciding
10  to bring suit as a result of this.
11          MS. SCHWARTZMANN:
12              Can you clarify your question?
13  BY MR. HAYES:
14      Q.  How did you decide to bring a
15  lawsuit as a result of being blocked on
16  Twitter?  Again, not asking about advice given
17  to you by your attorneys.
18          MR. PETTIGREW:
19              I'll object to form.
20          MS. SCHWARTZMANN:
21              It feels like it calls for
22      communication with counsel.  If you're
23      trying to get to her thought process
24      about why she decided to take action,
25      legal action --

---

**Page 36**

1  BY MR. HAYES:
2      Q.  All right.  How did you decide to
3  seek legal counsel in connection with being
4  blocked on Twitter?
5          MR. PETTIGREW:
6              I'll object to privilege.
7  BY MR. HAYES:
8      Q.  I'm talking about before you had
9  engaged counsel, before you talked to an
10  attorney, what made you think, I need to go
11  hire an attorney to pursue this for me?
12      A.  I knew from -- I had heard
13  previously that it was not legal for elected
14  officials to block constituents via their,
15  like, official accounts.
16      Q.  And because you'd heard that it was
17  not legal, did you decide to go and attempted
18  to locate legal counsel?
19      A.  Yes.
20      Q.  And did you -- immediately, were you
21  able to identify the attorneys who currently
22  represent you in this -- that filed suit on
23  your behalf or did you have to go through the
24  process of seeking other counsel first?
25

Page 37

1      MS. SCHWARTZMANN:
2          I'm going to object.  This is
3   in privileged territory.  The fact of
4   asking for legal representation is
5   privileged.  And I also don't see any
6   relevance, so if it --
7      MR. HAYES:
8          I'm curious as to how the
9   process evolved.  And I mean, relevance
10  is not a proper objection in the context
11  of a deposition.  And I'm not asking for
12  privileged communications.  I'm not
13  asking for anything that she was told.
14  I'm asking about the thought process
15  behind the decision to seek counsel and
16  what that involved in order to find an
17  attorney to represent her in this
18  context.
19     MS. SCHWARTZMANN:
20         Well, I think she just told you
21  that she thought it was illegal and so
22  she decided to seek counsel.  So the
23  question of which lawyer she spoke to
24  and when is absolutely privileged, so we
25  will instruct her not to answer.

Page 38

1   BY MR. HAYES:
2      Q.  Did you have to speak with more than
3   one attorney before securing counsel?
4      MR. PETTIGREW:
5          I'll object to privilege, as
6   well.
7      MR. HAYES:
8          Again, I'm not asking for the
9   topic of discussion.  I'm asking if that
10  occurred.
11     MS. SCHWARTZMANN:
12         The fact of seeking legal
13  representation is privileged.  The act
14  of consulting a lawyer is privileged.
15     MR. HAYES:
16         I think -- I disagree with you
17  on that, until it gets down to the scope
18  of representation, actual legal advice
19  given.
20  BY MR. HAYES:
21     Q.  When did you secure legal counsel?
22     MR. PETTIGREW:
23         Objection to privilege.
24     MR. HAYES:
25         This is something that I

Page 39

1   routinely ask in the course of
2   depositions, and I've never been denied
3   finding out when an attorney was hired
4   in the scope of representation.
5      MS. SCHWARTZMANN:
6          I think this is -- I think
7   you're treading into privileged
8   territory.  If she remembers, I'm okay
9   with her answering when she retained
10  counsel, but we are going to absolutely
11  object to any communications with any
12  lawyers, us or anybody else.
13     MR. HAYES:
14         Again, I'm not asking for
15  substance of communications that she
16  initiated with attorneys.
17  BY MR. HAYES:
18     Q.  I'm asking about when you retained
19  counsel.
20     A.  I believe that would have been
21  around August of 2022.
22     Q.  How did you find out about the
23  existence of the First Amendment Law Clinic at
24  Tulane University?
25

Page 40

1      MR. HAYES:
2          I don't know how any of that
3   could be privileged.
4      THE WITNESS:
5          I don't recall exactly, but it
6   was -- I was looking -- I knew that it
7   was a First Amendment rule, so I was
8   looking for First Amendment -- I think I
9   probably went through the ACLU first.  I
10  believe I was referred by someone else,
11  but I don't remember who.
12  BY MR. HAYES:
13     Q.  Okay.  Fair enough.  Prior to filing
14  suit, did you ever see anything posted
15  anywhere on Twitter or other social media
16  seeking people who had been blocked on Twitter
17  or other social media platforms seeking for
18  them to come forward?
19     A.  Can you say that again?
20     Q.  Prior to engaging your counsel in
21  this case, did you ever see anything on
22  Twitter or other social media where people
23  were posting about seeking people who had been
24  blocked by a public official on social media?
25

Page 41

1      MR. PETTIGREW:
2          Objection to form. You can
3      answer.
4      THE WITNESS:
5          No.
6  BY MR. HAYES:
7      Q.  Have you, since the lawsuit has been
8  filed, seen anything posted on Twitter seeking
9  people who had been blocked by public
10 officials, specifically, Senator Jackson, to
11 come forward and identify themselves?
12     A.  No.
13     Q.  Present with us here today in the
14 room is Mr. Dayne Sherman, who's the other
15 plaintiff in your lawsuit. Did you know Mr.
16 Sherman outside of the context of this
17 lawsuit?
18     A.  No.
19     Q.  Never met anywhere before?
20     A.  No.
21     Q.  Was today the first time you'd met
22 in person?
23     A.  Yes.
24     Q.  There's several additional users
25 that are referenced in your lawsuit that --

Page 42

1  some are referenced by name and some are
2  referenced by Twitter handle. I can let you
3  look through them. But do you know whether
4  you're aware of having met any of the people
5  identified within your lawsuit in real life?
6      A.  One person that has been identified,
7  I knew previously and another one, I met
8  through the course of talking about Senator
9  Jackson, and I met her in person this year.
10     Q.  Who are those two people, the first
11 one -- first, the person you knew previously.
12 Who was that person?
13     A.  That would be the handle Grim
14 Feminie. If she's -- I believe she's
15 mentioned in there.
16     Q.  Rather than searching, can you spell
17 that for me?
18     A.  G-R-I-M  F-E-M-I-N-I-E.
19     Q.  And did you know this person by
20 their real name or only by their Twitter
21 handle?
22     A.  I know them by their real name.
23     Q.  What is that person's real name?
24     A.  Her name is Sofia, S-O-F-I-A, Perry,
25 P-E-R-R-Y.

Page 43

1      Q.  Where does Sofia Perry live, if you
2  know?
3      A.  Washington State.
4      Q.  And you referenced another
5  individual that you met after suit was filed.
6  Who was that person?
7      A.  Her handle is Paigey Spice,
8  P-A-I-G-E-Y  S-P-I-C-E.
9      Q.  And what is that person's real name,
10 if you know?
11     A.  I know her first name is Paige.
12     Q.  Okay. Do you know where Paige
13 lives?
14     A.  She lives in Louisiana.
15     Q.  Do you know where in Louisiana?
16     A.  No.
17     Q.  Any others that you can think of?
18     A.  No.
19     Q.  In connection with this lawsuit,
20 what do you hope to recover or accomplish?
21     A.  I would like to be unblocked on
22 Twitter by Senator Katrina Jackson.
23     Q.  Is there anything else that you hope
24 to accomplish, other than being unblocked on
25 Twitter?

Page 44

1      A.  Personally, I would hope that she
2  doesn't block anyone else unless they are
3  engaging in legitimate hate speech, because I
4  believe that as an elected official, she
5  should be accountable for the things that she
6  says related to legislation that she's engaged
7  in.
8      MR. HAYES:
9          Let's go off the record
10     briefly.
11     (A short break was taken at this time.)
12 BY MR. HAYES:
13     Q.  All right. Back on the record. So
14 the different Twitter accounts that you have,
15 you listed them all before. You've got
16 Midaeros and then, the Midaeros Private or
17 Priv, Marley Dean Books, and What Did We Read.
18 Why do you have all of those different
19 accounts?
20     A.  My Midaeros account is my public
21 account. That's the account that I use to be
22 my most self. My Midaeros Priv account is
23 because there are just some things that I
24 wouldn't maybe talk about with Twitter friends
25 who've become close friends, but I wouldn't

Page 45

1  put online.  For instance, I don't talk about
2  my son.  Like, I don't even share his gender
3  online.  But there are things that I might
4  share on that private account with my friends
5  if I'm talking about something.  Marley Dean
6  Books is because I would like -- I would like
7  to publish a book some day, so that's the pen
8  name that I would use.  And then, the What Did
9  We Just Read is, I had a podcast with my best
10  friend where we talked about books, and so we
11  wanted to -- you know, you need to have social
12  media if you want to grow any kind of
13  following.
14     Q.  Understood.  With regard to -- you
15  described on your Midaeros account what you
16  see today if you open it.  Do you know if that
17  is different than what a general user -- for
18  example, if I went to your Twitter page, would
19  I see the same information posted at the
20  header as what another user would see?
21     A.  Yes.
22     Q.  Okay.  No difference, to your
23  knowledge?
24     A.  No.
25     Q.  The profile picture that you used --

