UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| MAYA DETIEGE | CASE NO.  3:23-CV-00175 |
| VERSUS | JUDGE DONALD E. WALTER |
| KATRINA R JACKSON | MAG. JUDGE KAYLA D. MCCLUSKY |

### NOTICE OF MOTION SETTING

The Motion for Summary Judgment (Document No. 50) filed by Katrina R Jackson on January 6, 2025 has been referred to the Honorable Donald E. Walter. A written ruling will be issued in due course.

#### Deadlines

Any opposition brief shall be due within **twenty-one (21)** calendar days from the date of this notice. OPPOSITION TO THE MOTION MUST BE FILED TIMELY OR THE MOTION WILL BE CONSIDERED UNOPPOSED. The movant may file a reply memorandum, without leave of court, within **seven (7)** calendar days after the date on which the memorandum in opposition is filed.

#### No Oral Argument

It is generally the policy of this Court to decide motions on the basis of the record without oral argument. Should the Court feel oral argument is necessary, all parties will be notified.  Any party may request oral argument by motion.  The motion should specify the need for argument.  The Court will notify all parties of its decision to grant or deny oral argument.  Briefs filed in support or opposition of any pending motion should fully address all pertinent issues.

#### Courtesy Copies Required

A paper courtesy copy of the briefs and any attachments **MUST** be provided to chambers promptly after filing to the following address:

> Hon. Donald E. Walter
> United States District Judge
> Tom Stagg United States Court House
> 300 Fannin Street, Suite 4200
> Shreveport, LA 71101-3059

**ALL DEADLINES SET FORTH IN THE SCHEDULING ORDER SHALL REMAIN IN PLACE UNLESS OTHERWISE ORDERED BY THIS COURT**.

**DATE OF NOTICE: January 6, 2025**

> Daniel J. McCoy
> Clerk of Court