UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| MAYA DETIEGE, DAYNE SHERMAN<br><br>*Plaintiffs,*<br>v.<br><br>KATRINA JACKSON, in her official and individual capacities,<br><br><br>*Defendant.* | CIVIL ACTION NO.: 3:23-cv-175<br><br>JUDGE WALTER<br><br>MAGISTRATE JUDGE MCCLUSKY |

### PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

NOW INTO COURT, through undersigned counsel, come Plaintiffs Maya Detiege and Dayne Sherman, who hereby respectfully submit this Motion for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56.1.

In support of this motion and pursuant to Local Rule 56.1, Plaintiffs also submit Plaintiffs' Statement of Undisputed Facts and Plaintiffs' Memorandum in Support of Motion for Summary Judgment.

WHEREFORE, Plaintiffs pray that this Motion be granted and that they be awarded summary judgment against the Defendant on all claims.

Respectfully submitted,

/s/ Katie M. Schwartzmann
Katie M. Schwartzmann La Bar No. 30295
Annie Cleveland La Bar No. 41473
Richard A. Crow, Student Attorney
Landon Pettigrew, Student Attorney
Tulane First Amendment Law Clinic
6329 Freret Street, Suite 130
New Orleans, Louisiana 70118
kschwartzmann@tulane.edu
o: (504) 862-8813