UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| MAYA DETIEGE and DAYNE SHERMAN, | CIVIL ACTION NO.: 3:23-cv-175 |
| *Plaintiffs* | |
| *v.* | JUDGE WALTER |
| KATRINA JACKSON, in her official and individual capacities, | MAGISTRATE JUDGE MCCLUSKY |
| *Defendant.* | |

**PLAINTIFFS' STATEMENT OF UNCONTESTED FACTS IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT**

Plaintiffs Detiege and Sherman respectfully submit this statement of uncontested material facts in support of Plaintiffs' Motion for Summary Judgment filed this date. These statements are supported by pleadings in the record as well as evidence submitted by Plaintiffs in support of their Motion:

**A. Defendant Jackson's Twitter Page is a Designated Public Forum**

1. Defendant Jackson's Twitter account is open to all members of the public.[1] Anyone, including users who do not reside in her district, can comment on any topic and engage Defendant Jackson in a discussion on her Twitter account.[2]

2. Defendant Jackson's profile does not contain any "content policy" or limitations restricting discussions to certain content.[3]

---

[1] Ex. 16, Jackson Dep. 139:4-18; Ex. 51, Req. for Admis. 11.
[2] Ex. 16, Jackson Dep. 139:4-18; Ex. 51, Req. for Admis. 11.
[3] Ex. 38.

3. Defendant Jackson responds to tweets from the public on her Twitter account.[4]

4. Defendant Jackson has consistently used Twitter to solicit citizen participation in government.[5]

5. Defendant Jackson tweets about upcoming legislative meetings and encourages the public to participate.[6]

6. Defendant Jackson tweets about legislation that has passed and shares information on legislation.[7]

7. Defendant Jackson has uses her Twitter account to poll users on their thoughts on legislation and policy.[8]

8. Defendant Jackson uses her Twitter account to solicit bill ideas from Twitter users.[9]

9. Defendant Jackson engages in political discussion on Twitter with various users who did not live in her district, including Plaintiffs Detiege and Sherman and Twitter user "Nola Mom," who clearly does not live in her district, *inter alia*.[10]

10. Defendant Jackson stated in the media that Twitter is a direct line to her, whereas other forms of media may not be.[11]

11. All 50 U.S. Governors have Twitter accounts to engage with the public.[12]

12. Twitter use to engage with the public is prevalent in the Louisiana legislature.[13]

---

[4] See, e.g., Exs. 14, 26, 48, 60, 61, 62, 63, 61; Ex. 16, Jackson Dep. 177:16-17.
[5] See, e.g., Exs. 35, 36.
[6] See, e.g., Exs. 19,  29, 30, 31, 95.
[7] Ex. 25; Ex. 16, Jackson Depo 217:17-218:09, 222:05-20; see, e.g., Ex. 13.
[8] See, e.g., Ex. 35.
[9] See e.g., Ex. 36.
[10] See, e.g, Exs. 23, 67.
[11] Jack Richards, @lalegis, You Can Tweet That, Town Talk (June 10, 2016, 2:16 PM), https://www.thetowntalk.com/story/news/2016/06/10/lalegis-you-can-tweet/85706164/.
[12] Packingham v, North Carolina, 582 U.S. 98, 105 (2017).
[13] Jack Richards, @lalegis, You Can Tweet That, Town Talk (June 10, 2016, 2:16 PM), https://www.thetowntalk.com/story/news/2016/06/10/lalegis-you-can-tweet/85706164/.

