UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| MAYA DETIEGE, DAYNE SHERMAN<br><br>*Plaintiffs,*<br>v.<br><br>KATRINA JACKSON, in her official and individual capacities,<br><br>*Defendant.* | CIVIL ACTION NO.: 3:23-cv-175<br><br>JUDGE WALTER<br><br>MAGISTRATE JUDGE MCCLUSKY |

### ORDER GRANTING PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

Having considered the Plaintiffs' Motion for Summary Judgment, the Court GRANTS the Plaintiffs' Motion for Summary Judgment and hereby awards the Plaintiffs' following relief:

The Court declares Senator Jackson's actions in violation of Plaintiffs' rights and the First Amendment to the United States Constitution.

The Court hereby Orders Defendant Jackson to restore Plaintiff Detiege's access to Jackson's Twitter profile.

The Court hereby issues an injunction preventing Defendant Jackson from restricting Plaintiffs' future access to Jackson's Twitter profile.

The Court hereby awards each Plaintiff nominal damages in the amount of $1.

The Court hereby awards each Plaintiff compensatory damages against Defendant Jackson in her individual capacity, in the amount of $8 each.

The Court hereby declared Plaintiffs the prevailing Parties for the purposes of attorneys' fees and costs.

SO ORDERED.

    Monroe, Louisiana this \_\_\_\_ day of _____, 2025.

_____
THE HONORABLE DONALD WALTER
UNITED STATES DISTRICT COURT JUDGE