**Katrina Jackson**
@KatrinaRJackson    

Black Caucus released Tax Reform Package We are meeting with constituents and others before amending contact 225-342-7342 to give input.

9:49 PM · Mar 31, 2013

💬    🔁 1    ♡ 1    🔖 1    ↗

 Post your reply    **Reply**

EXHIBIT
28



**Katrina Jackson** @KatrinaRJackson · Apr 21, 2021    ...
Bills Against Sexual Harassment up next in Committee

legis.la.gov/legis/video.as...

♡ 1

EXHIBIT
29



**Katrina Jackson** @KatrinaRJackson · Jun 3, 2020

The Appropriation bill starts in the House first.

If you are interested in watching the Higher Education Funding and request you can watch here:

legis.la.gov/legis/video.as...



EXHIBIT 30



**Katrina Jackson** @KatrinaRJackson · Jun 25, 2020          ...

Watch Today

If you are concerned about high Car Insurance  or Trucking Insurance

Guidelines for Students returning to School in the Fall

Please Join the following Committees

11:00 AM Senate Insurance

6:00 PM Senate Education

Watch at legis.la.gov



EXHIBIT
31

◯        ⇄        ♡  2        �᠁ᴵᴵ        ⬆

**Katrina Jackson**
@KatrinaRJackson

On tonight we finished Special Session early with a compromise that helps Louisiana!!! Tops, Higher Education, Go Grants, Health Care, and other critical areas are funded!!!

Tonight was about the people, not party!!!



12:06 AM · Jun 25, 2018

**3** Retweets    **32** Likes

EXHIBIT 32

    

**Katrina Jackson** @KatrinaRJackson · Jun 24, 2022    •••

Let's Stand Together and Support Women and Children!!!



**ROE is Overturned**

**Our advocacy must demand support for Women and children from the Womb to the Tomb**

**We Must**

- Make Sure Women make fair wages to care for our children

- We must stand with Louisiana while we fund anti-trafficking programs

- We must create real resources for families

- We must be about what we talk about; Support Women and Children from the Womb to Tomb

*Senator Katrina R. Jackson*

 23         32         188        ılıı        ⬆

**EXHIBIT**
**33**

**Katrina Jackson**
@KatrinaRJackson

On Monday, the Senate Select Committee on State Police Oversight will meet

Public Comments are Allowed



FROM THE DESK OF SENATOR KATRINA R JACKOSN

# SENATE SELECT COMMITTEE ON STATE POLICE OVERSIGHT

## Public Testimony Welcome

**Members of the Select Committee will hear from:**

1. Col. Lamar Davis
2. Current and former employees of the State Police and
3. Citizens

**EVERYONE IS WELCOME TO ATTEND**



Senator Katrina R. Jackson
Committee Member

**MONDAY, DECEMBER 13, 2021**
**LOUISIANA STATE CAPITOL**
**10:00 AM   :   ROOM A-B**

JACKSONK@LEGIS.LA.GOV
318-343-2877



EXHIBIT
34

8:13 PM · Dec 10, 2021

**Katrina Jackson** @KatrinaRJackson · Apr 21, 2021 ···



Education Committee today, after that researching the District's Opinion on legalizing marijuana. I know I am fighting for those imprisoned for simple possession to be released, but what's your thought on legalizing marijuana?

💬 5     🔁     ♡ 3     📊     ⬆️

EXHIBIT
35

Katrina Jackson
@KatrinaRJackson

Bill filing time!!!!!

"Be the Change District 34"

Send your bill ideas to jacksonk@legis.la.gov or call 318-343-2877



8:55 PM · Feb 23, 2022

**1** Retweet    **3** Likes

Tweet your reply!                                                    [ Reply ]

**Barry Ivey** ✔ @Barry_Ivey · Feb 23, 2022       ···
I will send you a few :-)
   ○ 1          ⭤          ♡ 3          �ۼ          �ᵾ

**GMOMBC** @PastorSCDixon · Feb 23, 2022          ···
Don't give in to them, Representative Ivy!!
   ○          ⭤          ♡ 1          ⭤          ⭤

**Katherine Redmond** 🇺🇦 @kathyredmond · Feb 24, 2022    ···
A literal Title IX for the state of Louisiana.
   ○          ⭤          ♡          ⭤          ⭤

**ITSTIME** @ITSTIME48368535 · Feb 23, 2022        ···
Great idea Senator, but conscientious citizens don't wait for
such an invitation as in my case. You already have mine; it's
labeled Election Fraud Prevention.  Thomas L. Mitchell, City of
Tallulah, 2022 Mayoral Candidate

| EXHIBIT |
| 36 |

   ○          ⭤          ♡          ⭤

**Katrina Jackson**
@KatrinaRJackson

···

Listening to bill which willl allows pharmacists to administer certain vaccines without physician's prescriptions. Let me know your thoughts

11:06 AM · May 9, 2012

**1** Like

Tweet your reply!

Reply

EXHIBIT
37



UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| MAYA DETIEGE and DAYNE SHERMAN,<br><br>*Plaintiffs*<br>v.<br><br>KATRINA JACKSON, in her official<br>and individual capacities<br><br>*Defendant* | CIVIL ACTION NO.: 3:23-cv-175<br><br><br>JUDGE: DONALD E. WALTER<br><br><br>MAGISTRATE JUDGE: KAYLA<br>D. MCCLUSKY |

### **Declaration of Dayne Sherman**

1. I am of the age of majority.

2. I live in Ponchatoula, Louisiana.

3. I am active on Twitter, where my primary username is @TweettheSouth.

4. I like to use Twitter to discuss politics and current events. I especially utilize Twitter because it allows me to interact with legislators and other local politicians.

5. Before I was blocked by Defendant Jackson, I interacted with her several times on Twitter about her legislation.

6. I respected her as a politician and appreciated that she made herself available have substantive discussions about her legislation on Twitter.

7. When viewing Jackson's Twitter page, there were no warnings or limitations placed on comments allowed on her page. She had no pinned tweets prohibiting any type of speech.

8. Her Twitter profile photo was her official legislative headshot.

EXHIBIT

39

9. I often used Defendant Jackson's Twitter as a resource to follow what was happening during legislative sessions.

10. In 2013, then-Representative Jackson was sponsoring a bill that would have allowed prayer in public schools.

11. I believe that prayer is a good thing but it does not belong in public schools.

12. I reached out to Jackson on Twitter to discuss her legislation, as I had done before. This led to a lengthy Twitter exchange that took place over four days, involving other Twitter users with differing opinions on the bill.

13. On April 8, Jackson tagged me in a tweet regarding school prayer that said "it's not during the school day we can't violate teachers who are not on clock constitutional rights [sic][.]" I replied "Not what the courts say. It's unconstitutional #prayer" and tagged her and the other Twitter users in our discussion.

14. This was the last tweet I was able to send her.

15. After I sent this tweet, I was blocked by Jackson.

16. I realized I was blocked when I could no longer access her Twitter page.

17. When I searched her username, I was taken to a page that indicated she had blocked me.

18. I could no longer see or interact with any of her tweets.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 6, 2025.

Dayne Sherman

2

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

MAYA DETIEGE and DAYNE SHERMAN,

         *Plaintiffs*
      v.

KATRINA JACKSON, in her official
and individual capacities

         *Defendant*

CIVIL ACTION NO.: 3:23-cv-175

JUDGE: DONALD E. WALTER

MAGISTRATE JUDGE: KAYLA D. MCCLUSKY

## **Declaration of Maya Detiege**

1. I am of the age of majority.

2. I graduated from Xavier University and am a resident of New Orleans.

3. I am active on Twitter, where my primary account username is @midaeros.

4. I use Twitter to interact with others. I primarily post about literature, politics, and hockey, my favorite sport.

5. My Twitter page is geotagged to New Orleans.

6. My Twitter page is open to the public, anyone can see it.

7. In February of 2022, I experienced an ectopic pregnancy. It was difficult for me to access medical care.

8. When the Louisiana trigger bill went into effect in 2022, I was angry and upset.

9. I felt that the trigger bill would make accessing healthcare related to complicated pregnancies even more difficult.

1



**EXHIBIT**

**40**

10. I tweeted at Senator Jackson because I knew she had authored SB 342, which amended the trigger bill.

11. When viewing Jackson's Twitter page, there were no warnings or limitations placed on comments allowed on her page. She had no pinned tweets prohibiting any type of speech.

