https://www.hannapub.com/ouachitacitizen/news/local_state_headlines/senator-jackson-sued-for-blocking-twitter-user/article_16113ef0-ad53-11ed-9107-df721fb2414c.html

TOP STORY

# Senator Jackson sued for blocking Twitter user

By Loryn Kykendall loryn@ouachitacitizen.com
Feb 15, 2023



State Sen. Katrina Jackson is being sued by the Tulane University First Amendment Law Clinic for ignoring a Twitter user's right to free speech, the clinic announced last week.

Clinic representatives denounced Jackson's decision to block a Twitter user, Maya Detiege of New Orleans, from the senator's public Twitter account, in response to comments that Detiege made on one of Jackson's tweets.

On June 17, 2022, Jackson tweeted about Senate Bill 342, which had had just been signed into law by Gov. John Bel Edwards. Jackson authored SB 342, which further prohibited and restricted abortions in the state, and went into effect on June 24 after the U.S. Supreme Court overturned Roe v. Wade.



According to the clinic's statement, Jackson blocked Detiege after Detiege commented on Jackson's tweet and said funding to combat sex trafficking and support pregnancy centers was inadequate.



"Jackson's actions violated Detiege's right to free political speech," clinic director Katie Schwartzmann said.

Later, in a Facebook post, Jackson defended her decision to block Detiege by claiming Detiege had used hate speech toward her. Jackson quoted Detiege's comment, which said, "I say this with all disrespect: burn in hell. You don't care about women. You don't care about pregnant people. You don't care about children. You don't care about education. I do not respect all black women. Some of you b*****s are very dumb."

Jackson said she was unsure whether Detiege was blocked from her Twitter page.



**Your economy feel**

Unity for a Better Future

"If in fact anyone has been restricted from my personal Twitter or any page, it would be because of [lewd] comments that were inappropriate for teenagers and others who follow me," Jackson said.

In its lawsuit, the clinic demanded Jackson reinstate Detiege's access to the senator's public Twitter account and pay for her legal fees.

"Twitter is the modern version of the public square, the very space our founders held sacred under the First Amendment for the free exchange of differing viewpoints," Schwartzmann said. "As an elected official, Senator Jackson should protect that space, encourage debate, and be ready to defend her stances. Shutting down dissenting voices is an attack on basic democratic values."

The lawsuit was filed in the U.S. District Court for the Western District of Louisiana. The clinic is represented by third-year Tulane Law student attorneys in the clinic, Shelby Rose and Matthew Warren, under the supervision of Schwartzmann and Stanton Fellow Virginia Hamrick.

"I haven't been served but we will answer the suit as we do any frivolous litigation," Jackson said in a Facebook post on Friday.

The Ouachita Citizen reached out to Jackson, Schwartzmann and Hamrick. They were unavailable for comment.



Senator Jackson Sued For Blocking Twitter User | Local/State Headlines | hannapub.com                    9/18/24, 11:24 AM



**Don't let this happen again.**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MAYA DETIEGE, DAYNE SHERMAN | CIVIL ACTION NO.: 3:23-cv-175 |
| *Plaintiffs* | |
| v. | JUDGE FOOTE |
| KATRINA JACKSON, in her official and individual capacities, | MAGISTRATE JUDGE MCCLUSKY |
| *Defendant* | |

## RESPONSES TO PLAINTIFFS'
## FIRST REQUESTS FOR ADMISSION TO DEFENDANT JACKSON

Now comes Katrina Jackson, in her official and individual capacities, through

undersigned counsel, who responds to the Request for Admission propounded by plaintiffs as

follows:

## REQUEST FOR ADMISSION NO. 1:

Please admit that you represent Louisiana's 34th legislative district.

## RESPONSE TO REQUEST FOR ADMISSION NO. 1:

Admitted.

## REQUEST FOR ADMISSION NO. 2:

Please admit that you are a member of the Louisiana bar.

## RESPONSE TO REQUEST FOR ADMISSION NO. 2:

Admitted.

EXHIBIT
56

**REQUEST FOR ADMISSION NO. 3:**

Please admit that you draft and sponsor laws that affect residents across Louisiana.

**RESPONSE TO REQUEST FOR ADMISSION NO. 3:**

Admitted that Respondent sponsors laws; denied that she drafts laws, as that function is performed by staff members.

**REQUEST FOR ADMISSION NO. 4:**

Please admit that you have voted to pass or have voted against laws that affect residents across Louisiana.

**RESPONSE TO REQUEST FOR ADMISSION NO. 4:**

Admitted.

**REQUEST FOR ADMISSION NO. 5:**

Please admit that you sponsored Senate Bill 342 during the 2022 Louisiana legislative session.

**RESPONSE TO REQUEST FOR ADMISSION NO. 5:**

Admitted.

**REQUEST FOR ADMISSION NO. 6:**

Please admit you use and operate the Twitter account with the handle @KatrinaRJackson.

**RESPONSE TO REQUEST FOR ADMISSION NO. 6:**

Admitted.

**REQUEST FOR ADMISSION NO. 7:**

Please admit @KatrinaRJackson is your official Twitter account.

**RESPONSE TO REQUEST FOR ADMISSION NO. 7:**

Denied as to categorization as "official."

**REQUEST FOR ADMISSION NO. 8:**

Please admit that you employ the Twitter account @KatrinaRJackson for official use.

