Katrina Jackson

Senator Cleo Fields just passed an Omnibus Resolution for Police Reform and received unanimous consent the Senate!!! I love serving with the Senator!!! @realCleoFields

#icantbreath



EXHIBIT

81



**Katrina Jackson**
@KatrinaRJackson                                    •••

We are now discussing the funding of Education and Teacher Pay Raises in Senate Education you may watch at the link below:

legis.la.gov/legis/video.as...

10:11 AM · May 18, 2023 · **421** Views

💬 1          ⟲          ♡          🔖          ⬆

**EXHIBIT**
82



**lamia**
@ostrichVcamel

@RepKJackson we're at LA Capitol and we want talk to you about HB 388. Please pull this bill. #roeingbackward #backdoorban #TRAPLA

8:20 AM · Mar 19, 2014

💬 2          ⟲ 2          ♡ 2

Post your reply                                    **Reply**

**lamia** @ostrichVcamel · Mar 19, 2014
@RepKJackson Great! See you in five.

**Katrina Jackson** @KatrinaRJackson · Mar 19, 2014
@ostrichVcamel I am not pulling this bill but will meet with you. I will be on House Floor at 9:30 just come to House Chamber at that time

💬 1

EXHIBIT
83



**Katrina Jackson**
@KatrinaRJackson



KATRINA R.
JACKSON
SENATE
DISTRICT 34

LEADERSHIP, EXPERIENCE & INTEGRITY

9:32 PM · Jul 6, 2019

**4** Retweets    **30** Likes

   

 Tweet your reply!

EXHIBIT
84

Reply

Day 3 of Special Session

We are pushing through bills while 1/2 of Louisiana can't make it to the Capitol to be heard

Senator Katrina R. Jackson



**SPECIAL REDISTRCTING SESSION**

**UPDATE**

Yesterday, the Senate and the House begin reviewing maps to redistrict Congressional and Supreme Court seats in Louisiana, as well as bills to create close primaries. Due to the inclement weather, North Louisiana, constituents are being denied a voice in this process. This causes me great concern. It is my hope that we will use the two remaining weeks and an additional two days to allow all of our citizens to be heard on such an important issue.

EXHIBIT
85

8:26 AM · Jan 17, 2024 · **546** Views

**Katrina Jackson** @KatrinaRJackson · May 12

Happy Mother's Day!!!

For all that you are and have always been in our lives, we celebrate you today and everyday! You give us unmeasurable love and for that we are gratefu!



♡ 8    � ıl ı 832

EXHIBIT 86





**Katrina Jackson**
@KatrinaRJackson

Amber Alert – Hear a Child's Cry against Danger

After a few calls about how to sign up and also how to deactivate when you need to, please see instructions below

The Amber Alert continues to save children around the country, we saw today how it is important in saving lives



**From the Office of Senator Katrina R. Jackson**



## Amber Alerts:

## Hear a Child's Cry against Danger

- The Amber Alert is the cry of a child that is in danger- a cry that we all need to hear.

- We know that the alert is shocking and it sometimes wakes you up; but remember, it is the cry of a child in danger.

### How to Sign up for Amber Alerts

#### On an iPhone:

The settings are located under Settings > Notifications.

Scrolling to the bottom will display 3 settings to turn ON:

1) AMBER Alerts
2) Emergency Alerts
3) Public Safety Alerts

#### On an Android:

The settings are located under Settings > Apps & Notifications > Advanced > Wireless Emergency Alerts.

All of the Settings on this page should be turned ON:

1) Show Presidential Alerts
2) Show AMBER Alerts
3) Extreme Threats
4) Severe Threats
5) Public Safety Messages

If there are times when you do not want to receive alerts, you can always put your phone on "Do Not Disturb".

If you have any questions or concerns, please contact our office at **(318) 343-2877 or at jacksonk@legis.la.gov.**

**EXHIBIT**
**88**



**Katrina Jackson**
@KatrinaRJackson

Many have call with concerns that last year school scores will count toward school and district grades. We have prepared an informational flyer on how to contact your BESE Board members. The Board will decide on this issue August 16-18.



FROM THE OFFICE OF SENATOR KATRINA R. JACKSON

# WILL LAST YEAR'S TEST SCORES COUNT?

- In the mist of children attending virtual school last year will student's test scores count toward school and district grades
- Many parents and educators have contacted our office with questions and concerns regarding this matter
- The legislature does not decide this issue, our elected members of Board of Elementary and Secondary Education (BESE) will make this decision
- Your BESE board members will decide this between August 16-18 and I'm sure they would like to hear from you

## BESE BOARD MEMBERS

| | | | |
|---|---|---|---|
| **1st BESE District**<br>Mr. James D. Garvey, Jr.<br><br>504.836.6500 (Office)<br>James.Garvey@la.gov | **2nd BESE District**<br>Ms. Kira Orange Jones<br><br>225.342.5840 (Office)<br>Kira.OrangeJones@la.gov | **3rd BESE District**<br>Ms. Sandy Holloway<br><br>225.342.5840 (Office)<br>Sandy.Holloway@la.gov | **4th BESE District**<br>Mr. Michael Melerine<br><br>225.342.5840 (Office)<br>Michael.Melerine@la.gov |
| **5th BESE District**<br>Ms. Ashley Elliis<br><br>225.342.5840 (Office)<br>Ashley.Ellis@la.gov | **6th BESE District**<br>Mr. Ronnie Morris<br><br>225.342.5840 (Office)<br>Ronnie.Morris@la.gov | **7th BESE District**<br>Dr. Holly Boffy<br><br>337.354.5572 (Cell)<br>Holly.Boffy@la.gov | **8th BESE District**<br>Mr. Preston Castille<br><br>225.342.5840 (Office)<br>Preston.Castille@la.gov |

