UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MAYA DETIEGE and DAYNE SHERMAN,<br><br>*Plaintiffs*<br>v.<br><br>KATRINA JACKSON, in her official and individual capacities<br><br>*Defendant* | CIVIL ACTION NO.: 3:23-cv-175<br><br><br>JUDGE: DONALD E. WALTER<br><br><br><br>MAGISTRATE JUDGE: KAYLA D. MCCLUSKY |

### Declaration of M. Christian Green

I, M. Christian Green, do hereby declare and attest as follows, based upon my personal knowledge:

1. I am of the age of majority.

2. I am a resident of Lafayette, Louisiana.

3. I am a teacher, researcher, writer, and editor.

4. I am active on the social media platform X, formerly known as Twitter, where my username is @lachristygreen.

5. I use Twitter to keep up with Louisiana politics and engage with state politicians.

6. I was blocked by Defendant Katrina Jackson on Twitter after criticizing her position related to abortion restrictions and her legislation.

7. Prior to being blocked by Defendant Jackson, I suggested a bill idea to her, and she replied "Thanks I will review it[.]"

8. I never threatened Defendant Jackson or targeted her with hate speech.

EXHIBIT 66

1

9. The below screenshots of my tweets are genuine and authentic. They are a fair and accurate representation of my tweets.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 3, 2025.

*M. Christian Green*

M. Christian Green

 **Christy Green** @lachristygre... · 3/4/20

@SenatorKRJ, the state of Colorado has had success reducing unintended pregnancies and abortions with long-acting reversible contraceptives. Could you introduce a bill for this at #lalege? usnews.com/news/best-stat...

💬 1    🔁    ♡ 1    📊    🔖    ⬆

 **Katrina Jackson**
@KatrinaRJackson           **Follow**

Thanks I will review it

5:42 PM · 3/4/20 From Earth



**Christy Green** @lachristygre... · 3/4/20

Thanks! Please consider giving women in Louisiana a real chance to determine their destinies.

# REPRODUCTIVE FREEDOM *is* RELIGIOUS FREEDOM

#MyRightMyDecision



 1            



**Christy Green** @lachristygre... · 3/4/20

And I WILL HELP assemble women around the state to back you up! Let's enact meaningful REPRODUCTIVE FREEDOM for women in Louisiana. #LALARC



**Christy Green** @lachristygr... · 8/23/22

@KatrinaRJackson wants to subject every woman in Louisiana to her theology. #ReligiousFreedomNow

> KJack has faith that acranial fetuses might grow skulls.
>
> mily Woodruff 
> emily_woodruff_
>
> Jackson, author of
> na's newest trigger la
> abortions, has relea
> ent about Woman's
> l's refusal to provide
> to Nancy Davis. Ja
> legislators said the h
> misinterpreted" the
> futility exception.
>
> 8/23/22 · Twitter Web App
>
> **Emily Woodruff** ✓ @emily_w... · 3h
> Replying to @emily_woodruff_
> "Although, many of us share a faith which would compel us to carry this child to full term believing that throughout the pregnancy the child's vital organs will form, we voted for this exception and therefore recognize it as law."
>
> 💬 1    🔁 7    ♡ 18    
>
> **Emily Woodruff** ✓ @emily_w... · 3h
> Acrania does not progress to a fully formed skull. "Babies can be born alive, they just won't function. Their heart might be beating, they can breathe, but they have no brain tissue
>
>  **Katrina Jackson**
> @KatrinaRJackson
>
> I stand as a Whole Lifer and I am not ashamed of it. As a black woman, I will never stand in support of abortion. Planned Parenthood was birth in the black community as a way to ensure we stopped procreating at a high rate.
>
> 7:20 PM · 8/23/22 · Twitter for iPhone





**Christy Green** @lachristygr... · 8/24/22

Replying to @lachristygreen

REAL RELGIOUS FREEDOM: I don't believe in it, so I won't do it. KJACK'S RELIGIOUS FREEDOM: I believe/don't believe it it, so YOU can't do it. Let's keep @KatrinaRJackson's "faith" away from our bodies.

💬 1    🔁    ♥ 2    📊    🔖    ⬆



**Christy Green** @lachristygr... · 8/24/22

So, are we in Louisiana now to be subject to @KatrinaRJackson's (and possibly other #lalege-ers') bizarre FAITH BELIEFS that acranial fetuses might miraculously grow skulls?

---

KJack has faith that acranial fetuses might grow skulls.

mily Woodruff ✓
@emily_woodruff_

Jackson, author of
na's newest trigger la
g abortions, has relea
ent about Woman's
il's refusal to provide
n to Nancy Davis. Jac
legislators said the h
misinterpreted" the
l futility exception.


**Emily Woodruff** ✓ @emily_w... · 3h
Replying to @emily_woodruff_
"Although, many of us share a faith which would compel us to carry this child to full term believing that throughout the pregnancy the child's vital organs will form, we voted for this exception and therefore recognize it as law."

💬 1    🔁 7    ♥ 18    ⬆


**Emily Woodruff** ✓ @emily_w... · 3h
Acrania does not progress to a fully formed skull. "Babies can be born alive, they just won't function. Their heart might be beating, they can breathe, but they have no brain tissue

**Katrina Jackson**
@KatrinaRJackson

I stand as a Whole Lifer and I am not ashamed of it. As a black woman, I will never stand in support of abortion. Planned Parenthood was birth in the black community as a way to ensure we





**Christy Green** @lachristygre... · 2/13/23

Replying to @lachristygreen

Don't know about blank checks, but most people in the state get very BLANK TWITTER FEEDS from @KatrinaRJackson.



# @KatrinaRJackson blocked you

You are blocked from following @KatrinaRJackson and viewing @KatrinaRJackson's Tweets.