UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

MAYA DETIEGE and DAYNE SHERMAN,

    *Plaintiffs*

    v.

KATRINA JACKSON, in her official
and individual capacities

    *Defendant*

CIVIL ACTION NO.: 3:23-cv-175

JUDGE: DONALD E. WALTER

MAGISTRATE JUDGE: KAYLA
D. MCCLUSKY

### Declaration of Andrew McKevitt

I, Andrew McKevitt, do hereby declare and attest as follows, based upon my personal

knowledge:

1. I am a resident of Louisiana.

2. I am an author, historian, and professor.

3. I have used the social media platform X, formerly known as Twitter, to keep up with

   Louisiana politics and engage with state politicians.

4. I was blocked by Defendant Katrina Jackson on Twitter after criticizing her position on

   abortion restrictions.

5. I never threatened Defendant Jackson or targeted her with hate speech or profanity.

6. In 2023, I was quoted in a story in the *Louisiana Illuminator* about being blocked by

   Defendant Jackson.

**EXHIBIT**

**68**

1

I declare under penalty of perjury that the foregoing is true and correct. Executed on January

5, 2025.

Signed by:

Andrew McKevitt

Andrew McKevitt