UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MAYA DETIEGE and DAYNE SHERMAN, *Plaintiffs* v. KATRINA JACKSON, in her official and individual capacities *Defendant* | CIVIL ACTION NO.: 3:23-cv-175 JUDGE: DONALD E. WALTER MAGISTRATE JUDGE: KAYLA D. MCCLUSKY |

### Declaration of Eleanor Hugh-Jones

I, Eleanor Hugh-Jones, do hereby declare and attest as follows, based upon my personal knowledge:

1. I am of the age of majority.

2. I am a resident of Baton Rouge, Louisiana.

3. I am active on the social media platform X, formerly known as Twitter. My username is @amockingbird.

4. I often use Twitter to keep up with Louisiana politics and engage with state politicians.

5. I was blocked by Defendant Katrina Jackson on Twitter after criticizing her support of legislation.

6. I never threatened Defendant Jackson or targeted her with hate speech or profanity.

7. The below screenshots of my activity on Twitter are genuine and authentic and are a fair and accurate representation of my tweets.

**EXHIBIT 71**

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 3, 2025.

Signed by:

*Eleanor Hugh-Jones*
Eleanor Hugh-Jones

DocuSign Envelope ID: B9E06B92-0664-40EE-A8C7-E16B2AEC6E7D

Case 3:21-cv-00075-DPM-BBM Document 58-16 Filed 01/13/25 Page #: 1841



> **Mockingbird, MPH, CHES** @amockingbird · Apr 29, 2021
> Hey @KatrinaRJackson yes, you're being transphobic if you support a bill that won't let trans kids and teens play sports with the gender they identify as. You're also going to hurt all girls by making them have to prove their gender. It's a bad bill that hurts children.

