UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MAYA DETIEGE and DAYNE SHERMAN,<br><br>        Plaintiffs<br>    v.<br><br>KATRINA JACKSON, in her official and individual capacities<br><br>        Defendant | CIVIL ACTION NO.: 3:23-cv-175<br><br>JUDGE: DONALD E. WALTER<br><br>MAGISTRATE JUDGE: KAYLA D. MCCLUSKY |

### Declaration of Gabrielle Perry

I, Gabrielle Perry, do hereby declare and attest as follows, based upon my personal knowledge:

1. I am of the age of majority.
2. I am a resident of Louisiana.
3. I am an epidemiologist and the founder and executive director of the Thurman Perry Foundation.
4. I am active on the social media platform X, formerly known as Twitter. My username is @geauxgabrielle.
5. I often use Twitter to keep up with Louisiana politics and engage with state politicians.
6. On June 27, 2022, an Associated Press reporter tweeted about a Louisiana judge who blocked the enforcement of the statewide abortion ban supported by Senator Jackson. I tweet-replied to the thread with a celebratory video and tagged @KatrinaRJackson.
7. After sending this reply, I was blocked by the Senator.
8. I never threatened Defendant Jackson or targeted her with hate speech or profanity.

1

EXHIBIT
72

9. The below screenshots from my Twitter are genuine and authentic and are a fair and accurate representation of my Tweets.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 3, 2025.

_____
Gabrielle Perry

 **Gabrielle A. Perry, MPH** @GeauxGabrielle · Jun 27, 2022
@KatrinaRJackson



0:01

From **AMAKA'S GROOVE** 👄 🇯🇲 🇳🇬

 **Zeke Miller** ✓ @ZekeJMiller · Jun 27, 2022

NEW ORLEANS (AP) — Louisiana judge blocks enforcement of statewide abortion ban designed to automatically go into effect when Roe fell.

**Gabrielle A. Perry, MPH** @GeauxGabrielle · Jun 26, 2022

I mean Im absolutely writing an article for an international publication about what you've done to us here in Louisiana with this HEINOUS abortion bill but GO AWF with this block lmaoooo @KatrinaRJackson

> **Katrina Jackson**
> @KatrinaRJackson
>
> # @KatrinaRJackson blocked you
>
> You are blocked from following @KatrinaRJackson and viewing @KatrinaRJackson's Tweets.

💬 4    🔁 5    ♡ 16    📊    🔖  ⬆️