UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MAYA DETIEGE and DAYNE SHERMAN, *Plaintiffs* v. KATRINA JACKSON, in her official and individual capacities *Defendant* | CIVIL ACTION NO.: 3:23-cv-175 JUDGE: DONALD E. WALTER MAGISTRATE JUDGE: KAYLA D. MCCLUSKY |

### Declaration of Katherine Hurst

I, Katherine Hurst, do hereby declare and attest as follows, based upon my personal knowledge:

1. I am of the age of majority.
2. I am a resident of Lafayette, Louisiana.
3. I am an attorney.
4. I use the social media platform X, formerly known as Twitter, to keep up with Louisiana politics and engage with state politicians.
5. I was blocked by Defendant Katrina Jackson on Twitter after criticizing her position and legislation regarding abortion restrictions.
6. I never threatened Defendant Jackson or targeted her with hate speech.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 4, 2025.

Signed by:
*katherine Hurst*
Katherine Hurst

**EXHIBIT 73**