UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MAYA DETIEGE and DAYNE SHERMAN, *Plaintiffs* v. KATRINA JACKSON, in her official and individual capacities *Defendant* | CIVIL ACTION NO.: 3:23-cv-175<br><br>JUDGE: DONALD E. WALTER<br><br>MAGISTRATE JUDGE: KAYLA D. MCCLUSKY |

### Declaration of Paige Bailey

I, Paige Bailey, do hereby declare and attest as follows, based upon my personal knowledge:

1. I am of the age of majority.
2. I am a resident of Abita Springs, Louisiana.
3. I am active on the social media platform X, formerly known as Twitter. My username is @paigeyspice.
4. I often use Twitter to keep up with Louisiana politics and engage with state politicians.
5. I was blocked by Defendant Katrina Jackson on Twitter after criticizing her position on legislation relating to abortion restrictions.
6. I never threatened Defendant Jackson or targeted her with hate speech or profanity.
7. The below screenshots of my activity on Twitter are genuine and authentic and are a fair and accurate representation of my tweets.

EXHIBIT 74

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 4, 2025.

Signed by: Paige Bailey

**Katrina Jackson** @KatrinaRJackson · Oct 18, 2020

Louisiana vote yes on Amendment #1, because a babies life does depend on it !!!



💬 5    🔁 15    ♡ 147

**Luke Dashjr** ✓ @LukeDashjr · Oct 18, 2020

What is Amendment #1?



Docusign Envelope ID: 0D69C6E6-5BFF-48F3-9D67-B494C6D85815



We are days away from hearing the final and official announcement of Roe V. Wade being overturned. I need to remind all #prochoice Louisianans that THE CALL IS COMING FROM INSIDE THE HOUSE!!



1    ⟳ 1    ♡ 2

**Paige**
@PaigeySpice

Senator @katrinarjackson is the democrat who drafted the two most recent pieces of abortion restricting legislation in LA and actively organizes against safe abortion access. She blocked me when I confronted her on being dishonest about the intentions of the amendment she wrote.



Follow

# Katrina Jackson
@KatrinaRJackson



@KatrinaRJackson



Senator @katrinarjackson is the democrat who drafted the two most recent pieces of abortion restricting legislation in LA and actively organizes against safe abortion access. She blocked me when I confronted her on being dishonest about the intentions of the amendment she wrote.

## Katrina Jackson
@KatrinaRJackson

Follow

# @KatrinaRJackson blocked you

You are blocked from following @KatrinaRJackson and viewing @KatrinaRJackson's Tweets.