UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MAYA DETIEGE and DAYNE SHERMAN,<br><br>*Plaintiffs*<br>v.<br><br>KATRINA JACKSON, in her official and individual capacities<br><br>*Defendant* | CIVIL ACTION NO.: 3:23-cv-175<br><br><br>JUDGE: DONALD E. WALTER<br><br><br>MAGISTRATE JUDGE: KAYLA D. MCCLUSKY |

### Declaration of Priscilla Gonzalez

1. I am of the age of majority.

2. I am a resident of Lafayette, Louisiana.

3. I am active on the social media platform X, formerly known as Twitter, where my username is @prisformayor.

4. I use Twitter to keep up with Louisiana politics and engage with state politicians.

5. I was blocked by Defendant Katrina Jackson on Twitter after criticizing her position related to abortion restrictions.

6. I never threatened Defendant Jackson or targeted her with hate speech or profanity.

7. The attached screenshots from my Twitter page are genuine and authentic.

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 3, 2024.

*Priscilla Gonzalez*
Priscilla Gonzalez

**EXHIBIT 75**

1



Docusign Envelope ID: 65A43BB6-1C5B-4EBB-93FF-40F76C49AF60

