UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| MAYA DETIEGE and DAYNE SHERMAN, *Plaintiffs,* v. KATRINA JACKSON, in her official and individual capacities, *Defendant.* | CIVIL ACTION NO.: 3:23-cv-175 JUDGE WALTER MAGISTRATE JUDGE MCCLUSKY |

### **PLAINTIFFS' UNOPPOSED MOTION TO CORRECT EXHIBIT STAMP**

Plaintiffs Maya Detiege and Dayne Sherman, by and through counsel, respectfully move to correct an exhibit that was incorrectly stamped "Exhibit 30," with the same document correctly stamped "Exhibit 46." The filed exhibit was inadvertently stamped with the wrong exhibit number.

Rec. Doc. 58-5 contains two exhibits marked as Exhibit 30.

The Exhibit 30 Tweet filed at page 3 of Rec. Doc. 58-5 should remain as Exhibit 30.

The Sherman deposition excerpts lodged at p. 32 of Rec. Doc. 58-5 are improperly stamped. They should be stamped as Exhibit 46.

Plaintiffs consulted Defendant, who does not oppose this motion.

WHEREFORE, Plaintiffs urge this Court to grant this Motion to Correct, and substitute the attached Sherman deposition excerpts, correctly marked Exhibit 46, for the excerpts filed at p. 32 of Rec. Doc. 58-5 and erroneously marked as 30.

Respectfully submitted,

*/s/ Annie Cleveland*
Katie M. Schwartzmann La Bar No. 30295
Annie Cleveland La Bar No. 41473
Richard A. Crow, Student Attorney
Landon Pettigrew, Student Attorney
Tulane First Amendment Law Clinic
6329 Freret Street, Suite 130
New Orleans, Louisiana 70118
kschwartzmann@tulane.edu
o: (504) 862-8813