UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| MAYA DETIEGE and DAYNE SHERMAN,<br><br>*Plaintiffs,*<br>v.<br><br>KATRINA JACKSON, in her official and individual capacities,<br><br>*Defendant.* | CIVIL ACTION NO.: 3:23-cv-175<br><br>JUDGE WALTER<br><br>MAGISTRATE JUDGE MCCLUSKY |

## **PLAINTIFFS' MOTION TO STRIKE**

NOW INTO COURT, through undersigned counsel, come Plaintiffs Maya Detiege and Dayne Sherman, who respectfully move this Court, pursuant to Rule 12(f) of the Federal Rules of Civil Procedure, for the entry of an order striking portions of Defendant's Memorandum in Support of Motion for Summary Judgment, Rec. Doc. 50-1, on the grounds that these portions constitute "redundant, immaterial, impertinent, or scandalous matter" for the reasons stated in the accompanying memorandum.

WHEREFORE, Plaintiffs pray the Court enter the attached order.

Respectfully submitted,

*/s/ Annie Cleveland*
Katie M. Schwartzmann La Bar No. 30295
Annie Cleveland La Bar No. 41473
Richard A. Crow, Student Attorney
Landon Pettigrew, Student Attorney
Tulane First Amendment Law Clinic
6329 Freret Street, Suite 130
New Orleans, Louisiana 70118
kschwartzmann@tulane.edu
o: (504) 862-8813

1