UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| MAYA DETIEGE and DAYNE SHERMAN,<br><br>*Plaintiffs,*<br>v.<br><br>KATRINA JACKSON, in her official and individual capacities,<br><br>*Defendant.* | CIVIL ACTION NO.: 3:23-cv-175<br><br>JUDGE WALTER<br><br>MAGISTRATE JUDGE MCCLUSKY |

### ORDER GRANTING PLAINTIFFS' MOTION TO STRIKE

Considering Plaintiffs' Motion to Strike,

**IT IS HEREBY ORDERED** that the Motion is granted. The following portions of Defendant's Memorandum in Support of Motion for Summary Judgment, Rec. Doc. 50, identified by Plaintiffs as "redundant, immaterial, impertinent, or scandalous matter" shall be stricken from the record:

1. "anonymous and abusive troll to litter the senator's personal social-media account with messages like "burn in hell" and "you ['Black'] bitch[] ... are very dumb." R. Doc. 50-1, p. 1.

2. "Black" "bitch" who is "very dumb," R. Doc. 50-1, p. 7.

3. "Coaxed by her counsel, Detiege testified in her deposition that she simply quoted a "meme" in criticizing Senator Jackson as a "dumb Black bitch."" R. Doc. 50-1, p. 7.

4. "dumb Black bitch" attacks" R. Doc. 50-1, p. 23.

1

This _____ day of February, 2025.

_____
THE HONORABLE DONALD WALTER
UNITED STATES DISTRICT COURT JUDGE