UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| MAYA DETIEGE and DAYNE SHERMAN, <br><br> *Plaintiffs* <br> v. <br><br> KATRINA JACKSON, in her official and individual capacities <br><br> *Defendant* | CIVIL ACTION NO.: 3:23-cv-175 <br><br><br> JUDGE: DONALD E. WALTER <br><br><br><br> MAGISTRATE JUDGE: KAYLA D. MCCLUSKY |

## **PLAINTIFFS' MOTION FOR LEAVE TO FILE SUR-REPLY**

Plaintiffs Detiege and Sherman respectfully move this Court for leave to file the attached **one page** sur-reply in opposition to the motion for summary judgment filed by Defendant Jackson. R. Doc. 71. Defendant's reply raises one new argument not previously raised before this Court. Plaintiffs seek leave to address Defendant's attempt to add a new issue at this stage.

Plaintiffs consulted with Defendant, who "take no position" on this request for leave.

WHEREFORE, Plaintiffs respectfully request this Court grant Plaintiffs' motion for leave to file the attached sur-reply in opposition to Defendant's motion for summary judgment.

Respectfully submitted,

*/s/ Annie Cleveland*
Katie M. Schwartzmann, La No. 30295
Annie Cleveland, La No. 41473
Landon Pettigrew, Student Attorney
Richard Crow, Student Attorney
Tulane First Amendment Law Clinic
6329 Freret Street, Suite 130
New Orleans, La 70118
o: (504) 862-8813
kschwartzmann@tulane.edu
acleveland@tulane.edu
