UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| MAYA DETIEGE, DAYNE SHERMAN<br><br>*Plaintiffs,*<br>v.<br><br>KATRINA JACKSON, in her official and individual capacities,<br><br>*Defendant.* | CIVIL ACTION NO.: 3:23-cv-175<br><br>JUDGE WALTER<br><br>MAGISTRATE JUDGE MCCLUSKY |

## MOTION TO WITHDRAW STUDENT ATTORNEYS

NOW COME Plaintiffs Maya Detiege and Dayne Sherman who, pursuant to Local Rule 83.2.11, respectfully ask this Court to withdraw Richard Crow and Landon Pettigrew as counsel for Plaintiffs in this proceeding.

Richard Crow and Landon Pettigrew are enrolled in this proceeding as student practitioners pursuant to Local Rule 83.2.13. Mr. Crow and Mr. Pettigrew are graduating from Tulane University Law School, and their enrollment in the Tulane First Amendment Law Clinic has ended such that they should be withdrawn from this case.

WHEREFORE, Plaintiffs ask this Court to grant the motion to withdraw Mr. Crow and Mr. Pettigrew as counsel for Plaintiffs.

Respectfully submitted,

/s/ *Annie Cleveland*
Katie M. Schwartzmann La Bar No. 30295
Annie Cleveland La Bar No. 41473
Richard A. Crow, Student Attorney
Landon Pettigrew, Student Attorney
Tulane First Amendment Law Clinic
6329 Freret Street, Suite 130
New Orleans, Louisiana 70118
kschwartzmann@tulane.edu
acleveland@tulane.edu
o: (504) 862-8813