UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| MAYA DETIEGE, DAYNE SHERMAN<br><br>*Plaintiffs,*<br>v.<br><br>KATRINA JACKSON, in her official and individual capacities,<br><br>*Defendant.* | CIVIL ACTION NO.: 3:23-cv-175<br><br>JUDGE WALTER<br><br>MAGISTRATE JUDGE MCCLUSKY |

## ORDER

Considering Plaintiffs' Motion to Withdraw Student Attorneys,

**IT IS HEREBY ORDERED** that Richard Crow and Landon Pettigrew are permitted to withdraw as counsel for the Plaintiffs.

Monroe, Louisiana, this 29th day of April, 2025.

_____
THE HONORABLE KAYLA MCCLUSKY
UNITED STATES MAGISTRATE JUDGE