UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MAYA DETIEGE and DAYNE SHERMAN | CIVIL ACTION NO. 3:23-cv-175 |
| VERSUS | JUDGE WALTER |
| KATRINA JACKSON, in her official and individual capacities | MAGISTRATE JUDGE KAYLA D. MCCLUSKEY |

**DEFENDANT KATRINA JACKSON'S MOTION FOR ATTORNEYS' FEES**

Pursuant to Federal Rule of Civil Procedure 54(d)(2) and 42 U.S.C. § 1988(b), Defendant Katrina Jackson respectfully moves for an award of attorneys' fees and costs, and other and further relief that the Court deems proper, incurred in defending claims brought by Plaintiffs Maya Detiege and Dayne Sherman, as explained more fully in the accompanying memorandum.

1

Dated: August 29, 2025                                      Respectfully submitted,


  /s/ *Caitlin Huettemann*
CAITLIN HUETTEMANN (La #40402)
 *Assistant Solicitor General*
OFFICE OF THE LOUISIANA ATTORNEY GENERAL
1885 North Third Street
Baton Rouge, LA 70804
Telephone: (225) 326-6766
Facsimile:   (225) 326-6795
huettemannc@ag.louisiana.gov

*/s/ Thomas M. Hayes, IV*
Thomas M. Hayes, IV (La # 28600)
HAMMONDS, SILLS ADKINS, GUICE,
NOAH & PERKINS, L.L.P.
1500 N. 19th Street, Suite 301
Monroe, Louisiana 71201
Telephone: (318) 324-0101
Facsimile: (318) 322-5375
Email: thayes4@hamsil.com

*Counsel for Defendant Katrina Jackson*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 29, 2025, pursuant to Federal Rule of Civil Procedure 5(b)(2)(C), a true and correct copy of the foregoing memorandum, and all attachments thereto, was served by CM/ECF.

Respectfully submitted,

  /s/ *Caitlin Huettemann*
CAITLIN HUETTEMANN (La #40402)
  *Assistant Solicitor General*
OFFICE OF THE LOUISIANA ATTORNEY GENERAL
1885 North Third Street
Baton Rouge, LA 70804
Telephone: (225) 326-6766
Facsimile:  (225) 326-6795
huettemannc@ag.louisiana.gov

*Counsel for Defendant Katrina Jackson*