# Exhibit A

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### MONROE DIVISION

| | |
|---|---|
| **MAYA DETIEGE, et al.** | **CIVIL ACTION NO. 3:23-0175** |
| **VERSUS** | **JUDGE DONALD WALTER** |
| **KATRINA R. JACKSON** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## AFFIDAVIT OF THOMAS M. HAYES, IV

Personally appeared before the undersigned Notary Public duly authorized by law to administer oaths, Thomas M. Hayes, IV, who, after being duly sworn, testifies and states as follows:

1.     My name is Thomas M. Hayes, IV and I am the attorney representing the Defendant in the above-styled matter. I am over the age of eighteen years old and fully competent to give this Affidavit, which I do voluntarily and for all purposes permitted by law. I give this Affidavit based on my personal knowledge.

2.     This Affidavit is given in accordance with the Court's granting of Defendant's Rule 56 Motion for Summary Judgment, (R. Doc. 50), and Judgment of Dismissal, (R. Doc. 84), that pursuant to Rule 54(d)(1) and (2), 42 U.S.C. § 1988 and 42 U.S.C. § 2000 e-5(k), Defendant should be awarded the reasonable fees and costs incurred in obtaining an Order of Dismissal.

3.     Attorneys in my firm performed a number of tasks that led to the successful defense of Plaintiffs' claims, which include but are not limited to: drafting responsive pleadings, producing documents in initial disclosures, extensive research regarding the applicable standards of law on a variety of issues, conducting extensive discovery and review of materials produced by Twitter in

1

response to subpoenas, taking all steps necessary to prepare for trial, preparing the Motion for Summary Judgment (which this Court granted), preparing all other filings required by this Court, and communication with and reporting to the clients.

4.      I am an attorney in the law firm of Hammonds, Sills, Adkins, Guice, Noah & Perkins, LLP.

5.      I have always been a litigator handling civil cases, primarily business matters.

6.      During my 22 years in private practice in Louisiana, I have become well acquainted with legal services in civil litigation.

7.      More specifically, I am familiar with hourly billing rates charged and collected for civil litigation.

8.      My hourly billing rate in this action is $175, $125 per hour for associate attorneys.

9.      Based on my experience and knowledge, these hourly rates are reasonable and consistent with, if not below, the hourly rates charged by attorneys of comparable skills, experience, background and reputation for employment litigation.

10.      To date, Defendant has incurred a total of $116,033.00 in attorneys' fees from my firm based on 683.9 hours of billed work, and $3,216.24 in costs in obtaining a full dismissal of all claims brought by plaintiff, for a total of $119,249.24.

11.      Attorney's fees invoiced to and paid by Defendant to my firm are detailed in the itemized billing, attached hereto. Expenses incurred are detailed in the bill of costs.

12.      Pursuant to Local Rule 54.3, a true and correct itemization of Defendant's costs that have been necessarily incurred is detailed in the Bill of Costs accompanying this Motion to Award Attorney's Fees and Costs.

FURTHER AFFIANT SAYETH NOT, this _____ day of August 2025.


Thomas M. Hayes, IV


Sworn to and subscribed before me
this _____ day of August 2025.

_____
Notary Public
My Commission Expires: _____

Ricarda Cotton
Notary Number: 78072
Notary Public,
My Commision Is For Life

3