UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| MAYA DETIEGE | CIVIL ACTION NO. 23-0175 |
| VERSUS | JUDGE DONALD E. WALTER |
| KATRINA R JACKSON | MAG. JUDGE KAYLA D. MCCLUSKY |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct,

**IT IS ORDERED** that Plaintiff's Motion to Stay [doc. #90] is **DENIED.**

**IT IS FURTHER ORDERED** that Defendant's Motion for Attorney's Fees [doc. #85] is **DENIED**.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 5th day of January, 2026.

_____
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE