## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA

MAYA DETIEGE and DAYNE SHERMAN

VERSUS

KATRINA R. JACKSON

CIVIL ACTION NO. 3:23-cv-175

JUDGE DONALD E. WALTER

MAGISTRATE JUDGE KAYLA D. MCCLUSKY

### NOTICE OF APPEAL

Pursuant to Federal Rule of Appellate Procedure 3(a), Defendant Katrina R. Jackson hereby appeals to the United States Court of Appeals for the Fifth Circuit the Court's Judgment (ECF No. 100) adopting the Magistrate Judge's Report and Recommendation (ECF No. 97) and denying Senator Jackson's Motion for Attorney's Fees (ECF No. 85).

1

Dated: January 5, 2026

Respectfully submitted,


 /s/ *Caitlin Huettemann*
CAITLIN HUETTEMANN (La #40402)
 *Assistant Solicitor General*
OFFICE OF THE LOUISIANA ATTORNEY GENERAL
1885 North Third Street
Baton Rouge, LA 70804
Telephone: (225) 326-6766
Facsimile:   (225) 326-6795
huettemannc@ag.louisiana.gov

*/s/ Thomas M. Hayes, IV*
Thomas M. Hayes, IV (La # 28600)
HAMMONDS, SILLS ADKINS, GUICE,
NOAH & PERKINS, L.L.P.
1500 N. 19th Street, Suite 301
Monroe, Louisiana 71201
Telephone: (318) 324-0101
Facsimile: (318) 322-5375
Email: thayes4@hamsil.com

*Counsel for Defendant Katrina Jackson*

2

## CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2026, pursuant to Federal Rule of Civil Procedure 5(b)(2)(C), a true and correct copy of the foregoing memorandum, and all attachments thereto, was served by CM/ECF.

Respectfully submitted,

 /s/ *Caitlin Huettemann*
CAITLIN HUETTEMANN (La #40402)
 *Assistant Solicitor General*
OFFICE OF THE LOUISIANA ATTORNEY GENERAL
1885 North Third Street
Baton Rouge, LA 70804
Telephone: (225) 326-6766
Facsimile:   (225) 326-6795
huettemannc@ag.louisiana.gov

*Counsel for Defendant Katrina Jackson*

3