Page 46

1  that you were using during the June 24th
2  through June 26th exchange with Katrina
3  Jackson, what -- tell me what that was?
4     A.  Describe the picture?
5     Q.  Yes, ma'am?
6     A.  The picture is me standing in front
7  of a brick wall at my house.  I am mostly
8  faced away from the camera, but you can kind
9  of see my face.  I'm wearing a Seattle Kraken
10  hat and a Seattle Kraken jersey and I am
11  displaying my nails next to the hat.
12     Q.  And similarly, tell me again, during
13  that June 24th through June 26th, 2022 period,
14  what was your cover photo or cover image at
15  that time?
16     A.  So there's like a header photo that
17  probably was -- I'm not quite sure what that
18  was.  It might have been a picture -- like a
19  cartoon drawing of Philipp Grubauer, the
20  goalie for the Seattle Kraken.  And then, my
21  pinned tweet would have been the photo of me
22  with the hockey puck and the sign at Climate
23  Pledge Arena.
24     Q.  You described it as a cartoon
25  drawing of the goalie, Grubauer?

Page 47

1     A.  Yes.
2     Q.  Where did that drawing come from?
3     A.  A Twitter friend drew that.
4     Q.  Do you still use that?
5     A.  I believe so.
6     Q.  During the June 24th through 26th
7  exchanges with Senator Jackson, was there
8  anything that identified you, Maya Detiege, as
9  the owner of that page visible on your Twitter
10  page?
11     A.  My first name has always been in my
12  bio.  I don't put my last name online.
13     Q.  Were there any other pictures
14  identifying you, other than the one you
15  described where you were standing in front of
16  the brick wall of your house with your back
17  mostly to the camera?
18     A.  The photo of me at Climate Pledge
19  Arena with the sign and the hockey puck is
20  also -- like, the next thing that you see
21  down.
22     Q.  The pinned photo that was taken in
23  April of 2022?
24     A.  Yes.  The text, like with my quote
25  tweet for it might have been different, but

Page 48

1  it's always been that picture since April of
2  2022.
3     Q.  But it's your testimony that the
4  pinned photo of you at the hockey game and the
5  picture of you standing in front of the wall
6  at your house were -- those were both present
7  at the time of your exchange with Senator
8  Jackson, June 24th through June 26th of 2022?
9     A.  Absolutely.
10     Q.  And what about your bio line?  Do
11  you believe that that was the same during that
12  time period as what you described earlier,
13  which included your name, reference to the
14  German Gentleman nickname, your age and your
15  location being in New Orleans?
16     A.  Yes.
17     Q.  Have you tried looking at your
18  account from the account of another user to
19  see what another user sees when they go to
20  your page?
21     A.  No.  But it's the same for everyone
22  on Twitter.  Twitter doesn't really change
23  that.  I believe, the only thing that I might
24  be able to see that nobody else would see is
25  my birthday.

Page 49

1    Q.  Okay.
2        MR. HAYES:
3        Do y'all have any follow-up
4    questions?
5        MS. SCHWARTZMANN:
6        We do, I think.  Is the Senator
7    still on the phone?
8        MR. HAYES:
9        She is still on the phone.
10       MS. SCHWARTZMANN:
11       Okay.  Good.  I just wanted to
12   make sure.  We weren't sure if she was
13   still here.
14       MR. HAYES:
15       No.  She's still here.  The --
16   I'm just trying to clarify something.  I
17   think we can -- in order to move things
18   along, I can go ahead and pass for right
19   now and then, come back with any
20   follow-ups --
21       MS. SCHWARTZMANN:
22       Okay.
23       MR. HAYES:
24       -- as long as there's not going
25   to be any objections.  I don't think

Page 50

1    it's going to be plowing new ground.
2    It's going to be clarifying issues that
3    were already addressed.
4        MS. SCHWARTZMANN:
5        Sure.  If there's any new
6    ground, we just would want to have the
7    opportunity to --
8        MR. HAYES:
9        To re-cross on that.
10       MS. SCHWARTZMANN:
11       Yeah.  But I think --
12       MR. HAYES:
13       Or re-direct on that.  Okay.
14       MS. SCHWARTZMANN:
15       But I think we're okay with
16   that.  Are we all right with that, Team?
17   Okay.
18       MR. PETTIGREW:
19       You think we could take a
20   five-minute break before we do re-direct
21   or --
22       MS. SCHWARTZMANN:
23       You want to take a second?
24       MR. PETTIGREW:
25       Yeah.  Let's take a five-minute

Page 51

1    break.
2        MS. SCHWARTZMANN:
3        Okay.
4        MR. HAYES:
5        Okay.  Sure.
6    (A short break was taken at this time.)
7    BY MR. HAYES:
8        Q.  The one clarification -- and I've
9    got a printout of -- I'm sorry.  Are we back
10   on the record?  Yes.  Okay.  It wouldn't print
11   with the photo that accompanied it.  This is a
12   printout from the pinned picture that you have
13   without the picture itself, but it's got the
14   caption.  Do you recognize that from looking
15   at it here today?
16       A.  Uh-huh.  Yes.
17       Q.  Okay.  Looking at the date here, it
18   shows that it was pinned on October 12th of
19   2022 --
20       A.  Uh-huh.
21       Q.  -- whereas the picture was taken and
22   posted by @seattlekraken on April 29th, 2022.
23   Was October 12th the first time that you
24   posted that as your pinned picture or had it
25   been used previously?

Page 52

1        A.  It was previous -- it has been --
2    the picture has been part of my pinned tweet
3    since it happened.  It's one of the coolest
4    things that's ever happened to me.  I believe
5    that the tweet that it was before October 12
6    was probably something to the effect of this
7    is the coolest thing that's ever happened to
8    me, and I just updated it when the new season
9    started.
10       Q.  Got it.  Okay.
11       MR. HAYES:
12       I'm going to pass at this
13   point, and if I have something else,
14   I'll circle back to it.
15       MS. SCHWARTZMANN:
16       Got it.
17   BY MR. PETTIGREW:
18       Q.  I'm going to show you this tweet.
19   We referenced this earlier.  This is the --
20   (A discussion was had off the record.).
21   BY MR. PETTIGREW:
22       Q.  So I'm showing you what I'm marking
23   as Exhibit 1.  Do you recognize this tweet?
24       A.  Yes.
25       Q.  Is this a fair and accurate

**Page 53**

1  representation of your tweet?
2      A.  Yes.
3      Q.  Okay.  So why did you tweet this?
4      A.  I was really angry about the Trigger
5  law that went into effect in Louisiana.
6      Q.  Okay.  And how did that bill impact
7  you?
8      A.  As a result of that, I have no
9  ability to access an abortion, if I would like
10 an abortion.  And also, there is an impact on
11 my health, if I need medical care relating to
12 a pregnancy.
13     Q.  You mentioned that you were mad when
14 you tweeted this.  Why were you upset at
15 Senator Jackson?
16     A.  I was angry because with the Trigger
17 bill, there are impacts when people are
18 pregnant and how they can access medical care.
19 And in February of 2022, I experienced an
20 ectopic pregnancy and it was hard for me to
21 access medical care before the Trigger bill.
22 I believe the Trigger bill went into effect in
23 about May or something like that.  And I was
24 angry because, thinking about my ectopic
25 pregnancy, even though there are suppose to be

**Page 54**

1  some exceptions for ectopics, I had what is
2  called an interstitial ectopic pregnancy,
3  meaning that there was some -- the pregnancy
4  was not in my fallopian tube.  It was right
5  outside of my fallopian tube.  And so there
6  was a lot of questions and ultrasounds that I
7  had to go to relating to my pregnancy that
8  delayed my care.  And it was also just hard
9  for me to find someone to listen to me before
10 the Trigger bill went into effect that
11 something -- I could tell something was wrong,
12 but no one would see me because they don't
13 like to see people before a certain amount of
14 weeks.  And I was angry because I knew that if
15 I, again, experienced an ectopic pregnancy,
16 that I could see a delay in my care due to the
17 Trigger bill going into effect, making doctors
18 more hesitant to treat pregnancies.
19     Q.  So I want to point you to the first
20 line.  Why did you use the phrase "burn in
21 hell"?  Why did you use that language?
22     A.  With that, I was trying to appeal to
23 Senator Jackson's religion.  I know that she
24 is a Christian and I don't feel that the
25 Trigger bill and the way that it's enacted in