13. All 435 members of the U.S. House of Representatives have a Twitter account[14]

**B. Defendant Jackson Has the Authority to Speak on Behalf of the State**

1. Defendant Jackson is an elected official from Monroe, Louisiana, representing District 34 in the Louisiana State Senate.[15]

2. Defendant Jackson is a licensed attorney.[16]

3. Defendant Jackson has served as a Louisiana state senator since 2019.[17]

4. Defendant Jackson served in the Louisiana House of Representatives from 2012 until her election to the Louisiana State Senate.[18]

5. As a Louisiana state senator and former member of the Louisiana House of Representatives, Defendant Jackson authors, sponsors, and votes on legislation that affects Louisiana residents throughout the state.[19]

6. As a state legislator, Senator Jackson's job is to set the policy and law for the State of Louisiana.[20]

7. Defendant Jackson's job responsibilities include listening to and engaging with the citizens of the State to draft and vote on legislation that shapes the lives of her constituents and the public.[21]

---

[14] Members' Official X Handles – 118th Congress, U.S. HOUSE OF REPRESENTATIVES PRESS GALLERY, https://pressgallery.house.gov/member-data/members-official-twitter-handles (June 27, 2024).
[15] State Senator Katrina R. Jackson District 34, LA. STATE. SENATE, https://senate.la.gov/smembers?ID=34 (last visited January 4, 2025).
[16] Senator Katrina R. Jackson: District 34, LOUISIANA STATE SENATE, https://senate.la.gov/Senators/Bios/district34.pdf (last visited Jan 4, 2025).
[17] Id.
[18] Id.
[19] Ex. 51 (RFA no. 4); Ex. 16, Jackson Dep. 79:21—80:09, 101:10-21, 100:2-25; Ex. 1.
[20] La. Const. Arts. III and VII.
[21] Ex. 16, Jackson Dep. 86:10-12, 92:18-20.

8.  As a state senator, Defendant Jackson sits on various committees that consider bills that affect the entire state and takes public comment from residents throughout the state.[22]

9.  Bills that pass through Defendant Jackson's committees cannot be voted on by the entire legislature unless the committee approves.[23]

10. Defendant Jackson has held powerful leadership positions on various committees during her time in the legislature.[24]

11. Defendant Jackson has also held leadership positions in the Legislative Black Caucus, an influential caucus of Black legislators which operates to effectuate policy and advocate for underserved populations throughout the state.[25]

12. Defendant Jackson also sits on a number of important task forces in her role as a state senator. Task forces take testimony from the public, listen to experts, and "get to the bottom of issues." They also bring forth legislative ideas and sometimes create reports, advising other legislators as to how to address discrete issues.[26]

---

[22] As senator, Defendant Jackson has served on the committees for Agriculture, Education (Vice-Chair), Insurance, Health and Welfare (Vice-Chair), Finance, and Joint Budget.  Her house assignments included committees for Appropriations, Joint Legislative Budget, House Executive, Health and Welfare, Commerce, Judiciary (Chair), and the Committee on Agriculture, Forestry, Aquaculture and Rural Development. Ex. 76; Ex. 16, Jackson Dep. 15:25—17:03.

[23] Ex. 16, Jackson Dep. 29:6-10.

[24] As senator, Defendant Jackson has served on the committees for Agriculture, Education (Vice-Chair), Insurance, Health and Welfare (Vice-Chair), Finance, and Joint Budget.  Her house assignments included committees for Appropriations, Joint Legislative Budget, House Executive, Health and Welfare, Commerce, Judiciary (Chair), and the Committee on Agriculture, Forestry, Aquaculture and Rural Development. Ex. 76; Ex. 16, Jackson Dep. 15:25—17:03.

[25] Ex. 16, Jackson Dep. 71:17-25, 72:1-11.

[26] Ex. 16, Jackson Dep. 69:5-23, 71:4-5, 249:10-14, 69:04—70:06.

13. Defendant Jackson serves on the Select Committee on Women & Children, which hears testimony in the interim of session on issues pertaining to women and children.[27]

14. Defendant Jackson's legislative responsibilities require her to make policy decisions affecting the entire State, not simply her district.[28]

## C. Defendant Jackson Engaged in State Action on Twitter

1. Defendant Jackson began using her Twitter account in March of 2012, shortly after her election to the Louisiana State Senate.[29]

2. Over the last twelve years, Defendant Jackson has tweeted more than 2,300 times.[30]

3. As of October 2024, Defendant Jackson's Twitter account had 6,600 "followers" on Twitter who automatically see her Tweets on their feeds.[31]