12. Her Twitter profile photo was her official legislative headshot.

13. I wanted to appeal to Senator Jackson's religious beliefs, as I believed the bill was contrary to her religious principles.

14. When I tweeted "I do not respect all black women" I was not expressing hate, I was expressing that as a Black woman myself, I do not blindly support all other Black women, simply because of their race.

15. Jackson interacted with me and another Twitter user @engelsmung about the budget allocation for pregnancy crisis centers contained in her bill.

16. The last tweet-reply I was able to send Senator Jackson was about this budget allocation and read "[y]ou're the one bragging about how much it is. You're the elected official. Did YOU advocate for more? Probably too busy not paying attention in committee meetings when your colleagues were asking questions…Poor response from an elected official. Hope your career ends quickly [praying emoji]."

17. After sending this tweet, I was blocked by the Senator. I could no longer view or interact with any of her tweets. When I searched for her Twitter page, I was taken to a screen that showed me that I had been blocked.

18. I never threatened Senator Jackson or targeted her with hate speech.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 6, 2025.

Maya Detiege

# In the Matter of:

*Maya Detiege, Dayne Sherman*

*vs.*

*Katrina Jackson, in her official and individual capacities*

_____

## **Maya Detiege**

October 1, 2024

_____

**EXHIBIT**
**41**

Maya Detiege
October 1, 2024

1   it.  We have a court reporter here, as you

2   see, to your left, and she's working with her

3   stenographer machine, which means she's taking

4   down every word that's being said and then

5   once the deposition is over, it will be typed

6   into a transcript.  So in order to have a

7   clear and coherent transcript, there's a

8   couple of rules we need to follow.  First of

9   all, you need to answer verbally.  If it's a

10  yes or no, please say yes or no, as opposed to

11  uh-huh or huh-huh, because they are spelled

12  the same.  Likewise, avoiding nodding or

13  shaking of the head, because that does not

14  translate into words.  You may, as we get into

15  a comfortable rhythm, anticipate where I'm

16  going with a question.  Please, resist the

17  urge to start answering the question before I

18  finish asking it, because that makes a jumbled

19  transcript.  If you need a break at any time,

20  please, let me know.  And if you don't

21  understand a question that I ask, please, tell

22  me and I'll do a better job asking it.  I'll

23  rephrase it.  All right?  But by the same

24  token, if you answer my question, I'll presume

25  that you understood what I was asking.  Fair

**Maya Detiege**
**October 1, 2024**

1    enough?

2         A.    Understood.

3         Q.    Very good.  Could you, please, state

4    your full name for the record?

5         A.    Maya Detiege.

6         Q.    No middle name?

7         A.    Clark Detiege.

8         Q.    What is your address?

9         A.    5711 Paris Avenue, New Orleans,

10   Louisiana, 70122.

11        Q.    How long have you lived at that

12   address?

13        A.    A little over four years.

14        Q.    Where were you before that?

15        A.    Do you want the actual address or --

16        Q.    Yes.  Just for the -- what was the

17   address before that?

18        A.    5700 St. Anthony Avenue, New

19   Orleans, Louisiana, 70122.  I believe I was in

20   Apartment 120.

21        Q.    Okay.  How long were you there?

22        A.    About two years.

23        Q.    Are you a native Louisianian?

24        A.    No.

25        Q.    Where are you from, originally?

**Maya Detiege**
**October 1, 2024**

```
 1        A.    Yes.

 2        Q.    Can you tell me why that is?

 3        A.    I communicate with a lot of friends

 4   on Twitter, and it's kind of a short form

 5   social media site and so I can, you know, kind

 6   of quickly send and react to things.

 7        Q.    And what is your date of birth?

 8        A.    October 25th, 1994.

 9        Q.    We share a birthday.

10        A.    Oh.

11        Q.    19 --

12        A.    1994.

13        Q.    1994.  Separated by a couple of

14   years.  All right.  Now, as -- I'm going to

15   call it Twitter, because I find calling it X

16   to be awkward.  Is that okay with you?

17        A.    I would prefer that.  Yes.

18        Q.    Very good.  So as for your Twitter

19   account, when did you first obtain a Twitter

20   account, to the best of your recollection?

21        A.    I'm not sure when I first obtained

22   my Twitter account off of the top of my head.

23   I believe it was probably 2017.

24        Q.    And do you have just the one Twitter

25   account?
```

**Maya Detiege**
**October 1, 2024**

```
 1   your driver's license; is that correct?  Look
 2   to make sure.
 3       A.   No.
 4       Q.   Okay.  I don't think that that's
 5   included on the driver's license anymore.
 6   Thank you, ma'am.
 7           Now, when we open your -- if we go
 8   to your Midaeros Twitter page and we open it,
 9   currently, it identifies -- primarily, the
10   first thing that I saw when I opened it has to
11   do with being the fan of the German Gentleman
12   Number One Fan, and that's a reference to the
13   Seattle Kraken hockey goalie.  And I now
14   understand, from what you told me about your
15   history, that you grew up and spent a large
16   part of your time growing up in the Seattle
17   area, and I'm assuming that's how you
18   developed a support for Seattle-based sports
19   teams?
20       A.   Yes.
21       Q.   Okay.  But you hesitated a little
22   bit.  Tell me why?  Or is there something
23   particular about the Seattle Kraken?  Because
24   I haven't done a survey, but I would bet the
25   number of Seattle Kraken hardcore fans that
```

**Maya Detiege**
**October 1, 2024**

 1    consistently has been your profile pic?

 2         A.    There was a one-month period from

 3    April 29th of 2022 until the end of May of

 4    2022 where my profile picture was the picture

 5    that is my pinned tweet on Twitter.

 6         Q.    And the pinned tweet you're

 7    referring to is a picture of you at what looks

 8    to be a Seattle Kraken hockey game, holding a

 9    puck?

10         A.    Yes.

11         Q.    Or standing next to somebody holding

12    a puck and I believe you're holding a sign,

13    cheering the Seattle Kraken goalie; is that

14    correct?

15         A.    I am holding the puck and the sign.

16         Q.    The puck and the sign.  I don't want

17    to diminish the pose there.  When was that

18    picture taken?

19         A.    That picture was taken April 29th of

20    2022.

21         Q.    And you said the bio section, the

22    biographical section that you referenced on

23    your Twitter page, is there a tab that you

24    click to see that or is that apparent from the

25    very top of your page?

**Maya Detiege**
**October 1, 2024**

```
 1    your lawsuit.  And I'm looking at the first

 2    amended petition, Paragraph 47.  If you look

 3    at that -- and this is what -- 47.  I'm sorry.

 4    I'll give you a moment to read that.  And this

 5    is the -- this is from the amended complaint

 6    that your attorneys filed on your behalf,

 7    correct?

 8        A.   Correct.

 9        Q.   Did you have a chance to review this

10    before it was filed?

11        A.   Yes.

12        Q.   And so you, at that time, confirmed

13    that this was an accurate reflection of the

14    tweets that you made on June 24th, 2022?

15        A.   Yes.

16        Q.   And the -- I tell you what.  I'm

17    going to let you read it, so you --

18        A.   You want me to read all of 47?

19        Q.   No, ma'am.  Just the part that's in

20    quotes, where your tweet is.

21        A.   "I say this with all disrespect:

22    Burn in hell.  You don't care about women.

23    You don't care about pregnant people.  You

24    don't care about children.  You don't care

25    about education.  I do not support all black
```