**RESPONSE TO REQUEST FOR ADMISSION NO. 8:**

Denied.

**REQUEST FOR ADMISSION NO. 9:**

Please admit you use this Twitter account to tweet about legislation pending in the

Louisiana legislature.

**RESPONSE TO REQUEST FOR ADMISSION NO. 9:**

Denied to extent that the question suggests a single purpose for which the account is

employed; the account has various uses, the primary of which are personal posts.

**REQUEST FOR ADMISSION NO. 10:**

Please admit you use your Twitter account to interact with the public on matters of public

policy.

**RESPONSE TO REQUEST FOR ADMISSION NO. 10:**

Denied to extent of limitation.  Most communication is through Respondent's district

office via email, mail and phone.

**REQUEST FOR ADMISSION NO. 11:**

Please admit that your Twitter account is public, and that you have not changed its

settings to make it a private account that only your followers can access.

**RESPONSE TO REQUEST FOR ADMISSION NO. 11:**

Admitted.

**REQUEST FOR ADMISSION NO. 12:**

Admitted.

## REQUEST FOR ADMISSION NO. 25:

Please admit you re-blocked Plaintiff Detiege after being informed you had unblocked

her.

## RESPONSE TO REQUEST FOR ADMISSION NO. 25:

Denied to extent that Respondent has no knowledge of the identity of anyone who she

blocked from accessing her Twitter page.

Respondent reserves the right to supplement and/or amend her responses to these Request

for Admission as information is learned and/or obtained.

> HAMMONDS, SILLS, ADKINS, GUICE
> NOAH & PERKINS, L.L.P.
> 1500 N. 19TH STREET, SUITE 301
> MONROE, LOUISIANA 71201
> Telephone: (318) 324-0101
> Facsimile: (318) 322-5375
> Email: thayes4@hamsil.com
>
> BY: _____
> Thomas M. Hayes, IV
> La. Bar Roll No. 28600
> ATTORNEY FOR DEFENDANT, KATRINA JACKSON

### CERTIFICATE OF SERVICE

I, THOMAS M. HAYES, IV, do hereby certify that a copy of the above and foregoing
Responses to Request for Admission was transmitted via fax, U. S. Mail and/or e-mail to the
following:

> Katie M. Schwartzmann
> Tulane First Amendment Law Clinic
> 6329 Freret Street, Suite 130
> New Orleans, LA 70118
> kschwartzmann@tulane.edu

7

Monroe, Louisiana, this 2 5 day of January 2024

_____
Thomas M. Hayes, IV

I swear or affirm that the foregoing answers are provided under penalty of perjury.

Dated:

_____
Katrina Jackson



**Katrina Jackson** @KatrinaRJackson · Mar 14, 2022

My prayer is that we do not seek to make Democrat or Republican decisions but that we seek to make Godly decisions

The Governor will deliver his State of the State Address at 1 pm

📣 Facebook.com/LouisianaGov
💻 gov.la.gov



## Legislative Session Kicksoff Today

**Session starts today and we would love to hear from you and keep you informed!!!**
SENATOR KATRINA JACKSON
District 34

## Let's work together to effectuate change

Contact US
318-343-2877
JACKSONK@LEGIS.LA.GOV

○          ⇄ 3          ♡ 13          ᐧ�l̶ᶥ

EXHIBIT
57



EXHIBIT 58

 **Katrina Jackson**
@KatrinaRJackson



Does anyone have any questions they would like us to ask about the cuts!!!

2:37 PM · Jul 19, 2012

                    



Tweet your reply!                                              Reply

EXHIBIT
59

**Philip Domingues** @Travelersrest · Apr 12, 2021    ...
Katrina, when will NELA get its fair share of highway dollars?
Ouachita parish itself needs two more lanes on I-20 through the
parish not to mention that forever planned 4th bridge.

○ 1        ⊏⊐        ♡ 1        �ᵢₗᵢ        ⏏

**Katrina Jackson** @KatrinaRJackson · Apr 12, 2021    ...
We are looking through the priority of request from the Ouachita
Oarish Police Jury I will let you know if this is included

○ 1        ⊏⊐        ♡        �ᵢₗₜ        ⏏

**Philip Domingues** @Travelersrest · Apr 12, 2021    ...
Thank you.

○        ⊏⊐        ♡ 1        ᵢₗᵢ        ⏏

**Tammie McDaniel** @TammieMcDaniel8 · Apr 12, 2021    ...
Thanks for all you do Katrina!

○        ⊏⊐        ♡        ᵢₗᵢ

**EXHIBIT**
**60**

**Phil Kerpen** @kerpen · Nov 18, 2014

@friedrichsgroup Well, @SenLandrieu supports taxpayer-funded third trimester abortions. @RepKJackson supports her. So no tolerance.