### MEMBERS AT LARGE

| | | |
|---|---|---|
| Dr. Belinda Davis<br><br>225.342.5840 (Office)<br>Belinda.Davis@la.gov | Mr. Thomas Roque<br><br>225.342.5840 (Office)<br>Thomas.Roque@la.gov | Ms. Doris Voitier<br><br>225.342.5840 (Office)<br>Doris.Voitier@la.gov |

IF YOU HAVE ANY QUESTIONS OR CONCERNS, PLEASE CONTACT OUR OFFICE AT (318)343-2877 - JACKSONK@LEGIS.LA.GOV.

10:19 AM · Aug 6, 2021

**EXHIBIT 89**

Q 1        ⟲        ♡ 1




**Post**    **Reply**



**Katrina Jackson**
@KatrinaRJackson

I voted not to override the Veto, because when I supported the bill I did not realize that it was not a total ban!!! (Please see the below details)

I understand that some may differ on this vote.

I still do not support males playing female sports and I stand behind that vote!!



## SENATE
## STATE OF LOUISIANA

4106 DeSiard Street
Monroe, LA 71203
Email: jacksonk@legis.la.gov
Phone: (318) 343-2877
Fax: (318) 343-2879
Toll Free: (855) 872-5197

116 Sparrow Street
Lake Providence, LA 71254

**COMMITTEES**
Education, Vice Chairwoman
Agriculture, Forestry, Aquaculture
and Rural Development
Insurance
Finance, Interim Member
Joint Budget, Interim Member

**KATRINA R. JACKSON**
STATE SENATOR ~ DISTRICT 34

**FOR IMMEDIATE RELEASE**
July 21, 2021

**Legislators Vote to Sustain Governor's Veto**
*Citing exception placed in the bill, call for more fair policy to provide fairness in all supports*

BATON ROUGE – Today, members of the Louisiana Legislature voted to sustain Gov. John Bel Edwards' of Senate Bill 156, the Fairness in Women's Sports Act, based on a technicality that undermined existing policy from the Louisiana High School Athletic Association's. Senate Bill 156 was described as a bill to prohibit transgendered students from being allowed to choose their sports team. However, the bill created an exception that would have allowed for transgendered males to play in male sports, an exemption within the bill that is less restrictive than the current LHSAA policy. If the bill were to be signed into law, transgendered females would still be able to choose their sports team.

The following statement is attributed to Senators Regina Barrow and Katrina Jackson and Representatives Travis Johnson, Chad Brown, Mack Cormier, and Pat Moore.

"The current LHSAA policy is more restrictive and allowing this bill to move forward would have undermined current rules," the members said. "We recognize that this was fairness in women's sports, but we were not aware of an exception being made for transgendered males. This exception usurps the total ban from the LHSAA, threatens the intentions of the underlying bill, and does not put all athletes on a level playing field. We initially supported this bill, but with this new information, we cannot allow it to move forward until we have legislation in place that protects all students."

### #



**EXHIBIT**
**90**

Home | Katrina Jackson



DONATE     FIND YOUR PARISH    GALLE



ECONOMY & JOB ... RNING OPPORTUNITIES



## EXPERIENCED LEADERSHIP
## DELIVERING RESULTS
## FOR OUR COMMUNITY



SUBSCRIBE TO OUR NEWSLETTER

## GET THE LATEST UPDATES

Enter your email here*     SUBSCRIBE

**MY PLATFORM**

## KATRINA R. JACKSON

– D I S T R I C T  3 4 –

© 2023 by Empire Media

EXHIBIT
91




# MY PLATFORM




### BUDGET & TAXES

In years past, the Louisiana's budget was uncertain and experienced almost a $3 billion deficit. This deficit crippled our educational system, health care system and drastically crippled economic development; while out of state companies reaped huge windfalls from the state. We have authored legislation to balance the budget and bring our state in a more stable position. Political rhetoric did not help fix the state's budget issues, but a clear plan that treats everyone equally is where we started and we must continue to work together to find a permanent solution. Things are better, and getting better every day, and it's time to embrace all the natural resources the state has to offer. We need to make sound investments that can't be replaced elsewhere so that we can negotiate with job creation and not give away the farm. We must place a priority on funding education so that we are producing a workforce that can excel in the jobs of the future and likewise stop the brain drain from our state.

### JOBS & ECONOMIC DEVELOPMENT

Louisiana needs to be thinking about the jobs of tomorrow while we ensure the jobs of today put food on a family's table and a roof over their head. Our natural resources have blessed us with an abundance of jobs right now, but they are finite over time and have consequences that we need to consider. We must continue to bring jobs here that capitalize on their own other perhaps getting a kickstart from government. Technology, manufacturing, agriculture, the arts and tourism: these are areas that need focus and long term plans for their continued success.