**Page 55**

1  Louisiana is a godly or Christian way to act,
2  and I wanted to indicate that I thought that
3  when she dies, I believe she's probably going
4  to go to hell.
5      Q.  And can I point you to the third
6  line?  Can you read that first sentence for
7  me?
8      A.  "I do not suppose all black women."
9      Q.  Where did this phrase come from?
10     A.  That comes from a common meme that
11 is used online.  The whole sentence is, "I do
12 not support all black women.  Some of you
13 bitches are very dumb."  That comes from a
14 meme that circulates around online.
15     Q.  So this was a common phrase on
16 Twitter?
17     A.  Yes.
18     Q.  And have you tweeted this phrase
19 before?
20     A.  Yes.
21     Q.  Why else did you tweet this phrase?
22     A.  As a black woman, I believe -- you
23 know, I do support a lot of black people, but
24 I think that there is this idea that as a
25 black person or as a black woman or as a

**Page 56**

1  woman, you need to support everything that
2  other black women or black people or women do,
3  and that's not true.  Other black women can be
4  wrong.  And in this case, I was indicating
5  that I thought that Senator Jackson was wrong.
6      Q.  Okay.  I think we're finished with
7  this.  That's Exhibit 1.  And I want to
8  clarify a few other things.  So if someone
9  were to check on your Twitter page, would they
10 see your location?
11     A.  Yes.
12     Q.  Okay.  And what was the location at
13 the time you were blocked by Senator Jackson?
14     A.  New Orleans, Louisiana.
15     Q.  And Senator Jackson could see that
16 location?
17     A.  Yes.
18     Q.  And you testified earlier that you
19 didn't identify yourself in your Twitter
20 communications with Senator Jackson.  Did you
21 have any other communications with Senator
22 Jackson?
23     A.  Outside of Twitter?
24     Q.  Yes?
25     A.  Yes.  I sent an email to Senator

Page 57

1    Jackson about the Trigger bill.
2    Q.  Okay.  And did you identify yourself
3    in that email?
4    A.  Yes.  In that email, I identified
5    myself as a Louisiana resident.
6    Q.  Moving on.  So the same day you
7    tweeted "burn in hell", you also -- did you
8    have another exchange with Senator Jackson?
9    A.  Yes.
10   Q.  Okay.  I'm showing you what I'm now
11   marking as Exhibit 2.  Okay.  Like I said, I'm
12   now showing you what I'm marking as Exhibit 2.
13   Do you recognize this Twitter exchange?
14   A.  Yes.
15   Q.  Okay.  And can you describe what's
16   happening in this Twitter exchange?
17   A.  A Twitter user by the name of Mung
18   is talking to Senator Jackson about something
19   that should have been set up before Roe was
20   overturned.  Senator Jackson goes onto talk
21   about some work she did relating to the
22   budget.  The person asks about paid sick
23   leave, paid maternity leave, affordable child
24   care and a living wage.  And Senator Jackson
25   states -- she's trying to say, you know, let

Page 58

1    me understand this better.  You were angered
2    by my bill?  And talking about the bill.
3    Q.  Okay.  And what date did this
4    exchange occur or did it start?
5    A.  This exchange started on June 24th
6    of 2022.
7    Q.  Okay.  And what day did Katrina
8    Jackson first respond?
9    A.  June 24th, 2022.
10   Q.  Okay.  And did you respond to this
11   tweet?
12   A.  I quote tweeted her tweet on
13   June 24th, 2022.
14   Q.  Okay.  We're finished with that
15   exhibit.  I'm now going to show you what I'm
16   marking as Exhibit 3.  Do you recognize this
17   tweet?
18   A.  Yes.
19   Q.  Did you create this tweet?
20   A.  Yes.
21   Q.  And is this a fair and accurate
22   representation of your tweet?
23   A.  Yes.
24   Q.  Okay.  Can you read what you
25   tweeted?

Page 59

1    A.  "LOL.  Yeah.  That 3 million
2    (0.0008% of the budget) is really game
3    changing.  Thanks for the pennies, you -- "
4    Then there's a clown emoji.
5    Q.  Why did you tweet this?
6    A.  In the previous exchange, Senator
7    Jackson had talked about the work that she had
8    done with the budget, and I was pointing out
9    that that's really a pittance compared to the
10   total of the Louisiana state budget.
11   Q.  Okay.  And did Senator Jackson
12   respond to this tweet?
13   A.  Yes.  She did.
14   Q.  Can you read what she said?
15   A.  She said, "Did you advocate for
16   more?"
17   Q.  And did you respond to that
18   response?
19   A.  Yes.  I quote tweeted that tweet and
20   she blocked me before I was able to -- by the
21   time I sent the tweet, I was blocked.
22   Q.  Okay.  So Senator Jackson was not
23   able to see your response to that tweet,
24   correct?
25   A.  Not to my knowledge.

Page 60

1    Q.  Okay.  I want to return to the email
2    that you sent to Senator Jackson about the
3    Trigger bill.  Did Senator Jackson reply to
4    the email you sent about her Trigger bill?
5    A.  No.
6    Q.  Okay.
7    MR. PETTIGREW:
8        I think that's all the
9    questions we have.
10   MR. HAYES:
11       Can you give me just one
12   moment, please?
13   MS. SCHWARTZMANN:
14       Sure.  Are we going off the
15   record?
16   MR. HAYES:
17       Yes.  Off the record, please.
18   (A short break was taken at this time.)
19   MR. HAYES:
20       Senator Jackson is no longer on
21   the phone.
22   MS. SCHWARTZMANN:
23       Okay.
24   MR. HAYES:
25       But I have no further

Maya Detiege
October 1, 2024

16 (Pages 61 to 64)

Page 61

1  questions.  Ms. Detiege, you have the
2  right to read and sign your deposition
3  to review it for inaccuracies and to
4  correct those inaccuracies.  It's up to
5  you, whether you want to exercise that
6  right, but I need you to state verbally,
7  on the record, whether you want to read
8  and sign or whether you want to waive
9  that right.
10      MS. SCHWARTZMANN:
11          We would like to read and sign.
12      THE WITNESS:
13          I would like to read and sign.
14      MR. HAYES:
15          Very good.  Do y'all have
16  instructions for the court reporter on
17  how to provide the --
18      MS. SCHWARTZMANN:
19          No.  We can give you the -- you
20  have my email address on the card I gave
21  to you, Katie Schwartzmann.
22      THE COURT REPORTER:
23          Okay.  I'll send it to you.
24      MS. SCHWARTZMANN:
25          Yes, please.

Page 62

1      THE COURT REPORTER:
2          Did y'all want a copy of the
3  deposition?
4      MS. SCHWARTZMANN:
5          We would.  Yes.
6      MR. HAYES:
7          Thank you, ma'am.
8  (Whereupon, the deposition was concluded.)
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 63

1
2
3      W I T N E S S   C E R T I F I C A T E
4
5          I, MAYA DETIEGE, have read or have had
6  read to me the foregoing testimony, and I
7  certify that this deposition is true and
8  correct, inclusive of any corrections and/or
9  changes to the best of my ability and
10  understanding.
11
12
13
14      SIGNATURE:_____
15
16      DATE:_____
17
18
19      _____SIGNED WITH CORRECTIONS AS NOTED.
20
21      _____SIGNED WITHOUT CORRECTIONS AS
22  NOTED.
23
24
25

Page 64

1      C E R T I F I C A T E
2      This certification is valid only for a
transcript accompanied by my original
3  signature and original required seal on this
page.
4      I, LISA LANASA HIBBS, CCR, in and for
the State of Louisiana, as the officer before
5  whom this testimony was taken do hereby
certify that to foregoing witness to whom oath
6  was administered, after having been duly sworn
by me upon authority of R. S. 37:2554, did
7  testify as herein before set forth in the
foregoing pages; that the testimony was
8  reported by me in the stenotype reporting
method, was prepared and transcribed by me or
9  under my personal direction and supervision,
and is a true and correct transcript to the
10  best of my ability and understanding;
That the transcript has been prepared
11  in compliance with transcript format
guidelines required by statute or by rules of
12  the board, that I am informed about the
complete arrangement, financial or otherwise
13  with the person or entity making arrangements
for deposition services; that I have acted in
14  compliance of the prohibition on contractual
relationships, as defined by Louisiana Code of
15  Civil Procedure, Article 1434 and in rules and
advisory opinions of the board.
16      That I have no actual knowledge of any
prohibited employment or contractual
17  relationship, direct or indirect, between a
court reporting firm and any party litigant in
18  this matter, nor is there any such
relationship between myself and a party
19  litigant in this matter.
I am not related to counsel or to the
20  parties herein, nor am I otherwise interested
in the outcome of this case.
21
22      _Lisa LaNasa Hibbs_
23  Lisa LaNasa Hibbs, CCR
Certified Court Reporter
24  State of Louisiana
10-10-24
25

Maya Detiege
October 1, 2024

17 (Page 65)