4. Defendant Jackson's original Twitter username was @RepKJackson.[32]

5. After her election to the state senate in 2019, Defendant Jackson changed her username to @SenatorKRJ and then @KatrinaJack_Sen.[33]

---

[27] Ex. 16, Jackson Dep. 38:23-25; 63:01-11.
[28] The Defendant testified that she votes on legislation that has statewide impact. Ex. 51 (RFA no. 4); Ex. 16, Jackson Dep. 79:21—80:09. The Senator also consults with a number of organizations outside of her district, working with citizens and interest groups across the state, such as the Pharmacy Association, the Teachers Association, Sheriffs Association, students from Xavier University of New Orleans, CASA (Court Appointed Special Advocates for Children) New Orleans, and VOTE, among others. These interactions highlight the statewide nature of being a legislator, as Defendant Jackson testified that much of the legislation she has sponsored has a statewide effect. Ex. 16, Jackson Dep. 101:10-21,102, 100:2-25; Ex. 1; Ex. 16, Jackson Dep. 79:21-24. She likewise takes speaking engagements outside of her district and her state. Ex. 16, Jackson Dep. 81:19—82:09, 84:18—85:10 and Ex. 76. She testified that she works in support of legislation outside of her district where it is something she believes in. Ex. 16, Jackson Dep. 86:04-09. She may be tagged by other legislators on social media if they are working on a bill together. Ex. 16, Jackson Dep. 126:25—127:07.
[29] Ex. 1, at 3.
[30] Ex. 1.
[31] Ex. 1.
[32] Ex. 1, at 3.
[33] Ex. 16, Jackson Dep. 151:16-18.

6. On March 9, 2012, Defendant Jackson tweeted "On Monday at 12:00 Noon we will begin Legislative Session. Our office will update you daily."[34]

7. During Defendant Jackson's first legislative session as a state representative in 2012, she tweeted 55 times about the goings-on of the session, often tweeting multiple times a day.[35] Only one of these tweets was not related to the legislature.[36]

15. Many of Defendant Jackson's tweets involve her work as a legislator, first in the State House and then in the State Senate.[37]

16. In March 2014, Twitter user @ostrichVcamel tweet "@RepKJackson we're at LA Capitol and we want to talk to you about HB 388. Please pull this bill. #roeingbackward #backdoorban #TAPLA[.]"[38] Less than ten minutes later, Defendant Jackson tweeted back, giving them a time and a place to meet to discuss the bill.[39]

8. In March of 2022, Defendant Jackson tweeted to announce the kickoff of the legislative session.[40]

9. In 2016, Defendant Jackson explained that the real-time feedback of social media makes her a more responsive representative.[41]

17. Defendant Jackson often tweets graphics identifying her as the state senator for District 34.[42]

---

[34] Ex. 2.
[35] Ex. 3.
[36] See, e.g., Ex. 3 at 6.
[37] See generally Exs. 1- 107.
[38] Ex. 83.
[39] Id.
[40] Ex. 8; Ex. 4.
[41] Richards, supra note 13.
[42] Ex. 16, Jackson Dep. 121:13—123:14.

18. Defendant Jackson checks Twitter during committee meetings and has tweeted several times from the senate floor.[43]

10. Defendant Jackson often has tweeted about bills she filed or supported and the work of various task forces and committees on which she serves.[44]

11. Defendant Jackson tweets to solicit ideas and feedback from her followers.[45]

12. Never has Defendant Jackson's Twitter been set to "private."[46]

13.  Defendant Jackson's website is linked to Defendant Jackson's Twitter page.[47]

14. On February 23, 2022, Defendant Jackson tweeted "Send your bill ideas" and listed her contact information.[48]

15. Defendant Jackson has also withdrawn bills based upon feedback she received on Twitter.[49]

16. In April 2024, Defendant Jackson withdrew a bill regarding TOPS after receiving feedback on Twitter.[50]

17. Defendant Jackson has also frequently encouraged users to contact their legislators to vote with her position, including on a variety of healthcare and public-education related bills.[51]