**Maya Detiege**
**October 1, 2024**

```
 1   women.  Some of you bitches are very dumb."
 2        Q.   And that was said in response to the
 3   Trigger bill that passed where Louisiana was
 4   following the precedent set by the US Supreme
 5   Court which overturned Roe v. Wade?
 6             MR. PETTIGREW:
 7                  Objection to form.
 8             THE WITNESS:
 9                  Yes.  That was in response to
10        that.
11   BY MR. HAYES:
12        Q.   And there was some more back and
13   forth.  And then, there was a response by a
14   user named Mung, referenced here in Paragraph
15   49 of the first amended petition, responding
16   to Jackson, Senator Jackson's tweets.  "Maybe
17   you should have set that up before Roe was
18   overturned?  Too late now."  Do you have any
19   idea who Mung is?
20        A.   No.
21        Q.   Okay.  That's not somebody that you
22   know in real life?  That's just a name on
23   Twitter?
24        A.   Correct.
25        Q.   And ultimately, after some back and
```

**Maya Detiege**
**October 1, 2024**

```
 1        A.   It was previous -- it has been --
 2   the picture has been part of my pinned tweet
 3   since it happened.  It's one of the coolest
 4   things that's ever happened to me.  I believe
 5   that the tweet that it was before October 12
 6   was probably something to the effect of this
 7   is the coolest thing that's ever happened to
 8   me, and I just updated it when the new season
 9   started.
10        Q.   Got it.  Okay.
11             MR. HAYES:
12                  I'm going to pass at this
13           point, and if I have something else,
14           I'll circle back to it.
15             MS. SCHWARTZMANN:
16                  Got it.
17   BY MR. PETTIGREW:
18        Q.   I'm going to show you this tweet.
19   We referenced this earlier.  This is the --
20        (A discussion was had off the record.).
21   BY MR. PETTIGREW:
22        Q.   So I'm showing you what I'm marking
23   as Exhibit 1.  Do you recognize this tweet?
24        A.   Yes.
25        Q.   Is this a fair and accurate
```

**Maya Detiege**
**October 1, 2024**

1    representation of your tweet?

2        A.    Yes.

3        Q.    Okay.  So why did you tweet this?

4        A.    I was really angry about the Trigger

5    law that went into effect in Louisiana.

6        Q.    Okay.  And how did that bill impact

7    you?

8        A.    As a result of that, I have no

9    ability to access an abortion, if I would like

10   an abortion.  And also, there is an impact on

11   my health, if I need medical care relating to

12   a pregnancy.

13       Q.    You mentioned that you were mad when

14   you tweeted this.  Why were you upset at

15   Senator Jackson?

16       A.    I was angry because with the Trigger

17   bill, there are impacts when people are

18   pregnant and how they can access medical care.

19   And in February of 2022, I experienced an

20   ectopic pregnancy and it was hard for me to

21   access medical care before the Trigger bill.

22   I believe the Trigger bill went into effect in

23   about May or something like that.  And I was

24   angry because, thinking about my ectopic

25   pregnancy, even though there are suppose to be

Maya Detiege
October 1, 2024

Page 54

```
 1   some exceptions for ectopics, I had what is
 2   called an interstitial ectopic pregnancy,
 3   meaning that there was some -- the pregnancy
 4   was not in my fallopian tube.  It was right
 5   outside of my fallopian tube.  And so there
 6   was a lot of questions and ultrasounds that I
 7   had to go to relating to my pregnancy that
 8   delayed my care.  And it was also just hard
 9   for me to find someone to listen to me before
10   the Trigger bill went into effect that
11   something -- I could tell something was wrong,
12   but no one would see me because they don't
13   like to see people before a certain amount of
14   weeks.  And I was angry because I knew that if
15   I, again, experienced an ectopic pregnancy,
16   that I could see a delay in my care due to the
17   Trigger bill going into effect, making doctors
18   more hesitant to treat pregnancies.
19        Q.   So I want to point you to the first
20   line.  Why did you use the phrase "burn in
21   hell"?  Why did you use that language?
22        A.   With that, I was trying to appeal to
23   Senator Jackson's religion.  I know that she
24   is a Christian and I don't feel that the
25   Trigger bill and the way that it's enacted in
```



**the german gentleman aka grubauer's #1 fan** @midaeros · Jun 24, 2022

I say this with all disrespect: burn in hell.

You don't care about women. You don't care about pregnant people. You don't care about children. You don't care about education.

I do not support all black women. Some of you bitches are very dumb.

> You're unable to view this Post because this account owner limits who can view their Posts. Learn more

💬 1          ⟲          ♡ 7          ᵢₗᵢ          🔖  ⬆



**the german gentleman aka grubauer's #1 fan**
@midaeros                                                              ···

I do not feel valued or supported by @KatrinaRJackson and I am actively rooting for her to be voted out in 2023. 🙏 can't come fast enough. Rooting for your downfall 💙

4:22 PM · Jun 24, 2022



EXHIBIT
42

💬          ⟲          ♡ 4          🔖          ⬆

**Mung** @Engelsmung · Jun 24, 2022 · · ·
Maybe you should have set that up before Roe was overturned?
Too late now.

💬 1          🔁          ♡ 2          📊          ⬆️

**Katrina Jackson** @KatrinaRJackson · Jun 24, 2022 · · ·
I did but the no one states that fact the budget this year has $1.3
M to fight child sex trafficking and $3 M to support pregnancy
centers - so much other funding but those who spew falsehood
will not talk about that - oh and I have file equal pay bills

💬 7          🔁 2          ♡ 6          📊          ⬆️

**Mung** @Engelsmung · Jun 25, 2022 · · ·
What about paid sick leave, paid maternity leave, affordable
child care and a living wage?

💬 2          🔁          ♡ 4          📊          ⬆️

**Katrina Jackson** @KatrinaRJackson · Jun 27, 2022 · · ·
So let me understand this better you are angered by my bill
which expanded the exceptions, ensured women were not
criminalized and ensured that the morning after pill would not be
banned so I guess you are saying you would have rather the
current 2005 law that does not do this?

💬          🔁          ♡ 1          📊          ⬆️

**EXHIBIT**
**43**



**the german gentleman aka grubauer's #1 fan**
@midaeros

Lol yea that 3mil (0.0008% of the budget) is really gamechanging

Thanks for the pennies, you 🤡 x.com/KatrinaRJackso...

> You're unable to view this Post because this account owner limits who can view their Posts. Learn more

7:57 PM · Jun 24, 2022

💬 1          🔁          ♡ 1          🔖          ⬆️

⚙️ **Most relevant**                                    ⌄

Replying to @midaeros

Post your reply

🖼️  GIF  ☺  ◉                                    **Reply**

**Katrina Jackson** @KatrinaRJackson · Jun 24, 2022       **EXHIBIT**
Did you advocate for more?                                **44**

💬          🔁 1          ♡ 1          📊          🔖  ⬆️



**the german gentleman aka p...** · 5m   ⋮

You're the one bragging about how much it is. You're the elected official. Did YOU advocate for more?

Probably too busy not paying attention in committee meetings when your colleagues were asking questions

Poor response from an elected official. Hope your career ends quickly 🙏🏽

> You're unable to view this Tweet because this account owner limits who can view their Tweets. Learn more

EXHIBIT
45

            

In the Matter of:

*Maya Detiege, Dayne Sherman*

*vs.*

*Katrina Jackson, in her official and individual capacities*

———————————————————————

## Dayne Sherman

October 1, 2024

———————————————————————

EXHIBIT

30

**Dayne Sherman**
**October 1, 2024**

```
 1          A.    A-C-C-E-N-D-O, Books.  It's public.
 2    I have, maybe, Dayne Sherman Author.  Talk
 3    About The South.  Those are -- that's
 4    political in nature.  So that's really --
 5    those are business oriented.  And then I have
 6    Dayne Sherman identified as Facebook.  I have
 7    an Instagram.  And --
 8          Q.    Okay.  And what's your handle there?
 9          A.    It's Show The South, @showthesouth.
10          Q.    Okay.
11          A.    And I have one Twitter account,
12    @talkaboutthesouth, and my name is prominent,
13    has always prominently been on it.  And if you
14    call it social media, I do have a professional
15    Linkedin page with, obviously, my name.
16          Q.    Very good.  So only one Twitter page
17    that you use and it's @talkaboutthesouth as
18    referenced in the lawsuit, correct?
19          A.    Yes, sir.
20          Q.    Did you review the lawsuit at the
21    time that the amended petition was put
22    together?
23          A.    I can't recall what I read, but I
24    can't say definitively I've read it.  I know
25    I've read something, but whether it was
```