💬 1   🔁   ♡   ılıl   ⬆️

**Katrina Jackson**
@KatrinaRJackson

@kerpen @friedrichsgroup @SenLandrieu Cassidy supports cutting healthcare of parents who chose Life you support him. So no tolerance

7:07 PM · Nov 18, 2014

💬   🔁   ♡   🔖   ⬆️

Tweet your reply!                                    **Reply**

**Phil Kerpen** @kerpen · Nov 18, 2014

What an embarrassingly stupid thing to say. I feel sorry for you.
@RepKJackson @friedrichsgroup @SenLandrieu

💬 5   🔁 1   ♡ 2   ılıl   ⬆️

**Katrina Jackson** @KatrinaRJackson · Nov 18, 2014

@kerpen @friedrichsgroup @SenLandrieu Your inability to advocate for your beliefs in a respectful manner just earned you a block

💬   🔁   ♡   ılıl   ⬆️

**EXHIBIT**
**61**



**Franklin Graham** ✔ @FranklinGraham · May 30, 2019

.@LouisianaGov said he's "pro-life for the whole life" & I respect that. Sadly, 75% of Dems believe abortion should be legal in all or most cases. Dem @RepKJackson sponsored the state's heartbeat bill & is going against her party—because of her deeply held religious beliefs. 2/3

 67           124           948                              

---

🌻 💮 **micka7 Spoutible** @MarianneVerre · May 30, 2019 · · ·

Serious question: are you defending the lives of children once they are born? Are you supporting education, healthcare, childcare programs? Are you supporting a liveable minimum wage? Or is bringing children into this world all that matters?

♡ 1          ⟳          ♡ 3

---



**Katrina Jackson**
@KatrinaRJackson                    · · ·

Yes we are; we fought to implement Medicaid expansion in our state, I against the death penalty and I constantly vote for measures to protect life after birth and to aide indigent families

11:57 AM · May 30, 2019

**EXHIBIT**
**62**



**Katrina Jackson** @KatrinaRJackson · Jul 3, 2020

So the Supreme acourt says admitting privileges are not important and this happens yet again: @LARighttoLife @demsforlife @CatholicRegistr

lifenews.com/2020/07/02/pla...

💬 2    🔁 2    ♡ 7    ᵢᵢ    🔖 ⬆️



**Anne Flournoy** 🐣 @AnneFlournoy · Jul 5, 2020

Just heard you talking on Sunday morning radio about the Supreme Court set-back for the pro-life movement. An earnest question: how can the movement be so agitated about unborn children while apparently accepting children in cages on our southern border?

💬 1    🔁    ♡    ᵢᵢ    🔖 ⬆️



**Katrina Jackson**
@KatrinaRJackson

You are making the assumption that I do not passionately speak out about the children at the border and I do

10:25 AM · Jul 5, 2020

EXHIBIT
63



## Post

**Katrina Jackson**
@KatrinaRJackson

@CenLamar @annporterla @tweetthesouth @acluoflouisiana @aclu @CalvinBenLester Amendment to bill will post tomorrow lets talk then whose in?

4:58 PM · Apr 7, 2013

💬 3          🔁 1          ♡ 1          🔖 1

Post your reply                    **Reply**

### Relevant people

**Katrina Jackson**
@KatrinaRJackson                    **Follow**
I'm interested in a better Louisiana!!!

### What's happening

**Kings World Cup Nations**
LIVE

Trending in United States
**Staged**
27.4K posts

Politics · Trending
**The CIA**
107K posts

Trending in United States
**So Sorry**
61.9K posts

Trending
**Parker Jones**
10.5K posts

Show more

Terms of Service  Privacy Policy
Accessibility  Ads info  More ···

### Messages

Message requests

**Big Z** 🎤 @mattyz906 · Dec 16, 2024
You reacted with ‼️ : This mfer the truth

**Gerald Hopki** @GeraldLHopkir · Oct 11, 2024
Gerald Hopkins reacted to a post with 😂

**Sofía** @grimfeminine · Sep 15, 2024
Hi, I am a student attorney working on the

**Alyson Crow** @alcrow96 · May 26, 2023
Boo

**liv** @oliecrow11 · Sep 9, 2022
You shared a post

EXHIBIT
64

**Katrina Jackson** @KatrinaRJackson · May 31, 2018
Replying to @CASANewOrleans

The 51 who stood with us!!!

---

2018 Second Extraordinary Session

Sequence: 49

**HB5 FINAL PASSAGE**
**HB 34 BY HENRY**
**AMENDMENT # 257 BY JACKSON**
**MOTION TO ADOPT**

Date: 5/31/2018
Time: 1:11:43 PM

### ROLL CALL

The roll was called with the following result:

**YEAS**

| | | |
|---|---|---|
| Abramson | Gaines | Magee |
| Armes | Glover | Marcelle |
| Bagneris | Hall | Marino |
| Billiot | Harris, J. | Miller, D. |
| Bouie | Hazel | Morris, Jay |
| Brass | Hill | Muscarello |
| Brown, C. | Howard | Norton |
| Brown, T. | Hunter | Pierre |
| Carpenter | Jackson | Reynolds |
| Carter, G. | James | Richard |
| Connick | Jefferson | Shadoin |
| Coussan | Jenkins | Smith |
| Cox | Johnson | Stagni |
| Duplessis | Jordan | Stokes |
| Dwight | Landry, T. | Thibaut |
| Falconer | Leger | White |
| Franklin | Lyons | Zeringue |