### PROTECTING THE UNBORN

Nothing is more important than protecting the unborn but that doesn't stop at birth – we have to ensure the safety of kids whether it's in their homes, their communities or the air they breathe. I will always fight to "Choose Life" and have been an outspoken advocate, sponsor and author for the least of us. My unbridled passion for protecting the unborn has placed me on the opposite points, sometimes, of friends; but I know our advocacy is important and will remain an unwavering advocate for the unborn.

### QUALITY AFFORDABLE HEALTHCARE

If we can't stay healthy we can't stay working; it's pretty simple. Louisiana's citizens deserve access to quality, affordable healthcare and efforts to disrupt that state's expansion of Medicaid are foolhardy. The costs of healthcare continue to increase and that's why we must move decisive, more efficient resources outside of the box thinking to control those costs. It's time for leadership, not politics, and we need to bring together the best minds to solve this crisis.




### COLLEGE & T.O.P.S.

Louisiana is facing a brain drain where our smartest students are leaving the state either before or after college. We have worked hard as a state to create post-secondary learning opportunities for everyone, whether you want to be a geologist or an engineer or a welder. Educational funding and TOPS is an important part of that that enables kids who have studied and worked hard in high school to be able to afford to go to college. But with the massive cuts our higher learning institutions have faced over the last decade, they are losing faculty and becoming monuments of the learning they used to make possible. We are finally seeing a turn around and for the first time in years Louisiana colleges and universities did not see cuts. We must continue to rededicate ourselves to ensuring that these institutions of learning and research have the monetary reserves to succeed.

### ELEMENTARY EDUCATION FUNDING

We shouldn't have to choose between bringing jobs to our state and making sure our kids are prepared for those jobs. Elementary education funding is paramount to our states continued growth and prosperity. We rank near the bottom in every state of children's education attainment and that's because we are also near the bottom in funding education. This year, we started to turn that around as we have increased the funding for the first time in 11 years and also gave our teachers and support workers a raise. Our teachers are more than babysitters – they light the path of kids future success and they deserve to be paid fairly for it. We must continue to increase the size of the pie, not divvy up the same education funding pie more.




### AGRICULTURE

Agriculture is the number one industry in the state of Louisiana and it is vital to our economy. Our farmers and their farms have earned our respect and need our support. I've been a tireless advocate for the issues that affect them from tax policy to land rights and I'll continue to be a fighter and strong advocate. We have seen Louisiana farmers impacted for natural disasters yet remain resilient in their commitment to their families, community and this state. Together, we will continue to advocate for legislative measures that ensure their success.

### TRANSPORTATION

Transportation in Louisiana is abysmal and getting worse. We have failed to make appropriate investments in our infrastructure over the past few decades and if the system continues to erode it will have some long term ramifications on our jobs prospects. I have continually fought for increased road funding and we need to look at all the ways we move goods and services in the state. The Mississippi River is an important means of moving goods and its importance will become even more meaningful as we move more goods throughout the state. From highways to rail, we can and must take a multimodal approach to moving goods and people and make the investments now that prepare our state for the future it can have.




### WOMEN'S RIGHTS

Mothers and daughters deserve equal pay for equal work and for years these bills have been swatted down by the opposition for largely political purposes. When women in Louisiana only earn $0.80 for every dollar that men earn for the same work there is a problem. It manifests in the lost wages and lost opportunities for women and their families. With so many single earner households in Louisiana, we can and must ensure that women are paid equally. It's a moral and economic issue and is an ongoing of the fight. Also, I was a proud sponsor of the domestic violence awareness license plate and will continue to advocate and fight for women's rights. They need protection from spouses that over threats and violence to achieve their goals and there is no place for that in civilized society.

### SENIORS

Our seniors are often the forgotten ones in our state but for those that have done so much, we are indebted to making sure their later years are peaceful and with as little doubt as possible. From helping build a state for seniors and seniors to dealing with Medicare and nursing homes and quality care, we will be judged by how we deal with our grandfathers and grandmothers. I'll never stop fighting to ensure that they are safe, happy and able to enjoy the same Louisiana we all do.



## EXPERIENCED LEADERSHIP DELIVERING RESULTS FOR OUR COMMUNITY

MY PLATFORM

SUBSCRIBE TO OUR NEWSLETTER

## GET THE LATEST UPDATES

Enter your email here    SUBSCRIBE

**Piper Hutchinson**
@ByPiperHutch

Sen. @KatrinaRJackson has filed a bill (SB 443) that would require TOPS participants to stay in Louisiana for three years after graduation or pay back part of the scholarship legis.la.gov/legis/BillInfo... #lalege #lagov

6:37 PM · Apr 2, 2024 · **117.9K** Views

💬 55          ↺ 178          ♡ 57          🔖 14          ⬆

⇄ **Most relevant**                                                    ⌄

⬜ Post your reply                                                  **Reply**

---

**Chris Waddington** @CWaddington504 · Apr 2
Big change. Is this going anywhere?

💬 3          ↺          ♡          ılıl 4.5K          🔖 ⬆

**Piper Hutchinson** @ByPiperHutch · Apr 2
Hard to say. My instinct is probably not but my instincts have been off recently. Still calibrating to the new state of things.