Page 65

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**A**

a.m 1:20,20
ability 53:9 63:9
    64:10
able 33:8 36:21
    48:24 59:20,23
abortion 53:9,10
above-entitled 1:14
Abramson 11:8
absolutely 37:24
    39:10 48:9
Academy 11:8
access 18:13 19:21
    19:23 20:3 21:2,8
    53:9,18,21
accessing 33:11
accompanied 51:11
    64:2
accomplish 43:20
    43:24
account 14:15,19
    14:23 15:6,8,17
    15:20 16:19,20,22
    16:25 17:12,19
    18:6 19:2,13,15
    19:21,24 20:4,7
    21:2,9 28:19,20
    28:22,23,24 44:20
    44:21,21,22 45:4
    45:15 48:18,18
accountable 44:5
accounts 14:6 17:1
    19:17 36:15 44:14
    44:19
accurate 29:6 31:13
    52:25 58:21
ACLU 40:9
act 38:13 55:1
acted 64:13
action 1:5 35:24,25
actual 8:15 38:18
    64:16
additional 41:24
address 5:25 8:8,12
    8:15,17 21:24
    61:20
addressed 24:12
    50:3
ADKINS 2:11
administered 64:6
administering 4:24
administrative 11:4
    11:15
advice 35:8,16
    38:18
advisory 64:15
advocate 30:14

59:15
affordable 57:23
age 27:14 48:14
agree 5:12,18
agreed 4:3
ahead 49:18
allowances 19:12
amended 31:2,5
    32:15
Amendment 2:4
    39:23 40:7,8
AmeriCorps 10:12
amount 54:13
and/or 4:14 63:8
angered 58:1
angry 53:4,16,24
    54:14
ANNA 2:5
answer 4:15 6:17
    7:9,24 37:25 41:3
answering 7:17
    39:9
Anthony 8:18
anticipate 7:15
anybody 39:12
anymore 22:5
Apartment 8:20
apparent 26:24
appeal 56:23
April 26:3,19 47:23
    48:1 51:22
area 9:11 22:17
    33:4 34:11
Arena 46:23 47:19
arrangement 64:12
arrangements
    64:13
Article 4:18 64:15
asking 7:18,22,25
    35:4,8,16 37:4,11
    37:13,14 38:8,9
    39:14,18
asks 57:22
assigned 9:8
assistant 11:5,6,15
assuming 18:9
    22:17
attempted 36:17
attention 29:10
attorney 6:15 35:5
    36:10,11 37:17
    38:3 39:3
attorneys 2:12 31:6
    35:7,17 36:21
    39:16
August 12:20,21
    39:21

authority 64:6
Avenue 5:1 8:9,18
avid 14:4
avoiding 7:12
aware 17:2 29:12
    42:4
awkward 16:16

**B**

B 3:8
back 32:12,25 44:13
    47:16 49:19 51:9
    52:14
background 6:20
bankruptcy 13:20
based 17:7
began 27:19
behalf 31:6 36:23
believe 8:19 14:19
    14:23 15:2 16:23
    19:6 26:12 27:11
    27:13,25 29:17,25
    30:25 34:16 39:20
    40:10 42:14 44:4
    47:5 48:11,23
    52:4 53:22 55:3
    55:22
benefits 12:15
best 6:25 16:20 29:7
    29:9 34:4,14,21
    45:9 63:9 64:10
bet 22:24
better 7:22 58:1
beyond 10:4 21:24
bill 30:11 32:3 53:6
    53:17,21,22 54:10
    54:17,25 57:1
    58:2,2 60:3,4
bills 30:14
bio 25:10 26:21
    27:5 47:12 48:10
biographical 26:22
    28:10
birth 16:7
birthday 16:9 48:25
bit 22:22 23:12,14
bitches 32:1 55:13
black 31:25 55:8,12
    55:22,23,25,25
    56:2,2,3
block 36:14 44:2
blocked 33:2,3,8,11
    34:13 35:15 36:4
    40:16,24 41:9
    56:13 59:20,21
board 64:12,15
book 45:7

books 18:22 44:17
    45:6,10
born 9:3,5
break 7:19 44:11
    50:20 51:1,6
    60:18
brick 46:7 47:16
briefly 44:10
bring 35:10,14
brings 11:19
brought 6:19,24
    23:10
budget 57:22 59:2,8
    59:10
burn 31:22 54:20
    57:7

**C**

C 2:1 63:3,3 64:1,1
C.C.P 4:17
call 16:15
called 10:13 14:5
    54:2
calling 16:15
calls 35:21
camera 25:8,16
    46:8 47:17
candidate 34:1
capacities 1:8
caption 51:14
card 61:20
care 31:22,23,24,24
    53:11,18,21 54:8
    54:16 57:24
cartoon 46:19,24
case 4:16 40:21
    56:4 64:20
cause 1:14
caused 23:10 30:2
CCR 2:21 4:23 64:4
    64:23
Center 1:17
certain 54:13
certification 4:10
    64:2
Certified 1:15 2:21
    64:23
certify 63:7 64:5
chance 31:9
change 48:22
changes 63:9
changing 59:3
check 56:9
cheering 26:13
child 13:14 57:23
childhood 9:9
children 13:12

31:24
Christian 54:24
    55:1
circle 52:14
circulates 55:14
city 10:13,14,16,21
    23:8 25:1
Civil 1:5 4:6 64:15
claim 6:18,24
clarification 51:8
clarify 35:12 49:16
    56:8
clarifying 50:2
Clark 8:7 14:11
clear 7:7
CLEVELAND 2:5
click 26:24
Climate 46:22
    47:18
Clinic 2:4 39:23
close 19:10 29:22
    44:25
clown 59:4
Code 4:6 64:14
coherent 7:7
coincide 24:5
collection 34:21
college 9:17,18
    10:10,11
come 24:4 35:2
    40:18 41:11 47:2
    49:19 55:9
comes 20:14 55:10
    55:13
comfortable 7:15
coming 9:9 12:23
    12:24
commencing 1:19
comment 30:9,23
common 55:10,15
communicate 16:3
communication
    35:22
communications
    37:12 39:11,15
    56:20,21
compared 59:9
complaint 31:5
complete 64:12
compliance 64:11
    64:14
concerning 28:9
concluded 62:8
confirmed 31:12
connection 17:3
    36:3 43:19
considered 4:17

**consist** 27:8
**consistently** 26:1
**constituent** 34:5
**constituents** 36:14
**consulting** 38:14
**context** 37:10,18
  41:16
**contingent** 23:8
**contractual** 64:14
  64:16
**conversations** 35:4
**convicted** 13:17
**coolest** 52:3,7
**copy** 62:2
**correct** 11:25 18:11
  18:15,18 19:1
  21:10 22:1 23:25
  25:17 26:14 28:5
  31:7,8 32:24
  33:13 34:7,11,12
  34:14,20 59:24
  61:4 63:8 64:9
**corrections** 63:8,19
  63:21
**counsel** 4:4 35:2,22
  36:3,9,18,24
  37:15,22 38:3,21
  39:10,19 40:20
  64:19
**couple** 7:8 16:13
  17:5 27:12
**course** 39:1 42:8
**court** 1:2,15 2:21
  7:1 32:5 61:16,22
  62:1 64:17,23
**cover** 46:14,14
**create** 28:15 58:19
**creative** 10:3
**crime** 13:18
**cross-posting** 28:14
  28:18
**CROW** 2:6
**curious** 37:8
**currently** 12:1,2,3
  22:9 36:21

**D**

**D** 3:1,8 4:18
**D-A-E** 17:10
**D-E-A-N** 18:25
**Dae** 17:10
**date** 13:8 16:7
  51:17 58:3 63:16
**day** 1:19 13:11 45:7
  57:6 58:7
**Dayne** 1:5 2:17
  41:14

**Dean** 18:21,25
  44:17 45:5
**decide** 35:3,14 36:2
  36:17
**decided** 35:24 37:22
**deciding** 35:9
**decision** 37:15
**declared** 13:20
**defendant** 2:10
  13:25
**defined** 64:14
**degree** 10:1
**delay** 54:16
**delayed** 54:8
**denied** 39:2
**deposition** 1:13 4:4
  4:12 6:12,13 7:5
  37:11 61:2 62:3,8
  63:7 64:13
**depositions** 39:2
**describe** 46:4 57:15
**described** 45:15
  46:24 47:15 48:12
**desktop** 19:25
**details** 6:20
**Detiege** 1:5,13 4:5
  5:1 6:8 8:5,7 13:6
  14:11 20:24 47:8
  61:1 63:5
**developed** 22:18
**Diego** 9:5
**dies** 55:3
**difference** 45:22
**different** 44:14,18
  45:17 47:25
**diminish** 26:17
**direct** 64:17
**direction** 64:9
**directly** 33:20
**disagree** 38:16
**discussed** 30:7
**discussion** 38:9
  52:20
**disfavor** 30:13
**displaying** 46:11
**disrespect** 31:21
**distinguish** 20:12
**DISTRICT** 1:2,3
**doctors** 54:17
**drawing** 46:19,25
  47:2
**drew** 47:3
**Drive** 1:18
**driver's** 21:11 22:1
  22:5
**due** 54:16
**duly** 5:3 64:6