---

[43] Ex. 16, Jackson Dep. 171:21-25. See, e.g., Ex. 78, 79, 80.
[44] See, e.g., Exs. 22, 23, 24, 25, 26, 27, 28, 29, 30, 31, 33, 37, 43.
[45] See, e.g., Exs. 35, 36, 37, 57, 58, 60.
[46] See Ex. 16, Jackson Dep. 139:4-18; Ex. 56 at 3, RFA 11.
[47] Ex. 38.
[48] Ex. 36.
[49] See, e.g., Ex. 27.
[50] Id.; Exs. 26, 27, 93.
[51] See, e.g., Ex. 3 at 9, Ex. 3 at 11, Ex. 3 at 1.

18. Defendant Jackson has referred users on Twitter to contact her Senate office, using Twitter as a conduit to her legislative staff.[52]

19. Defendant Jackson utilizes legislative staff to create content for her social media posts.[53]

20. Defendant Jackson utilizes the Louisiana Communications Office to create graphics for her to post on Twitter.[54]

21. Defendant Jackson utilizes her State-paid legislative aide, Terisa Tran, to make graphics that Defendant Jackson posts to Twitter.[55]

22. When a Twitter user "blocks" another user's access to their profile, the blocked user is prevented from engaging with the blocking user or viewing the blocking user's tweets.[56]

**D. Plaintiff Detiege's Interaction with Defendant Jackson**

1. Plaintiff Maya Detiege is a Louisiana resident who interacted with Defendant Jackson on Twitter regarding the Defendant's legislation.[57]

2. Plaintiff Detiege lives in New Orleans, Louisiana[58].

3. New Orleans is geotagged on Plaintiff Detiege's public Twitter profile, meaning it is visible to anyone who visits her profile.[59]

---

[52] Ex. 16, Jackson Dep. 89:03-04, 165:08-166:19, 239:25-240:18; Ex. 9, 13, 15, 24, 31, 29, 33, 34, 36, 57, 60.

[53] Ex. 16, Jackson Dep. 203:13-25; 169:13-15.

[54] Ex. 16, Jackson Dep. 203:13-25.

[55] Ex. 16, Jackson Dep. 169:13-15.

[56] About Being Blocked, X HELP CENTER, https://help.twitter.com/en/using-twitter/someone-blocked-me-on-twitter#:~:text=About%20being%20blocked,-Twitter%20gives%20people&text=If%20you%20have%20been%20blocked,alerting%20you%20of%20the%20block (last visited Jan. 5, 2025).

[57] Ex. 41, Detiege Dep. 8:8-9:15; Exs. 42, 44.

[58] Ex. 41, Detiege Dep. 9:13-15.

[59] Id. 27:5—28:7; see also Maya Detiege (@midaeros)'s Twitter Profile, X, https://twitter.com/midaeros (last visited Jan. 4, 2025).

4. Plaintiff Detiege's username on twitter is @midaeros.[60]

5. On June 24, 2022, Defendant Jackson tweeted out a graphic stating <u>Roe</u> was overturned, signing the tweet "Senator Katrina R. Jackson."[61]

6. On June 26, 2022, Defendant Jackson tweeted a graphic explaining how her bill, SB 342, amended Louisiana's 2006 "trigger law" outlawing abortion, with the only exception being an abortion necessary to save the life of the mother.[62]

7. Plaintiff Detiege suffered a complicated and dangerous pregnancy. She was concerned and angry about how Defendant Jackson's law would impact pregnant women's access to medical care.[63]

8. Plaintiff Detiege replied to Defendant Jackson's June 24, 2022 tweet, stating "I say this with all disrespect: burn in hell. You don't care about women. You don't care about pregnant people. You don't care about children. You don't care about education. I do not respect all black women. Some of you bitches are very dumb."[64]

9. In the same exchange regarding the overturning of <u>Roe</u>, Plaintiff Detiege continued "I do not feel valued or supported by @KatrinaRJackson and I am actively rooting for her to be voted out in 2023. [praying emoji] can't come fast enough. Rooting for your downfall."[65]