**Dayne Sherman**
**October 1, 2024**

```
 1          to object before, but it calls for a

 2          legal conclusion.

 3   BY MR. HAYES:

 4       Q.  In what context would you expect to

 5   see that?

 6          MR. PETTIGREW:

 7             Objection to form.

 8          THE WITNESS:

 9             Could you repeat the question?

10   BY MR. HAYES:

11       Q.  What context would you expect the

12   rights of the public officials -- their First

13   Amendment rights to be acknowledged compared

14   to the rights or the precedent you're seeking

15   where a public official cannot block a citizen

16   from accessing social media?

17          MR. PETTIGREW:

18             Okay.  I'm going to object to

19          form and the fact that it calls for a

20          legal conclusion.

21          MR. HAYES:

22             You can answer, if you can.

23          THE WITNESS:

24             I think they have a right to

25          speak out.  I think they have a right to
```

**Dayne Sherman**
**October 1, 2024**

```
 1        write.  I think they have a right to

 2        print.  I think they have those basic

 3        enumerated First Amendment rights, just

 4        in general.

 5            MR. HAYES:

 6                Mr. Sherman, I think that's all

 7        the questions I have for you.

 8            THE WITNESS:

 9                Okay.

10            MR. PETTIGREW:

11                We do have some redirect.  I

12        think we might need a five-minute break

13        before we do that.

14            MR. HAYES:

15                Sure.

16        (A short break was taken at this time.)

17    BY MR. PETTIGREW:

18        Q.  First, I just want to clarify one

19    thing.  You mentioned -- you testified earlier

20    today that your Twitter user name was Talk

21    About The South?

22        A.  Yes.

23        Q.  Are you sure that's your correct

24    user name?

25        A.  Yes.
```



**Dayne Sherman, a little bit country an...** @Tweetth... · Apr 6, 2012 · · ·

Thanks for standing up for La. education. You are strong leader.--Dayne @RepKJackson

💬 1     ↻     ♡     ᴵˡˡ     ⬆️

**Katrina Jackson** · · ·
@KatrinaRJackson

@TweettheSouth thanks lets continue to fight

10:58 PM · Jun 9, 2012

💬     ↻     ♡     🔖     ⬆️

Tweet your reply!     **Reply**

EXHIBIT
47

**LouisianaFedTeachers** @LaFedTeachers · Oct 23, 2012 ···

BESE to hold hearing on new rules for voucher schools shar.es/cGOpZ
@RepKJackson @TweettheSouth @DianeRavitch @AFTunion @TeamKCP

💬 1          ⟲ 4          ♡ 1          �ᴵⁱˡ          ⬆

**Katrina Jackson** @KatrinaRJackson · Oct 23, 2012 ···

@LaFedTeachers @tweetthesouth @dianeravitch @aftunion @teamkcp I
will be there!!!

💬 3          ⟲ 2          ♡ 1          �ᴵⁱˡ          ⬆

**Dayne Sherman, a little bit country a...** @Tweetth... · Oct 23, 2012 ···

Thank you and keep fighting. @RepKJackson

💬 1          ⟲ 1          ♡          �ᴵⁱˡ          ⬆

**Katrina Jackson**
@KatrinaRJackson                                    ···

@TweettheSouth thank you for keeping the citizens informed

7:33 AM · Oct 24, 2012

**1** Like

💬          ⟲          ♡          🔖          ⬆

👤  Tweet your reply!                              Reply

EXHIBIT
48

This Tweet is unavailable. Learn more

 **Dayne Sherman, a little bit country an...** @Tweetth... · Apr 5, 2013 ···
I'll give Rep. Jackson that for sure. Can't talk to #Jindal.
@Thoseguys_CDub @RepKJackson @CalvinBenLester @CenLamar
@ACLUofLouisiana @ACLU

💬 2          ⟲ 1          ♡          ﹒ılı          ⬆

 **Katrina Jackson** @KatrinaRJackson · Apr 5, 2013 ···
@TweettheSouth @Thoseguys_CDub @CalvinBenLester @CenLamar
@ACLUofLouisiana @ACLU checkout LLBC Tax Package at llbcinfo.com
discuss

💬 2          ⟲ 1          ♡          ﹒ılı          ⬆

 **Dayne Sherman, a little bit country an...** @Tweetth... · Apr 5, 2013 ···
I'd like: Repeal all state sales taxes, max local at 4.5 %, add tobacco,
alcohol. Dee Richard's bill 2 review all tax credits @RepKJackson

💬 2          ⟲ 2          ♡ 1          ﹒ılı          ⬆

 **Katrina Jackson**
@KatrinaRJackson                                                        ···

@TweettheSouth like to review them before repealing (have a bill) – high
sales tax may kill businesses and municipalities tax base

9:59 PM · Apr 5, 2013

💬          ⟲          ♡          🔖          ⬆

EXHIBIT
49

 Tweet your reply!                                    Reply

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MAYA DETIEGE, DAYNE SHERMAN | CIVIL ACTION NO.:  3:23-cv-175 |
| *Plaintiffs* | |
| *v.* | JUDGE FOOTE |
| KATRINA JACKSON, in her official and individual capacities, | MAGISTRATE JUDGE MCCLUSKY |
| *Defendant* | |

**RESPONSES TO PLAINTIFFS'
SECOND SET OF REQUESTS FOR ADMISSIONS**

Now comes Katrina Jackson, in her official and individual capacities, through undersigned counsel, who responds to the Second Set of Requests for Admissions propounded by plaintiffs as follows:

**REQUESTS FOR ADMISSIONS**

**REQUEST FOR ADMISSION NO. 26:**

Please admit that you requested your Twitter account data from Twitter.

**RESPONSE TO REQUEST FOR ADMISSION NO. 26:**

Admitted.

**REQUEST FOR ADMISSION NO. 27:**

Please admit that you received your account data from Twitter in August 2024.

**RESPONSE TO REQUEST FOR ADMISSION NO. 27:**

Admitted.

EXHIBIT
50

**REQUEST FOR ADMISSION NO. 28:**

Please admit that the data produced to you by Twitter is authentic, genuine, and admissible.

**RESPONSE TO REQUEST FOR ADMISSION NO. 28:**

Admitted.

**REQUEST FOR ADMISSION NO. 29:**

Please admit that the data produced from Twitter in August 2024 was produced by you to Plaintiffs on August 26, 2024.

**RESPONSE TO REQUEST FOR ADMISSION NO. 29:**

Admitted.

**REQUEST FOR ADMISSION NO. 30:**

Please admit that the document produced to you by Twitter entitled 519638278-tweets.txt lists your tweets, including the time and text of your tweets, from March 9, 2012, to August 1, 2024.

**RESPONSE TO REQUEST FOR ADMISSION NO. 30:**

Respondent can neither admit nor deny Request for Admission No. 30, as she cannot clearly discern the meaning of the referenced document.

**REQUEST FOR ADMISSION NO. 31:**

Please admit that Exhibit 1 is a fair and accurate representation of your tweet on March 9, 2012.

**RESPONSE TO REQUEST FOR ADMISSION NO. 31:**

Denied because Respondent cannot verify this information.  When Respondent signs into her Twitter account, she cannot view any of her tweets before May 26, 2020, and she therefore cannot verify the authenticity of Exhibit 1.  Attached as Exhibit A is an image of the earliest post Respondent is able to retrieve from her Twitter account.

**REQUEST FOR ADMISSION NO. 163:**

Please admit that Exhibit 42 is admissible at trial in this matter.

**RESPONSE TO REQUEST FOR ADMISSION NO. 163:**

Denied, as the question of admissibility must be answered by the Trial Court.

**REQUEST FOR ADMISSION NO. 164:**

Please admit that Exhibit 43 is a fair and accurate representation of your reply on June 24, 2022.

**RESPONSE TO REQUEST FOR ADMISSION NO. 164:**

Denied, as Exhibit 43 is not a fair and accurate copy of Respondent's reply.  Attached as Exhibit

D are additional replies to the post.