Total -- 51

**NAYS**

| | | |
|---|---|---|
| Mr. Speaker | Emerson | Mack |
| Abraham | Foil | McFarland |
| Amedee | Garofalo | Miguez |
| Anders | Gisclair | Miller, G. |
| Bacala | Guinn | Morris, Jim |
| Bagley | Harris, L. | Pearson |
| Berthelot | Havard | Pope |
| Bishop | Henry | Pugh |
| Carmody | Hensgens | Pylant |
| Carter, R. | Hodges | Schexnayder |
| Carter, S. | Hoffmann | Seabaugh |
| Chaney | Hollis | Simon |
| Crews | Horton | Stefanski |
| Cromer | Huval | Talbot |
| Davis | Ivey | Thomas |
| DeVillier | Landry, N. | Wright |
| Edmonds | Leopold | |

Total -- 50

**ABSENT**

| | | |
|---|---|---|
| Hilferty | Jones | LeBas |

Total -- 3

**EXHIBIT**
65

Case 3:23-cv-00175-RBW-KSM   Document 59-6   Filed 01/13/25   Page 18 of 44 PageID #: 1767

**Melinda Deslatte** @MelindaDeslatte · Mar 20

The vote for the universal "education savings account" bill fell along party lines, with five Republicans (Edmonds, Hodges, Miguez, Mizell and Owen) in support of the proposal and two Democrats (Harris and Jackson-Andrews) in opposition. #lalege #laed

> **Melinda Deslatte** @MelindaDeslatte · Mar 20
>
> Senate Education votes 5-2 for Republican Sen. Rick Edmonds' bill to create universal "education savings account" program to let parents use tax dollars to pay for private school tuition. SB313 to full Senate, could get diverted to second review in Senate Finance. #lalege #laed

💬 2          ⟲ 2          ♡ 5          �503 1.7K          🔖 ⬆

**NolaMom** 💜💛💜 ✓
@pedsscrub

Super surprised that @KatrinaRJackson didn't vote for it.

4:32 PM · Mar 20, 2024 · **71** Views

💬 1          ⟲          ♡          🔖          ⬆

Post your reply                                              **Reply**

**Katrina Jackson** @KatrinaRJackson · Mar 20
A 9 page Amendment was presented on the spot in committee no accountability and lacking a number of other things

💬 1          ⟲          ♡          �ııı 38          🔖 ⬆

**EXHIBIT 67**

**NolaMom** 💜💛💜 ✓ @pedsscrub · Mar 20



**NolaMom** 💜💛💜🔵 @pedsschu8-6 · Mar 20

Thank you for letting me know. Reporters didn't give that information. What would you like to see in it ?

💬 1          ↻          ♡          ᵢₗᵢ 63          🔖 ⬆️

**Katrina Jackson** @KatrinaRJackson · Mar 20

Accountability and proper funding for students to have access to a quality education. I want to see every student offered a quality education. My honest assessment is we need to stop shying away from fixing the public education system and fix it for all students

💬          ↻          ♡          ᵢₗᵢ 36          🔖 ⬆️

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MAYA DETIEGE and DAYNE SHERMAN, | CIVIL ACTION NO.: 3:23-cv-175 |
| *Plaintiffs* | |
| v. | |
| | JUDGE: DONALD E. WALTER |
| KATRINA JACKSON, in her official and individual capacities | |
| *Defendant* | MAGISTRATE JUDGE: KAYLA D. MCCLUSKY |

### **Declaration of Andrew Perry**

I, Andrew Perry, do hereby declare and attest as follows, based upon my personal knowledge:

1. I am of the age of majority.

2. I am a resident of New Orleans, Louisiana.

3. I am an attorney.

4. I was active on the social media platform X, formerly known as Twitter. My username was @houchin_andrew.

5. I often used Twitter to keep up with Louisiana politics and engage with state politicians.

6. I was blocked by Defendant Katrina Jackson on Twitter after criticizing her support of legislation.

7. I never threatened Defendant Jackson or targeted her with hate speech or profanity.

8. The below screenshot from my Twitter is genuine and authentic and is a fair and accurate representation of my tweets.

**EXHIBIT**

**69**

I declare under penalty of perjury that the foregoing is true and correct. Executed on

January 4, 2025.

Andrew Perry

Twitter

- Home
- Explore
- Notifications
- Messages
- Bookmarks
- Twitter Blue
- Profile
- More

**Tweet**

Andrew Perry
@houchin_andrew

@KatrinaJackson @houchin_andrew

Top · **Latest** · People · Photos · Videos

**Andrew Perry** @houchin_andrew · Apr 30, 2021

Hey @KatrinaRJackson you're still a transphobe. And a coward now, too.



**Katrina Jackson**
@KatrinaRJackson

**@KatrinaRJackson blocked you**

You are blocked from following @KatrinaRJackson and viewing @KatrinaRJackson's Tweets.

1

**Andrew Perry** @houchin_andrew · Apr 29, 2021

@KatrinaRJackson is voting for legislation targeting trans kids but doesn't want to be called transphobic. People sure hate when words are used accurately

> **Julie O'Donoghue** ✔ @JSODonoghue · Apr 29, 2021
>
> .@KatrinaRJackson says voting for this bill that restricts transgender women and girls from participating in women/girls sports should not label her as transphobic.
>
> "I don't call people racist because they don't see my side of everything." #lalege
>
> **Show this thread**

**Search filters**

**People**
From anyone ✓
People you follow ○

**Location**
Anywhere ✓
Near you ○

Advanced search

**What's happening**

NFL · Last night
**Chiefs win Super Bowl LVII**



#TheFlashMovie 🤣
Watch the official trailer now
Promoted by The Flash

Trending in United States
**#RIPDave**
6,441 Tweets

Trending
**#PrincessMeghan**
1,805 Tweets

Politics · Trending
**Ohio**
Trending with Mayor Pete, Buttigieg

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2023 Twitter, Inc.