💬 1          ↺          ♡ 25          ılıl 4.2K          🔖 ⬆

Show replies

**Kaare Johnson** @KaareJohnson · Apr 2
New York State took our #Tops idea years ago. And they made it even better. They required staying in the state and work for four years or re-pay the tops Grant as a loan.

This bill seems to be doing the same thing. Smart

💬 5          ↺          ♡ 12          ılıl 1.3K          🔖 ⬆

**Louisiana Blues (Against Being 😡ed By the Sys** ✓ @DAGGS0€ · Apr 2 ⋯
This 😡 is more psychotic than I originally thought. I'm damn near positive we have enough on @KatrinaRJackson to have a successful recall

💬 1          ↺          ♡                    🔖 ⬆

**EXHIBIT**
**93**

**truthlafayette** @truthlafayette · Apr 3                                ⋯
Hey young people,



Hey young people,



0:02 / 0:02

ᵔ 56

**DarlingCCs** @kindred1999 · Apr 2

As opposed to #lalege or #lagov solving some of the issues that make graduates flee this sinking state?

Graduates as you present them the bill for TOPS as they flee the state for better paying jobs, reasonable car/housing insurance rates and reproductive freedom of choice :





GIF

Put it on my tab

1        1        17        1.2K

🌿 *Fleur de Lindsay* ✥ @FleurdeLindsay · Apr 2

So @KatrinaRJackson, what are you doing to ensure good paying jobs and an affordable cost of living while keeping them prisoner in a state that constantly rears its ugly head towards progress and sustainable industry?

2        12        62        2.1K

**Fleur de Lindsay** @FleurdeLindsay · Apr 2

So @KatrinaRJackson, what are you doing to ensure good paying jobs and an affordable cost of living while keeping them prisoner in a state that constantly rears its ugly head towards progress and sustainable industry?

💬 2          ⟲ 12          ♡ 62          �'⑊' 2.1K          🔖 ⬆

---

**Brain** @BrainJ1985 · Apr 2          ···

@KatrinaRJackson why not actually improve the state and its opportunities so that graduates WANT to stay instead of forcing them?

💬 1          ⟲          ♡ 8          �'⑊' 419          🔖 ⬆

---

**I ain't goin nowhere (¡FYYFF!)** 🥟 🏴 👆 @MarkFolse · Apr 3          ···

so the message  here is leave when you're 18. better yet parents of rising Juniors and seniors in high school should move now to establish residency in some civilized state for their kids education

💬 1          ⟲          ♡ 2          �'⑊' 93          🔖 ⬆

---

**dlevy52** @dlevy52 · Apr 3          ···

lol. If I was told that I'd be on welfare for 3 years and then leave.  Idiots in the legislature

💬          ⟲          ♡          �'⑊' 16          🔖 ⬆

---

**Donkey.Bitch** @CajunHummel · Apr 3          ···

Reading through the bill, it is sloppy at best.   Biggest loophole is that it only takes effect if you graduate from a LA institution.  If you take 31/2 years of TOPS then transfer or don't graduate, you don't owe.

💬          ⟲          ♡ 5          �'⑊' 253          🔖 ⬆

---

**Zac** @TheZinCity · Apr 3          ···

And with that you guarantee that the best and brightest will not be going to any in-state schools

💬          ⟲          ♡ 1          �'⑊' 89          🔖 ⬆

---

**Heather R Wilder** @WilderheatherR · Apr 3          ···

So females who don't have autonomy to their own bodies and graduates who enter a diminishing labor pool in LA should be forced to stay and not be paid living wages?
Someone make that make sense...

💬          ⟲          ♡ 2          �'⑊' 42          🔖 ⬆

---

**Katrina Jackson** @KatrinaRJackson · Apr 3

I have withdrawn this bill and will file a resolution to create a task force to hear testimony from everyone

**Katrina Jackson** @KatrinaRJackson · Apr 3
I have withdrawn this bill and will file a resolution to create a task force to hear testimony from everyone

💬 5          🔁 1          ♡ 2          📊 2.8K          🔖  ⬆️

**my superpower is 'that's weird'** @xtillay · Apr 3
So, TOPS students could no longer seek graduate degrees immediately after undergraduate unless they're accepted into a Louisiana graduate school, further depleting the medical and education fields in particular?

💬 1          🔁 1          ♡ 4          📊 428          🔖  ⬆️

**meggyinabasket** @megsoverit · Apr 2
Maybe she should do something to make this a habitable place to live, then.

💬 1          🔁          ♡ 10          📊 468          🔖  ⬆️

**Crazy Ass Moments in Louisiana** @CrazyAssLA · Apr 2
What jobs exactly are they supposed to take after they graduate

💬 1          🔁          ♡ 1          📊 347          🔖  ⬆️

**Herodotus Halicarnas** @lahemc · Apr 2
It's not a scholarship if they have to pay it back. It's a loan at best and a scam at worst.