**dumb** 32:1 55:13

**E**

**E** 2:1,1 3:1,8,8 63:3
  63:3,3 64:1,1
**earlier** 6:10 29:24
  48:12 52:19 56:18
**East** 11:2
**ectopic** 53:20,24
  54:2,15
**ectopics** 54:1
**education** 10:19
  31:25
**effect** 30:11 52:6
  53:5,22 54:10,17
**eight** 34:20
**elected** 36:13 44:4
**election** 33:25
**email** 56:25 57:3,4
  60:1,4 61:20
**Emmanuel** 46:4 57:15
**emoji** 59:4
**employed** 12:2,2,3
**employment** 64:16
**enacted** 54:25
**engaged** 15:22 36:9
  44:6
**engaging** 40:20
  44:3
**English** 10:2 15:14
**enjoy** 23:16
**enlisted** 9:7
**entail** 12:8
**entire** 17:15
**entirely** 33:4
**entity** 64:13
**ESQ** 2:5,5,6,6,7,13
**estimate** 21:4
**events** 29:2
**everybody** 13:17
**evolved** 37:9
**exact** 13:8 30:20
**exactly** 40:5
**EXAMINATION**
  3:3
**examined** 5:5
**example** 45:18
**exception** 5:11
**exceptions** 54:1
**exchange** 33:14
  46:2 48:7 57:8,13
  57:16 58:4,5 59:6
**exchanges** 47:7
**executive** 11:5,6
**exercise** 61:5
**exhibit** 3:10,11,12
  52:23 56:7 57:11

57:12 58:15,16
**existence** 39:23
**experienced** 53:19
  54:15
**expound** 28:23

**F**

**F** 63:3 64:1
**F-E-M-I-N-I-E**
  42:18
**face** 46:9
**Facebook** 14:8,10
  14:12
**faced** 46:8
**facing** 25:8,16
**fact** 37:3 38:12
**fair** 7:25 9:10 30:15
  30:16 40:13 52:25
  58:21
**fallopian** 54:4,5
**familiar** 10:17
**fan** 22:11,12 23:11
**fans** 22:25
**Far** 15:25
**February** 13:10
  25:21,25 34:19
  53:19
**Federal** 4:6
**feel** 54:24
**feeling** 23:14
**feels** 35:21
**Feminie** 42:14
**filed** 13:25 31:6,10
  34:19 36:22 41:8
  43:5
**filing** 4:10 35:3
  40:13
**financial** 64:12
**find** 10:7 16:15
  37:16 39:22 54:9
**finding** 39:3
**finish** 7:18
**finished** 56:6 58:14
**firm** 64:17
**first** 2:4 5:3 6:11
  7:8 10:9,11 16:19
  16:21 22:10 23:19
  27:5 29:10,12
  30:17,18 31:1
  32:15 36:24 39:23
  40:7,8,9 41:21
  42:10,11 43:11
  47:11 51:23 54:19
  55:6 58:8
**Firstline** 11:14
**five** 11:18 21:6
**five-minute** 50:20

50:25
**focus** 20:21 24:4,11
**follow** 7:8
**follow-up** 49:3
**follow-ups** 49:20
**following** 1:16 32:4
  45:13
**follows** 5:5
**FOOTE** 1:7
**foregoing** 63:6 64:5
  64:7
**Forgive** 13:16
**form** 4:14 6:3 16:4
  23:4 24:20 25:4
  27:2,22,23 29:15
  32:7 33:6 34:2,23
  35:19 41:2
**formalities** 4:9,11
**format** 64:11
**forth** 32:13 33:1
  64:7
**forward** 40:18
  41:11
**four** 8:13 17:1
  19:17
**fourth** 19:7
**frequently** 15:23
**Freret** 2:7
**friend** 45:10 47:3
**friends** 16:3 20:17
  44:24,25 45:4
**front** 46:4 47:15
  48:5
**full** 8:4 17:9
**further** 60:25

**G**

**G-R-I-M** 42:18
**game** 26:8 48:4 59:2
**gender** 45:2
**general** 45:17
**generalize** 20:21
**Gentleman** 22:11
  27:12 48:14
**German** 22:11
  27:11 48:14
**getting** 23:13
**give** 31:4 60:11
  61:19
**given** 6:13 35:16
  38:19
**giving** 29:2
**go** 9:7,17,18 22:7
  36:10,17,23 44:9
  48:19 49:18 54:7
  55:4
**goalie** 22:13 26:13

**Maya Detiege**

**October 1, 2024**

46:20,25
**godly** 55:1
**goes** 9:7 57:20
**going** 5:15 6:11
7:16 14:3 16:14
31:17 37:2 39:10
49:24 50:1,2
52:12,18 54:17
55:3 58:15 60:14
**good** 5:6,24 6:5,7,9
8:3 12:24 16:18
49:11 61:15
**graduate** 9:22,24
**graduating** 10:6
**grew** 22:15
**Grim** 42:13
**ground** 50:1,6
**group** 23:2
**groups** 10:19
**grow** 45:12
**growing** 22:16
**Grubauer** 46:19,25
**GUICE** 2:11
**guidelines** 64:11

**H**

**H** 3:8
**half** 11:2
**HAMMOND** 2:11
**HAMRICK** 2:7
**handle** 14:10,16,17
14:19,22 15:3,4
15:10 17:4,6,12
17:14 18:21 19:5
19:8 20:8,15
23:24 27:20 42:2
42:13,21 43:7
**handles** 17:17 18:19
19:12 28:13,16
**happened** 33:1 52:3
52:4,7
**happening** 57:16
**hard** 53:20 54:8
**hardcore** 22:25
**hat** 46:10,11
**hate** 44:3
**Hayes** 2:13 3:4 5:6
5:17,23 6:4,6,10
21:16,23 23:9
24:23 25:12 27:7
28:3 29:19 32:11
33:10 35:1,13
36:1,7 37:7 38:1,7
38:15,20,24 39:13
39:17 40:1,12
41:6 44:8,12 49:2
49:8,14,23 50:8

50:12 51:4,7
52:11 60:10,16,19
60:24 61:14 62:6
**head** 7:13 16:22
**header** 45:20 46:16
**health** 12:4 53:11
**hear** 35:7
**heard** 23:12 36:12
36:16
**hell** 31:22 54:21
55:4 57:7
**help** 12:9
**hesitant** 54:18
**hesitated** 22:21
**hey** 23:15
**Hi** 6:9
**Hibbs** 1:15 2:21
4:23 64:4,23
**high** 11:1 17:8
**hire** 36:11
**hired** 39:3
**history** 6:19 22:15
**hockey** 22:13 23:13
23:16 24:6,14
26:8 28:2 46:22
47:19 48:4
**holding** 26:8,11,12
26:15
**homesick** 23:15
**hope** 43:20,23 44:1
**house** 46:7 47:16
48:6
**HR** 12:6,10
**HRIS** 12:11
**huh-huh** 7:11
**human** 11:16 12:4
12:12
**husband** 13:5 20:10
20:18 21:1
**husband's** 13:2

**I**

**idea** 30:24 32:19
55:24
**identified** 42:5,6
47:8 57:4
**identifies** 22:9
**identify** 33:15,18
36:21 41:11 56:19
57:2
**identifying** 24:16
24:25 25:1 28:9
33:21 47:14
**illegal** 37:21
**image** 46:14
**immediately** 36:20
**impact** 53:6,10

**impacts** 53:17
**inaccuracies** 61:3,4
**inception** 24:5
**included** 21:25 22:5
48:13
**including** 4:9
**inclusive** 63:8
**indicate** 55:2
**indicates** 25:10
**indicating** 56:4
**indirect** 64:17
**individual** 1:7 43:5
**information** 6:24
21:20 24:16 28:9
28:24 33:22 45:19
**informed** 64:12
**infrequent** 21:7
**initiated** 39:16
**Instagram** 14:8,15
14:22 19:10
**instance** 45:1
**instruct** 37:25
**instructions** 61:16
**Integration** 12:12
**interactions** 20:22
**interested** 28:2
64:20
**interests** 27:14
**interstitial** 54:2
**invite** 18:13
**involved** 13:22
37:16
**involves** 6:16
**issue** 30:7
**issues** 50:2
**IV** 2:13

**J**

**Jackson** 1:7 2:18
5:11,18,21 32:16
33:1,15 34:1
41:10 42:9 43:22
46:3 47:7 48:8
53:15 56:5,13,15
56:20,22 57:1,8
57:18,20,24 58:8
59:7,11,22 60:2,3
60:20
**Jackson's** 29:11
30:3,9,19 32:16
33:9 54:23
**James** 13:6
**jersey** 46:10
**job** 7:22 10:7,11
12:5,8
**joke** 15:14
**joking** 20:19