10. In a tweet reply, Defendant Jackson said that her bill would provide three million dollars for crisis pregnancy centers.[66] Ms. Detiege replied that the amount was a small

---

[60] Maya Detiege (@midaeros)'s Twitter Profile, X, https://twitter.com/midaeros (last visited Jan. 4, 2025); Ex. 41, Detiege Dep. 17:02-16.
[61] Ex. 33.
[62] Ex. 24.
[63] Ex. 41, Detiege Dep. 53:13—54:18.
[64] Ex. 42.
[65] <u>Id.</u>
[66] Ex. 43.

percentage of the state budget, stating "thanks for the pennies, you (clown emoji)."[67] Jackson then asked Detiege, "Did you advocate for more?"  Detiege replied, "You're the one bragging about how much it is. You're the elected official. Did YOU advocate for more? Probably too busy not paying attention in committee meetings when your colleagues were asking questions…Poor response from an elected official. Hope your career ends quickly [praying emoji]."[68]

11. After this exchange, Defendant Jackson permanently blocked Plaintiff Detiege from viewing Jackson's Twitter page.[69] Plaintiff Detiege cannot see or reply to Jackson's tweets, retweet any of Defendant Jackson's tweets, view Defendant Jackson list of followers or followed accounts, or search for Defendant Jackson's tweets.[70]

**E. Plaintiff Sherman's Interaction with Defendant Jackson**

1. Plaintiff Sherman is a resident of Louisiana who interacted with Defendant Jackson regarding her legislation.[71]

2. Plaintiff Sherman's Twitter username is @TweettheSouth, and he tweets to engage with current events, including Louisiana State politics and legislative happenings.[72]

3. Plaintiff Sherman uses Twitter because he believes that it is the best way to communicate quickly with both the general public and legislators.[73]

---

[67] Ex. 44.
[68] Ex. 45.
[69] Ex. 41, Detiege Dep. 32:25—33:14.
[70] Id.
[71] Ex. 46, Sherman Dep. 11:11-24.
[72] Id. 18—21:25.
[73] Id. 21:16-25.

4. Defendant Jackson and Plaintiff Sherman engaged in amiable and substantive political discussions many times on Twitter about pending and proposed legislation, including the issue of school vouchers.[74]

5. Prior to blocking Plaintiff Sherman, Defendant Jackson interacted with him so much on Twitter that he was her fourth most mentioned account.[75]

6. Defendant Jackson blocked Plaintiff Sherman after he criticized her position on school prayer during a lengthy Twitter exchange spanning April 4 to April 8, 2013.[76]

7. Defendant Jackson sponsored a bill that would allow students to ask for a prayer club in school.[77]

8. In a Twitter thread that included Defendant Jackson, Mr. Sherman expressed his belief that Senator Jackson was pandering to the Louisiana Family Forum, which he found disappointing from a politician he admired.[78]

9. When Senator Jackson tweeted back that she, being a lawyer, would defend her bill against any potential lawsuits, therefore costing the state nothing, Mr. Sherman replied, "Well that will make it a cakewalk for the #ACLU." Mr. Sherman suggested the Senator scrap the bill, arguing that there was no way to make it constitutional.[79]

10. The Twitter discussion continued over the next couple of days, with Defendant Jackson debating the constitutionality of her proposed bill with Mr. Sherman, as well as other Twitter users.[80]

---

[74] Exs. 13, 48, 49.
[75] Ex. 1, at 5.
[76] Ex. 46, Sherman Dep. 11:11-24.
[77] Ex. 23; Ex. 16, Jackson Dep. 323:16-20.
[78] Ex. 23.
[79] Ex. 23.
[80] Ex. 94.