**REQUEST FOR ADMISSION NO. 165:**

Please admit that you replied to Maya Deitege, @midaeros, in Exhibit 43.

**RESPONSE TO REQUEST FOR ADMISSION NO. 165:**

Admitted, however Exhibit 43 fails to contain the entire conversation with @mideros.  As

demonstrated in attached Exhibit E, some of the comments appears to have been deleted.

**REQUEST FOR ADMISSION NO. 166:**

Please admit that Exhibit 43 is admissible at trial in this matter.

**RESPONSE TO REQUEST FOR ADMISSION NO. 166:**

Denied, as the question of admissibility must be answered by the Trial Court.

HAMMONDS, SILLS, ADKINS, GUICE
NOAH & PERKINS, L.L.P.
1500 N. 19TH STREET, SUITE 301
MONROE, LOUISIANA  71201
Telephone: (318) 324-0101
Facsimile: (318) 322-5375
Email: thayes4@hamsil.com

BY:    *s/Thomas M. Hayes IV*             
        Thomas M. Hayes, IV
        La. Bar Roll No. 28600

ATTORNEY FOR DEFENDANT, KATRINA JACKSON

## <u>CERTIFICATE OF SERVICE</u>

I, THOMAS M. HAYES, IV, do hereby certify that a copy of the above and foregoing Responses to Second Set of Requests for Admissions was transmitted via fax, U. S. Mail and/or e-mail to the following:

Katie M. Schwartzmann
Tulane First Amendment Law Clinic
6329 Freret Street, Suite 130
New Orleans, LA 70118
kschwartzmann@tulane.edu

Monroe, Louisiana, this 1st day of November 2024.

> *s/Thomas M. Hayes IV*
> Thomas M. Hayes, IV

I swear or affirm that the foregoing responses are provided under penalty of perjury.

Dated: November 1, 2024

> *s/Katrina R. Jackson*
> Katrina Jackson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

MAYA DETIEGE, DAYNE SHERMAN

                *Plaintiffs*

     *v.*

KATRINA JACKSON, in her official and
individual capacities,


                *Defendant*

CIVIL ACTION NO.:  3:23-cv-175

JUDGE WALTER

MAGISTRATE JUDGE MCCLUSKY

---

**AMENDED SUPPLEMENTAL RESPONSES TO PLAINTIFFS'
SECOND SET OF REQUESTS FOR ADMISSIONS**

      Now comes Katrina Jackson, in her official and individual capacities, through undersigned

counsel, who wishes to amend her responses to the below excerpts to the Second and Third Sets

of Requests for Admissions propounded by Plaintiffs as follows. All of her prior responses to

Requests for Admissions other than below remain as previously tendered.

**REQUESTS FOR ADMISSIONS**

**REQUEST FOR ADMISSION NO. 31:**

Please admit that Exhibit 1 is a fair and accurate representation of your tweet on March 9, 2012.

**RESPONSE TO REQUEST FOR ADMISSION NO. 31:**

Admitted.

**REQUEST FOR ADMISSION NO. 32:**

Please admit that Exhibit 1 was your first tweet from your Twitter account.

**EXHIBIT
51**

**RESPONSE TO REQUEST FOR ADMISSION NO. 32:**

Admitted.

**REQUEST FOR ADMISSION NO. 33:**

Please admit that you tweeted Exhibit 1.

**RESPONSE TO REQUEST FOR ADMISSION NO. 33:**

Admitted.

**REQUEST FOR ADMISSION NO. 35:**

Please admit that Exhibit 2 is a fair and accurate representation of your tweet on March 20, 2021.

**RESPONSE TO REQUEST FOR ADMISSION NO. 35:**

Admitted.

**REQUEST FOR ADMISSION NO. 36:**

Please admit that you tweeted Exhibit 2.

**RESPONSE TO REQUEST FOR ADMISSION NO. 36:**

Admitted.

**REQUEST FOR ADMISSION NO. 38:**

Please admit that Exhibit 3 is a fair and accurate representation of your tweet on April 22, 2012.

**RESPONSE TO REQUEST FOR ADMISSION NO. 38:**

Admitted.

**REQUEST FOR ADMISSION NO. 39:**

Please admit that you tweeted Exhibit 3.

**RESPONSE TO REQUEST FOR ADMISSION NO. 39:**

Admitted.

**REQUEST FOR ADMISSION NO. 41:**

Please admit that Exhibit 4 is a fair and accurate representation of your tweet on May 29, 2012.

**RESPONSE TO REQUEST FOR ADMISSION NO. 41:**

Admitted.

**REQUEST FOR ADMISSION NO. 42:**

Please admit that you tweeted Exhibit 4.

**RESPONSE TO REQUEST FOR ADMISSION NO. 42:**

Admitted.

**REQUEST FOR ADMISSION NO. 44:**

Please admit that Exhibit 5 is a fair and accurate representation of your tweet on September 14, 2012.

**RESPONSE TO REQUEST FOR ADMISSION NO. 44:**

Admitted.

**REQUEST FOR ADMISSION NO. 45:**

Please admit that you tweeted Exhibit 5.

**RESPONSE TO REQUEST FOR ADMISSION NO. 45:**

Admitted.

**REQUEST FOR ADMISSION NO. 47:**

Please admit that Plaintiff Sherman, @tweetthesouth, replied to your tweet in Exhibit 5.

**RESPONSE TO REQUEST FOR ADMISSION NO. 47:**

Admitted.

**REQUEST FOR ADMISSION NO. 48:**

Please admit that Exhibit 6 is a fair and accurate representation of your tweet on May 28, 2013.

**RESPONSE TO REQUEST FOR ADMISSION NO. 48:**

Admitted.

**REQUEST FOR ADMISSION NO. 49:**

Please admit that you tweeted Exhibit 6.

**RESPONSE TO REQUEST FOR ADMISSION NO. 49:**

Admitted.

**REQUEST FOR ADMISSION NO. 51:**

Please admit that Exhibit 7 is a fair and accurate representation of your tweet on April 17, 2019.

**RESPONSE TO REQUEST FOR ADMISSION NO. 51:**

Admitted.

**REQUEST FOR ADMISSION NO. 52:**

Please admit that you tweeted Exhibit 7.

**RESPONSE TO REQUEST FOR ADMISSION NO. 52:**

Admitted.

**REQUEST FOR ADMISSION NO. 84:**

Please admit that Exhibit 18 is a fair and accurate representation of your tweet on April 17, 2012.

**RESPONSE TO REQUEST FOR ADMISSION NO. 84:**

Admitted.

**REQUEST FOR ADMISSION NO. 85:**

Please admit that you tweeted Exhibit 18.

**RESPONSE TO REQUEST FOR ADMISSION NO. 85:**

Admitted.

**REQUEST FOR ADMISSION NO. 87:**

Please admit that Exhibit 19 is a fair and accurate representation of your tweet on May 9, 2012.

**RESPONSE TO REQUEST FOR ADMISSION NO. 87:**

Admitted.

**REQUEST FOR ADMISSION NO. 88:**

Please admit that you tweeted Exhibit 19.

**RESPONSE TO REQUEST FOR ADMISSION NO. 88:**

Admitted.

**REQUEST FOR ADMISSION NO. 90:**

Please admit that Exhibit 20 is a fair and accurate representation of your tweet on February 25, 2018.

**RESPONSE TO REQUEST FOR ADMISSION NO. 90:**

Admitted.

**REQUEST FOR ADMISSION NO. 91:**

Please admit that you tweeted Exhibit 20.

**RESPONSE TO REQUEST FOR ADMISSION NO. 91:**

Admitted.

**REQUEST FOR ADMISSION NO. 93:**

Please admit that you responded to Twitter users in Exhibit 20.

**RESPONSE TO REQUEST FOR ADMISSION NO. 93:**

Admitted.

**REQUEST FOR ADMISSION NO. 94:**

Please admit that Exhibit 21 is a fair and accurate representation of your Twitter reply on May 31, 2018.

**RESPONSE TO REQUEST FOR ADMISSION NO. 94:**

Admitted.

**REQUEST FOR ADMISSION NO. 95:**

Please admit that you tweeted Exhibit 21.