Messages

Andrew Perry
@houchin_andrew

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

MAYA DETIEGE and DAYNE SHERMAN,

         *Plaintiffs*

         v.

KATRINA JACKSON, in her official
and individual capacities

         *Defendant*

CIVIL ACTION NO.: 3:23-cv-175

JUDGE: DONALD E. WALTER

MAGISTRATE JUDGE: KAYLA
D. MCCLUSKY

## Declaration of Donald Carl Hodge, Jr.

I, Donald Carl Hodge, Jr., do hereby declare and attest as follows, based upon my

personal knowledge:

1. I am of the age of majority.

2. I am a resident of Louisiana.

3. I am an active user of the social media website X, formerly known as Twitter, where my
   username is @DonaldHodge.

4. I often use Twitter to keep up with Louisiana politics and engage with state politicians.

5. I was blocked by Defendant Katrina Jackson on Twitter after criticizing her support as
   state representative for the renaming of my alma mater, Louisiana School of Math,
   Science, and the Arts.

6. I tweeted that then-Representative Jackson was complicit in the lie that was motivating
   the name change of the school.

7. She then blocked me.

EXHIBIT
70

8. After being blocked by Defendant Jackson, I called and emailed her senate office to complain about being blocked.

9. I remained blocked even after asking to be unblocked.

10. I have never threatened Defendant Jackson or targeted her with hate speech.

11. In 2023, I was quoted in a story in the *Louisiana Illuminator* about being blocked by Defendant Jackson.

12. The attached screenshot from my Twitter page is genuine and authentic. It is a fair and accurate representation of my tweet.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 3, 2025.

Donald Carl Hodge, Jr.



**Donald Carl Hodge Jr** @DonaldHo... · 5/31/17

I understand Rep. **Katrina** Jackson is running for the state senate in 2019. This must be stopped if she can't speak to people. #lalege #lagov



**Katrina Jackson**
@RepKJackson

You are blocked from following @RepKJackson and viewing @RepKJackson's Tweets

Learn more

Docusign Envelope ID: B9F06B92-0661-49EE-A8C7-E16B2AEC6E7D

**Top**    Latest    People    Media    Lists

Mockingbird, MPH, CHES @amockingbird · Apr 29, 2021

Hey @KatrinaRJackson yes, you're being transphobic if you
support a bill that won't let trans kids and teens play sports
with the gender they identify as. You're also going to hurt all
girls by making them have to prove their gender. It's a bad bill
that hurts children.

♡ 1    ♡ 4

**Julie O'Donoghue** @JSODonoghue · Feb 9, 2023      ...
.@KatrinaRJackson responds to the lawsuit by saying the critic
was engaged in hate speech.

"I don't have to be subjected-- as an African American woman
-- to hate speech."

"This literally turns on what Black women have to be subjected
to." #lalege #lagov

> **Julie O'Donoghue** @JSODonoghue · Feb 9, 2023
> .@KatrinaRJackson, an Black state senator, is being sued
> by Tulane University First Amendment Clinic over blocking
> a critic on Twitter who said "I do not respect all black
> women. Some of you bitches are very dumb." #lalege
> #lagov
>
> ---
>
> 37
>
> In response to Senator Jackson's June 24th tweet, Ms. Dertegi quoted the tweet and
> graphic, stating "I say this with all disrespect: burn in hell. You don't care about women. You
> don't care about pregnant people. You don't care about children. You don't care about
> education. I do not respect all black women. Some of you bitches are very dumb."
>
> 38

💬 9           🔁 6           ♡ 10           📊 6.1K           🔖 ⬆️

**Mockingbird, MPH, CHES**      ...
@amockingbird

Is she not allowed to block people? She's had me blocked for years, I
can't remember saying anything inflammatory to warrant it if this us
her stated standard for blocking people. Just criticized her stance on
abortion, IIRC.

6:44 PM · Feb 9, 2023 · **172** Views

💬 1           🔁           ♡ 2           🔖           ⬆️

Post your reply                              ( Reply )

You're unable to view this Post because this account owner
limits who can view their Posts. Learn more

**Mockingbird, MPH, CHES** @amockingbird · Feb 9, 2023      ...
I'm not her constituent so maybe she's allowed to block me.
But she's proposing and voting on laws that affect everyone in
the state, not just her constituents. Tagging her in our tweets
calling out her bad bills won't change her mind, but I do
believe she shouldn't block us.

💬 3           🔁           ♡ 2           📊 52           🔖 ⬆️

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MAYA DETIEGE, DAYNE SHERMAN | CIVIL ACTION NO.: 3:23-cv-175 |
| *Plaintiffs* | |
| *v.* | JUDGE FOOTE |
| KATRINA JACKSON, in her official and individual capacities, | MAGISTRATE JUDGE MCCLUSKY |
| *Defendant* | |

**SUPPLEMENTAL RESPONSES TO PLAINTIFFS'
SECOND SET OF INTERROGATORIES**

Now comes Katrina Jackson, in her official and individual capacities, through undersigned counsel, who answers the Second Set of Interrogatories propounded by plaintiffs as follows:

**SECOND SET OF INTERROGATORIES**

**INTERROGATORY NO. 18:**

Identify and describe every committee you served on as Louisiana state senator or state representative. For every committee identified, please include the dates served and any leadership position held. For purposes of this interrogatory, committee shall include subcommittees.