💬 1          🔁 2          ♡ 60          📊 1.7K          🔖  ⬆️

**Herodotus Halicarnas** @lahemc · Apr 3
Wouldn't it be possible that this measure would drive people out of Louisiana instead of keeping them in? Speaking from experience, people leave when there aren't opportunities for them where they are.

💬          🔁          ♡ 1          📊 71          🔖  ⬆️

**Kris (Taylor's Version)** @krisnoteboom · Apr 3
Or, they could just make the state a more appealing place to be. There's a reason they want to leave.

💬          🔁          ♡ 1          📊 43          🔖  ⬆️

**JJ** @jjbrainstorm · Apr 3
The cost of trying to enforce this will far exceed any benefit.

But this is what Republicans do. They can't actually govern. Every state they run eventually turns into a bottom-of-the-barrel welfare state. Educated people are going to leave the moment they can.

**JJ** @jjbrainstorm · Apr 3
The cost of trying to enforce this will far exceed any benefit.

But this is what Republicans do. They can't actually govern. Every state they run eventually turns into a bottom-of-the-barrel welfare state. Educated people are going to leave the moment they can.

💬      ↻      ♡      ılı 45      🔖 ⬆

**Michael Marsh** @MichaelMarsh75 · Apr 2      ...
A scholarship isn't a loan. If your grades drop, you lose the money. You don't have to pay it back.

💬 1      ↻      ♡      ılı 79      🔖 ⬆

**Mark** @arkstfan · Apr 3      ...
If it were to pass it will be hilarious the good press state gets as some military spouse gets hit with the collection letter.

💬      ↻      ♡      ılı 73      🔖 ⬆

**WhoDatDave** @DavidALeBuff · Apr 3      ...
Hey @KatrinaRJackson - THEY DONT HAVE ENOUGH F'n JOBS HERE. WHAT DO YOU WANT THEM TO DO, WORK AT MCDONALDS FOR THREE YEARS?!?!?

Clowns. Just slapping Fn bandaids on gaping wounds in this state. Not fixing shit, per usual. Just grandstanding, short sighted bullshit

💬      ↻      ♡      ılı 22      🔖 ⬆

**Brian** @bfg1963 · Apr 3      ...
The Bill looks like it makes Louisiana Office of Student Financial Assistance a kind of parole agency. People would have to provide both proof of residency and employment for 3 years to avoid the clawback.

💬      ↻      ♡      ılı 57      🔖 ⬆

**Algierslady** @AlgiersLady · Apr 2      ...
This sounds good in theory. The HR people have to start hiring from within the state. People should not be forced to stay if HR is looking outside of the state.

💬      ↻      ♡ 1      ılı 476      🔖 ⬆

**Scott D. Banville** @sdbanville · Apr 2      ...
From 2011-12 to 2022-23, TOPS acceptance rates have fallen from 90.31% to 80.29%.

**Scott D. Banville** @sdbanville · Apr 2

From 2011-12 to 2022-23, TOPS acceptance rates have fallen from 90.31% to 80.29%.

> mylosfa.la.gov
> Financial Programs & Statistics | LOSFA | Financial Aic
> Interested in the statistics for financial programs?
> We have what you need at the Louisiana Office of ...

💬     🔁     ♡     ᇺ 215     🔖 ⬆️

**Jamile Dunn U.S. Space Force** @Jamdunn06 · Apr 3    ···

Haven't ppl's families been paying for these state schools via taxes their whole lives? This is not some privilege. I left because there were no finance jobs. Even if I had to pay it back I would've still left because what is free college worth if you can't make any money?

💬     🔁     ♡     ᇺ 36     🔖 ⬆️

**Jaspers** @passingashuman · Apr 3    ···

There aren't any fucking jobs in Louisiana what are graduates supposed to do? Claim unemployment for 3 years?

💬     🔁     ♡ 2     ᇺ 37     🔖 ⬆️

**Purple in the Bayou** @Purple2Bluish · Apr 2    ···

A scholarship program that holds students hostage in a state with increasingly low options for them? Good look. Geez.

💬 2     🔁 4     ♡ 74     ᇺ 2.2K     🔖 ⬆️

**julia moore** @juliakochmoore · Apr 3    ···

Including graduate school?

💬     🔁     ♡     ᇺ 48     🔖 ⬆️

**OH-IO** @brody0325 · Apr 3    ···

So instead of working to improve the State they want to try and force people to stay in the state... 🤦

💬     🔁     ♡ 1     ᇺ 12     🔖 ⬆️

**Mosquito** 🇺🇸 @gwscronce · Apr 2    ···

Is @KatrinaRJackson aware that colleges in MS and AL essentially offer Louisiana graduates TOPS to attend college in their state?

💬 3     🔁 2     ♡ 8     ᇺ 910     🔖 ⬆️

**Mosquito** 🇺🇸 @gwscronce · Apr 2
Is @KatrinaRJackson aware that colleges in MS and AL essentially offer Louisiana graduates TOPS to attend college in their state?