**JUDGE** 1:7,8
**jumbled** 7:18
**jump** 14:3
**June** 29:5,22 30:5
31:14 34:13 46:1
46:2,13,13 47:6
48:8,8 58:5,9,13

**K**

**Katie** 2:5 61:21
**Katrina** 1:7 2:18
43:22 46:2 58:7
**kept** 28:16
**kid** 9:1
**kids** 9:7
**kind** 12:10 13:23
16:4,5 23:12
45:12 46:8
**knew** 36:12 40:6
42:7,11 54:14
**know** 5:14 7:20
14:4 16:5 20:16
20:17 30:20 32:22
40:2 41:15 42:3
42:19,22 43:2,10
43:11,12,15 45:11
45:16 54:23 55:23
57:25
**knowledge** 45:23
59:25 64:16
**Kraken** 22:13,23,25
23:11 24:2,3,6
26:8,13 46:9,10
46:20
**kschwartzmann...**
2:8

**L**

**L** 4:1
**LaNasa** 1:14 2:21
4:23 64:4,23
**LANDON** 2:6
**lane** 28:17
**language** 54:21
**laptop** 19:25 20:2
**large** 22:15 23:16
**late** 32:18
**Lavin-Bernick** 1:17
**law** 2:4,12 4:8 5:22
39:23 53:5
**lawsuit** 13:23 17:3
20:23 29:2 31:1
34:17 35:15 41:7
41:15,17,25 42:5
43:19
**lawyer** 37:23 38:14
**lawyers** 39:12

**leader** 10:23
**Leap** 13:11
**leave** 12:13 20:9
57:23,23
**left** 7:2 11:23
**legal** 35:25 36:3,13
36:17,18 37:4
38:12,18,21
**legislation** 44:6
**legitimate** 44:3
**let's** 13:4 23:15 44:9
50:25
**liaisons** 12:10
**license** 21:11 22:1,5
**life** 9:2 32:22 42:5
**Likewise** 7:12
**line** 48:10 54:20
55:6
**Lisa** 1:14 2:21 4:23
64:4,23
**listed** 34:1 44:15
**listen** 54:9
**litigant** 64:17,19
**little** 8:13 11:18
12:22 22:21 23:12
23:14
**live** 43:1
**lived** 8:11 34:9,10
**lives** 43:13,14
**living** 33:19 57:24
**locate** 36:18
**location** 5:14,20
27:15,18 28:6
48:15 56:10,12,16
**locations** 27:17
**LOL** 59:1
**long** 8:11,21 11:17
14:12,21 15:1,5,7
15:16 18:5,16
19:4 25:18 49:24
**longer** 60:20
**look** 22:1 31:2 42:3
**looking** 29:3 31:1
40:6,8 48:17
51:14,17
**looks** 12:9 26:7
**lot** 16:3 54:6 55:23
**Louisiana** 1:3,18
2:8,14 4:24 5:2
8:10,19 9:14,19
23:1,2 32:3 33:16
33:19 34:10 43:14
43:15 53:5 55:1
56:14 57:5 59:10
64:4,14,24
**Louisianian** 8:23
**LSU** 12:4

**M**

M 2:13
M-A-R-L-E-Y 18:24
M-I-D-A-E-R-O-S 14:18
M_D 17:24
ma'am 22:6 31:19 46:5 62:7
machine 7:3
mad 53:13
MAG 1:8
major 10:2 15:14
majority 9:8
making 54:17 64:13
marking 52:22 57:11,12 58:16
Marley 18:21,23 44:17 45:5
married 12:25 13:7
maternity 57:23
matter 30:1 64:18 64:19
Maya 1:5,13 4:4 5:1 8:5 14:11 20:24 47:8 63:5
McAlister 1:18
MCCLUSKY 1:8
mean 12:7 18:12 37:9
meaning 54:3
means 7:3 17:6
media 14:4,6 15:21 16:5 40:15,17,22 40:24 45:12
medical 53:11,18,21
member 10:12
meme 55:10,14
mentioned 17:3 19:7,18 29:23 42:15 53:13
met 6:10 41:19,21 42:4,7,9 43:5
method 64:8
Midaeros 14:17,21 15:4 17:4,19,20 19:19,21 21:2 22:8 23:23 24:1 24:12 28:23 44:16 44:16,20,22 45:15
middle 8:6
military 9:1,6
million 59:1
Mimi 17:10
minor 10:2
moment 31:4 60:12
Monroe 2:14

month 12:22
months 12:23,24 13:15 34:20
morning 5:6 6:7,9 6:11
move 9:13 49:17
moved 11:15
Moving 57:6
Mung 32:14,19 57:17

**N**

N 2:1 3:1,8 4:1 63:3
nails 46:11
name 8:4,6 13:2,4,5 14:11 27:10 32:22 42:1,20,22,23,24 43:9,11 45:8 47:11,12 48:13 57:17
named 32:14
native 8:23
near 9:2
need 5:12 7:8,9,19 36:10 45:11 53:11 56:1 61:6
never 34:5 39:2 41:19
new 1:18 2:8 5:1 8:9 8:18 9:9 11:2 23:1 25:11 27:15,17,19 27:25 28:5 33:16 34:11 48:15 50:1 50:5 52:8 56:14
nice 20:18
nickname 17:7,9 27:12 48:14
nine 13:15
NOAH 2:12
nodding 7:12
normally 5:8
North 2:13
NOTED 63:19,22
notice 4:6 30:3
number 21:25 22:12,25

**O**

O 4:1
oath 4:25 64:5
object 5:9 23:4 24:20 25:4 27:2 27:22 35:19 36:6 37:2 38:5 39:11
objection 21:17 27:23 29:15 32:7 33:6 34:23 37:10

38:23 41:2
objections 4:13,17 6:2 49:25
obtain 16:19
obtained 16:21
occasionally 20:1 28:22
occur 58:4
occurred 21:5 29:5 38:10
occurrence 21:7
October 1:19 16:8 51:18,23 52:5
office 5:22 34:7
officer 64:4
official 1:7 36:15 40:24 44:4
officials 36:14 41:10
officiated 4:24
Oh 16:10
okay 8:21 9:6,13 10:16,24 11:11,22 11:24 12:1 15:9 15:16 16:16 17:17 21:7 22:4,21 23:22 28:4 29:9 30:22 32:21 39:8 40:13 43:12 45:22 49:1,11,22 50:13 50:15,17 51:3,5 51:10,17 52:10 53:3,6 56:6,12 57:2,10,11,15 58:3,7,10,14,24 59:11,22 60:1,6 60:23 61:23
old 13:14
once 7:5
one-month 26:2
online 17:8 23:17 45:1,3 47:12 55:11,14
open 22:7,8 27:6 45:16
opened 22:10 24:17
operated 18:5 19:4
operates 20:14
operating 27:20
opinions 64:15
opportunity 33:25 34:6 50:7
opposed 7:10
order 7:6 37:16 49:17
organization 10:13 10:18

original 34:17,18 64:2,3
originally 8:25
Orleans 1:18 2:8 5:2 8:9,19 9:9 11:2 23:1 25:11 27:16,18,19 28:1 28:6 33:16 34:11 48:15 56:14
outcome 64:20
outside 41:16 54:5 56:23
overturned 32:5,18 57:20
owner 47:9

**P**

P 2:1,1 4:1
P-A-I-G-E-Y 43:8
P-E-R-R-Y 42:25
P-R-I-V 17:21,25 18:3,4,9
P_V 18:1
page 3:3 22:8 23:23 24:4,13,17 26:23 26:25 29:11,13 30:3,19 33:12 45:18 47:9,10 48:20 56:9 64:3
pages 64:7
paid 57:22,23
Paige 43:11,12
Paigey 43:7
Paragraph 4:18 31:2 32:14
parent 9:7
Paris 5:1 8:9
part 22:16 23:17 31:19 52:2
participating 5:9
particular 22:23
parties 64:20
party 64:17,18
pass 49:18 52:12
passed 32:3
pay 12:13
pen 45:7
pennies 59:3
people 12:13 18:12 31:23 40:16,22,23 41:9 42:4,10 53:17 54:13 55:23 56:2
perceive 6:23
period 26:2 29:23 30:8 46:13 48:12
PERKINS 2:12

permitted 4:7
Perry 42:24 43:1
person 11:5 20:14 41:22 42:6,9,11 42:12,19 43:6 55:25 57:22 64:13
person's 42:23 43:9
personal 64:9
personally 28:10 44:1
petition 29:3 31:2 32:15 34:18,18
PETTIGREW 2:6 3:5 5:7 6:1 23:3 24:19 25:3 27:1 27:21 29:14 32:6 33:5 34:22 35:18 36:5 38:4,22 41:1 50:18,24 52:17,21 60:7
Philipp 46:19
phone 5:10 19:25 20:1,9 21:8 49:7,9 60:21
photo 46:14,16,21 47:18,22 48:4 51:11
photos 24:24
phrase 54:20 55:9 55:15,18,21
pic 25:15,19,22 26:1
picture 21:14 25:7 25:10,20 26:4,4,7 26:18,19 45:25 46:4,6,18 48:1,5 51:12,13,21,24 52:2
pictures 47:13
pinned 25:9 26:5,6 46:21 47:22 48:4 51:12,18,24 52:2
pittance 59:9
plaintiff 13:24 41:15
PLAINTIFFS 2:3
platforms 14:7 15:21 17:5 40:17
please 7:10,16,20 7:21 8:3 60:12,17 61:25
Pledge 46:23 47:18
plowing 50:1
podcast 45:9
point 24:3 33:14 52:13 54:19 55:5
pointing 59:8
pose 26:17