11. On the evening of April 7, Defendant Jackson tweeted at Mr. Sherman (@TweetheSouth) and the other Twitter users who had participated in the discussion "Amendment to bill will post tomorrow let's talk then whose in?"[81]

12. On April 8, Mr. Sherman tweeted that teachers' rights would be violated by the school prayer bill; Senator Jackson disagreed.[82]  Mr. Sherman replied, "that's not what the courts say."  Senator Jackson replied that private organizations are able to use public property, such as reserving the capitol.[83] Mr. Sherman replied, "that's not what the courts say. It's unconstitutional."[84]

13. When Plaintiff Sherman searched the Defendant's username after the exchange regarding the prayer bill, he was taken to a page indicating that he had been blocked by the Defendant.[85]

14. After being blocked by the Defendant, Plaintiff Sherman was no longer able to view or interact with any of her tweets.[86]

15. Plaintiff Sherman had previously relied on her Twitter account to learn about legislation and follow the goings-on of the Senate in legislative session.[87]

**F.  Defendant Jackson's Pattern of Blocking Dissent on Her Twitter Account**

1. Defendant Jackson blocked Twitter user Andrew McKevitt for expressing criticism of her legislative positions.[88]

---

[81] Ex. 64.
[82] Ex. 23.
[83] <u>Id.</u>
[84] <u>Id.</u>
[85] Ex. 39.
[86] <u>Id.</u>
[87] <u>Id.</u>
[88] Ex. 68.

2.  Defendant Jackson blocked Twitter user Andrew Perry for expressing criticism of her legislative positions.[89]

3.  Defendant Jackson blocked Twitter user Donald Hodge for expressing criticism of her legislative positions.[90]

4.  Defendant Jackson blocked Twitter user Eleanor Hugh-Jones for expressing criticism of her legislative positions.[91]

5.  Defendant Jackson blocked Twitter user Gabreille Perry for expressing criticism of her legislative positions.[92]

6.  Defendant Jackson blocked Twitter user Katherine Hurst for expressing criticism of her legislative positions.[93]

7.  Defendant Jackson blocked Twitter user M. Christian Green for expressing criticism of her legislative positions.[94]

8.  Defendant Jackson blocked Twitter user Paige Bailey for expressing criticism of her legislative positions.[95]

9.  Defendant Jackson blocked Twitter user Priscilla Gonzales for expressing criticism of her legislative positions.[96]

10. Defendant Jackson's account has no warning that certain content is prohibited.[97]

---

[89] Ex. 69.
[90] Ex. 70.
[91] Ex. 71.
[92] Ex. 72.
[93] Ex. 73.
[94] Ex. 66.
[95] Ex. 74.
[96] Ex. 75.
[97] Ex. 38.

11. Defendant Jackson blocks users on her Twitter account that she finds are "disrespectful" or "derogatory."[98]

12. Defendant Jackson has no articulated standard for which determines if users are "disrespectful" or "derogatory." Instead, she, on a case-by-case basis, uses her intelligence and her faith to determine whether a user should be blocked.[99]

13. In reviewing the tweets that caused Defendant Jackson to block Plaintiff Sherman, Jackson could not point to a single word from Mr. Sherman that would merit a blocking by her own professed "case by case" standard.[100]

14. Defendant Jackson testified that Plaintiff Detiege's tweets were disrespectful, derogatory, and contained what she considered hate speech[101]


Respectfully submitted,


*/s/Katie M. Schwartzmann*
Katie M. Schwartzmann, La No. 30295
Annie Cleveland, La. No. 41473
Landon Pettigrew, Student Attorney
Richard Crow, Student Attorney
Tulane First Amendment Law Clinic
6329 Freret Street, Suite 130
New Orleans, La 70118
o: (504) 862-8813
kschwartzmann@tulane.edu
acleveland@tulane.edu

---

[98] Ex. 16, Jackson Dep. 277—280, 270:15, 277:15-18; 268:22—269:12; 279:24—280:02.
[99] Id. 283:11, 282:11, 362:12-14.
[100] Ex. 16, Jackson Dep. 353:23-25, 354:1-6.
[101] Ex. 16, Jackson Dep. 270:15, 277:15-18, 277:15-18.