## RESPONSE TO REQUEST FOR ADMISSION NO. 95:

Admitted.

## REQUEST FOR ADMISSION NO. 97:

Please admit that Exhibit 22 is a fair and accurate representation of your Twitter reply on May 30, 2019.

## RESPONSE TO REQUEST FOR ADMISSION NO. 97:

Admitted.

## REQUEST FOR ADMISSION NO. 98:

Please admit that you tweeted a reply in Exhibit 97.

## RESPONSE TO REQUEST FOR ADMISSION NO. 98:

Admitted.

## REQUEST FOR ADMISSION NO. 119:

Please admit that Exhibit 29 is a fair and accurate representation of your Tweet on July 6, 2019.

## RESPONSE TO REQUEST FOR ADMISSION NO. 119:

Admitted.

## REQUEST FOR ADMISSION NO. 120:

Please admit that you tweeted Exhibit 119.

## RESPONSE TO REQUEST FOR ADMISSION NO. 120:

Admitted.

## REQUEST FOR ADMISSION NO. 122:

Please admit that Exhibit 30 is a fair and accurate representation of your tweet on September 5, 2019.

## RESPONSE TO REQUEST FOR ADMISSION NO. 122:

Admitted.

**REQUEST FOR ADMISSION NO. 123:**

Please admit that you tweeted Exhibit 30.

**RESPONSE TO REQUEST FOR ADMISSION NO. 123:**

Admitted.

**REQUEST FOR ADMISSION NO. 128:**

Please admit that Exhibit 32 is a fair and accurate representation of your replies on November 18, 2014.

**RESPONSE TO REQUEST FOR ADMISSION NO. 128:**

Admitted.

**REQUEST FOR ADMISSION NO. 129:**

Please admit that you replied in Exhibit 128.

**RESPONSE TO REQUEST FOR ADMISSION NO. 129:**

Admitted.

**REQUEST FOR ADMISSION NO. 131:**

Please admit that Exhibit 33 is a fair and accurate representation of your twitter replies to Lamar White, Jr. starting on March 10, 2014.

**RESPONSE TO REQUEST FOR ADMISSION NO. 131:**

Admitted.

**REQUEST FOR ADMISSION NO. 132:**

Please admit that you replied to Twitter user Lamar White, Jr. in Exhibit 33.

**RESPONSE TO REQUEST FOR ADMISSION NO. 132:**

Admitted.

**REQUEST FOR ADMISSION NO. 146:**

Please admit that Exhibit 37 is a fair and accurate representation of your Twitter replies on

October 23, 2012 and October 24, 2012.

**RESPONSE TO REQUEST FOR ADMISSION NO. 146:**

Admitted.

**REQUEST FOR ADMISSION NO. 147:**

Please admit that Exhibit 37 includes your replies to LouisianaFedTeachers, @LaFedTeachers,

and Plaintiff Sherman.

**RESPONSE TO REQUEST FOR ADMISSION NO. 147:**

Admitted

**REQUEST FOR ADMISSION NO. 149:**

Please admit that Exhibit 38 is a fair and accurate representation of your Twitter replies to

Plaintiff Sherman on April 5, 2013.

**RESPONSE TO REQUEST FOR ADMISSION NO. 149:**

Admitted.

**REQUEST FOR ADMISSION NO. 150:**

Please admit that Exhibit 38 includes your replies to Plaintiff Sherman.

**RESPONSE TO REQUEST FOR ADMISSION NO. 150:**

Admitted.

**REQUEST FOR ADMISSION NO. 152:**

Please admit that Exhibit 39 is a fair and accurate representation of your Twitter replies on and/or

around April 4, 2013 and April 8, 2013.

**RESPONSE TO REQUEST FOR ADMISSION NO. 152:**

Admitted.

**REQUEST FOR ADMISSION NO. 153:**

Please admit that Exhibit 39 includes your replies to Plaintiff Sherman and Lamar White, Jr.

**RESPONSE TO REQUEST FOR ADMISSION NO. 153:**

Admitted.

**REQUEST FOR ADMISSION NO. 167:**

Please admit that Exhibits 44 and 45 are, together, a fair and accurate representation of your

Twitter exchange with Christy Green on March 4, 2020.

**RESPONSE TO REQUEST FOR ADMISSION NO. 167:**

Admitted.

**REQUEST FOR ADMISSION NO. 168:**

Please admit that you tweeted the reply in Exhibit 45.

**RESPONSE TO REQUEST FOR ADMISSION NO. 168:**

Admitted.


HAMMONDS, SILLS, ADKINS, GUICE
NOAH & PERKINS, L.L.P.
1500 N. 19TH STREET, SUITE 301
MONROE, LOUISIANA  71201
Telephone: (318) 324-0101
Facsimile: (318) 322-5375
Email: thayes4@hamsil.com

BY:  ___s/Thomas M. Hayes IV_____
        Thomas M. Hayes, IV
        La. Bar Roll No. 28600

ATTORNEY FOR DEFENDANT, KATRINA JACKSON

## **CERTIFICATE OF SERVICE**

I, THOMAS M. HAYES, IV, do hereby certify that a copy of the above and foregoing Responses to Second Set of Requests for Admissions was transmitted via fax, U. S. Mail and/or e-mail to the following:

Katie M. Schwartzmann

Tulane First Amendment Law Clinic

6329 Freret Street, Suite 130

New Orleans, LA 70118

kschwartzmann@tulane.edu

Monroe, Louisiana, this 26th day of December 2024.

_____
Thomas M. Hayes, IV

I swear or affirm that the foregoing responses are provided under penalty of perjury.

Dated: December 26, 2024

_____
Katrina Jackson

LOCAL

# Before lawsuit, Louisiana senator had a

EXHIBIT

52

# history of blocking critics on Twitter

**Julie O'Donoghue/Louisiana Illuminator**

Published 8:13 a.m. CT Feb. 15, 2023 | **Updated 8:14 a.m. CT Feb. 15, 2023**

Long before she was sued for allegedly violating a person's right to free speech, Sen. Katrina Jackson, D-Monroe, had a history of blocking Twitter users who criticized her. It's a practice that has caused legal troubles for elected officials in other parts of the country.

In interviews last week, seven people said Jackson shut down their access to her Twitter account after they chastised her on the social media platform. Many have similar political profiles. They are left-leaning Democrats who follow state politics closely and frequently engage Louisiana officials online.A few said they were blocked after criticizing Jackson for carrying anti-abortion legislation over the years. Though a Democrat, Jackson is one of the Louisiana Legislature's leading abortion opponents.

"She just does not like criticism. She does not like criticism at all," said Dayne Sherman, a prolific Twitter user who Jackson blocked about a decade ago.

Sherman and the six other people accusing Jackson of blocking them aren't part of the lawsuit filed last week against the senator, but their experiences could be used to bolster the plaintiff's case.New Orleans resident Maya Detiege and Tulane University's First Amendment Clinic are suing Jackson for blocking Detiege on Twitter. They allege that Jackson, as an elected official, engaged in illegal censorship of Detiege, who supports abortion rights.

Some of the people blocked are mentioned in Detiege's lawsuit. The Illuminator reached out to others who had publicly complained about Jackson blocking them.

In response to the lawsuit, Jackson has said Detiege was spewing "hate speech" that isn't protected by the First Amendment. An initial tweet from Detiege to Jackson in June contained profanity.

"I say this with all disrespect: burn in hell. You don't care about women. You don't care about pregnant people. You don't care about children. You don't care about education. I

don't respect all black women. Some of you bitches are very dumb," wrote Detiege, a Black woman, about Jackson, also a Black woman, in a tweet.Later, Detiege was part of a back-and-forth discussion on Twitter with Jackson about whether the senator secured enough funding to offset the impact of the abortion ban. Jackson blocked Detiege after that exchange."Do I have to tolerate someone telling me to burn in hell and calling Black women stupid b-i-t-c-h-e-s?" Jackson, a conservative Christian, said in an interview this week.

But other people interviewed said they didn't lob profanity or threats at Jackson before the senator blocked them.

"I didn't insult her personally," said Lamar White, a liberal writer who ran the website Bayou Brief. "I don't have anything personally against the woman. I just kind of wish she would be more transparent with her agenda."