**ANSWER TO INTERROGATORY NO. 18:**

Objection, Interrogatory 18 is overbroad, unduly burdensome, and not reasonably calculated to lead to the discovery of admissible evidence.  Without waiving this objection, Respondent answers as follows:

Senate Standing Committee Assignments

2020-2024

1

EXHIBIT
76

Agriculture

Education (Vice-Chair)

Insurance


<u>2024-Present</u>

Agriculture

Education

Health and Welfare (Vice-Chair)

Finance

Joint Budget

<u>House Standing Committee Assignments</u>

2016-2020 Term
- House Committee on Judiciary, Chair (2016 – 2020)
- House Committee on Health and Welfare (2016 –

2020) 2012-2016 Term
- House Committee on Agriculture, Forestry, Aquaculture and Rural Development (2012 – 2016)
- House Committee on Commerce (2012 – 2016)
- House Committee on Health and Welfare (2012 – 2016)
- House Executive Committee (2012 – 2016)
- Joint Legislative Committee on the Budget (2013 and interim member, 2017)
- House Committee on Appropriations (interim member, 2014 and 2017)

Details concerning subcommittee assignments are contained in the response to Interrogatory Number 19.

**<u>INTERROGATORY NO. 19:</u>**

Identify and describe every task force and select committee you have served on as a Louisiana state senator or state representative. For every task force and select committee so identified, please

2

include the enabling document describing the work of the task force or select committee, dates served, and any leadership position held.

**ANSWER TO INTERROGATORY NO. 19:**

Objection, Interrogatory 19 is overbroad, unduly burdensome, and not reasonably calculated to lead to the discovery of admissible evidence.  Without waiving this objection, Respondent identifies the following Boards and Commissions on which Respondent has served, seat information, and appointment date

1. Task Force on Affordable Automobile Insurance (1138), Appointed by the Senate President, 7/27/2020

2. Governor's Advisory and Review Commission on Assistant District Attorneys (382), Ex-officio; Chairman, House Judiciary Committee, 1/11/2016

3. Advisory Council on Historically Black Colleges and Universities (HBCU) (1079), Ex-Officio: Designee of Chairman of the Senate Committee on Education 4/24/2024

4. Louisiana Law Enforcement Body Camera Implementation Task Force (987), Chairman, House Committee on Judiciary, 1/28/2016

5. Continuous Learning Task Force (1139), Appointed by the President of the Senate; Member of the Senate, 3/8/2024

6. Delta Economic Research and Sustainability District (1171), Ex-officio; State Senator for Senate District 34, 10/7/2022

7. Louisiana Emergency Response Network Board (LERN) (796), Appointed by the President of the Senate; Member of the Senate, 2/122/2024

8. Empowering Families to Live Well Louisiana Council (1067), Appointed by the president of the Senate; Member of the Senate, 8/14/2020

3

9.  Industrial Hemp Promotion and Research Advisory Board (1191), Appointed by the president of the Senate, 1/25/2023

10. Joint Legislative Committee on Technology and Cybersecurity (1134), Appointed by the president of the Senate; Member of the Senate, 10/28/2024

11. Joint Legislative Committee on the Budget (894), Ex-officio; Member of the Senate Committee on Finance, 1/12/2024

12. Louisiana Commission on Justice System Funding (1053), Ex-officio; Chairman, House Committee on Judiciary, 8/29/2019

13. Louisiana Juvenile Jurisdiction Planning and Implementation Committee (1017), Ex-officio; Member of the Juvenile Justice Reform Act Implementation Commission, 6/14/2016

14. Juvenile Justice Reform Act Implementation Commission (745), Appointed by Speaker of the House; Member of the House; Beginning 08/15/12 Chairman (Each year thereafter, House & Senate will rotate serving as chair for 1 yr term), 3/15/2016

15. Lake Providence Watershed Council (1111), Ex-officio; State Senator from Senate District 34, 1/13/2020

16. Louisiana State Law Institute (364), Ex-officio; Chairman, House Judiciary Committee, 1/28/2016

17. Jimmy D. Long, Sr. Louisiana School for Math, Science, and the Arts (369), Appointed by the Chairman of the Senate Committee on Education Member of the committee, 2/19/2020

18. Governor's Advisory Council on Rural Revitalization(1122), Ex-officio; Chair, Louisiana Legislative Black Caucus, 1/13/2020

19. Senate Select Committee on State Police (1170), Appointed by the President of the Senate, 10/28/2021

20. Senate Select Committee on Women and Children (814), Appointed by the president of the Senate, 2/14/2024

21. Task Force on Tenure in Public Postsecondary Education (SCR 6) (1182), Ex-officio; Designee of the Chairman of the Senate Committee on Education, 8/19/2022

22. Louisiana Women's Incarceration Task Force (1078), Ex-Officio; Designee of the president of the Senate who shall be a senator, 11/13/2020

23. Workforce Training and Education Initiative Advisory Board (1185), Ex-officio; State Senator for Senate District 34; Chair, 7/19/2022

**INTERROGATORY NO. 20:**

Identify all ISP addresses for all electronic devices used by you from 2012 to present to access Twitter. For each ISP address, please identify the device to which it corresponds, and state whether the device is your personal phone, law firm equipment, Senate desktop or laptop, and/or other description allowing Plaintiffs to identify which ISP address corresponds to which device.