💬 3          ⟲ 2          ♡ 8          �streams 910          🔖  ⬆️

**LOUISIANA COUNTRY GAL**💙💛 @MizzezDeanie85 · Apr 2          ···
To say this woman is a Democrat is an embarrassment.

💬 1          ⟲          ♡ 19          �streams 953          🔖  ⬆️

**Nils Breckoff** 🖼️ @nilsbreckoff · Apr 3          ···
Indentured servitude

💬          ⟲          ♡ 1          �streams 146          🔖  ⬆️

**SMHunter** @japaneseivy21 · Apr 2          ···
"Pay back" a SCHOLARSHIP????

💬 1          ⟲          ♡ 2          �streams 340          🔖  ⬆️

**Stayce** @danightridah · Apr 2          ···
Louisiana is working overtime to make sure they lose population and congressional seats

💬 1          ⟲          ♡ 4          �streams 164          🔖  ⬆️

**Mamaweex** @Mamaweex · Apr 2          ···
Is she going to guarantee they can get competitive jobs?

💬 1          ⟲ 1          ♡ 25          �streams 1.3K          🔖  ⬆️

**BlueLotus** ⚜️💜 @NoOtherJess · Apr 2          ···
x.com/ineedja_kadeej…

💬          ⟲          ♡          �streams 325          🔖  ⬆️

**Mrs W PARODY PARODY lest Our Musky Lord ban me** @bracing · Apr 2          ···
#GOPfreedom

💬          ⟲          ♡          �streams 301          🔖  ⬆️

**WesternAcidBlot** @Laboratory_King · Apr 2          ···
Indentured servitude to the State.

💬 1          ⟲ 1          ♡          �streams 93          🔖  ⬆️

**Ginger GobleVanDiest** @GGoblevandiest · Apr 2          ···

**Ginger GobleVanDiest** @GGoblevandiest · Apr 2
Maybe they should explore why they don't want to stay.

💬 1          🔁 1          ♡ 5          📊 390          🔖 ⬆

**We Aren't Going Back** @freetofly543211 · Apr 2
So, like indentured servants...

💬 1          🔁 1          ♡ 2          📊 316          🔖 ⬆

**Fermented Gab—Louisiana Pol** @FermentedGab · Apr 2
This shows the legislature thinks Louisiana is such a rotten place to stay, it
needs to coerce people. The bill would be just one more reason to avoid
Louisiana for school, along with the sexual assault, infrastructure decay,
GOP-controlled curriculum....

💬 4          🔁 9          ♡ 69          📊 2.4K          🔖 ⬆

**SharpSquare** @SharpSq75 · Apr 3
disgustingly ignorant

💬          🔁          ♡          📊 10          🔖 ⬆

**Offshoretiger** @Offshoretiger01 · Apr 2
Cut out TOPS completely.

💬          🔁          ♡ 1          📊 185          🔖 ⬆

**Tyler Coleman** @TylerColeman930 · Apr 3
Build a better state and people won't leave. Our Leg. will do anything BUT
that.

Just giving our best and brightest (in our already poorly educated state) yet
another reason to move to Texas.

💬          🔁          ♡          📊 53          🔖 ⬆

**Steve Breyman** @SteveBreyman · Apr 3
Good luck collecting when the grad moves out of state

💬          🔁          ♡          📊 30          🔖 ⬆
                                                    Bookmark

**H Z** @hzinnfandel · Apr 3
Sounds like a great way to ensure that students don't want to stay in
Louisiana or accept scholarships. Completely insane.

💬          🔁          ♡          📊 29          🔖 ⬆

**bling_cake** @Bling_Cake_ · Apr 3

**H Z** @hzippfandel · Apr 3
Sounds like a great way to ensure that students don't want to stay in
Louisiana or accept scholarships. Completely insane.

💬          ↻          ♡          ılı 29          🔖    ⬆️

**bling_cake** @Bling_Cake_ · Apr 3
Is she going to file a bill requiring businesses to give them jobs?

💬          ↻          ♡          ılı 39          🔖    ⬆️

**Maverick0210** @MaverickS0210 · Apr 3
Sounds fascist

💬          ↻          ♡          ılı 19          🔖    ⬆️

**Monstar** @Burlydee · Apr 3
This is the future of every conservative state. Educated ppl don't want to
live in places run by knuckle daggers who wish it was the 1950s.

💬          ↻          ♡          ılı 14          🔖    ⬆️

**Terry Woodridge** @TerryWoodridge1 · Apr 3
She full of s... Guarantee them a job that pays more than other states. If she
want the kids to stay, Louisiana should match any job offer that they
receive out-of-state.

💬          ↻          ♡ 1          ılı 26          🔖    ⬆️

**MAV14** 🇺🇸 🦅 @MikeViner14 · Apr 2
I smell a rat.

💬 1          ↻          ♡          ılı 53          🔖    ⬆️

**Piper Hutchinson** @ByPiperHutch · Apr 2

Sen. @KatrinaRJackson has filed a bill (SB 443) that would require TOPS participants to stay in Louisiana for three years after graduation or pay back part of the scholarship legis.la.gov/legis/BillInfo... #lalege #lagov

💬 55          🔁 178          ♡ 57          ᐧᐧᐧ 117K          🔖    ᐃ

**Katrina Jackson** @KatrinaRJackson · Apr 3          ᐧᐧᐧ

I have withdrawn this bill and will file a resolution to create a task force to hear testimony from everyone

💬 5          🔁 1          ♡ 2          ᐧᐧᐧ 2.8K          🔖    ᐃ

**Courtyard Brewery** @CourtyardBrew · Apr 3          ᐧᐧᐧ

Why don't you create a task force for generating jobs and helping start businesses in the state instead. Then graduates will stay here by choice and you won't have to rely on indentured servitude.