position 6:25
post 18:14 28:14,15
  28:22
posted 20:7,24
  24:12 28:20 40:14
  41:8 45:19 51:22
  51:24
posting 20:13 30:9
  40:23
precedent 32:4
prefer 16:17
pregnancies 54:18
pregnancy 53:12,20
  53:25 54:2,3,7,15
pregnant 31:23
  53:18
prepared 64:8,10
presence 14:4
present 2:16 41:13
  48:6
presume 7:24
pretty 23:2,22
previous 52:1 59:6
previously 36:13
  42:7,11 51:25
primarily 20:1 22:9
  29:4
primary 24:11
print 51:10
printout 51:9,12
Prior 40:13,20
Priv 17:20,21 44:17
  44:22
private 18:10 21:19
  28:24 44:16 45:4
privilege 36:6 38:5
  38:23
privileged 37:3,5,12
  37:24 38:13,14
  39:7 40:3
pro-choice 30:14
pro-life 30:14
probably 16:23
  40:9 46:17 52:6
  55:3
Procedure 4:7
  64:15
proceed 35:3
process 35:9,23
  36:24 37:9,14
professional 24:6
profile 25:7,15,18
  25:20,22 26:1,4
  27:6 45:25
prohibited 64:16
prohibition 64:14
proper 37:10

protected 35:6
provide 33:21 61:17
public 19:2,15
  28:25 34:6 40:24
  41:9 44:20
publish 45:7
puck 26:9,12,15,16
  46:22 47:19
purposes 4:7
pursuant 1:15 4:5
pursue 36:11
put 5:15 12:13 45:1
  47:12

**Q**

question 4:14 6:17
  7:16,17,21,24
  13:16 23:5 27:3
  35:12 37:23
questions 6:18 49:4
  54:6 60:9 61:1
quickly 16:6
quite 46:17
quote 47:24 58:12
  59:19
quotes 31:20

**R**

R 2:1 63:3 64:1,6
R_S 17:24
re-cross 50:9
re-direct 50:13,20
react 16:6
read 14:20 15:1
  19:8 28:19 31:4
  31:17,18 44:17
  45:9 55:6 58:24
  59:14 61:2,7,11
  61:13 63:5,6
reading 4:11
real 32:22 42:5,20
  42:22,23 43:9
really 48:22 53:4
  59:2,9
reason 9:16
recall 25:22 29:20
  30:1,6,17,22 34:3
  40:5
receive 10:1
recognize 51:14
  52:23 57:13 58:16
recollection 16:20
  23:21 27:9,10
  28:8,11 29:7,10
  34:4,15
record 5:15 8:4
  44:9,13 51:10

52:20 60:15,17
  61:7
recording 5:13,19
recover 43:20
Reddit 14:9 15:9
reference 22:12
  27:11,13 48:13
referenced 17:4
  25:15 26:22 29:18
  30:25 32:14 41:25
  42:1,2 43:4 52:19
referencing 28:5
referred 40:10
referring 26:7
reflection 31:13
regard 24:22 28:12
  29:11 45:14
related 30:10 44:6
  64:19
relating 53:11 54:7
  57:21
relationship 64:17
  64:18
relationships 64:14
relevance 37:6,9
religion 54:23
remember 29:12
  40:11
remembers 39:8
repealed 30:12
rephrase 7:23
replaced 17:22
reply 60:3
reported 2:20 64:8
reporter 1:15 2:21
  7:1 61:16,22 62:1
  64:23
reporting 64:8,17
repost 28:21
represent 36:22
  37:17
representation 37:4
  38:13,18 39:4
  53:1 58:22
required 64:3,11
reserved 4:15
residence 25:1,2
resident 33:16 57:5
residents 23:1
resist 7:16
resources 11:16
  12:4,12
respond 58:8,10
  59:12,17
responded 30:19
responding 32:15
response 32:2,9,13

59:18,23
responsiveness 4:15
result 35:10,15 53:8
retained 39:9,18
return 60:1
review 31:9 61:3
rhythm 7:15
RICHARD 2:6
right 6:7 7:23 13:11
  16:14 17:2,11
  36:2 44:13 49:18
  50:16 54:4 61:2,6
  61:9
rise 29:2 30:8
Roe 30:11 32:5,17
  57:19
room 41:14
Roscoe 17:10
roughly 11:19
  12:19 17:13 24:8
  28:4 34:19
routinely 39:1
rule 40:7
rules 7:8 64:11,15
running 34:7

**S**

S 2:1 4:1 63:3,3
  64:6
S-A-I 11:9
S-C-I 11:10,11
S-O-F-I-A 42:24
S-P-I-C-E 43:8
San 9:5
saw 22:10 30:2
saying 20:18
says 44:6
school 2:4 11:1,7
  17:8
schooling 10:4
Schools 11:14
SCHWA 15:11,12
Schwartzmann 2:5
  21:18 35:11,20
  37:1,19 38:11
  39:5 49:5,10,21
  50:4,10,14,22
  51:2 52:15 60:13
  60:22 61:10,18,21
  61:24 62:4
Sci 11:8
scope 38:17 39:4
seal 64:3
sealing 4:10
searching 42:16
season 23:20 52:8
Seattle 9:2,4,10

22:13,16,23,25
  23:11,13,15,18
  24:2,3,6 26:8,13
  46:9,10,20
Seattle-based 22:18
seattlekraken 51:22
second 10:22 15:20
  34:18 50:23
section 26:21,22
  28:10 30:9
secure 5:14,20 35:2
  38:21
securing 38:3
Security 21:25
see 7:2 18:13 23:16
  24:17 26:24 27:6
  33:9 37:5 40:14
  40:21 45:16,19,20
  46:9 47:20 48:19
  48:24,24 54:12,13
  54:16 56:10,15
  59:23
seek 36:3 37:15,22
seeking 36:24 38:12
  40:16,17,23 41:8
seen 29:17 41:8
sees 48:19
self 44:22
Senator 2:18 5:11
  5:18,21 29:11
  30:3,9,18 32:16
  33:1,9,15 34:1
  41:10 42:8 43:22
  47:7 48:7 49:6
  53:15 54:23 56:5
  56:13,15,20,21,25
  57:8,18,20,24
  59:6,11,22 60:2,3
  60:20
send 16:6 20:10
  61:23
sent 56:25 59:21
sentence 55:6,11
separate 28:17
Separated 16:13
series 29:4
services 64:13
session 6:17
set 32:4,17 57:19
  64:7
seven 15:18
shaking 7:13
share 16:9 45:2,4
Sherman 1:5 2:17
  41:14,16
short 16:4 44:11

51:6 60:18
**shortened** 17:8
**shorter** 19:11
**show** 52:18 58:15
**showing** 27:17
  52:22 57:10,12
**shows** 51:18
**sick** 57:22
**sign** 26:12,15,16
  46:22 47:19 61:2
  61:8,11,13
**signature** 63:14
  64:3
**SIGNED** 63:19,21
**signing** 4:12
**SILLS** 2:11
**similarly** 46:12
**sit** 25:13
**site** 16:5 18:13
**situation** 20:11
**slightly** 19:11
**small** 10:19 23:2,7
**social** 14:3,6 15:21
  16:5 21:25 40:15
  40:17,22,24 45:11
**Sofia** 42:24 43:1
**somebody** 5:9 13:25
  26:11 32:21
**son** 45:2
**sorry** 13:3 31:3
  51:9
**speak** 28:17 38:2
**specialist** 12:6
**specific** 33:4
**specifically** 29:1
  30:5,18 41:10
**speech** 44:3
**spell** 18:23 42:16
**spelled** 7:11
**spent** 9:1,8 22:15
**Spice** 43:7
**spoke** 37:23
**spoken** 6:16
**sports** 22:18
**spots** 27:12
**spouse's** 13:3
**St** 8:18
**standing** 26:11 46:6
  47:15 48:5
**stands** 12:11
**start** 7:17 19:13
  58:4
**started** 9:20 11:14
  11:21 12:20,21
  15:2 24:2 28:1
  52:9 58:5
**state** 4:23 8:3 25:1