White and Sherman said they were both blocked on Twitter by Jackson in 2013 over complaints about legislation she had drafted that would have required prayer in school. They got into an online exchange with her about the legislation and then lost access to her account, they said.

Drew McKevitt, an outspoken history professor at Louisiana Tech, said Jackson blocked him in 2014 after he criticized her for sponsoring a set of abortion restrictions that year. McKevitt said he called Jackson a "coward" but didn't use profanity."I am certainly sympathetic to a Black woman who doesn't want to be subjected to hate speech on the internet," McKevitt said. "But nothing in [my tweets] would qualify as hate speech."

Baton Rouge attorney Donald Hodge said Jackson blocked him in 2017 during a heated debate over the renaming of his alma mater: Louisiana School for Math, Science and the Arts.

Jackson was one of several legislators backing a name change for the public boarding school that would include a reference to the late Sen. Jimmie D. Long. Hodge and other alumni opposed the change.

9/16/24, 3:14 PM

Hodge said he told Jackson over Twitter that he thought the sponsor of the legislation, then-Sen. Francis Thompson, was lying about the name change and that Jackson was complicit in that lie. Soon after that exchange, Jackson cut off Hodge's access to her Twitter account, he said."She reacts just like Donald Trump and she blocks people," Hodge said.

Jackson said she couldn't respond to individual accusations about Twitter blocks without reviewing records from the social media platform. Users can delete offensive tweets, she said, and Jackson doesn't trust that the tweet history available online is always accurate.

"People who are blocked should send me an email, and we'll look at whether they should be unblocked," she said.

If Jackson has blocked multiple people on Twitter over their political beliefs and comments, it could strengthen Detiege's case.

Katie Schwartzmann, Detiege's attorney and the director of Tulane's First Amendment Clinic, said courts have generally frowned upon elected officials blocking Twitter users from their professional accounts for political reasons.

In 2021, Texas Attorney General Ken Paxton restored access to nine Twitter users he had blocked rather than go to court over a similar First Amendment lawsuit. In 2019, New York Congresswoman Alexandria Ocasio-Cortez publicly apologized for blocking a former

# daily advertiser

A string of federal courts also initially ruled in favor of Twitter users who had sued former President Donald Trump over blocking them, though the U.S. Supreme Court later vacated those decisions. The justices declared the case "moot" once Trump lost his reelection and was no longer in office.

One factor that could come into play in Detiege's case is whether Jackson must keep her Twitter account open to people who live outside of her district. The senator represents

northeast Louisiana. Detiege and the other people who have complained about Jackson blocking them on Twitter are not her constituents.

*— The Louisiana Illuminator is an independent, nonprofit, nonpartisan news organization driven by its mission to cast light on how decisions are made in Baton Rouge and how they affect the lives of everyday Louisianians.*

Advertise    Our Town    Health Minute    What's Your Story    Feed Your Soul    Good Morning ArkLaMiss    Wendy's Breakfast Club

**71°**
Monroe, LA

Closings and Delays                                                                ✕

ADVERTISEMENT

# State Sen. Katrina Jackson responds to lawsuit claiming she violated a woman's First Amendment rights by blocking her on Twitter



☰    News    Watch Live    Weather    Sports    Friday Night Blitz    8 Investigates    Contests    Submit Photos and Videos    🔍

Jackson says the woman called her profanities and told her to "burn in hell."

ADVERTISEMENT

By Tyler Englander
*Published: Feb. 13, 2023 at 6:14 PM CST*

✉ 📘 𝕏 📌 in

MONROE, La. (KNOE) - State Senator Katrina Jackson (D-34) is responding to a lawsuit claiming she blocked a New Orleans woman from her Twitter account, violating her First Amendment rights.

"What I do know is it's hate speech," Jackson told KNOE. "That's the crux of this lawsuit. Someone is fighting to be able to tell someone to burn in hell and categorize some black woman as dumb b-i-t-c-h-'s."

EXHIBIT
53

Jackson says the comment came during the 2022 Regular Legislative Session as she tried to pass a bill to ban most abortions in Louisiana.

Dr. Joshua Stockley, Director of Political Science at the University of Louisiana Monroe, said the speech is most likely protected.

ADVERTISEMENT

"The speech is offensive. I am doubtful any court is going to find it as hate speech, however much we may be uncomfortable with what is said," Stockley explained.

Stockley adds Senator Jackson's case depends on two things.

"I think the first question is, is Senator Jackson's Twitter page, it is a social forum," asked Stockley? "Is it an extension of her governmental activity, or is it simply a page of her privacy."

Secondly, Stockley says the case can be thrown out entirely if the plaintiff violated Twitter's rules.

**Most Read**

ADVERTISEMENT

"Does this speech that was blocked, does it actually violate Twitter's policies? Twitter has fair use policies," said Stockley. "There are certain things you can say on Twitter that are okay. There are certain things you can say on Twitter that are not ok."

In 2019, a federal appeals court ruled then President Donald Trump violated the First Amendment by blocking users on Twitter. However, Stockley cautioned each case is different, and in other cases, courts have sided with public officials in similar circumstances.

*Copyright 2023 KNOE. All rights reserved.*

**Seniors on SS Are Now Entitled To These 12 "Kickbacks" In September (Tap For Full List)**
Seniors who get less than $2,348/mo with SS are now getting these 12 "Giveback" benefits in 2024
The-PennUSaver.com | Sponsored                                    Learn More

**Georgia: Recent Changes Near Atlanta Leaves Drivers Fuming**
The Sneaky Way Drivers Are Cutting Their Car Insurance Bills in Half
Penny Pincher | Sponsored                                    Read More

**MD: Building Muscle After 60 Comes Down To This 1 Thing**
primenutritionsecrets.com | Sponsored



**Francine exits Louisiana, leaving widespread flooding and power outages**



▶ **Healthcare Systems of America assumes daily operations at Glenwood**

**Costco Shoppers Say This Wrinkle Cream Is "Actually Worth It"**

"My Skin Is Smooth And My Age Spots Are Fading"

The Skincare Magazine | Sponsored

**10 Legal Discounts Seniors Get Only If They Ask**

volunteer guide | Sponsored

**Sciatica Breakthrough: U.S. Experts Speechless**

Health Insight Journal | Sponsored

**Eat 1 Teaspoon Every Night, See What Happens A Week Later [video]**

One Teaspoon Every Night Burns Body Fat Like Never Before, You Will Fit In Your Pants Again!

Health Benefits | Sponsored

**Empty Cruises Departing From Georgia That Seniors Can Book For Cheap**

GoSearches | Sponsored

**Here's The Average Cost Of Gutter Guards For Smaller Homes**

Click here to see what's available in your area.

HomeBuddy | Sponsored    Learn More

**Woman arrested for allegedly killing cat, eating it in front of neighbors**

KNOE 8

**Cheerleader dies after parents allegedly treat life-threatening injuries with smoothies, vitamins instead of medical care**

KNOE 8

**Georgia: Big Changes Near Atlanta Leaves Drivers Fuming**

Reduce the cost of your car insurance if you live in these zip codes

Comparisons.org | Sponsored    Learn More

**1 Month Of Ozempic For Dirt Cheap**

FDA approved drug you can get shipped to your door. Follow 3 simple steps.