**ANSWER TO INTERROGATORY NO. 20:**

Objection, Interrogatory 20 is overbroad, unduly burdensome, and seeks information that is not reasonably calculated to lead to the discovery of admissible evidence.  Further objecting, Interrogatory 20 is vague, as it is unknown to what the term "ISP address" refers.  Respondent understands the term "ISP" to be an acronym for "Internet Service Provider," which is a company that provides a user with access to the internet.  Presuming Interrogatory 20 seeks information regarding "IP addresses," which Respondent understands to mean the unique string of characters identifying an electronic device using the internet, Respondent objects on the basis that most of

Allison Johnson
08/19/2023 –
03/15/2024

Courtney Glass
10/30/2023 –
11/10/2023

Christian Andrews
05/27/2023 –
08/18/2023

Tina Mansfield
11/06/2022 –
05/26/2023

Kendra Hampton
04/16/2022 –
11/05/2022
04/01/2020 – 12/12/2021

Sierra Evans
04/16/2022 – 10/03/2022

Yolanda Binns
12/13/2021 –
04/15/2022

Daphnee Walters
08/07/2021 –
09/30/2021

Aalaya Cooper
11/02/2020 –
06/11/2021

Jaleah Turner
06/12/2021 – 08/06/2021
01/13/2020 – 09/25/2020

Linda Turner
12/10/2011 – 03/31/2020

A job description of legislative assistants is attached hereto as Exhibit A.

**INTERROGATORY NO. 24:**

Identify every speaking engagement at which you spoke outside of the geographical bounds of District 34 since 2013. For every engagement so identified please state:

    a.    Location of the event

    b.    Name or description of the event

    c.    Name of organization hosting or sponsoring the event

    d.    Description of your remarks

**ANSWER TO INTERROGATORY NO. 24:**

Objection, Interrogatory 24 is overbroad, unduly burdensome, and seeks information that is not reasonably calculated to lead to the discovery of admissible evidence.  Without waiving this objection, Respondent has already provided testimony in deposition regarding certain speaking engagements she participated in outside the geographical bounds of District 34.

Further answering, and in accordance with the Court's ruling on the Motion to Compel, Respondent replies that she has records of speaking at the following occasions:

    2024

- (1/23/2024) Washington, D.C.: Save the Storks Organization – Spoke about preserving life from to the womb to the tomb.

- (3/18/2024) Ruston, Louisiana: The Society of Distinguished Black Women Inc.

    2023

- (2/12/2023) Eros, Louisiana: Black History Month Program hosted by Plum Hill Missionary Baptist Church

- (3/23/2023) Hammond, Louisiana: Women Mean Business Conference hosted by the Tangipahoa Professional Women's Organization – Spoke about career path, obstacles, and successes.

10

- (5/27/2023) Arcadia, Louisiana: NAACP Freedom Fund Banquet – Spoke about the continued advancements that African Americans have made.

- (9/2023) Atlanta, Georgia: Law and Government Luncheon hosted by the Douglass Leadership Institute – Spoke about a number of issues pertaining to life.

- 2/12/2023 Plum Hill Mission Baptist Church Black History Speaker Eros, LA

  2020

- (10/2/2020) Opelousas, Louisiana: Louisiana Right to Life Pro-Life Event – Spoke about preserving life from to the womb to the tomb.

- (10/4/2020) Metairie, Louisiana: Louisiana Right to Life Pro-Life Chain Rally – Spoke about preserving life from to the womb to the tomb.

- (10/5/2020) Mandeville, Louisiana: Louisiana Right for Life Pro-Life Event – Spoke about preserving life from to the womb to the tomb.

- (10/19/2020) ZOOM: Pro-Life Aggies General Meeting – Spoke on the perspective of pro-life Democrats.

  2022

- (1/15/2022) New Orleans, Louisiana: Proudly Pro-Life Gala – Spoke about preserving life from to the womb to the tomb.

- (3/28/2022) Grambling, Louisiana: Grambling State University Women's History Month Event – Spoke about women's history.

- (6/22/2022) California: California Right to Life – Spoke about preserving life from to the womb to the tomb.

- (7/1/2022) Winnsboro, Louisiana: Inauguration of the Mayor – Conducted the oath of office.

11

- (10/28/2022) ZOOM: Caring for Women and Children: Navigating Medicine, Law, and Policy

2021

- (3/28/2021) Ruston, Louisiana: Founder's Day hosted by Epsilon Psi Omega Chapter of Alpha Kappa Alpha

- (4/6/2021) Baton Rouge, Louisiana: National Coalition of 100 Black Women of Metro Baton Rouge, Public Policy Committee

- (4/21/2021) New Orleans, Louisiana: The Upper Room Bible Church Service

- (4/24/2024) ZOOM: Consistent Life Letwork

- (9/2021) New York: Feminists Choosing Life of New York – Spoke about preserving life from to the womb to the tomb.