💬 2          🔁 1          ♡ 9          ᐧᐧᐧ 194          🔖    ᐃ

**Katrina Jackson**          ᐧᐧᐧ
@KatrinaRJackson

I have that one too; Louisiana has to take a holistic approach to solve our issues

6:42 PM · Apr 3, 2024 · **126** Views

💬 1          🔁          ♡          🔖          ᐃ

⚙ **Most relevant**                                                    ⌄

**Post your reply**                                          **Reply**

**Courtyard Brewery** @CourtyardBrew · Apr 3          ᐧᐧᐧ

Trying to trap people here will only encourage them to go out of state for college and stay away. There's no way I would allow my son to use TOPS like his mom did if you enact a law like you're proposing.

💬          🔁          ♡ 6          ᐧᐧᐧ 71          🔖    ᐃ



**Katrina Jackson**
@KatrinaRJackson

@CenLamar @annporterla @TweettheSouth @ACLUofLouisiana @ACLU
Again I have not made a decision I am pondering thoughts with you guys

11:26 PM · Apr 5, 2013



**Dayne Sherman, a little bit country an...** @Tweetth... · Apr 5, 2013 ···
I see no direct illegality of the pledge. It has a secular purpose. The prayer!
@RepKJackson @CenLamar @annporterla @ACLUofLouisiana @ACLU

EXHIBIT
94



**Katrina Jackson**
@KatrinaRJackson

get on phone and email tell legislators to vote for any amendment and bill requiring legislative approval to privatize hospitals @LaDemos

11:01 AM · May 28, 2013

**5** Retweets    **1** Like

Tweet your reply!

Reply

**EXHIBIT**
95

**Katrina Jackson**
@KatrinaRJackson

A Vote Against the Children and Education Yesterday

TIME TO CALL YOUR LEGISLATORS

On yesterday, purely because of politics a majority of the House Education Committee rejected the MFP which funds K-12 Education



theadvocate.com
Effort to boost Louisiana public school aid by $39M rejected by key House pa...
Despite fervent pleas from education groups, the House Education Committee on Tuesday turned down Gov. John Bel Edwards' proposed $39 million ...

8:47 AM · Apr 17, 2019

EXHIBIT
96

**2** Retweets    **1** Quote    **2** Likes

 **Katrina Jackson**
@KatrinaRJackson

HB 1106 – tax rebates for donations to public schools – contact Senators to vote YES for the bill – NO on amendments – senate.la.gov/Senators/Offic...

4:42 AM · May 29, 2012

         

 Tweet your reply!                    Reply

EXHIBIT
97



**Katrina Jackson**
@KatrinaRJackson

The Education Reform bills to be heard on House Floor ask your Legislators to vote NO Contact information found at legis.state.la.us!

11:13 AM · Mar 20, 2012

**1** Retweet    **1** Like

Tweet your reply!                                    Reply



 **Katrina Jackson**
@KatrinaRJackson



Contact members of House Ways and Means Committee and ask them to vote in favor of HB 1106 – Support Public Education

**॥॥ AT&T** 🛜      8:03 AM      🔋

| Name | Position | District | Party |
|------|----------|----------|-------|
| Robideaux, Joel C. | Chairman | 45 | R |
| Williams, Patrick | Vice Chair | 4 | D |
| Adams, Bryan | Member | 85 | R |
| Barras, Taylor F. | Member | 48 | R |
| Barrow, Regina | Member | 29 | D |
| Bishop, Wesley T. | Member | 99 | D |
| Broadwater, Christopher | Member | 86 | R |
| Burford, Richard T. | Member | 7 | R |
| Danahay, Michael E. | Member | 33 | D |
| Guillory, Mickey J. | Member | 41 | D |
| Hazel, Lowell C. | Member | 27 | R |
| Hoffmann, Frank A. | Member | 15 | R |
| Johnson, Robert A. | Member | 28 | D |
| Lambert, Eddie J. | Member | 59 | R |
| Lorusso, Nick | Member | 94 | R |
| Ritchie, Harold L. | Member | 75 | D |
| Thibaut, Major | Member | 18 | D |
| Whitney, Lenar L. | Member | 53 | R |
| Willmott, Thomas P. | Member | 92 | R |
| Kleckley, Chuck | Ex Officio | 36 | R |
| Leger, Walt III | Ex Officio | 91 | D |

House Rule 6.3.C(1) states that the Speaker and Speaker Pro Tempore of the House shall be ex officio

  


EXHIBIT
99

9:07 AM · Apr 22, 2012

 **Post**

 **Katrina Jackson**
@KatrinaRJackson

EDUCATION ALERT HB 969 heard Tomorrow at 10:00 AM
Bill authorizes a rebate for donations to school tuition organizations equal to donation

9:35 PM · Mar 12, 2012

    🗨    ⟲    ♡    🔖 1    ⬆

 Post your reply                    **Reply**

EXHIBIT
100

← **Post**



**Katrina Jackson**
@KatrinaRJackson                                                        •••

EDUCATION ALERT: Tommorow at 8:30 am House Education will hear Jindal's Education Package listen in at legis.state.la.us!! JOIN IN!!!