34:10 43:3 59:10
  61:6 64:4,24
**statement** 9:10 29:6
  30:15,16
**states** 1:2 57:25
**statute** 64:11
**stenographer** 7:3
**stenotype** 64:8
**stipulated** 4:3
**stipulation** 1:16
**stipulations** 5:25
**Street** 2:7,13
**students** 10:20
**subject** 20:23 30:1
**substance** 39:15
**suit** 13:25 35:3,10
  36:22 40:14 43:5
**Suite** 2:13
**supervision** 64:9
**support** 22:18
  31:25 55:12,23
  56:1
**suppose** 53:25 55:8
**Supreme** 32:4
**sure** 6:15 12:15
  13:9 15:7 16:21
  17:14 22:2 46:17
  49:12,12 50:5
  51:5 60:14
**survey** 22:24
**sworn** 5:3 64:6
**system** 12:11,12
**systems** 12:6

―――――――――――
**T**
**T** 3:8 4:1,1 63:3,3,3
  64:1,1
**tab** 26:23
**take** 6:12 21:8,14
  30:13 35:24 50:19
  50:23,25
**taken** 1:13,16 4:5
  26:18,19 44:11
  47:22 51:6,21
  60:18 64:5
**talent** 11:5
**talk** 23:17 24:14
  44:24 45:1 57:20
**talked** 36:9 45:10
  59:7
**talking** 36:8 42:8
  45:5 57:18 58:2
**Teach** 15:11,12
**teacher** 11:3
**team** 10:22 12:11
  23:13,18 24:6
  50:16

**teams** 22:19
**telephone** 2:18
**tell** 5:3 6:25 7:21
  10:16 16:2 17:6
  20:17 22:22 29:9
  31:16 46:3,12
  54:11
**territory** 37:3 39:8
**testified** 5:5 56:18
**testify** 64:7
**testimony** 48:3 63:6
  64:5,7
**text** 47:24
**Thank** 22:6 62:7
**Thanks** 59:3
**thayes4@hamsil...**
  2:14
**thing** 22:10 27:5
  47:20 48:23 52:7
**things** 16:6 44:5,23
  45:3 49:17 52:4
  56:8
**think** 18:7 22:4
  36:10 37:20 38:16
  39:6,6 40:8 43:17
  49:6,17,25 50:11
  50:15,19 55:24
  56:6 60:8
**thinking** 53:24
**third** 55:5
**THOMAS** 2:13
**thought** 35:23
  37:14,21 55:2
  56:5
**three** 18:7,17 19:6
**time** 4:16 6:11 7:19
  17:15 22:16 23:14
  24:2,10 29:22,23
  30:2,8 31:12 34:9
  41:21 44:11 46:15
  48:7,12 51:6,23
  56:13 59:21 60:18
**times** 21:5
**title** 12:5
**today** 6:12 24:18
  25:13 41:13,21
  45:16 51:15
**token** 7:24
**told** 22:14 35:7
  37:13,20
**Tommy** 6:10
**top** 16:22 26:25
**topic** 38:9
**topics** 24:11
**total** 59:10
**traction** 28:21
**transcribed** 64:8

**transcript** 7:6,7,19
  64:2,9,10,11
**translate** 7:14
**treading** 39:7
**treat** 54:18
**trial** 4:16
**trick** 6:21
**tried** 48:17
**Trigger** 30:11 32:3
  53:4,16,21,22
  54:10,17,25 57:1
  60:3,4
**true** 6:22 56:3 63:7
  64:9
**truth** 5:3,4,4
**try** 6:21,21
**trying** 35:23 49:16
  54:22 57:25
**tube** 54:4,5
**Tulane** 1:17 2:4
  39:24
**Tumblr** 14:8 15:3,5
**turned** 27:15,19
**Turning** 29:1 30:5
**tweet** 20:13 25:9
  26:5,6 29:18
  30:18,20,22 31:20
  46:21 47:25 52:2
  52:5,18,23 53:1,3
  55:21 58:11,12,17
  58:19,22 59:5,12
  59:19,21,23
**tweeted** 53:14 55:18
  57:7 58:12,25
  59:19
**tweets** 20:10,22,24
  29:4 31:14 32:16
  33:9,23
**Twitter** 14:5 15:20
  15:24 16:4,15,18
  16:19,22,24 17:1
  17:12,18 18:20
  19:11 20:22 21:2
  21:9 22:8 23:23
  23:23 24:4,13,17
  26:5,23 27:14,20
  28:12 29:11,13
  30:3,7 32:23 33:2
  33:3,4,11 35:16
  36:4 40:15,16,22
  41:8 42:2,20
  43:22,25 44:14,24
  45:18 47:3,9
  48:22,22 55:16
  56:9,19,23 57:13
  57:16,17
**two** 8:22 10:11,20

10:21 12:23,24
  18:7,16 19:6
  42:10
**typed** 7:5
**typically** 20:17

―――――――――――
**U**
**U** 4:1
**uh-huh** 7:11 12:17
  21:15 51:16,20
**ultimately** 32:25
**ultrasounds** 54:6
**unattended** 20:10
**unblocked** 43:21,24
**underscores** 17:21
  17:23
**understand** 7:21
  9:6 22:14 58:1
**understanding**
  63:10 64:10
**understood** 7:25
  8:2 45:14
**UNITED** 1:2
**University** 1:17
  9:19 39:24
**updated** 52:8
**upset** 53:14
**urban** 10:19
**urge** 7:17
**use** 15:22,23 17:12
  17:18 18:19 19:18
  19:23,24 20:2
  21:2 23:24 28:13
  28:16 44:21 45:8
  47:4 54:20,21
**user** 14:5,13 20:12
  32:14 45:17,20
  48:18,19 57:17
**users** 41:24

―――――――――――
**V**
**v** 30:12 32:5
**valid** 64:2
**verbally** 7:9 61:6
**versus** 1:6 20:13
**VIRGINIA** 2:7
**visible** 47:9
**vote** 33:25 34:6
**voted** 33:24
**voting** 34:2
**vowels** 17:20,22

―――――――――――
**W**
**W** 63:3
**Wade** 30:12 32:5
**wage** 57:24
**waive** 61:8

Maya Detiege
October 1, 2024

waived 4:11,12
Waiving 6:2
wall 46:7 47:16 48:5
want 5:24 8:15 13:8 26:16 28:25 31:18 35:5,7 45:12 50:6 50:23 54:19 56:7 60:1 61:5,7,8 62:2
wanted 45:11 49:11 55:2
Washington 9:2 43:3
way 13:4 33:19 54:25 55:1
we'll 15:19
we're 5:10 6:11 50:15 56:6 58:14
wearing 46:9
weeks 54:14
went 11:1,13 30:11 35:9 40:9 45:18 53:5,22 54:10
weren't 49:12
WESTERN 1:3
who've 44:25
willing 5:10
witness 4:25 21:21 23:6 24:21 25:6 27:4,24 29:16 32:8 33:7 34:24 40:4 41:4 61:12 64:5
woman 33:18 55:22 55:25 56:1
women 31:22 32:1 55:8,12 56:2,2,3
word 7:4
words 7:14
work 10:9,25 11:1 11:13 12:3 57:21 59:7
working 7:2
works 10:18
wouldn't 44:24,25 51:10
writing 10:3
wrong 54:11 56:4,5

**X**

X 3:1,8,8 14:5 15:20 16:15
Xavier 9:19

**Y**

y'all 49:3 61:15 62:2

Yeah 6:2 50:11,25 59:1
year 9:13,24 10:13 10:15,16,22 11:2 12:19 42:9
years 8:13,22 10:12 10:20,21 11:18 15:18 16:14 17:16 18:8,17 19:6 23:24

**Z**

**0**

0.0008 59:2

**1**

1 3:10 52:23 56:7
10-10-24 64:24
10:45 1:20
12 52:5
120 8:20
12th 51:18,23
1434 64:15
1443 4:18
1500 2:13
19 16:11
1994 16:8,12,13
19th 2:13
1st 1:19

**2**

2 3:11 57:11,12
2008 14:14
2009 14:14
2012 9:15,20
2014 14:24
2015 9:25 10:6
2017 16:23 17:13
2018 11:21
2020 13:10
2021 15:2 19:14 23:19 24:8 28:4
2022 11:20 25:21,25 26:3,4,20 29:6 30:6 31:14 34:14 39:21 46:13 47:23 48:2,8 51:19,22 53:19 58:6,9,13
2023 34:19
2024 1:19 11:24 12:19
24th 29:5,23 30:5 31:14 46:1,13 47:6 48:8 58:5,9 58:13
25th 16:8

26th 29:5,23 30:6 34:13 46:2,13 47:6 48:8
29 1:17 13:10
29th 26:3,19 51:22

**3**

3 3:12 58:16 59:1
3:23-cv-175 1:6
301 2:13
37:2554 64:6

**4**

47 31:2,3,18
49 32:15

**5**

52 3:5,10
57 3:11
5700 8:18
5711 5:1 8:9
58 3:12

**6**

6 3:4
6329 2:7

**7**

70118 2:8
70122 5:2 8:10,19
71201 2:14

**8**

**9**

9:05 1:20
9th 34:19