FuturHealth | Sponsored

**Round-Trip Flight Deals For Senior Passengers (Take A Look)**

Cheap Flights | Search Ads | Sponsored

Campbell Soup plans to change its name after 155 years


▶ KNOE Thursday Morning Forecast: Francine Weakens, Warmer and Drier Days Ahead


▶ 'My son Colt is not a monster': Mother of Apalachee High shooting suspect apologizes in letter

▶ Thousands in the dark as Hurricane Francine strikes Louisiana, raising flood fears


Monroe police ask for public's help finding missing 17-year-old


▶ Taylor Swift endorses Kamala Harris for president after debate ends

## Latest News

ROAD CLOSURES: List of state roads closed in Louisiana


▶ Aaron Dietrich receives Emmy nomination for 'Christmas in Vidalia'


State Sen. Katrina Jackson responds to lawsuit claiming she violated a woman's First Amendment rights by blocking her on Twitter    9/12/24, 11:21 AM


**▶ LIVE: Southeast Louisiana wakes up to flooded homes, widespread outages and damage**

**2024 Senior SUV Is A True Head Turner (You'll Love The Price)**
Seniors: Discover Discounts & Savings On 2024 SUVs With These Top Searches.
SUVs | Search Ads | Sponsored
[Learn More]

**Georgia Low Mileage Drivers Should Claim This Large Reward**
If you pay a car insurance bill once every 1 or 6 months, read this.
Insure.com | Sponsored
[Learn More]

**The Secret to Happy Feet: The Most Comfortable Dress Shoe**
The Most Comfortable Dress Shoes Perfect For Any Occasion. Italian Leather and Running Shoe Technology Providing First Class Comfort All Day Long.
Wolf & Shepherd | Sponsored
[Shop Now]


**Francine now a tropical depression, weakening as it moves north**


**▶ 2 Cars 2 Winners Raffle Closes Soon!**


**Sales Close Tomorrow in 2 Cars 2 Winners Raffle!**


**Sales Close Tomorrow in 2 Cars 2 Winners Raffle!**

**NELA Cancer Institute provides free prostate cancer screenings**

State Sen. Katrina Jackson responds to lawsuit claiming she violated a woman's First Amendment rights by blocking her on Twitter    3/12/24, 11:21 AM

News          Weather          Sports          Contact Us          **KNOE**
1400 Oliver Road
Monroe, LA 71201
(318) 388-8888

Terms of Service    Privacy Policy    Public Inspection File    publicfile@knoe.com - (318) 388-8888    EEO Statement    FCC Applications

Advertising    Digital Marketing    Closed Captioning/Audio Description

At Gray, our journalists report, write, edit and produce the news content that informs the communities we serve. Click here to learn more about our approach to artificial intelligence.

A Gray Local Media Station © 2002-2024

Case 3:23-cv-00175-DEW-KDM Document 55-4 Filed 01/13/25 Page 64 of 69 PageID #: 1744

UNCATEGORIZED

# Louisiana senator sued over blocking critic on Twitter

BY: **JULIE O'DONOGHUE** - FEBRUARY 9, 2023    7:12 PM





📷 Sen. Katrina Jackson, D-Monroe, is sponsoring legislation that would give one anti-abortion nonprofit millions of public dollars. (Greg LaRose | Louisiana Illuminator)

Louisiana Sen. Katrina Jackson, D-Monroe, is being sued by the Tulane University First Amendment Law Clinic over her decision to block a critic from the senator's Twitter account.

New Orleans resident Maya Detiege alleges Jackson violated Detiege's First Amendment rights when the senator stopped Detiege from seeing, mentioning or engaging with Jackson's account on Twitter.

"The internet is the modern public square. It is where people go for the exchange of ideas and to engage in political dialogue," writes

EXHIBIT

54

Amendment Clinic and Detiege's attorney, in the lawsuit.

"Senator Jackson's censorship chills speech and disagreement with her on the internet," Schwartzmann wrote.

## SUPPORT NEWS YOU TRUST.

**DONATE**

Jackson, who is an attorney, characterized Detiege's Twitter comments as hate speech that shouldn't enjoy First Amendment protections.

"I don't think I have to be subjected, as an African American woman, to hate speech," she said. "I think the Supreme Court has been very clear on hate speech."

Detiege, also a Black woman, sent tweets to Jackson in June criticizing the senator's political views, particularly Jackson's anti-abortion stance. The senator was the lead sponsor of the legislation that created Louisiana's strict abortion ban last year.

An initial tweet from Detiege engaging with Jackson's account included offensive language. She banished Jackson to hell and indirectly called the senator a bitch.

## SUPPORT NEWS YOU TRUST.

**DONATE**

"I say this with all disrespect: burn in hell. You don't care about women. You don't care about pregnant people. You don't care about children. You don't care about education. I don't respect all black women. Some of you bitches are very dumb," Detiege wrote, according to the lawsuit.

with Jackson about whether the senator secured enough funding and resources to offset the impact of an abortion ban.

"You're the elected official. Did YOU advocate for more? Probably too busy not paying attention in committee meetings when your colleagues were asking questions...Poor response from an elected official. Hope your career ends quickly [praying emoji]," Detiege told Jackson.

Soon after, Jackson blocked Detiege permanently, according to the court filing.

In an interview Thursday, Jackson said the lawsuit took her by surprise and she hadn't been able to confirm yet that she even blocked Detiege on Twitter. Detiege's Twitter handle is not mentioned in the lawsuit filed and a search on Twitter also turned up no users with Detiege's name.

Jackson said it is not unusual for her to block Twitter accounts that use offensive language or engage in what she considers harassment.

"I am not going to run from this," Jackson said. "If any federal court in our nation considers that protected speech, then African Americans are no longer protected from hate speech."

"This literally turns on what Black women have to be subjected to," she said.

In the lawsuit, Schwartzmann characterized Detiege's interaction as non-threatening.

"Ms. Detiege engaged in the political process and criticized Senator Jackson's policies," she wrote. "Senator Jackson blocked Ms. Detiege because of the content and viewpoint of her speech."

The lawsuit also alleges that Jackson routinely blocks people on Twitter who challenge her political viewpoint. It mentioned a handful of other left-leaning people who are active in Louisiana politics that said they had been blocked by Jackson.

DONATE

"Senator Jackson blocks users, including Ms. Detiege, according to arbitrary and unclear policies and practices," Schwartzmann wrote.

Former President Donald Trump was the target of a similar lawsuit from Twitter critics in 2017. They, too, alleged Trump had violated their First Amendment rights by blocking their accounts from engaging with his account.

That lawsuit was ultimately scuttled by the U.S. Supreme Court, which decided it was no longer relevant after Trump left office.

Through the lawsuit, Detiege is seeking to have her Twitter account unblocked by Jackson and her attorneys fees covered, should she win the case.

*Editor's note: The Tulane University First Amendment Clinic gives legal advice to Louisiana Illuminator.*

*Correction: Jackson is a Democrat. She was initially identified as a Republican in this story. We regret the error.*

---



**REPUBLISH**

*Our stories may be republished online or in print under Creative Commons license CC BY-NC-ND 4.0. We ask that you edit only for style or to shorten, provide proper attribution and link to our website. AP and Getty images may not be republished. Please see our republishing guidelines for use of any other photos and graphics.*

---



**JULIE O'DONOGHUE**    

Julie O'Donoghue is a senior reporter for the Louisiana Illuminator. She's received awards from the Virginia Press Association and Louisiana-

Louisiana Illuminator is part of States Newsroom, the nation's largest state-focused nonprofit news organization.

**MORE FROM AUTHOR**

## RELATED NEWS



**A red state pioneers paying for roof upgrades as storms…**

BY **ALEX BROWN**

June 25, 2024



**Calm, conservative, confident: What GOP senators want in…**

BY **JENNIFER SHUTT** AND **ASHLEY MURRAY**

June 25, 2024

## SHINING A LIGHT ON THE BAYOU STATE

**DEMOCRACY TOOLKIT** 



The Louisiana Illuminator is an independent, nonprofit, nonpartisan news organization with a mission to cast light on how decisions in Baton Rouge are made and how they affect the lives of everyday Louisianians. Our in-depth investigations and news stories, news briefs and commentary help residents make sense of how state policies help or hurt them and their neighbors statewide.

We're part of States Newsroom, the nation's largest state-focused nonprofit news organization.

DEIJ Policy | Ethics Policy | Privacy Policy



Our stories may be republished online or in print under Creative Commons license CC BY-NC-ND 4.0. We ask that you edit only for style or to shorten, provide proper attribution and link to our website.

   

© Louisiana Illuminator, 2024

v1.25.0

6/25/24, 2:56 PM
Case 3:23-cv-00175-DEW-KDM   Document 58-5   Filed 01/13/25   Page 69 of 69 PageID
#: 1749
Louisiana Senator sued over blocking critic on Twitter • Louisiana Illuminator

STATES NEWSROOM

FAIR. FEARLESS. FREE.