- (9/25/2021) ZOOM: TLOD Area One Legislative Action "Protect the Vote" Town Hall Forum

2019

- (3/16/2019) Independence, Louisiana: Scholarship Banquet hosted by Magnolia State Peace Officers Association – Spoke about what giving back to the community looks like when it comes from black law enforcement organizations.

- (5/22/2019) Virginia Beach, Virginia: Celebration for Life hosted by National Institute of Family and Life Advocates – Spoke about preserving life from to the womb to the tomb.

2016

- (3/18/2016) Alexandria, Louisiana: Thomas A. Ellis Scholarship Banquet hosted by Phi Beta Sigma Fraternity/Zeta Phi Beta Sorority of Alexandria – Motivational speech to students.

12

Additionally, Respondent recalls speaking at the Washington, D.C.: Right to Life March – about preserving life from to the womb to the tomb.  Respondent recalls speaking twice at this event a number of years ago, but does not have records of nor can she recall the specific dates.

> HAMMONDS, SILLS, ADKINS, GUICE
> NOAH & PERKINS, L.L.P.
> 1500 N. 19TH STREET, SUITE 301
> MONROE, LOUISIANA  71201
> Telephone: (318) 324-0101
> Facsimile: (318) 322-5375
> Email: thayes4@hamsil.com
>
> BY:    *s/Thomas M. Hayes IV*
>            Thomas M. Hayes, IV
>            La. Bar Roll No. 28600
> ATTORNEY FOR DEFENDANT, KATRINA JACKSON

## <u>CERTIFICATE OF SERVICE</u>

I, THOMAS M. HAYES, IV, do hereby certify that a copy of the above and foregoing Answers to Second Set of Interrogatories was transmitted via fax, U. S. Mail and/or e-mail to the following:

Katie M. Schwartzmann
Tulane First Amendment Law Clinic
6329 Freret Street, Suite 130
New Orleans, LA 70118
kschwartzmann@tulane.edu

Monroe, Louisiana, this 9th day of December 2024.

*s/Thomas M. Hayes IV*
Thomas M. Hayes, IV

I swear or affirm that the foregoing answers are provided under penalty of perjury.

Dated: December 9, 2024

*Katrina R. Jackson*
Katrina Jackson

## LEGISLATIVE ASSISTANT

**FUNCTION OF WORK**

To serve as a special assistant to a Senator in the district office.  Responsible for independently managing the daily operation of the district office.

**LEVEL OF WORK:**

Office Manager

**SUPERVISION RECEIVED:**

Direction from a Senator

**LOCATION OF WORK:**

District Office of the Senator

**EXAMPLES OF WORK:**

Receives and processes requests from constituents for assistance in a wide range of matters; manages constituent inquiries and casework.

Manages and oversees the district office budget; Monitors funds allocated to the district office. Completes monthly district office operating expense reimbursement.

Prepares the financial report for the Senator.

Coordinates and maintains the Senators schedule and travel arrangements; Reminds Senators of meetings and appointments.

Prepares correspondence for the Senator's signature on a wide-range of subjects/issues.

May be required to represent the Senator at legislative and community events in the district office.

Prepares materials needed for meetings, such as agendas, handouts, binders, etc.

Coordinates community meetings and district events.

Facilitates and coordinates communication between the Senator, legislators, state officials, Senate staff, agency personnel, and constituents in the development and advancement of legislation.

Researches and compiles data for legislative initiatives.

May be asked to perform other duties as the need arises.

**QUALIFICATIONS:**

The ability to independently manage a district office.  Must possess tact and professionalism
when dealing with the public and constituents;  maintain confidentiality when handing sensitive
personal issues; have an understanding of local, state, and federal government;

 **Katrina Jackson**
@KatrinaRJackson

@kcarr78 So true how do you know what the people need and want if you don't listen

8:48 PM · Oct 3, 2012

      

 Tweet your reply!          Reply

EXHIBIT
77



**Katrina Jackson**
@KatrinaRJackson

···

Just now I passed Senate Concurrent Resolution 70, this resolution urges and request Congress to amend the American Rescue Plan to allow use of fund to return to work
Let's return people to work while taking care of the economy and the people
@LABI_biz

legis.la.gov/legis/ViewDocu...

6:43 PM · Jun 1, 2021

 3          ↻ 1          ♡ 18          🔖          ↥

 Post your reply          

**LABI** ✓ @LABI_biz · Jun 2, 2021          ···
Thank you for your hard work on this!

○          ↻          ♡ 1          ᏖᏗᏖ          🔖  ↥

 **Stephen Waguespack** @stephenwags · Jun 1, 2021          ···
Thank you for your efforts!

○          ↻          ♡ 3          ᏖᏗᏖ          **EXHIBIT 78**  ↥

 **Terry Baugh** ✓ @terry_baugh · Jun 1, 2021          ···
Thank you for your efforts to find solutions to the serious and crippling problem our businesses are facing right now.



EXHIBIT
79



**Katrina Jackson**
@KatrinaRJackson

We are now discussing the funding of Education and Teacher
Pay Raises in Senate Education you may watch at the link
below:

legis.la.gov/legis/video.as...

11:11 AM · May 18, 2023 · **230** Views



**EXHIBIT**
80