6:05 PM · Mar 13, 2012

💬                    ⟲                    ♡                    🔖                    ⬆️



🧑 Post your reply                                                    **Reply**

EXHIBIT
101

← **Post**

 **Katrina Jackson**
@KatrinaRJackson                                    ...

LA PAC
NOON LUNCH with
Representative KATRINA JACKSON
July 27
Alexandria Best Western Inn
2720 N. MacArthur Dr.
Charles Bowman          318-793-5985

5:42 PM · Jul 17, 2012

            ♡             1            ↑

  Post your reply                              Reply

EXHIBIT
102

← **Post**

**Lamar White, Jr.** ✔ @LamarWhiteJr · Apr 15, 2013

@RepKJackson Do you have a link to the amended bill? Not yet on the State's website. Also: atheism.about.com/b/2013/04/15/k...

💬 1    ↻ 1    ♡ 1    ‖ 📑 ↑

**Katrina Jackson** @KatrinaRJackson

@CenLamar These amendments will replace the entire bill - they can be found at legis.la.gov/legis/ViewDocu...

10:06 AM · Apr 17, 2013

💬 2    ↻ 1    ♡    🔖 1    ↑

Post your reply    Reply

**Lamar White, Jr.** ✔ @LamarWhiteJr · Apr 17, 2013

@RepKJackson You did the right thing. I think this bill may still be susceptible to a challenge based on the Equal Access Act... but 1/2

💬    ↻    ♡    ‖    📑 ↑

**Lamar White, Jr.** ✔ @LamarWhiteJr · Apr 17, 2013

@RepKJackson It's a dramatic improvement. And to me, at least, it's a much more sensible proposal. Thank you for hearing all of us out. 2/2

💬 1    ↻    ♡    ‖    📑 ↑

**Katrina Jackson** @KatrinaRJackson · Apr 17, 2013

@CenLamar thanks for the input I enjoy the debate and the democratic process!!!

💬    ↻    ♡    ‖

**EXHIBIT**
103

← **Post**

 **Katrina Jackson**
@KatrinaRJackson



The bill to expand Medicaid failed in committee 11–8

2:42 PM · Apr 24, 2013

  ♡₃ 3   ♡   🔖   ⬆

 Post your reply   **Reply**

**EXHIBIT**
104

**Post**

**David Vitter** @DavidVitter · Jul 2, 2013

My NE #Louisiana staff was at @RepKJackson's press conference in #Bastrop today to show support for the signing of her school prayer bill.

💬 3          ⟲ 5          ♡                    ılı          🔖          ⬆️

🏳️‍🌈**Heath Walker**🏳️‍🌈 @Heath_C_Walker · Jul 2, 2013

@DavidVitter @RepKJackson so Muslim teachers will lead Christian & Jewish students in prayer to Allah? Ok. @lademos

💬 2          ⟲          ♡                    ılı          🔖          ⬆️

**Katrina Jackson** @KatrinaRJackson · Jul 2, 2013

@Heath_C_Walker Please read the bill – if you read it you would understand it @davidvitter @lademos

💬 2          ⟲          ♡                    ılı          🔖          ⬆️

🏳️‍🌈**Heath Walker**🏳️‍🌈 @Heath_C_Walker · Jul 2, 2013

@RepKJackson @DavidVitter @LaDemos please send me a link to it.

💬 1          ⟲          ♡                    ılı          🔖          ⬆️

**Katrina Jackson**
@KatrinaRJackson

@Heath_C_Walker @davidvitter @lademos The Link: legis.la.gov/legis/ViewDocu...

8:05 PM · Jul 2, 2013

EXHIBIT
105

💬          ⟲ 1          ♡ 1                    🔖          ⬆️

**Post**



**Katrina Jackson**
@KatrinaRJackson

···

Session Talk

Saturday, April 10 at 11:30 AM

It's Your Community, Your State Let Your Voice be heard

Register in advance for this meeting:

zoom.us/meeting/regist…



## Session Talk
with Senator Katrina R. Jackson

### Saturday 11:30 am via Zoom

**LEGISLATIVE SESSION**

**LET'S TALK**

**PROPOSED LAWS**

**OUR COMMUNITY**

**A virtual community meeting to discuss the 2021 Legislative Session and the needs of our Community**

**Register in advance for this meeting:**

**https://zoom.us/meeting/register/tJclcuGsrTMvH NWHObxhRFNtbQ_34IP50R3r**

**It's Your Community, Your State, Let Your Voice be Heard**



EXHIBIT
106

8:20 PM · Apr 7, 2021



**Katrina Jackson**
@KatrinaRJackson

You are invited to "Session Talk with Senator Jackson".

Each week on Monday evenings, we will host "Session Talk" to discuss the 2021 legislation and issues for the week.

Date: Monday, April 19, 2021
Time: 6:30 pm

Register in advance for this meeting:

zoom.us/meeting/regist...



2:05 PM · Apr 14, 2021

EXHIBIT
107

💬      ⟲      ♡ 2      🔖      ⬆